# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-** 2680

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## STIPULATION FOR ENTRY OF ORDER STAYING CERTAIN PROVISIONS OF CERTAIN ORDINANCES

---

      All Plaintiffs and all Defendants, by and through their respective counsel, stipulate to the entry of an order staying certain provisions of certain ordinances as set forth in detail below.

1.    The Defendants are all political subdivisions of the State of Colorado. Each Defendant passed separate but substantially similar ordinances regulating certain weapons and accessories, all of which became effective between July 7, 2022 and August

2, 2022. SUPERIOR, COLO., CODE ch. 10, art. IX (as adopted Jun. 7, 2022 in Ord. No. O-9, § 1); LOUISVILLE, COLO., CODE title 9, ch. VIII (as adopted Jun. 7, 2022 in Ord. No. 1831-2022); BOULDER, COLO., REV. CODE title 5, ch. 8 (as adopted Jun. 7, 2022 in Ord. Nos. 8494, 8525-29); and BOULDER COUNTY, COLO., ORDINANCES, Ord. No. 2022-5 (as adopted Aug. 2, 2022).

2    The Parties have agreed to the entry of an order in this action staying the enforcement of the ordinances identified above as set forth in the form of the order attached hereto.

Respectfully submitted this 12th day of October 2022.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Attorney for Plaintiffs

*/s/* [signature]
_____
Gordon L. Vaughan
Attorney for Defendant Town of Superior

*/s/* [signature]
_____
Gordon L. Vaughan
Attorney for Defendant City of Louisville

*/s/*
_____
Attorney for Defendant City of Boulder

*/s/*
_____
Attorney for Defendant Board of County Commissioners of Boulder County

2

2, 2022. SUPERIOR, COLO., CODE ch. 10, art. IX (as adopted Jun. 7, 2022 in Ord. No. O-9, § 1); LOUISVILLE, COLO., CODE title 9, ch. VIII (as adopted Jun. 7, 2022 in Ord. No. 1831-2022); BOULDER, COLO., REV. CODE title 5, ch. 8 (as adopted Jun. 7, 2022 in Ord. Nos. 8494, 8525-29); and BOULDER COUNTY, COLO., ORDINANCES, Ord. No. 2022-5 (as adopted Aug. 2, 2022).

2 The Parties have agreed to the entry of an order in this action staying the enforcement of the ordinances identified above as set forth in the form of the order attached hereto.

Respectfully submitted this ___ day of October 2022.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Attorney for Plaintiffs

*/s/*
_____
Attorney for Defendant Town of Superior

*/s/*
_____
Attorney for Defendant City of Louisville

*/s/*  *Teresa Taylor Tate*
_____
Attorney for Defendant City of Boulder

*/s/*
_____
Attorney for Defendant Board of County Commissioners of Boulder County

2

2, 2022. SUPERIOR, COLO., CODE ch. 10, art. IX (as adopted Jun. 7, 2022 in Ord. No. O-9, § 1); LOUISVILLE, COLO., CODE title 9, ch. VIII (as adopted Jun. 7, 2022 in Ord. No. 1831-2022); BOULDER, COLO., REV. CODE title 5, ch. 8 (as adopted Jun. 7, 2022 in Ord. Nos. 8494, 8525-29); and BOULDER COUNTY, COLO., ORDINANCES, Ord. No. 2022-5 (as adopted Aug. 2, 2022).

2  The Parties have agreed to the entry of an order in this action staying the enforcement of the ordinances identified above as set forth in the form of the order attached hereto.

Respectfully submitted this ___ day of October 2022.

/s/ Barry K. Arrington
_____
Barry K. Arrington
Attorney for Plaintiffs

/s/
_____
Attorney for Defendant Town of Superior

/s/
_____
Attorney for Defendant City of Louisville

/s/
_____
Attorney for Defendant City of Boulder

/s/
David Hughs, Deputy County Attorney
_____
Attorney for Defendant Board of County Commissioners of Boulder County

2