AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

| | |
|---|---|
| ROCKY MOUNTAIN GUN OWNERS, and (see attached) <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE TOWN OF SUPERIOR, CITY OF LOUISVILLE, COLORADO CITY OF BOULDER COLORADO and BOARD COUNTY COMM. OF BOULDER COUNTY <br> *Defendant(s)* | Civil Action No. 22-cv-2680 - REB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY OF BOULDER, COLORADO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Barry Arrington  
Arrington Law Firm  
4195 Wadsworth Boulevard  
Wheat Ridge Colorado  80033

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/12/2022     s/T.Gallagher
*Signature of Clerk or Deputy Clerk*

NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,