IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-REB-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Gordon L. Vaughan of the law firm of Vaughan & DeMuro, a member in good standing with the Bar of this Court, hereby enters his appearance as counsel for Defendants THE TOWN OF SUPERIOR and CITY OF LOUISVILLE, COLORADO.

    Respectfully submitted,

Date: 10/13/22              s/ Gordon L. Vaughan
                                  Gordon L. Vaughan
                                      VAUGHAN & DeMURO
                                      111 South Tejon, Suite 545
                                      Colorado Springs, CO 80903

(719) 578-5500 (phone)
gvaughan@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANTS
THE TOWN OF SUPERIOR and
CITY OF LOUISVILLE, COLORADO

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

                                                  s/ Gordon L. Vaughan
                                                  Gordon L. Vaughan