**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-2680

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## ACCEPTANCE OF SERVICE
---

I am the attorney for Defendants THE TOWN OF SUPERIOR and CITY OF LOUISVILLE, COLORADO.  I have received the Complaint and the Summonses in this matter.  I hereby accept service of the Summonses and Complaint on behalf of Defendants THE TOWN OF SUPERIOR and CITY OF LOUISVILLE, COLORADO.  This Acceptance of Service is not to be construed as an admission of the truth of any allegation in the pleadings, and Defendants THE TOWN OF SUPERIOR and CITY OF LOUISVILLE, COLORADO, reserve all rights and defenses.

                                                  Respectfully submitted,

Date:  10/13/22                              s/ Gordon L. Vaughan
                                                  Gordon L. Vaughan
                                                        VAUGHAN & DeMURO
                                                        111 South Tejon, Suite 545
                                                        Colorado Springs, CO 80903
                                                        (719) 578-5500 (phone)
                                                        gvaughan@vaughandemuro.com
                                                  ATTORNEY FOR DEFENDANTS
                                                  THE TOWN OF SUPERIOR and
                                                  CITY OF LOUISVILLE, COLORADO