# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## ACCEPTANCE OF SERVICE

---

I am the attorney for Defendant City of Boulder, Colorado. I have received the Complaint and a Summons in this matter. I hereby accept service of the Summons and Complaint on behalf of Defendant City of Boulder, Colorado. This Acceptance of Service is not to be construed as an admission of the truth of any allegation in the pleadings, and Defendant City of Boulder, Colorado reserves all rights and defenses.

*/s/ Luis A. Toro*

_____
Luis A. Toro
Date: October 13, 2022