IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

## ACCEPTANCE OF SERVICE
_____

I am the attorney for Defendant Board of County Commissioners of Boulder County ("Boulder County"). I have received the Complaint and a Summons in this matter. I hereby accept service of the Summons and Complaint on behalf of Boulder County. This Acceptance of Service is not to be construed as an admission of the truth of any allegation in the pleadings, and Defendant Boulder County reserves all rights and defenses.

BOULDER COUNTY ATTORNEY

By: _____
David Hughes
Deputy County Attorney
Date: October 13, 2022