**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02680-REB

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT, GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY

DATED at Boulder, Colorado this 13th day of October 2022.

    By:    */s/ David Hughes*
           David Hughes
           Deputy County Attorney
           BOULDER COUNTY ATTORNEY
           P.O. Box 471
           Boulder, CO 80306
           (303) 441-3190
           dhughes@bouldercounty.org
           *Counsel for Defendant Board of County Commissioners of Boulder County*