IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

───────────────────────────────────────────────

**UNOPPOSED MOTION FOR PRELIMINARY INJUNCTION**
───────────────────────────────────────────────

    Plaintiffs move the Court for leave to file a 25-page motion for preliminary injunction.

**Certification**: The undersigned has conferred with counsel for all Defendants. No Defendant opposes this motion.

1.     Under this Court's practice standards, motions are generally limited to 20 pages. Plaintiffs move the Court for leave to file a 25-page motion for preliminary injunction.

2.     In this action, eight Plaintiffs have brought a challenge under the Second Amendment to municipal ordinances enacted by four separate municipalities.

1

3. The issues raised in this action present complex matters of constitutional law in the context of multiple plaintiffs' challenges to multiple municipal ordinances. Plaintiffs need an additional five pages adequately to address these issues.

WHEREFORE, Plaintiffs move the Court for leave to file a 25-page motion for preliminary injunction.

Respectfully submitted this 14th day of October 2022.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870; Fax:  (303) 463-0410
Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to the following counsel of record:

Gordon Vaughan
Attorney for Defendants Town of Superior and City of Louisville

Catherine R. Ruhland
David Evan Hughes
Attorneys for Defendant Board of County Commissioners of Boulder County

In addition, on October 14, 2022, I emailed the forgoing to:

Luis Angel Toro
Teresa Taylor Tate
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
Attorneys for Defendant City of Boulder

*/s/ Barry K. Arrington*
_____
Barry K. Arrington