**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

**DECLARATION OF DUDLEY BROWN**

---

1.      My name is Dudley Brown.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.      Rocky Mountain Gun Owners ("RMGO") and National Association for Gun Rights ("NAGR") are Plaintiffs in this action.  I am the President of both RMGO and NAGR.

3.      Defendant Town of Superior, Defendant City of Louisville, Defendant City of Boulder and Defendant Board of County Commissioners of Boulder County shall be collectively referred to as the "Defendants" or the "Municipalities" in this Declaration.

1

4.      The term "assault weapon" as used in the ordinances that are the subject of this action is not a technical term used in the firearms community for firearms commonly available to civilians.  Instead, the term is a rhetorically charged political term meant to stir the emotions of the public against those persons who choose to exercise their constitutional right to possess certain semi-automatic firearms that are commonly owned by millions of law-abiding American citizens for lawful purposes.  Defendants' characterization of certain magazines as "large capacity" is a misnomer, because magazines capable of holding more than 10 rounds are standard capacity magazines.

5.      For purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in the ordinances that are the subject of this action, and the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the ordinances that are the subject of this action.

6.      RMGO and NAGR have members who reside within each of the Municipalities. RMGO's and NAGR's members who reside in the Municipalities currently own and possess Banned Firearms and Banned Magazines.  These RMGO/NAGR members desire to continue to possess the Banned Firearms and Banned Magazines in the Municipalities.  Moreover, they wish to acquire more Banned Firearms and/or Banned Magazines; potentially transfer their currently owned Banned Firearms and Banned Magazines to members of their families and/or other persons in the Municipalities; and bequeath their Banned Firearms and Banned Magazines to their devisees who live in the Municipalities.  These members of RMGO and NAGR reasonably fear prosecution by the Municipalities if they engage in these constitutionally protected activities.

2

I, Dudley Brown, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

_____

Dudley Brown

October 13 , 2022