IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

## DECLARATION OF BRYAN LAFONTE

    My name is Bryan LaFonte. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

    For purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in the City of Louisville ordinance that is the subject of this action, and the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the City of Louisville ordinance that is the subject of this action.

    I am a resident of the City of Louisville and a law-abiding citizen of the United States. I currently own Banned Firearms and Banned Magazines. I have possessed this property

1

lawfully for years.  I desire to continue possessing my lawfully owned property, acquire additional Banned Firearms and Banned Magazines, and transfer these arms to others.  But for the City of Louisville's restrictions on these commonly used arms, and my reasonable fear of criminal prosecution for violating these restrictions, I would continue to possess these arms, acquire additional arms, and/or transfer them to others.

I, Bryan LaFonte, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

_____
Bryan LaFonte

October 13, 2022