lawfully for years. I desire to continue possessing my lawfully owned property, acquire additional Banned Firearms and Banned Magazines, and transfer these arms to others. But for the City of Louisville's restrictions on these commonly used arms, and my reasonable fear of criminal prosecution for violating these restrictions, I would continue to possess these arms, acquire additional arms, and/or transfer them to others.

I, Craig Wright, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

*Craig Wright*

October 13, 2022