**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, AND
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## ENTRY OF APPEARANCE

---

Luis A. Toro, of the City of Boulder, Colorado, City Attorney's Office, hereby enters his appearance on behalf of Defendant City of Boulder.

Dated this 19th day of October 2022.

                                              Respectfully Submitted,

                                              *s/ Luis A. Toro*
                                              Luis A. Toro, Senior Attorney
                                              Boulder City Attorney's Office
                                              1777 Broadway
                                              Boulder, CO 80302
                                              Telephone:  (303) 441-3020
                                              Fax:  (303) 441-3859
                                              torol@bouldercolorado.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was furnished through the CM/ECF system to the following:

Barry K. Arrington
Arrington Law Firm
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
shaun@pearmanlawfirm.com

Attorneys for Plaintiffs

David Hughes
Deputy County Attorney
Catherine R. Ruhland
Deputy County Attorney
BOULDER COUNTY ATTORNEYS
dhughes@bouldercounty.org
truhland@bouldercounty.org

Attorneys for
Board of County Commissioners for Boulder County

Gordon L. Vaughan
VAUGHAN & DeMURO
gvaughan@vaughandemuro.com

Attorney for Defendants
The Town of Superior and
City of Louisville

                                              *s/ Lisa R. Thompson*
                                              Lisa R. Thompson