IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-02680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

### ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

---

    COMES NOW Shaun Pearman of the Pearman Law Firm, P.C., who respectfully enters his appearance in this matter on behalf of the Plaintiffs, Rocky Mountain Gun Owners, National Association for Gun Rights, Charles Bradley Walker, Bryan LaFonte, Gordon Madonna, James Michael Jones, and Martin Carter Kehoe.

Dated: October 24, 2022

**THE PEARMAN LAW FIRM, P.C.**

Original duly signed: 10/24/2022
***/s/ Shaun Pearman***
Shaun Pearman, Attorney Reg No. 16619
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033-4618
Telephone Number: (303) 991-7600
Facsimile Number: (303) 991-7601
shaun@pearmanlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2022, I electronically served a copy of this **ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS** through CM/ECF on all parties or record and their attorneys in conformity with the Federal Rules of Civil Procedure and the Court's Local Rules.

                                                Original duly signed:  10/24/2022
                                                ***/s/ Eric P. Apjoke***_____
                                                Signature of Person Certifying Service