IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-02680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

  Plaintiffs,

v.

TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

  Defendants.

---

### ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

---

  COMES NOW Eric P. Apjoke of the Pearman Law Firm, P.C., who respectfully enters his appearance in this matter on behalf of the Plaintiffs, Rocky Mountain Gun Owners, National Association for Gun Rights, Charles Bradley Walker, Bryan LaFonte, Gordon Madonna, James Michael Jones, and Martin Carter Kehoe.

Dated:  October 24, 2022       **THE PEARMAN LAW FIRM, P.C.**

                  Original duly signed:  10/24/2022
                  ***/s/ Eric P. Apjoke***
                  Eric P. Apjoke, Attorney Reg No. 46269
                  4195 Wadsworth Boulevard
                  Wheat Ridge, CO 80033-4618
                  Telephone Number:  (303) 991-7600
                  Facsimile Number:  (303) 991-7601
                  eric@pearmanlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2022, I electronically served a copy of this **ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS** through CM/ECF on all parties or record and their attorneys in conformity with the Federal Rules of Civil Procedure and the Court's Local Rules.

                                      Original duly signed:  10/24/2022
                                      ***/s/ Eric P. Apjoke***_____
                                      Signature of Person Certifying Service