IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 1:22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## UNOPPOSED MOTION TO SET BRIEFING SCHEDULE
---

The undersigned counsel for Defendant the Town of Superior has conferred with counsel for Plaintiffs, as well as with counsel for each Defendant, and respectfully moves for entry of the below briefing schedule. Undersigned counsel is authorized to state that all Defendants support this motion, and that counsel for Plaintiffs does not oppose this motion.

**OVERVIEW**

Plaintiffs filed a Motion for a Preliminary Injunction on October 18, 2022. (ECF No. 20).

The issues involved in Plaintiff's Motion for a Preliminary Injunction are complex and fact-dependent, and Defendants will require time to properly address them. The proposed briefing schedule below is generally in line with that of other assault weapon and large capacity magazines cases around the country, and avoids deadlines conflicting with the winter holidays. (*See Gates v. Polis*, 1:22cv1866 (D. Colo. Aug. 24, 2022) (giving 72 days from the date of the preliminary injunction motion to the opposition briefing deadline.); *Goldman v. City of Highland Park*, 1:22cv4774 (N.D. Ill. Oct. 11, 2022) (giving 95 days from the date of the preliminary injunction motion to the opposition briefing deadline.); *Ocean State Tactical, LLC, v. Rhode Island*, 1:22cv246 (D. R.I. Aug. 18, 2022) (giving 57 days from the date of the preliminary injunction motion to the opposition briefing deadline.)).

Additionally, while the agreement is not yet finalized, Defendants currently expect to be jointly represented by counsel in this matter. Such an arrangement will present great efficiencies to the Court and to all Parties, to include joint briefings in response to Plaintiff's pending Motion for a Preliminary Injunction. However, Defendants will require more time up front to finalize their arrangement and to coordinate facts and defenses than would be the case if the Defendants remain separately represented.

**PROPOSED BRIEFING SCHEDULE**

Defendants therefore respectfully request that the Court set the following schedule and parameters:

1. Defendants shall respond to Plaintiff's Complaint within 14 days of the Court's resolution of the pending Motion for a Preliminary Injunction.

2. Defendants shall respond to Plaintiffs' motion for a Preliminary Injunction by January 9, 2023. The response will be limited to 50 pages.

3. Plaintiffs shall have 45 days to file their Reply (February 23, 2023). The Reply will be limited to 35 pages.

4. Defendants shall have 15 days to file their Sur-Reply (March 10, 2023). The Sur-Reply will be limited to 20 pages.

5. A status conference shall be held after the close of the briefing to determine the date and format of a preliminary injunction hearing.

For the Court's convenience, a draft order is enclosed.

Dated: October 25, 2022

    s/ Antonio J. Perez-Marques

    Antonio J. Perez-Marques
    David Toscano
    Christopher Lynch
    **DAVIS POLK & WARDWELL LLP**
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4000 (phone)
    antonio.perez@davispolk.com
    david.toscano@davispolk.com
    christopher.lynch@davispolk.com

    Gordon L. Vaughan

**VAUGHAN & DeMURO**
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
gvaughan@vaughandemuro.com

Carey R. Dunne
**The Law Office of Carey R. Dunne, PLLC**
114 East 95th Street
New York, NY 10128
(917) 499-2279 (phone)
careydunne1@gmail.com

William J. Taylor, Jr.
**EVERYTOWN LAW**
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215 (phone)
wtaylor@everytown.org

*Attorneys for Defendant The Town of Superior*

4