IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 1:22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

### DRAFT ORDER GRANTING MOTION TO SET BRIEFING SCHEDULE

---

This matter having come before the Court on the Defendants' Motion to Set Briefing Schedule,

IT IS HEREBY ORDERED,

    1. Defendants shall respond to Plaintiff's Complaint within 14 days of the Court's resolution of the pending Motion for a Preliminary Injunction.

2

    2.  Defendants shall respond to Plaintiffs' motion for a Preliminary Injunction by January 9, 2023. The response will be limited to 50 pages.

    3.  Plaintiffs shall have 45 days to file their Reply (February 23, 2023). The Reply will be limited to 35 pages.

    4.  Defendants shall have 15 days to file their Sur-Reply (March 10, 2023). The Sur-Reply will be limited to 20 pages.

    5.  A status conference shall be held after the close of the briefing to determine the date and format of a preliminary injunction hearing.

Dated:

BY THE COURT: