## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

### REVISED STIPULATION FOR ENTRY OF ORDER STAYING CERTAIN PROVISIONS OF CERTAIN ORDINANCES

---

All Plaintiffs and all Defendants, by and through their respective counsel, stipulate to the entry of an order staying certain provisions of certain ordinances as set forth in detail below.

1.     The Defendants are all political subdivisions of the State of Colorado. Each Defendant passed separate but substantially similar ordinances regulating certain weapons and accessories, all of which became effective between July 7, 2022 and August 2, 2022. SUPERIOR, COLO., CODE ch. 10, art. IX (as adopted Jun. 7, 2022 in Ord. No.

O-9, § 1); LOUISVILLE, COLO., CODE title 9, ch. VIII (as adopted Jun. 7, 2022 in Ord. No. 1831-2022); BOULDER, COLO., REV. CODE title 5, ch. 8 (as adopted Jun. 7, 2022 in Ord. Nos. 8494, 8525-29); and BOULDER COUNTY, COLO., ORDINANCES, Ord. No. 2022-5 (as adopted Aug. 2, 2022).

2. The Parties have agreed to the entry of an order in this action staying the enforcement of the ordinances identified above as set forth in the form of the order attached hereto.

Respectfully submitted this 27th day of October 2022.

    s/ Barry K. Arrington
Barry K. Arrington
    ARRINGTON LAW FIRM
    3801 East Florida Avenue, Suite 830
    Denver, CO 80210
    (303) 205-7870 (phone)
    barry@arringtonpc.com
ATTORNEY FOR PLAINTIFFS
    and
Shaun Pearman
Eric P. Apjoke
    THE PEARMAN LAW FIRM, P.C.
    4195 Wadsworth Boulevard
    Wheat Ridge, CO 80033-4618
    (303) 991-7600 (phone)
    shaun@pearmanlaw.com
    eric@pearmanlaw.com
ATTORNEYS FOR PLAINTIFFS


    s/ Gordon L. Vaughan
Gordon L. Vaughan
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANTS
THE TOWN OF SUPERIOR and
CITY OF LOUISVILLE, COLORADO

        and
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, NY 10017
    (212) 450-4000 (phone)
    antonio.perez@davispolk.com
    david.toscano@davispolk.com
    christopher.lynch@davispolk.com
        and
Carey R. Dunne
    THE LAW OFFICE OF CAREY R. DUNNE, PLLC
    114 East 95th Street
    New York, NY 10128
    (917) 499-2279 (phone)
    careydunne1@gmail.com
ATTORNEYS FOR DEFENDANT
THE TOWN OF SUPERIOR

s/ Luis A. Toro
Luis A. Toro, Senior Attorney
Teresa Taylor Tate, City Attorney
    BOULDER CITY ATTORNEY'S OFFCE
    1777 Broadway
    Boulder, CO 80302
    (303) 441-3020 (phone)
    torol@bouldercolorado.gov
    tatet@bouldercolorado.gov
ATTORNEY FOR DEFENDANT
CITY OF BOULDER, COLORADO


s/ David Hughes
David Hughes, Deputy County Attorney
Catherine R. Ruhland, Deputy County Attorney
    BOULDER COUNTY ATTORNEY
    P.O. Box 471
    Boulder, CO 80306
    (303) 441-3190 (phone)
    dhughes@bouldercounty.org
    truhland@bouldercounty.org
ATTORNEY FOR DEFENDANT
BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY