IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

**UNOPPOSED MOTION TO SUSPEND DEADLINE TO ANSWER COMPLAINT**

---

Defendants THE TOWN OF SUPERIOR, CITY OF LOUISVILLE, COLORADO, CITY OF BOULDER, COLORADO, and BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY hereby submit this unopposed motion to suspend the current deadline for Defendants to answer or otherwise respond to the Complaint.

**CONFERRAL CERTIFICATION**

Defense counsel has conferred with Plaintiffs' counsel and is authorized to state that this motion is unopposed.

## MOTION

1. The Complaint (Doc. 1) was filed on October 12, 2022. Plaintiffs' counsel submitted proposed acceptances/waivers of service to Defendants' counsel on October 13, 2022, and those were signed and filed on that same day (Docs. 10, 11, and 12). Based on the filings of those acceptances/waivers, the deadline for Defendants to answer or otherwise respond to the Complaint is currently December 12, 2022 (*Id.*).

2. The parties filed a stipulation for entry of an order to stay certain provisions of certain ordinances (Doc. 6), and the Court entered an order approving that stipulation on October 24, 2022 (Doc. 29). There is currently pending before the Court a revised stipulation for entry of an order staying certain provisions of certain ordinances filed on October 27, 2022 (Doc. 32).

3. Plaintiffs filed a motion for a preliminary injunction on October 18, 2022 (Doc. 20), which they subsequently withdrew (Doc. 33), and the Court entered a minute order on October 28, 2022, deeming Plaintiffs' motion withdrawn (Doc. 34). In connection with Plaintiffs' motion, and prior to its withdrawal, Defendants submitted an unopposed motion to set a briefing schedule, which would have extended Defendants' time to answer or otherwise respond to the Complaint until 14 days after the Court's resolution of the preliminary injunction motion (Doc. 31). After the withdrawal of Plaintiffs' motion for a preliminary injunction, the Court denied the unopposed motion to set a briefing schedule as moot (Doc. 35).

4. The parties anticipate that Magistrate Judge Crews will issue an order in the near future setting a scheduling conference, providing a deadline to conduct the mandatory Rule 26(f) attorney conference, and providing a deadline to file a proposed scheduling order.

5. Defendants request that their current deadline to answer or otherwise respond to the Complaint be suspended to allow the parties to conduct the mandatory Rule 26(f) attorney conference and prepare a proposed scheduling order that will include, among other required information, a new deadline for Defendants to answer or otherwise respond to the Complaint, a schedule for discovery, including dates for expert disclosures, and anticipated date(s) for trial.

6. Based on the current posture of the case, no party will be prejudiced by the requested suspension of Defendants' deadline to answer or otherwise respond to the Complaint. Additionally, Defendants City of Louisville, City of Boulder, and Board of County Commissioners of Boulder County are in the process of retaining additional counsel in this case and may be prejudiced if they have to answer or otherwise respond to the Complaint before said counsel are retained.

WHEREFORE, Defendants request an order from the Court suspending Defendants' current deadline to answer or otherwise respond to the Complaint until a new deadline to answer or otherwise respond to the Complaint is set in a scheduling order.

Respectfully submitted this 3rd day of November, 2022.

s/ Gordon L. Vaughan
Gordon L. Vaughan
   VAUGHAN & DeMURO
   111 South Tejon, Suite 545
   Colorado Springs, CO 80903
   (719) 578-5500 (phone)
   gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANTS
THE TOWN OF SUPERIOR and
CITY OF LOUISVILLE, COLORADO
       and

      Antonio J. Perez-Marques
      David Toscano
      Christopher Lynch
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, NY 10017
        (212) 450-4000 (phone)
        antonio.perez@davispolk.com
        david.toscano@davispolk.com
        christopher.lynch@davispolk.com
         and
      Carey R. Dunne
        THE LAW OFFICE OF CAREY R. DUNNE, PLLC
        114 East 95th Street
        New York, NY 10128
        (917) 499-2279 (phone)
        careydunne1@gmail.com
ATTORNEYS FOR DEFENDANT
THE TOWN OF SUPERIOR

s/ Luis A. Toro
Luis A. Toro, Senior Attorney
Teresa Taylor Tate, City Attorney
    BOULDER CITY ATTORNEY'S OFFCE
    1777 Broadway
    Boulder, CO 80302
    (303) 441-3020 (phone)
    torol@bouldercolorado.gov
    tatet@bouldercolorado.gov
ATTORNEY FOR DEFENDANT
CITY OF BOULDER, COLORADO


s/ David Hughes
David Hughes, Deputy County Attorney
Catherine R. Ruhland, Deputy County Attorney
    BOULDER COUNTY ATTORNEY
    P.O. Box 471
    Boulder, CO 80306
    (303) 441-3190 (phone)
    dhughes@bouldercounty.org
    truhland@bouldercounty.org
ATTORNEY FOR DEFENDANT

BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Barry K. Arrington**
barry@arringtonpc.com

**Shaun Pearman**
shaun@pearmanlawfirm.com

**Eric P. Apjoke**
eric@pearmanlawfirm.com

**David Toscano**
david.toscano@davispolk.com

**Christopher Lynch**
christopher.lynch@davispolk.com

**Antonio J. Perez-Marques**
antonio.perez@davispolk.com

**Carey R. Dunne**
careydunne1@gmail.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Gordon L. Vaughan
Gordon L. Vaughan
