Case No. 1:22-cv-02680-NYW-SKC   Document 43   filed 01/05/23   USDC Colorado   pg 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, AND
MARTIN CARTER KEHOE

    Plaintiffs,

v.

TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior, The City of Louisville, The City of Boulder, and the Board of County Commissioners of Boulder County.

DATED at Denver, Colorado this 5th day of January, 2023.

/s/ Carey Richard Dunne
Carey R. Dunne, Esq.
The Law Office of Carey R. Dunne, PLLC
114 East 95th Street
New York, New York 10128
Telephone: (917) 499-2279
Careydunne1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this January 5th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

<u>*s/ Carey Richard Dunne*</u>

Carey R. Dunne, Esq.
The Law Office of Carey R. Dunne, PLLC
114 East 95th Street
New York, New York 10128
Telephone: (917) 499-2279
Careydunne1@gmail.com