**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, AND
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior, The City of Louisville, The City of Boulder, and the Board of County Commissioners of Boulder County.

DATED at Denver, Colorado this 5th day of January, 2023.

*/s/ Christopher Lynch*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
christopher.lynch@davispolk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this January 5th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                */s/ Christopher Lynch*

                                                Christopher Lynch
                                                DAVIS POLK & WARDWELL LLP
                                                450 Lexington Avenue
                                                New York, New York 10017
                                                Telephone: (212) 450-4000
                                                christopher.lynch@davispolk.com