# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for defendants The Town of Superior; the City of Louisville, Colorado; the City of Boulder, Colorado; and the Board of County Commissioners of Boulder County.

DATED at New York, New York this 10th day of January 2023.

    /s/ William J. Taylor, Jr.
    William J. Taylor, Jr.
    EVERYTOWN LAW
    450 Lexington Avenue
    #4184
    New York, New York 10017
    (646) 324-8215
    wtaylor@everytown.org
    *Attorney for Defendants*