IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 22-cv-02680-NYW-SKC | Date: January 19, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                              *Counsel:*

ROCKY MOUNTAIN GUN OWNERS, et al.,        Barry Arrington

   Plaintiff,

v.

THE TOWN OF SUPERIOR, et al.,                  Antonio Perez-Marques
                                                            Carey Dunne
                                                            Gordon Vaughan
                                                            James Windels

   Defendant.

## COURTROOM MINUTES

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:03 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff Charles Walker is present by telephone.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **12** fact depositions.
Depositions shall not exceed one day of seven hours.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **February 28, 2023**
Deadline for Defendants to Answer, Move or Respond to the Complaint: **March 31, 2023**
Discovery Cut-off: **July 28, 2023**
Dispositive Motions Deadline: **September 15, 2023**
Each side shall be limited to no more than one expert per area of expertise.
Parties shall designate affirmative experts **on or before: May 5, 2023**
Parties shall designate rebuttal experts **on or before: June 8, 2023**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than June 23, 2023.**

**JOINT STATUS REPORT** shall be filed no later than **April 14, 2023**.  Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**FINAL PRETRIAL CONFERENCE** is set for **1/16/2024 at 10:00 a.m.** before District Judge Wang.  Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:22 a.m.**
Total time in court:     00:19

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.