# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-02680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
THE CITY OF BOULDER,
THE CITY OF LOUISVILLE, and
THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

## JOINT STATUS REPORT

Pursuant to the Scheduling Order filed by the Court on January 19, 2023, the parties submit the following joint status report:

    1.    Discovery Activity: The parties have exchanged initial disclosures and are on-track to meet the deadlines for fact and expert discovery established in the Scheduling Order.

    2.    Discovery Disputes: The parties do not have or anticipate any discovery disputes at this time.

    3.    Settlement: The parties continue to agree that there is no reasonable possibility of settlement.

Dated April 14, 2023

| ARRINGTON LAW FIRM | DAVIS POLK & WARDWELL LLP |
|---|---|
| By:  /s/ Barry K. Arrington | By:  /s/ Antonio J. Perez-Marques |
| Barry K. Arrington | Antonio J. Perez-Marques |
| 4195 Wadsworth Boulevard | James H. R. Windels |
| Wheat Ridge, CO 80033 | Christopher P. Lynch |
| (303) 205-7870 | David B. Toscano |
| barry@arringtonpc.com | Hendrik J. van Hemmen |
| *Counsel for the Plaintiffs* | 450 Lexington Avenue |
|  | New York, NY 10017-3904 |
|  | (212) 450-4515 |
|  | antonio.perez@davispolk.com |
|  | james.windels@davispolk.com |
|  | christopher.lynch@davispolk.com |
|  | david.toscano@davispolk.com |
|  | hendrik.vanhemmen@davispolk.com |
|  | *Counsel for All Defendants* |

FREE AND FAIR LITIGATION GROUP
Carey R. Dunne
114 East 95th Street
New York, NY 10128
(917) 499-2279
carey@freeandfairlitigation.org
*Counsel for All Defendants*

EVERYTOWN LAW
William Taylor
450 Lexington Avenue
New York, NY 10017
(646) 324-8365
wtaylor@everytown.org
*Counsel for All Defendants*

VAUGHAN & DEMURO
Gordon L. Vaughan

111 South Tejon Street
Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for the City of Louisville and the Town of Superior*

BOULDER CITY ATTORNEY'S OFFICE
Luis A. Toro
Teresa T. Tate
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

BOULDER COUNTY ATTORNEY'S OFFICE
David E. Hughes
Catherine R. Ruhland
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org
*Counsel for the Board of County Commissioners of Boulder County*