**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, AND
MARTIN CARTER KEHOE

      Plaintiffs,

v.

TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for The Town of Superior, The City of Louisville, The City of Boulder, and the Board of County Commissioners of Boulder County.

DATED at Denver, Colorado this 11th day of May, 2023.

/s/ Martha Reiser
Martha Reiser, Esq.
Free and Fair Litigation Group
266 W 37th Street – 20th Floor
New York, New York 10018
Telephone: (917) 885-6958
martha@freeandfairlitigation.org

## CERTIFICATE OF SERVICE

I hereby certify that on this May 11th, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Martha Reiser
Martha Reiser, Esq.
Free and Fair Litigation Group
266 W 37th Street – 20th Floor
New York, New York 10018
Telephone: (917) 885-6958
martha@freeandfairlitigation.org