IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
THE CITY OF BOULDER,
THE CITY OF LOUISVILLE, and
THE BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY,

      Defendants.

No. 1:22-cv-02680-NYW-SKC

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE MOTIONS UNDER FEDERAL RULE OF EVIDENCE 702**

    Defendants THE TOWN OF SUPERIOR, CITY OF LOUISVILLE, COLORADO, CITY OF BOULDER, COLORADO, and BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY respectfully submit this unopposed motion for an extension of time to file motions under Federal Rule of Evidence 702.

    1.    The current deadline to file motions under F.R.E. 702 is July 10, 2023.

2. Defendants request an extension because the deposition of Mark Passamaneck, Plaintiffs' expert, is not scheduled until after the deadline to file motions under F.R.E. 702.

3. Defendants respectfully request an extension, until September 15, 2023, the dispositive motion deadline per the January 19, 2023 scheduling order, in which to submit any motions under F.R.E. 702. No other extension has been requested in this case. This extension will not affect any other date currently set in the case.

4. Counsel for Defendants conferred with counsel for Plaintiffs who represented that there is no objection to the requested extension of time.

WHEREFORE, Defendants respectfully request an extension, until September 15, 2023, in which to submit any motions under F.R.E. 702.

Dated: July 7, 2023

Respectfully submitted,

By: */s/ Antonio J. Perez-Marques*
Antonio J. Perez-Marques
James H.R. Windels
Christopher P. Lynch
David B. Toscano
Hendrik van Hemmen
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4515
antonio.perez@davispolk.com
james.windels@davispolk.com
christopher.lynch@davispolk.com
david.toscano@davispolk.com
hendrik.vanhemmen@davispolk.com
*Counsel for All Defendants*

Carey R. Dunne
Kevin Trowel
Martha Reiser
FREE AND FAIR LITIGATION GROUP

266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
*Counsel for All Defendants*

William Taylor
EVERYTOWN LAW
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215
wtaylor@everytown.org
*Counsel for All Defendants*

Gordon L. Vaughan
VAUGHAN & DEMURO
111 South Tejon Street
Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for Town of Superior and Town of Louisville*

Luis A. Toro
Teresa T. Tate
BOULDER CITY ATTORNEY'S OFFICE
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

David Evan Hughes
Catherine R. Ruhland
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org

*Counsel for the Board of County Commissioners of Boulder County*

4

CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

       */s/ Antonio J. Perez-Marques*
       Antonio J. Perez-Marques