IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680-NWY-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Plaintiffs respectfully request that the Court enter the attached Protective Order to control the disclosure and use of confidential information in this matter pursuant to F.R.C.P. ("Rule") 26(c). As good cause, Plaintiffs state:

    1.    Defendants have issued discovery requests to Plaintiffs seeking certain information about Plaintiffs, including information about firearms and ammunition magazines Plaintiffs own or wish to acquire.

1

2. Plaintiffs request that a protective order controlling the disclosure and use of such information be entered in this case.

3. Plaintiffs' counsel has conferred with counsel for Defendants, who indicate that Defendants do not object to the relief requested in this Motion.

4. Consistent with Section F.5 of the Court's civil practice standards, the proposed Protective Order follows the order approved by the court in *Gillard v. Boulder Valley School District. RE-2*, 196 F.R.D. 382 (D. Colo. 2000).

5. The proposed Protective Order allows any party to challenge the designation of material as confidential and places the burden of upholding the designation on the designating entity.

6. Entry of a blanket protective order will therefore "serve the interests of a just, speedy, and less expensive determination of complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention." *Id.* Absent the order, each of the Plaintiffs will bear the burden and expense of moving separately for a protective order.

7. Entering a blanket protective order will enable Plaintiffs to designate information as confidential without first needing to file a motion in this Court. Should any party have the occasion to dispute that designation, the proposed protective order establishes a procedure for such disputes, including placing the burden of upholding the designation on the designating party.

WHEREFORE, Plaintiffs respectfully request that the Court enter the attached Protective Order.

/s/ Barry K. Arrington
_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
(303) 205-7870
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

/s/ Barry K. Arrington
_____

Barry K. Arrington

3