IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

**JOINT MOTION FOR ENLARGEMENT OF PAGE LIMITS
AND EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

---

Plaintiffs and Defendants submit the following joint motion for an enlargement of the page limits for Summary Judgment motions filed under Rule 56, as well as an extension of time to file such motions. As good cause, the parties state:

1.    Under the current scheduling order in this matter, dispositive motions under Fed. R. Civ. P. 56 are due on September 15, 2023 (ECF 48).

2.    At this time, both sides anticipate filing a motion under Fed. R. Civ. P. 56.

3. Under the Court's practice standards, motions for summary judgment, and responses are limited to 20 pages, with 10 pages allocated for replies. Civ. Practice Standard 10.1(c)(2).

4. This case, in which Plaintiffs challenge four municipal ordinances regulating firearms, raises complex constitutional issues of substantial public interest.

5. Moreover, Plaintiffs' challenge arises under a legal standard set forth in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) that has yet to be litigated at length in this circuit.

6. Since *Bruen*, many challenges to firearm-related regulations have been filed across the country. The Parties have reviewed these cases, and in them, motions addressing the merits of the claim—mostly at the preliminary injunction phase—have routinely exceeded forty pages.

7. In order to fully present the facts relevant to the parties' anticipated dispositive motions, and to adequately address the legal issues arising under *Bruen*'s standard, the parties require an enlargement of the Court's page limits. The Parties jointly propose 45 pages for motions for summary judgment and responses, and 25 pages for replies.

8. Moreover, to ensure any motions for summary judgment are fully and adequately briefed, the Parties require a brief extension of time. The parties propose the following extension of deadlines:

    a. Dispositive motions due on October 20, 2023;

      b. Responses due on November 21; and

      c. Replies due on December 12.

Accordingly, the Parties respectfully request: [1] an enlargement of the page limits for motions for summary judgment in this matter, with motions and responses not to exceed 45 pages and replies not to exceed 25 pages. [2] an extension of the dispositive motions deadline through and including October 20, 2023.

Respectfully submitted this 8th day of August, 2023.

/s/ Barry K. Arrington

*Barry K. Arrington*
Arrington Law Firm
3801 E. Florida Ave., Ste. 830
Denver, CO 80210
Phone: (303) 205-7870
barry@arringtonpc.com

*Shaun Pearman*
*Eric P. Apjoke*
The Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge ,CO
Phone: (303) 991-7600
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

/s/ Hendrik van Hemmen

*Antonio J. Perez-Marques*
*James H.R. Windels*
*Christopher P. Lynch*
*David B. Toscano*
*Hendrik van Hemmen*
*Jennifer Kim*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4515
antonio.perez@davispolk.com
james.windels@davispolk.com
christopher.lynch@davispolk.com
david.toscano@davispolk.com
hendrik.vanhemmen@davispolk.com
jennifer.kim@davispolk.com
*Counsel for All Defendants*

*Carey R. Dunne*
*Kevin Trowel*
*Martha Reiser*
FREE AND FAIR LITIGATION GROUP

3

266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
*Counsel for All Defendants*

*William Taylor*
EVERYTOWN LAW
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215
wtaylor@everytown.org
*Counsel for All Defendants*

*Gordon L. Vaughan*
VAUGHAN & DEMURO
111 South Tejon Street
Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for Town of Superior and Town of Louisville*

*Luis A. Toro*
*Teresa T. Tate*
BOULDER CITY ATTORNEY'S OFFICE
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

*David Evan Hughes*
*Catherine R. Ruhland*
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO 80306

4

(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org
*Counsel for the Board of County*
*Commissioners of Boulder County*

5