# EXHIBIT D

**barry@arringtonpc.com**

**From:** barry@arringtonpc.com
**Sent:** Friday, July 28, 2023 4:02 PM
**To:** 'hendrik.vanhemmen@gmail.com'
**Subject:** FW: Liptak

**From:** Mark Passamaneck <Mark@EntropyEC.com>
**Sent:** Friday, July 28, 2023 4:00 PM
**To:** Barry Arrington <barry@arringtonpc.com>
**Subject:** Liptak




Apr 12, 2023, 2:01 PM

Would you happen to have any reference for how many magazines OVER 15 rounds, are owned by Americans? I am preparing legal declarations (as a retained expert by NAGR) for several cases. CO has a 15 round limit, but the data I have is under over 10 rounds.

1



2