# EXHIBIT F

## MARK PASSAMANECK - May 31, 2023

Page 1

```
1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2
3  Civil Action No. 1:22-CV-1866-GPG-SKC
   _____
4
   DEPOSITION OF:  MARK PASSAMANECK
5                  May 31, 2023
   _____
6
   BENJAMIN GATES, TRAVIS SWARTZ, KARL HONEGGER, AND
7  NATIONAL FOUNDATION FOR GUN RIGHTS, INC.
8  Plaintiffs,
9  v.
10 JARED S. POLIS, IN HIS OFFICIAL CAPACITY AS GOVERNOR
   OF THE STATE OF COLORADO,,
11
   Defendant.
12 _____
13          PURSUANT TO NOTICE, the deposition of
   MARK PASSAMANECK was taken on behalf of the Plaintiffs
14 at 1300 Broadway,, Denver, Colorado 80203, on May 31,
   2023, at 9:08 a.m., before Rianna R. Elmshaeuser,
15 Registered Professional Reporter, Federal Certified
   Realtime Reporter, and Notary Public within Colorado.
16
17
18
19
20
21
22
23
24
25
```

Page 2

```
1          A P P E A R A N C E S
2
   For the Defendant:
3
         PETER BAUMANN, ESQ.
4        DANIEL MAGALOTTI, ESQ.
         Colorado Attorney General's Office
5        1300 Broadway, 6th Floor
         Denver, CO  80203
6        peter.baumann@coag.gov
         daniel.magalotti@coag.gov
7
   For the Plaintiffs:
8
         BARRY ARRINGTON, ESQ.
9        Arrington Law Firm
         3801 E Florida Ave #830
10       Denver, CO 80210
         barry@arringtonpc.com
11
12
   Also Present:
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2  EXAMINATION OF MARK PASSAMANEK        PAGE
3  May 31, 2023
4  By Mr. Baumann                      5, 187
5  By Mr. Arrington                  176, 191
6                                      INITIAL
   DEPOSITION EXHIBITS                REFERENCE
7
   Exhibit 1 - Passamanek expert report      7
8
9  Exhibit 2 - Passamanek CV                 11
10
   Exhibit 3 - Passamanek prior depo transcript  12
11
12 Exhibit 4 - Court order in Alves case      21
13
   Exhibit 5 - Magpul article                44
14
15 Exhibit 6 - Passamanek tweets             55
16
   Exhibit 7 - Passamanek tweet              60
17
18 Exhibit 8 - Michael Bane article          60
19
   Exhibit 9 - 11/16/20 article              82
20
21 Exhibit 10 - English report               87
22
   Exhibit 11 - 2020 Industry Intelligence Report  102
23
24 Exhibit 12 - AFMER report                144
25
   Exhibit 13 - Passamanek updated CV       175
```

Page 4

```
1
2  Exhibit 14 - Passamanek updated case list   176
3
   Exhibit 15 - Congressional Research Service  176
4        Report
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## MARK PASSAMANECK - May 31, 2023

Page 5

1          WHEREUPON, the following proceedings
2 were taken pursuant to the Federal Rules of Civil
3 Procedure.
4          *    *    *    *    *
5          MARK PASSAMANECK,
6          having been first duly sworn to state the
7 whole truth, testified as follows:
8          (Deponent's reply to oath:  I do.)
9               EXAMINATION
10 BY MR. BAUMANN:
11    Q.   Good morning, Mr. Passamaneck.
12    **A.   Good morning.**
13    Q.   My name is Peter Baumann and I represent
14 the defendant in Gates v. Polis.  And let's start off,
15 have you ever been deposed before?
16    **A.   Yes.**
17    Q.   And so you know all of the rules.  We
18 have a court reporter here who is taking everything
19 down which means, first and foremost, that we should
20 try and avoid talking over each other.  I will do my
21 best to let you finish your answers before I ask my
22 questions and if you could let me finish my questions
23 before you answer.
24    **A.   Fair enough.**
25    Q.   Does that work?

Page 6

1    **A.   Yes.**
2    Q.   It also means that we'll need to be
3 verbal.  The court reporter can't capture nods or
4 headshakes.  Does that work?
5    **A.   That works.**
6    Q.   You also know then the questions we have
7 to get out of the way at the beginning.  Is there any
8 reason why you will be -- you would be unable to
9 testify truthfully today?
10    **A.   No.**
11    Q.   Are you under any medications that would
12 inhibit your ability to testify today?
13    **A.   No.**
14    Q.   Are you under the influence of anything
15 else that would inhibit your ability?
16    **A.   No.**
17    Q.   You've been retained as an expert witness
18 in this case, correct?
19    **A.   Correct.**
20    Q.   And you've been retained by the
21 plaintiffs?
22    **A.   Correct.**
23    Q.   And you prepared an expert report in this
24 case?
25    **A.   Yes.**

Page 7

1    Q.   And that expert report includes all of
2 the opinions that you would offer if called to testify
3 at trial?
4    **A.   Correct.**
5    Q.   And it includes the full basis for those
6 opinions?
7    **A.   It does.**
8    Q.   And all of the facts underlying those
9 opinions?
10    **A.   Yes.**
11    Q.   I'm going to go ahead and hand you a
12 document.
13          (Deposition Exhibit 1 was marked.)
14    Q.   Barry, this is Exhibit 1 in the file I
15 sent you.
16          MR. ARRINGTON:  Okay.
17    Q.   (BY Mr. Baumann) Do you recognize this
18 document, Mr. Passamaneck?
19    **A.   Yes.**
20    Q.   What is it?
21    **A.   It is a report that I prepared for this**
22 **case.**
23    Q.   Let's go ahead and keep that one nearby
24 because I think we'll go back to it fairly often.  In
25 fact, let's go ahead and dive right in and let's go to

Page 8

1 the very end, starting on page three onto page four.
2 Is this a list of all of the testimony you have
3 provided in the past four years?
4    **A.   Yes.**
5    Q.   And is this a complete list?
6    **A.   It is.**
7    Q.   And none of these cases involved
8 firearms, correct?
9    **A.   That is correct.**
10    Q.   And what was your area of expertise in
11 most of these cases?
12    **A.   Mechanical systems.  I mean, licensed as**
13 **a mechanical engineer in Colorado and these are all**
14 **mechanical systems.**
15    Q.   And can you just -- I am not a science
16 person or an engineer so if I ask you clarifying
17 questions, please indulge me.
18    **A.   Okay.**
19    Q.   When you say mechanical systems, what do
20 you mean?
21    **A.   In the area of work that I work in is**
22 **really anything mechanical.  So like in this building**
23 **there's HVAC, fire suppression system, and plumbing**
24 **systems.  Those are the mechanical systems that would**
25 **be in this building, so those are items that I work**

Page 2 (Pages 5-8)

## MARK PASSAMANECK - May 31, 2023

Page 9

1 on. Automotive, firearms, you know, connected to HVAC
2 obviously is boilers, and then natural gas, propane,
3 carbon monoxide. That's generally the area I've
4 worked in my entire career.
5     Q.   And is there a ready definition for
6 mechanical?
7     A.   A mechanical engineer?
8     Q.   Let's start there.
9     A.   I mean, a mechanical engineer would be, I
10 mean from coursework, education, and licensure
11 perspective, would be anybody who works on mechanical
12 systems. So gears and drivetrains, the types of
13 things I explained to you and anything that deals with
14 mechanical systems that are designed, their
15 implementation, their use, so, you know, factory work.
16         There are a lot of factory accidents that
17 I've worked on. Mechanical systems such as pressure
18 cookers, assembly lines, those kind of things, when
19 there's a failure, those are the kind of things I also
20 work on.
21     Q.   So it's how things work?
22     A.   How things work but I'll differentiate
23 between a civil engineer builds buildings and streets
24 and foundations and water systems and those are not
25 things that I work on on a regular basis. Electrical

Page 10

1 engineers is going to design the electrical systems;
2 the alarms, the lighting, the power systems that feed
3 all of our mechanical systems. I don't touch those.
4 So I hope that kind of maybe helps you differentiate.
5     Q.   Yeah, I think so. We can take a look at
6 it if it would be helpful, but I was looking through
7 some of these and one of them -- actually the very
8 first one on page three is Martha Munoz v. Public
9 Service, DBA, Xcel Energy. And testimony there you
10 described you practice areas as mechanical, plumbing,
11 and automotive. Does that sound right?
12     A.   Yeah, generally.
13     Q.   And when you say "generally," can you
14 elaborate on that?
15     A.   Well, mechanical is a huge area as you
16 know, and I don't work in every single area of
17 mechanical engineering. Plumbing I would say probably
18 has made up 50 percent of my work over the 20 plus
19 years; a lot of plumbing systems, a lot of pluming
20 system failures so, yeah.
21     Q.   I'm going to go ahead and hand you
22 another document.
23         MR. BAUMANN: Barry, this is Exhibit 5 in
24 the folder that you have. And if we could go ahead
25 and mark this as Exhibit 2.

Page 11

1         (Deposition Exhibit 2 was marked.)
2     Q.   Do you recognize this document?
3     A.   Yes.
4     Q.   What is it?
5     A.   That is my CV that I assume you printed
6 from online but that's my basic CV.
7     Q.   And this is the CV that you used for
8 Entropy Engineering Corporation, correct?
9     A.   It is. And I don't know if you have it.
10 I don't know if Barry has it, but I do have an
11 expanded one that has information about firearms on
12 it. I don't put that online because a lot of
13 attorneys don't hire anybody who does firearms work.
14 So I don't put it out there in the public realm, but I
15 do have a supplemental one. If you want me to get
16 that to Barry, I can get it to you.
17     Q.   This is -- and we can look at Exhibit 1.
18 The very first sentence on page one is, "At your
19 request, Entropy Engineering Corporation, has
20 evaluated portions of the case referenced above." Is
21 that right?
22     A.   Correct.
23     Q.   So Entropy Engineering Corporation is who
24 the plaintiffs hired in this case, correct?
25     A.   Correct.

Page 12

1     Q.   And this resume comes from the Entropy
2 Engineering Corporation website, correct?
3     A.   Correct.
4     Q.   And at the top of that resume, it lists
5 three practice areas. Could you read those for us?
6 At the very top. Next to your photo.
7     A.   Oh, mechanical, plumbing, automotive.
8     Q.   Okay. Now, if we go back to your report
9 and, again, we're looking at the list of testimony
10 from the last four years.
11     A.   Mm-hm.
12     Q.   Each of these cases involves one of those
13 three practice areas, correct?
14     A.   Yes.
15     Q.   And this is all of the cases over the
16 last four years where you have testified either at a
17 deposition or at trial?
18     A.   Correct.
19     Q.   Okay. I want to --
20         MR. BAUMANN: Barry, we're going to skip
21 away ahead to Exhibit 45 in your -- in what you have.
22         (Deposition Exhibit 3 was marked.)
23     Q.   Do you recognize this document,
24 Mr. Passamaneck?
25     A.   Yes, I do.

## MARK PASSAMANECK - May 31, 2023

Page 13

1    Q.    What is it?

2    A.    It appears to be my deposition from a

3 case that was Tim Alvez versus the Army Corp of

4 Engineer.

5    Q.    And what's the date of this deposition?

6    A.    November 10, 2021.

7    Q.    And you were the deponent, correct?

8    A.    Yes.

9    Q.    And this was within the last four years,

10 correct?

11    A.    It was.

12    Q.    And this is not listed in your report,

13 correct?

14    A.    You are correct.

15    Q.    Okay.  So when you said earlier that all

16 of your testimony from the last four years was

17 included in this list, that was inaccurate?

18    A.    You are correct.

19    Q.    Are there any other cases that are

20 missing?

21    A.    I don't know.  I don't think so.

22    Q.    Do you recall anything about this

23 deposition in Alvez from November 10 of 2021?

24    A.    I recall what it was about.

25    Q.    What was it about?

Page 14

1    A.    This was a wench on a dock system in

2 Idaho.

3    Q.    And what were you -- what was the

4 expertise that you provided in that case?

5    A.    It was related to the wench and

6 components related to its wear, tear, and suitability.

7    Q.    Mechanical systems?

8    A.    Correct.

9    Q.    And you took an oath before that

10 deposition, correct?

11    A.    I did.

12    Q.    And that was just like the one you took

13 today?

14    A.    Correct.

15    Q.    And so you told the truth in that

16 deposition, correct?

17    A.    Yes.

18    Q.    Okay.  Let's turn to what's -- page eight

19 of the deposition, page four, but it's page eight in

20 kind of the mini-things.  It's on the upper,

21 right-hand corner of the fourth page.  I think you'll

22 need to turn back.  Nope, turn forward one, and I

23 think it's that one.  You'll see in the very upper,

24 right-hand corner it says page eight.  Do you see

25 that?

Page 15

1    A.    Yes.

2    Q.    And it looks like you testified in this

3 deposition that you've testified 150 times total; is

4 that right?

5    A.    Yes.

6    Q.    And does that sound accurate to you?

7    A.    Generally, yes.

8    Q.    And if you go down at line 10, you were

9 asked whether all of those 150 times were on

10 engineering topics; is that right?

11    A.    Yes.

12    Q.    And can you read your answer to that

13 question?

14    A.    "Always on engineering, with a slight

15 caveat.  I do shooting reconstruction and I do it from

16 an engineering perspective.  But there are a couple

17 cases where my expertise as gone into evaluation of

18 events leading up to, so shooting reconstruction,

19 shooting expertise."

20    Q.    So you've testified 150 times before?

21    A.    Correct.

22    Q.    And all of those -- all of that testimony

23 has been on engineering or shooting reconstruction?

24    A.    I mean I consider the shooting

25 reconstruction to be part of the same type of thing, i

Page 16

1 mean the same principles, but yes.

2    Q.    So -- because it's mechanical systems?

3    A.    Correct.

4    Q.    How things work?

5    A.    Correct.

6    Q.    I want to go back to what we've marked as

7 Exhibit 2.  I believe it's your resume.  And I think

8 you mentioned before that you have a longer resume

9 that includes information about firearms work.  Is

10 that right?

11    A.    Correct.

12    Q.    This resume talks a little bit about

13 firearms, doesn't it?

14    A.    It does a little bit.

15    Q.    And the other one you have just expands

16 on that?

17    A.    Correct.

18    Q.    And have you found that your mention of

19 firearms in this resume hinders your ability to be

20 hired for expert testimony?

21    A.    I have had attorneys tell me that they

22 will not hire anybody who -- yes, who works on

23 firearms.

24    Q.    Who does shooting reconstruction work?

25    A.    Who does shooting reconstruction, yes,

Page 5 (Pages 17-20)

## MARK PASSAMANECK - May 31, 2023

Page 17

1 and those types of things.
2      Q.   So why do you keep the firearm related
3 information on this resume?
4      A.   Because I think in order to be honest, I
5 have to have at least some mention of it on my resume.
6      Q.   And so this resume is honest in its
7 description of your work?
8      A.   Yes.
9      Q.   Can you tell me how your opinion in this
10 case relates to mechanical engineering?
11      A.   Well, the firearms are a mechanical
12 system.
13      Q.   And so your testimony here is about how
14 firearms work?
15      A.   Primarily, yes.
16      Q.   Is there any part of your report that is
17 not on how firearms work?
18      A.   Yeah, there's a significant portion of it
19 that is looking at research as far as the number of
20 firearms and/or magazines.
21      Q.   Are you qualified to do that research?
22      A.   No.  That's why I quote other people who
23 do the research.
24      Q.   Are you qualified to evaluate that
25 research?

Page 18

1      A.   Yes.
2      Q.   Why?
3      A.   Because I've been involved in the
4 firearms industry for 25 or 30 years.  As far as
5 running matches and training, you know, variety of
6 aspects.
7      Q.   Some of your report deals with
8 statistical analysis; is that right?
9      A.   Yes.
10      Q.   Are you qualified to do statistical
11 analysis?
12      A.   Sure.
13      Q.   Why?
14      A.   Because in the limited scope of this
15 statistical is done is basic, high school statistics.
16 It's not a statistical analysis.  It's literally just
17 looking at the numbers that are presented by somebody
18 else and putting them out.  So I don't even consider
19 that to be an expertise area.
20      Q.   So you -- is it correct that you, for
21 that portion of your report, and we'll obviously take
22 a closer look at this.  You just looked at numbers
23 presented by someone else?
24      A.   I looked at their numbers, but I did do
25 some math.  I mean, there's some very simple math.  I

Page 19

1 think it spells itself out pretty clearly in my
2 report.
3      Q.   Yeah, and we'll get to some of that math.
4 But I'm interested in kind of the underlying question
5 which is any of us can read a number of things on any
6 given day and the question of whether to trust that
7 information or not is a second question.  And I'm
8 interested in why you are qualified to tell us that
9 the figures you cite are trustworthy.
10      A.   You're asking me -- let me clarify.
11 You're asking me is the information from the Kennedy
12 Study and NSSF, why do I believe that's accurate?  Is
13 that what your question is?
14      Q.   Yeah.
15      A.   In several areas, it is consistent with
16 my own observations of people in the shootings force
17 and the shooting industry, and even people who are
18 recreational shooters.  And then I also went and
19 looked at Kennedy.  And his background is information,
20 and as an expert witness, I'm allowed to rely on other
21 people's information and so I looked at his
22 information.  It appears to be consistent with my
23 perceptions of what those numbers would mean and what
24 they would actually be.
25      The National Shooting Sport Foundation, I

Page 20

1 don't know if you've looked at them, but they actually
2 are an industry trade group, so they pull that
3 information from manufacturers.  So their information
4 in my opinion is very trustworthy because it's from
5 actual manufacturers.
6      Q.   That all makes sense.  We'll take a
7 closer look at some of that.  In the Alvez case that
8 we just looked at, part of your testimony --
9      A.   Can you give me a second?
10      Q.   Of course.
11      A.   I want to make a note because you've
12 pointed out an error, so I want to get my assistant to
13 fix that when I get back.  If I don't make a note, I
14 might forgot about it.  Okay.  Thank you.
15      Q.   Of course.  Did your assistant prepare
16 that list of cases?
17      A.   Yes.
18      Q.   And did you review it before including it
19 in your report?
20      A.   I looked at it.  I mean, I did not go
21 through my actual calendar to make sure everything was
22 correct.  That's what she does.  She looks at my
23 calendar, and when I go to depositions, she sends out
24 the invoice, she adds it to that testimony list.
25      Q.   Did she prepare anything else in this

**MARK PASSAMANECK - May 31, 2023**

Page 21

1 report?
2     A.    No.
3     Q.    Everything else in here is your work?
4     A.    Yes.
5     Q.    In the Alvez case, part of your testimony
6 there -- or you were disqualified from providing part
7 of your testimony in that case, correct?
8     A.    I don't know if I was disqualified by the
9 Court.  We talked about certain aspects but I'm not
10 sure what you're discussing specifically.
11    Q.    Let's take a look.
12        MR. BAUMANN:  Barry, this is going to be
13 what's marked as Exhibit 46 in your.
14        (Deposition Exhibit 4 was marked.)
15    Q.    Okay.  Do you recognize this document,
16 Mr. Passamaneck?
17    A.    I don't.
18    Q.    What does it appear to be?
19    A.    It appears to be a court order.
20    Q.    And is it a court order in Alvez v. Army
21 Corps of Engineers?
22    A.    Yes.
23    Q.    And you can look at the first paragraph
24 of text.  Does it look like a court order on a motion
25 to exclude the expert report and testimony of Mark

Page 22

1 Passamaneck?
2     A.    It does.
3     Q.    If you turn to the third page, under
4 where it says discussion, go down a few paragraphs, do
5 you see the paragraph that starts, "Mr. Passamaneck is
6 an engineering, not a legal expert"?
7     A.    I do.
8     Q.    And goes on to say that some of
9 Mr. Passamaneck's opinions opine on the obligations of
10 such companies as lessors -- well, we don't need to
11 read this.  Is this -- does this refresh your
12 recollection about whether part of your testimony was
13 excluded?
14    A.    I was never told that it was excluded.
15    Q.    Okay.  Have you ever been disqualified
16 from offering an expert opinion?
17    A.    Apparently, if that's what this is, then
18 yes.  But prior to this, I'm not aware of any.
19    Q.    Do you remember testifying previously
20 against Colorado's magazine ban?
21    A.    I do.
22    Q.    And were you restricted in what opinions
23 you were allowed to offer in that case?
24    A.    I don't know.
25    Q.    You don't have any recollection of other

Page 23

1 cases in which you've been disqualified?
2     A.    Not that I'm aware of.
3     Q.    And you say you've testified over 150
4 times; is that correct?
5     A.    Correct.
6     Q.    And, again, no recollection of ever being
7 disqualified?
8     A.    I only recall two Daubert hearings that I
9 was present at, and in each case the judge said that I
10 was qualified to testify.
11    Q.    Do you recall a Daubert hearing in this
12 Alvez case?
13    A.    I don't.
14    Q.    So it's possible that you have been
15 disqualified and you just don't know about it?
16    A.    It's possible.
17    Q.    I should have stated at the outset, we
18 can take a break any time you want, just let me know,
19 unless there's a question pending.
20    A.    Okay.
21    Q.    But just keep me updated with how you're
22 feeling.  What's the highest level of education you've
23 obtained?
24    A.    I have a bachelor's degree.
25    Q.    And on your resume, which we've marked as

Page 24

1 Exhibit 2, mentions some master's level course work;
2 is that right?
3     A.    Correct.
4     Q.    What was that master's level coursework
5 in?
6     A.    Mechanical engineering.
7     Q.    And describe what master's level
8 coursework means.
9     A.    Well, I did all the coursework to receive
10 a master's, and then it was a difference of opinion
11 between myself and my advisers to whether or not I was
12 going to do a thesis or not.
13    Q.    I take it that your opinion was that you
14 did not want to do a thesis?
15    A.    You are correct.
16    Q.    And so you did not achieve a master's?
17    A.    Correct.
18    Q.    But you did all of the coursework?
19    A.    I did.
20    Q.    And again that was in mechanical
21 engineering?
22    A.    Correct.
23    Q.    We would be here all day if you walked
24 through every course, but can you give us kind of a
25 high level description of what that coursework looks

## MARK PASSAMANECK - May 31, 2023

Page 25

1 like?

2    A.   The master's coursework?

3    Q.   Yeah.

4    A.   Sure.  One was numerical methods, one was
5 vibrations.  There was advanced thermodynamics.  Two
6 in internal combustion engines and one mechanics and
7 materials.  There may be one or two other.  I just
8 can't remember.  It was like eight courses.

9    Q.   Yeah, did you think about doing the
10 thesis?

11    A.   Not for a second.

12    Q.   Why not?

13    A.   So it University of Colorado.  There were
14 three options to complete your masters.  One was a
15 three-hour course, which is what I had always planned
16 to do.  One was a six-hour masters thesis, and one was
17 a survey something, I don't even know what it was,
18 nine credit hours.  And I had always planned on doing
19 the three credit hour course and my advisor said,
20 "You're too smart to do a course.  You're going to do
21 six hours thesis."  And I said, "No, I'm not."  And I
22 was working full time.  I had, you know, kids on the
23 way, so, no, not doing that.

24    Q.   Someone who -- just passed the year mark
25 with my first kid and I've turned down a lot of things

Page 26

1 in the last year, so I get it.  What year was that
2 coursework?

3    A.   So I got my BS in '97 so it was '98, '99
4 it may have gone into 2000-2001.  I don't remember
5 exactly what the years were.

6    Q.   One of the courses you mentioned is
7 numerical methods.  What was the numerical methods
8 course about?

9    A.   A lot of work.

10    Q.   Was it hard?

11    A.   It was hard.  It was hard.  Number
12 methods is -- it's higher level calculus, differential
13 equations, but it's using computer analysis to do
14 those things that are beyond the capability of a
15 human.  So I don't assume that you ever did a math
16 course where you did matrices.

17    Q.   I did.  I can't promise that I remember
18 it all.

19    A.   But you know what they are.

20    Q.   Yes.

21    A.   So, you know, a three by three matrix,
22 you could sit down and you could do that by hand.
23 When you get multiple variables and you're doing nine
24 by nine and 20 by 20, it would take years to do those
25 that matrices.  So numerical methods is the ability to

Page 27

1 take the equations, put them into a software package
2 or actually write code to get an output.

3         And then you have certain numerical
4 methods, matrices, et cetera, that are basically
5 considered proofs.  So you put those through your
6 program.  You make sure your program is correct.  And
7 if it comes out correct with the proof ones, then
8 you're confident that your numerical method program
9 works.  It's still an approximation.  If you're going
10 to do design based on something, you still do an R and
11 D prototyping and then take it further.  So, yes, it
12 is complex.

13    Q.   Yeah, my head hurts just thinking about
14 it.  Was it your favorite course?

15    A.   No.

16    Q.   Why not?

17    A.   It was a lot of work and I'm not a
18 computer jockey by any stretch.  So the people who had
19 CS undergrads, they did great and I needed help from
20 them.  But I had one program, and it was about 15
21 minutes on the Cray down in Colorado Springs for the
22 first one and the second one took an hour.  So your
23 little PC even today would take months for it to run.

24    Q.   Wow.  Was there any Cray survey
25 methodology in that course?

Page 28

1    A.   Not in the -- not in what you're digging
2 for.  Yes, you have variables and you need to keep
3 those variables -- are you familiar with Monte Carlo
4 analysis?

5    Q.   Yeah.

6    A.   So you have those variables in ranges and
7 so, yes, there is some component of that.  And then
8 you need to make sure that as you're looking at those
9 variables, obviously to make the computer program run
10 most efficiently, you try to keep that window as small
11 as possible.  So there is some survey in analysis of
12 those variables to make sure that you're using them in
13 the narrowest possible realm that's reasonable.

14    Q.   But it sounds like nothing like how to
15 design a survey to identify public opinion on
16 something?

17    A.   No, sir.

18    Q.   Or to survey the number of a given item
19 in the population?

20    A.   No.

21    Q.   Looking back at what we've marked as
22 Exhibit 2, there's a large paragraph in the middle
23 that I think we've already kind of walked through a
24 lot of this here.  It says that you are a nationally
25 recognized expert in plumbing system and component

MARK PASSAMANECK - May 31, 2023

Page 29

1 failures; is that right?
2     **A.    Yes.**
3     Q.    And are you a nationally recognized
4 expert in plumbing system and component failures?
5     **A.    Yes.**
6     Q.    And if we go a little bit further, you
7 investigate failures and performance problems of HVAC
8 systems?
9     **A.    Correct.**
10    Q.    Including the design and installation of
11 radiant heat systems?
12    **A.    Correct.**
13    Q.    And that's all correct?
14    **A.    Yes.**
15    Q.    And you investigate Colorado poisons?
16    **A.    No, that's carbon monoxide.**
17    Q.    I even had a note in there, because I --
18 This is how you know I work for the State of Colorado.
19 I see C-O and immediately go there.  You investigate
20 carbon monoxide poisonings?
21    **A.    Correct.**
22    Q.    And you have experience working in a
23 manufacturing setting?
24    **A.    I do.**
25    Q.    And if we scroll down a little bit more,

Page 30

1 you perform vehicle accident site documentation and
2 analysis?
3     **A.    I have, yes.**
4     Q.    What do you mean you have?
5     **A.    I do very, very little of that now.  When**
6 **I was younger working under a principle, I did a ton**
7 **of it, but I don't do a whole lot of it myself now.  I**
8 **have one client that I do a very narrow scope of low**
9 **speed vehicle accident reconstruction, and that's it.**
10    Q.    And do you still do inspections of failed
11 automotive systems and components?
12    **A.    Yes.**
13          MR. ARRINGTON:  Then at the very end there
14 it says --
15          MR. BAUMANN:  Go ahead, Barry.
16          MR. ARRINGTON:  When you reach a natural
17 break, let me know.
18          MR. BAUMANN:  In fact, I think we'll have
19 one in about two minutes.
20          MR. ARRINGTON:  Okay.  Thanks.
21    Q.    (BY Mr. Baumann) And it says here at the
22 very end that you have extensive knowledge related to
23 firearms, cartridge reloading, and shooting incidents.
24 What do you mean by that?
25    **A.    Well, it's a broad catchall and we could**

Page 31

1 go through each component if you want to.  You know, I
2 have been a competitive shooter since I was basically
3 21 years old.  I've got several national level
4 competitions with top 10 finishes.  I run matches on a
5 national -- and I've even run international matches as
6 a match director and range master.  I hunt.  I coach a
7 track team.  I mean, there's not really a realm of
8 firearms that I have not been involved in personally
9 over the last 35 years or so.
10    Q.    You mentioned a lot of uses for firearms
11 there.  Notably absent was self-defense.  Have you
12 ever used a firearm in self-defense?
13    A.    I have not personally, no.
14    Q.    Have you conducted studies on the use of
15 firearms in self-defense?
16    A.    I have.
17    Q.    Such as?
18    A.    Well, I have about 7,000 students that
19 I've trained in CCW courses.  Some of those have been
20 involved in shootings.  I've been questioned by
21 district attorney's in a couple of those cases.  I
22 mean, from a personal perspective, I just consume mass
23 amounts of information and data related to those
24 topics pretty much on a regular basis.
25    Q.    Have you ever testified as to any of

Page 32

1 those topics?
2     A.    No.  Every shooting case that I've had so
3 far has either settled or been dismissed.  I might
4 have one that's still open in the City and County of
5 Denver.  I'm not positive if it's still open or not.
6     Q.    And under your work history, it mentions
7 that you're the President of Carbon Arms Corporation.
8 Is that right?
9     A.    Yes.
10    Q.    What is Carbon Arms Corporation?
11    A.    So it's a company that I started.  I
12 designed several pieces of equipment for competition
13 shooting.  I actually also have Stretch Precision
14 that's under Carbon Arms in which I manufacture AR-15
15 barrels.  Carbon Arms made shotgun clips and -- for
16 loading, primarily for competition.  If you went
17 through my deposition from 2013 -- well, the 2013
18 case, the mag, you will see that I actually did
19 manufacture magazines and magazine base pads.  When
20 that law went into effect, I ceased all that
21 manufacture.
22    Q.    So today you don't do any design and
23 manufacture of detachable magazines?
24    A.    I have not.
25    Q.    And you have no real training, correct?

## MARK PASSAMANECK - May 31, 2023

Page 33

1    **A.   Correct.**

2    Q.   And you're not a historian?

3    **A.   No.**

4    Q.   And you have taken no courses in history?

5    **A.   Other than what was required at School of**

6 **Mines, which I think was one.**

7    Q.   Got the credit out of the way?

8    **A.   Rocks for Jocks, Lit 101, and History**

9 **101, yeah, that was pretty quick.**

10    Q.   And you're not a statistician?

11    **A.   No.**

12    Q.   And you have no training in statistical

13 analysis?

14    **A.   Other than what is in my coursework, no.**

15    Q.   And you have no training in survey

16 design?

17    **A.   Correct.**

18    Q.   Okay.

19    MR. BAUMANN:   Barry, this would be a good

20 time to take a break.

21    MR. ARRINGTON:   Okay.   Great.   Thank you.

22 Can you give me a call, Mark, please?

23    **A.   Sure.**

24    (A recess was taken from 9:45 a.m. to 9:52

25 a.m.)

Page 34

1    Q.   (BY Mr. Baumann) Okay.   Let's go back to

2 your report, which we've marked as Exhibit 1, and

3 we'll take a look at page two, the first full

4 paragraph about halfway down.   It says -- that starts,

5 "Detachable magazines are necessary to make

6 semiautomatic firearms," and then it continues.   But I

7 want to stop there for a second.   What is a

8 semiautomatic firearm?

9    **A.   A semiautomatic firearm is, if it has**

10 **mechanical safeties and they are disengaged, every**

11 **time you press the trigger, a cartridge is fired from**

12 **the firearm.**

13    Q.   Until when?

14    **A.   Until the magazine no longer has**

15 **ammunition in it.**

16    Q.   Does every semiautomatic firearm utilize

17 a detachable magazine?

18    **A.   No.**

19    Q.   And can you explain why you answered no

20 to that?

21    **A.   Because there are some that do have**

22 **internal box magazines.   There's not a lot, but there**

23 **are some.**

24    Q.   So when you use semiautomatic firearms in

25 this report, are you clear about when you're referring

Page 35

1 to ones that receive detachable magazines?

2    **A.   No.**

3    Q.   Okay.   Are you only referring to ones

4 that receive detachable magazines?

5    **A.   Yes.   I mean, let me back up.   The**

6 **magazine, whether it detaches or not, functions and**

7 **operates in the same way.   The only difference between**

8 **a detachable magazine and one that is internal and not**

9 **detachable is that you can quickly replenish the**

10 **firearm with a new magazine without having to actually**

11 **load them individually into the firearm.**

12    Q.   So for a fixed magazine, what does

13 reloading that weapon look like?

14    **A.   In most cases, the action would have to**

15 **be open and you would individually press the**

16 **cartridges into the internal box magazine.**

17    Q.   As opposed to now describe how a

18 detachable magazine works.

19    **A.   A detachable magazine, whether you have**

20 **ammunition in the magazine or it's empty, you push**

21 **some kind of release, it's a lever or button, magazine**

22 **comes out.   You could, if you had a second magazine,**

23 **put another magazine in that had been preloaded.   So**

24 **you could load four magazines and they could all have**

25 **ammunition in them.   When the first magazine is empty,**

Page 36

1 **you could drop that magazine out of the firearm and**

2 **put a new magazine in and then you could shoot.**

3    Q.   So the first sentence of that paragraph

4 says, "Detachable magazines are necessary to make

5 semiautomatic firearms, designed to receive such

6 magazines, operate effectively.   And I'm sorry.   I'm

7 going to take us all back to our fourth grade grammar.

8 But the clause "designed to receive such magazines,"

9 what is that clause referring to in that sentence?

10    **A.   I'm differentiating that detachable**

11 **magazines are what the whole paragraph is about, so**

12 **semiautomatic firearms with detachable magazines.**

13    Q.   Got it.   So that modifies semiautomatic

14 firearm to mean only semiautomatic firearms that are

15 designed to receive detachable magazines.

16    **A.   Right.   That's what this paragraph was**

17 **about.**

18    Q.   Okay.   That was not a "got you."   I just

19 wanted to make sure I understood.   What is an example

20 of a semiautomatic firearm with a -- designed to

21 receive a detachable magazine?

22    **A.   Holy cow.   Ruger 10-22 is one that's very**

23 **common.   The AR-15 platform.   AR-15 and AR-10, I will**

24 **use those terms, but realize that is a style.   It is**

25 **not intended to be specifically a brand name.**

# MARK PASSAMANECK - May 31, 2023

Page 37

1    Q.   Yeah.

2    A.   So AR-10 are typically large frame or
3 large pattern semiautomatic firearms in that realm,
4 whereas an AR-15 is a small frame.  They're -- the
5 cartridge -- and when I say small and large, I'm
6 talking about the size of the cartridges.

7    Q.   Got it.  I think we'll probably get into
8 that and have you educate me a little bit more on
9 those distinctions.

10    A.   Can we go to the range?

11    Q.   I'd love to.  We may have to wait until
12 Barry is back in town.  The three of us can go.  Okay.
13 So let's use the AR-15.  Can an AR-15 be fired -- can
14 an AR-15 platform rifle be fired without a magazine in
15 the well?

16    A.   For one round.

17    Q.   But it can be fired?

18    A.   It could -- so you would have to take a
19 magazine, insert it, chamber the round, take the
20 magazine out, and then you can fire that one round and
21 it might malfunction.

22    Q.   Why might it malfunction?

23    A.   Because the whole system is designed to
24 feed a magazine with spring pressure into the chamber.
25 So the bottom of the bolt actually catches the rim, it

Page 38

1 feeds it in.  So when you don't have that pressure,
2 when it cycles and opens, one, it won't lock back
3 because the lifter is not locked the bolt back.  So
4 there's a lever that's activated by the follower in
5 the magazine that lifts the lever that locks the bolt
6 back.  That won't happen.  And so in some cases, with
7 some firearms, and it depends on age, wear, how dirty
8 they are, et cetera, yeah, it might malfunction and
9 jam.

10    Q.   Why is that any different than the last
11 bullet in a magazine?

12    A.   Because that lifter is designed with a
13 shelf that lifts a lever that holds to bolt back.  And
14 then when you drop the magazine out, that lever has
15 already been activated.  So you put new magazine in,
16 hit the bolt release, it goes forward.  So if you
17 don't have a magazine in the firearm and you have a
18 round in the chamber and you fire that, the bolt's
19 closed, and so fixing that is complicated.

20    Q.   Got it.

21    A.   And when I say complicated, I should
22 probably qualify that.  It's complicated in terms of
23 design and probably for someone who is inexperienced.
24 For someone who's experienced, they'll understand what
25 the malfunction is, fix it, and go on.

Page 39

1    Q.   You are very proficient with firearms,
2 correct?

3    A.   I am.

4    Q.   You've won multiple competitions?

5    A.   I have.

6    Q.   And placed top 10 in some national
7 competitions?

8    A.   I have.

9    Q.   How fast would it take you to replace an
10 AR-15 rifle magazine?

11    A.   My standard reload, if I was shooting
12 standing up, is on the order of about 2 seconds.  If
13 I'm from the prone, it's maybe three, three and a
14 half.

15    Q.   And you teach a lot of shooting, correct?

16    A.   I do.

17    Q.   For your average student, what is their
18 reload time for an AR-15 platform rifle?

19    A.   Average student?  I guess I'd have to
20 qualify what average means, and if we're going to take
21 average, I would say that's going to be someone who is
22 not a competitor.  Usually if you're talking to people
23 who compete, you're looking at the top 5 percent of
24 all people who shoot firearms.  So average, it's going
25 to be five, six seconds, somewhere in that range, if

Page 40

1 not more.

2    Q.   And that's for people who do not compete?

3    A.   Correct.

4    Q.   Would it ever take 10 seconds?

5    A.   Oh, sure, yeah.

6    Q.   No weapon requires a 16 plus round
7 magazine to operate, correct?

8    A.   That is correct.

9    Q.   Are you an expert on magazine
10 degradation?

11    MR. ARRINGTON:  Sorry.  Can you repeat that?

12    MR. BAUMANN:  I'm sorry, Barry.

13    Q.   (BY Mr. Baumann) I asked are you an
14 expert on magazine degradation?

15    A.   I would like to qualify what degradation
16 means.  Are you talking loss of reliability, wear and
17 tear over course of time, or through use?

18    Q.   Let's look at the last three -- four
19 sentences in the paragraph we were just looking at.
20 "Some of the most common polymer magazines will wear
21 out and become inoperable in as little as 50 rounds.
22 Very few can pass -- 500 rounds.  Excuse me.  Very few
23 can pass 2,000 rounds without replacement and that is
24 significantly less than the 50K to 100K rounds to wear
25 out a firearm."  I'll ask again, are you -- are you

## MARK PASSAMANECK - May 31, 2023

Page 41

1 qualified to offer an opinion on how quickly magazines
2 wear out and become inoperable?
3     A.   Yes.
4     Q.   Why?
5     A.   Because I've used them.  I've designed
6 them.  I've interacted with Magpul, FN, and Remington,
7 and their engineers as far as how are their magazines
8 designed.  I've designed those magazines prior to 2013
9 and, yes, I absolutely --
10     Q.   So you would consider yourself an expert
11 on how quickly magazines deteriorate?
12     A.   Deteriorate, again, it's a hard word.  I
13 mean, if it's an unloaded magazine sitting on a shelf
14 for 10 years unused, there's probably no deterioration
15 at all.  If it's loaded and it's sitting there, and
16 there's pressure on polymer feed lips, we have a
17 totally different set of parameters.  If we're
18 actually shooting, then it's again a different set of
19 parameters.
20     Q.   Did you -- so you say here that some of
21 the most common polymer magazines wear out and become
22 inoperable in as little as 500 rounds.  Which ones?
23     A.   So Magpul makes a variety of magazines
24 and when left loaded and when fired at 500 rounds, the
25 spine in some of them does crack.  And when the spine

Page 42

1 cracks, some of them will work, some of them won't.
2 Some of these are these phantom, you know, phantom
3 malfunctions, can't figure out what's going on.
4               There are times where you'll see
5 competitors and they're using a specific magazine and
6 malfunction, malfunction, malfunction.  They change
7 magazines and everything is fine.  And, you know, you
8 query them, how old was that magazine?  I've been
9 using it for like three years and haven't changed it.
10 Those kind of things are very common.
11     Q.   Are we talking about the PMAG, the Magpul
12 PMAG?
13     A.   Correct.  But also understand that PMAG
14 means polymer mag, so they make them for a variety of
15 firearms not just AR-15.
16     Q.   It says very few can pass 2,000 rounds
17 without replacement; is that right?
18     A.   Correct.
19     Q.   And would that also apply to generally
20 speaking the Magpul PMAG?
21     A.   Yes.
22     Q.   And that's based on your experience?
23     A.   Yes.
24     Q.   Have you conducted any studies related to
25 how quickly those magazines wear out?

Page 43

1     A.   I still have some loaded, yes.  So I
2 have -- I mean, there's a variety of them that when I
3 practice, I keep track of round counts and I pay
4 attention to when the round counts, when they start to
5 malfunction.  Now, there's a variety of ways that
6 magazines wear out.  I don't want to imply that it's
7 only the cracking of the spine.
8     Q.   And that makes sense to me.  We talked
9 earlier about your ability and your qualification to
10 review others -- review the studies of others or the
11 reports of others.  Did you review any reports or
12 studies before expressing that opinion?
13     A.   Well, I mean, studies and reports, other
14 than my own information and having a lot of
15 information directly from Magpul, no specific report
16 that I can think of.
17     Q.   And when you say information direct from
18 Magpul, do you cite any of that information in your
19 report?
20     A.   The only thing that is in my report that
21 is a direct communication from Magpul that's not in
22 the public realm is this number of 350 million.
23     Q.   So nothing in the paragraph that we're
24 looking at now?
25     A.   Correct.

Page 44

1     Q.   Okay.  And user error contributes to when
2 a magazine might become inoperable, correct?
3     A.   Certainly.
4     Q.   User error, as I'm using it in that
5 sentence, includes how you store the magazine?
6     A.   It could be.  Environmental conditions
7 could be part of that as well.
8     Q.   Let's take a look at --
9          MR. BAUMANN:  Barry, this is going to be
10 what is in your folder as 44.
11          (Deposition Exhibit 5 was marked.)
12     Q.   (BY Mr. Baumann) Do you recognize this
13 document?
14     A.   No, I have not seen this before.
15     Q.   It looks to be a news story; is that
16 right?
17     A.   I guess.  I mean is guns.com a news
18 source?
19     Q.   I'll defer to you on that.
20     A.   I don't know.
21     Q.   Let's turn to page two.
22     A.   Okay.
23     Q.   And it's the last full paragraph here.
24 That starts in December 2016?
25     A.   Okay.

## MARK PASSAMANECK - May 31, 2023

Page 45

```
1      Q.   It says quote in December 2016 Magpul
2  announced the Marines had, after a four-year testing
3  evolution, adopted their MCT PMAG for use in all their
4  5.56 millimeter platforms.  In government administered
5  tests, the PMAG reportedly cycled 20,400 rounds of
6  M855A1 ammo without any magazine related stoppages."
7  I'd like to get your reaction to that sentence.
8      A.   There's not enough data for there to be a
9  reaction.
10     Q.   Does that seem unlikely to you?
11     A.   If the word is the PMAG, like a singular
12 PMAG, I would say, one, it's unlikely that's what the
13 test was about and, two, I would be very surprised if
14 a single magazine could go 20,000 rounds.
15     Q.   Because you stand by your number, which
16 is 1/10th of that?
17     A.   Correct.
18     Q.   You can go ahead and put that one aside.
19 We talked a little bit about self-defense earlier.  If
20 I have a magazine that has fired 2,500 rounds, would
21 you consider that magazine to be inadequate for
22 self-defense?
23     A.   Depends on the magazine.
24     Q.   Explain.
25     A.   Is it a PMAG?  Is it a -- is it a Wilson
```

Page 46

```
1  combat magazine?  Is it a Cobra magazine?  You tell me
2  what brand, I'll answer the question.  But as you say,
3  in general, yeah, there's huge variability as far as
4  what magazines are made of and their life cycle and
5  their duty cycle.
6      Q.   So I take your point.  I don't see any of
7  those qualifications in your report where it just
8  says, quote, very few can pass 2,000 rounds without a
9  replacement.  So it is your opinion that very few
10 magazines of any type can pass 2,000 rounds without a
11 replacement?
12     A.   That's correct.
13     Q.   Okay.  So if I have a magazine that --
14     A.   And I probably should have made that
15 word -- I probably should have said "replacement" or
16 "repair" because that would be actually more accurate.
17     Q.   So you would actually like to add "or
18 repair" to that sentence?
19     A.   It would be more accurate to, yes.
20     Q.   So if I gave you no more information
21 other than I have a magazine that has been fired 2,500
22 times, you would say in all likelihood, if that
23 magazine has never been replaced or repaired, it will
24 not function correctly?
25     A.   So let me qualify that.  And we already
```

Page 47

```
1  talked about statistics, but when you get past a
2  certain point, there is a probability that it can
3  malfunction.  Does that mean that at 2,500 rounds they
4  will malfunction?  No.  It's just that now you're past
5  the point where you no longer have confidence that
6  it's going to be 100 percent reliable.
7      Q.   So, again, I take that point.  That's not
8  in your sentence.  Your sentence says very few
9  magazines can pass 2,000 rounds without replacement or
10 repair and you standby that sentence?
11     A.   I do.
12     Q.   So if I have a magazine that has passed
13 2,000 rounds, the vast likelihood is that it needs to
14 be replaced or repaired?
15          MR. ARRINGTON:  Objection, asked and
16 answered.
17          THE WITNESS:  I would say, yes, it needs to
18 be replaced or repaired.
19          (BY Mr. Baumann) You're familiar with
20 Colorado's magazine ban, correct?
21     A.   I am.
22     Q.   And you know that it grandfathered in
23 magazines that were possessed as of July -- well,
24 let's say June 2013?
25     A.   I believe the date was July 1, 2013.
```

Page 48

```
1  Yes.
2      Q.   If you had to guess, what percentage of
3  magazines that were possessed on July 1st, 2013, are
4  still operable today?
5      A.   I have no idea.
6      Q.   How would -- how would you go about --
7          MR. ARRINGTON:  I didn't hear the response.
8          MR. BAUMANN:  The response was, "I have no
9  idea."
10         MR. ARRINGTON:  Okay.  Thank you.
11         (BY Mr. Baumann) If I gave you no more
12 information other than that a magazine has been
13 possessed since 2012, would you feel comfortable using
14 that magazine in a shooting competition?
15     A.   I don't know.  I mean, I have magazines
16 that were possessed prior to July 1, 2013, that are
17 still in plastic.  They're basically brand new.
18 They've never been used.  And most of the people who I
19 know compete have -- they have some of those magazines
20 as well.
21     Q.   Would you say though that the number of
22 magazines that existed in -- on July 1st, 2013, and
23 were operable on July 1, 2013 -- let me rephrase that
24 question.  Of the magazines that were operable on July
25 1st, 2013, do you believe that all of them are still
```

## MARK PASSAMANECK - May 31, 2023

Page 49

1 operable today?

2      A.   No.

3      Q.   Okay.  Some of them are inoperable?

4      A.   I mean, yes.  I mean, I probably have

5 five or six magazines a year that go down.  I mean,

6 they're no longer usable.

7      Q.   Can you expand on what you mean by five

8 or six magazines that go down?

9      A.   Yeah, all of a sudden they start having

10 malfunctions in the firearm where prior they did not.

11 For instance, at a competition last year, shooting at

12 a 10-round Chip McCormick magazine, I started having

13 malfunctions with that magazine.  So I got home.  I

14 threw it in the bin to rebuild and a couple months

15 later, I have probably eight or nine magazines in the

16 bin.  I went through and I took them apart, cleaned

17 them, changed the springs, changed the followers, put

18 them back together, and put them in the rotation.

19      Q.   Do you know firearm users who in that

20 situation would just throw out that magazine?

21      A.   Yes.

22      Q.   Because not everyone can repair them like

23 you can?

24      A.   Let's qualify that.  Prior to July 1,

25 2013, if I had a PMAG that failed, I threw it in the

Page 50

1 trash can.  Now I check and see if the spine is

2 cracked, and if it's not, I rebuild it.  Because they

3 are valuable to me because the law made them

4 significantly more valuable in terms of my possession

5 of them than prior to July 1, 2013.

6      Q.   And I want to jump on that.  You

7 mentioned earlier that some, but not all, magazine

8 failures are due to the spine cracking.  Is that

9 right?

10      A.   For PMAGs, yes.

11      Q.   For PMAGs.

12      A.   Yep.

13      Q.   And if a spine cracks, is it possible to

14 repair that?

15      A.   Nope.  And I've tried.  I've actually

16 emailed Magpul and said I have the base plate, the

17 follower, and the spring.  And my interpretation of

18 the law is I can rebuild that, so send me a body.  And

19 they're like, nope, won't do it.  So I have no choice.

20 That magazine is now dead, gone.

21      Q.   Let's talk a little bit about these --

22 the law that you mentioned, and I'm referring to it as

23 a magazine ban because I don't want to get into a

24 fight over definitions.  I'm sure we'll need to define

25 some terms later, but for now let's just call it the

Page 51

1 magazine ban.  What's your personal opinion on the

2 law?

3      A.   I'm not sure if it's relevant but I mean,

4 there's aspects of it where I think it's -- I mean,

5 let me back up.  We've already established that I'm

6 not a lawyer, and so I have an understanding of the

7 constitution.  I have an understanding of the law.

8 I'm not qualified to say whether those are 100 percent

9 accurate or not.

10      Q.   I'm not asking about your legal

11 interpretation.  I'm just asking, if you were in the

12 general assembly, would you have voted for it?

13      A.   No.

14      Q.   Why not?

15      A.   Because I don't think it does any good.

16      Q.   Why not?

17      A.   Because -- and, again, we're way out of

18 my area of expertise because I'm not a psychologist,

19 but my perception is that people who kill people has

20 nothing to do with guns.  It has to do with

21 something's broken inside them.  I don't know that I

22 want to go that much further, but something is broken.

23 And once you stop valuing human life, doesn't make a

24 difference what tool you use, you don't value human

25 life.

Page 52

1      Q.   Do you think the magazine bans like

2 Colorado's reduce mass shootings?

3      A.   I don't think so.

4      Q.   And that's something that has been

5 studied add nauseam.  Have you reviewed any of those

6 studies?

7      A.   I've read them.  I've read some that say

8 yes and some that say no.  I guess I'm going to say

9 it's a draw.

10      Q.   And we've already talked about this, but

11 you're qualified to look at those studies and review

12 whether the conclusions are accurate or not?

13      A.   I don't think I ever said that.  I mean,

14 in my report and in my article, I'm looking at the

15 guns that are owned, the firearms that are owned,

16 their function, their operation, I don't think I've

17 ever said that I can look at a report regarding acts

18 that criminals perpetuate and say that I'm an expert

19 as to whether or not those are accurate or not.

20      I mean, I could look at crime statistics

21 and see that they're going up in Colorado.  I could

22 look at crime statistics nationwide and say, yeah,

23 here's a trend.  But the reason, I think that's way

24 beyond what I was hired to do in this case and I think

25 it's way beyond what I would give an opinion on, at

**MARK PASSAMANECK - May 31, 2023**

Page 53

1 **least in a legal proceeding.**
2        Q.   If you were presented with a study that
3 showed that jurisdictions with magazine bans have
4 lower fatality rates in mass shooting events, would
5 you be qualified to opine?
6        MR. ARRINGTON:  Peter, can you tell me why
7 this is relevant?  I understand that you can inquire
8 about potential bias, but you seem to be going really
9 far afield from the area for which we've offered his
10 testimony.
11        MR. BAUMANN:  Yeah, this question is
12 actually getting Mr. Passamaneck's qualification to
13 review studies and review studies and evaluate whether
14 or not they're accurate.  So I'm happy to note an
15 objection, and I will tell you that we will be moving
16 on very quickly but that's what this question is
17 getting at.
18        MR. ARRINGTON:  Okay.  Thank you.
19        MR. BAUMANN:  Would you like to have the
20 court reporter read back the question?
21        THE WITNESS:  Sure.
22        (The last question was read back as
23 follows:  "If you were presented with a study that
24 showed that jurisdictions with magazine bans have
25 lower fatality rates in mass shooting events, would

Page 54

1 you be qualified to opine?")
2        THE WITNESS:  I mean, if all the data was
3 presented, I don't think so.  I've read studies where,
4 you know, jurisdictions have made other, you know,
5 inroads into reducing casualties at mass shooting
6 events.  I mean do you know what Stop the Bleed is?
7        Q.   (BY Mr. Baumann) Please tell me.
8        A.   **Stop the Bleed is basically -- it's a**
9 **nationwide program, and I think Polis just signed a**
10 **bill allowing Stop the Bleed training to go to public**
11 **schools or all schools in Colorado.  I'm certified as**
12 **a Stop the Bleeding instructor.  I've told people time**
13 **after time taking a Stop the Bleed course will save**
14 **more lives than taking a firearms course.**
15        **So if fatalities are less in a**
16 **jurisdiction, is the jurisdiction tight?  Do they have**
17 **a tier one trauma center?  Do they have a lot of**
18 **people trained in Stop the Bleed?  So fatalities are**
19 **not the only indicator.  It's how many people wounded,**
20 **how many people shot, and there's a lot of different**
21 **parameters that can be looked at.**
22        **So if I had all the background**
23 **information, sure, but the vast majority of reports**
24 **that I see that are put out in the public realm, all**
25 **that background information is not there.**

Page 55

1        Q.   But it's important to review all that
2 background information before opining on the accuracy
3 of a study, correct?
4        A.   **Sure.**
5        Q.   I'd like to go ahead and mark a document.
6        MR. BAUMANN:  Barry, this is Exhibit 34 in
7 your folder.  And I think we're up to six now.
8        (Deposition Exhibit 6 was marked.)
9        Q.   This is a printout of some Tweets from a
10 twitter account that is @markpcolo, C-O-L-O.  Is that
11 your Twitter account?
12        A.   **It is.**
13        Q.   And the first one here is from February
14 28th of 2013.  Did you tweet, "If you want some AR
15 mags before the Dems sink the state, here is how"?
16        A.   **I did.**
17        Q.   And was that in -- were you referring to
18 the magazine ban?
19        A.   **Yes.**
20        Q.   What did -- what do you mean by "sink the
21 state"?
22        A.   **I believe that the magazine ban is a**
23 **violation of the constitution.**
24        Q.   And so any violation of the constitution
25 sinks the state?

Page 56

1        A.   **It's the slippery slope and, yes, I do**
2 **believe that.**
3        Q.   So here we are 10 years later is the
4 state sunk?
5        A.   **It's getting closer.**
6        Q.   What do you mean?
7        A.   **Crime rates are higher.  I mean, my own**
8 **zip code where I live, in 2013 had one officer that**
9 **had been killed.  We now have two officers that have**
10 **been killed and the number of officer involved**
11 **shootings has skyrocketed.  The number of thefts and**
12 **drugs and all kinds of things has skyrocketed,**
13 **absolutely.**
14        Q.   And you think that's because of the
15 magazine ban?
16        A.   **I do not.  I think it's because of a**
17 **variety of policies that have been put in place that**
18 **do not put the citizens of Colorado in the primary**
19 **position, the first position.**
20        Q.   What do you mean by that?
21        A.   **You're an employee of the State of**
22 **Colorado, right?**
23        Q.   Sometimes.
24        A.   **But a politician and employees, their**
25 **job, from my understanding of the constitution, is to**

**MARK PASSAMANECK - May 31, 2023**

Page 57

1  serve the people.  The constitution restricts the
2  government and we have changed.  And this is, again,
3  way beyond my scope of my report and my expertise, but
4  we have changed.  And we have changed to where the
5  government has ignored portions of historical
6  interpretation and even the constitution and that's my
7  personal opinion.
8       Q.   And so it's your personal opinion that
9  the government ignored the constitution in passing the
10  magazine ban?
11      A.   Yes.
12      Q.   You say here, "If you want some AR mags
13  before the Dems sink the state, here is how," and you
14  link to a Magpul link.  Is that right?
15      A.   Correct.
16      Q.   Did you purchase magazines at this time
17  in 2013?
18      A.   I had -- I probably did.
19      Q.   And based on your, you know, knowledge of
20  firearms, do you think many people in Colorado
21  purchased magazines at that time?
22      A.   I think thousands and thousands of people
23  in Colorado did, yes.
24      Q.   And do you think everyone only purchased
25  one magazine?

Page 58

1       A.   Probably not.
2       Q.   Is it accurate to say that people often
3  purchase more than one magazine at a time?
4       A.   I think it depends on the person and the
5  firearm.  I mean, you know, most of my handguns, I
6  don't know, I'll purchase one, two, or three at a
7  time.  Rifles usually I only purchase one or two at a
8  time.
9       Q.   Did you believe that when the magazine
10  limit bill passed the Colorado house, that was a
11  travesty?
12      A.   I do.
13      Q.   And do you believe that the voices of 100
14  million gun owners were silenced?
15      A.   They were silenced in terms of passing
16  the law, yes.  I mean, the testimony of gun owners and
17  law enforcement even was not taken as credible.  It
18  was dismissed.
19      Q.   Did you follow the debate in the general
20  assembly closely?
21      A.   I did.  I testified.  I spoke to Rhonda
22  Fields two or three times in person.
23      Q.   Was the bill amended in response to any
24  testimony from firearm owners?
25      A.   It was.

Page 59

1       Q.   Okay.  So they were listened to?
2       A.   I think amending the bill to say we're
3  going to change the number versus there shouldn't be a
4  law restricting the capacity at all, if you call that
5  listened to, sure, I guess so.
6       Q.   In your personal opinion should a person
7  be allowed to have a hundred round drum magazine?
8       A.   Sure.
9       Q.   200 rounds?
10      A.   Sure.  I mean, the laws up until this
11  passed, there was no restriction.  Now there are
12  restrictions on firearms and, you know, you cannot buy
13  a firearm under certain circumstances.  If you're
14  going to ask me do I have a problem with the Form
15  4473, not in the least.  Not in the least.
16      MR. ARRINGTON:  Peter, this is Barry.  I
17  have just emailed you some documents Mr. Passamaneck
18  mentioned, a firearm supplement to his resume and I
19  wanted to give you an opportunity to review that and
20  ask him any questions that you might have about that.
21  So I've provided that to you.
22      MR. BAUMANN:  Okay.  I'll see if we have
23  time to review that before the day is done and -- or
24  whether we need to keep the deposition open for that.
25      MR. ARRINGTON:  I'll review it in cross.

Page 60

1       Q.   (BY Mr. Baumann) So we already went over
2  you agree that Colorado's magazine ban -- or it is
3  your opinion, in your personal capacity, that
4  Colorado's magazine ban has no effect on reducing the
5  impact of mass shootings?
6       A.   I don't believe so.
7       Q.   Okay.  When did Carbon Arms stop selling
8  magazines?
9       A.   When the -- basically when the bill
10  became law.  I mean, even at the -- I don't know when
11  my deposition was.  It was after this had passed.
12  There may be some dates in there that say when I
13  actually stopped it, but I couldn't tell you off the
14  top of my head.  I don't think we actually ran any
15  batches of magazines in 2013 so it would have been
16  2012 was the last production batch that we made of
17  magazines.
18      Q.   Let's go ahead and take a look at
19  Exhibit 36 in your -- well, let's start with 35.
20      (Deposition Exhibits 7 and 8 were
21  marked.)
22      Q.   Okay.  So let's take a look at first at
23  what's been marked as Exhibit 7.  Does this look like
24  a retweet from your Twitter account?
25      A.   It does.

# MARK PASSAMANECK - May 31, 2023

Page 61

1    Q.   And do you remember this blog post that
2  you retweeted here?
3    A.   No.
4    Q.   Let's take a look at what's been marked
5  as Exhibit 8.  Feel free to take a look at and see if
6  that refreshes your recollection.
7    A.   I mean, I know that I read it at some
8  point.
9    Q.   Okay.
10   A.   I'm not sure that I can tell you
11 specifically chapter and verse what it says.
12   Q.   And you retweeted it, right?
13   A.   I did.
14   Q.   Okay.  Let's take a look at the very
15 first page at the very bottom.  The paragraph that
16 starts, quote, "For individuals, it's time to protect
17 yourselves.  Buy as many standard capacity magazines
18 as you can afford."  What do you understand the author
19 to mean by standard capacity magazines there?
20   A.   Magazines with capacity that's
21 unrestricted.
22   Q.   And as of February 16, 2013, were you
23 encouraging people to buy as many standard capacity
24 magazines as they could afford?
25   A.   I don't know if it was as many as they

Page 62

1  could afford.  I mean, make sure that you have
2  magazines for the firearms you have.  And, honestly, I
3  bought a couple magazines for guns I didn't even own
4  yet because I wasn't sure, hey, maybe I want this in
5  the future.
6    Q.   Okay.  Let's turn to the next page that
7  starts, "You may need to clarify issues of firearms
8  ownership."  And let's scroll down to where it says,
9  quote, "Remember, the purpose of these laws is not to
10 reduce crime, protect children, whatever.  The purpose
11 of these laws is to trap you," in bold italics, "and
12 provide a framework where you can be stripped of your
13 rights."  You said that you spoke with Rhonda Fields
14 and other members of the legislature.  Do you agree
15 that the purpose of the mag ban was to trap gun owners
16 and provide a framework where they can be stripped of
17 their rights?
18   A.   I do not.  I think that was -- I think in
19 some cases that could be the functional outcome, but I
20 don't believe that was Rhonda Fields' intent, no,
21 absolutely not.
22   Q.   So you disagree with that sentence?
23   A.   I do.
24   Q.   Okay.  And --
25   A.   As Rhonda Fields, as the, you know,

Page 63

1  author, I don't know what the right name is, but the
2  person who promulgated the bill, where that text came
3  from and the intent behind that, I don't know.  I
4  didn't talk to the person who actually wrote the text
5  that she used.
6    Q.   And when you retweeted this blog, did you
7  note that you disagreed with that sentence?
8    A.   I did not.
9    Q.   So you oppose Colorado's magazine ban in
10 your personal capacity?
11   A.   I do.
12   Q.   And you think it's bad policy?
13   A.   I do.
14   Q.   And you think that it has helped sink the
15 state?
16   A.   I think it's one component that is
17 damaging to the government and the people in the State
18 of Colorado, yes.
19   Q.   Okay.  And you testified -- we talked
20 about this briefly but you testified in an earlier
21 challenge to this law, correct?
22   A.   My understanding that was on the basis of
23 the state constitution, correct?
24   Q.   That's correct.  It was a challenge
25 brought under the state constitution to the magazine

Page 64

1  ban, right?
2    A.   Yes.
3    Q.   And now you're testifying in another
4  challenge to that law?
5    A.   Yes.
6    Q.   Do you need a break?  Want to keep moving
7  forward?
8    A.   No, nope.
9        MR. BAUMANN:  Barry, you okay?
10       MR. ARRINGTON:  Doing good.  At some point
11 I'm going to ask you to print the exhibits that I sent
12 to you because I'm going to use them in my cross.  So,
13 thank you.
14       MR. BAUMANN:  Barry, I will try and do so.
15 I think if you wanted to use them, you should have
16 sent them to me before the deposition.  And so I'm --
17 in good faith, I'll try and review them, but I can't
18 promise that I'll be able to because I didn't have
19 them before we were already in the deposition.
20       MR. ARRINGTON:  Well, that's the nature of
21 cross.  You don't know what you're going to need until
22 you know.
23       MR. BAUMANN:  I understand.
24   Q.   (BY Mr. Baumann) Okay.  Let's take a look
25 back at your report here, which has been marked as

## MARK PASSAMANECK - May 31, 2023

Page 65

1 Exhibit 1. And I want to take a look at the first
2 sentence under the discussion section that starts
3 "standard capacity magazines." And let's just start
4 with this: What is a standard capacity magazine as
5 you're using it in that sentence?
6      **A.   The capacity as designed by the**
7 **manufacturer.**
8      Q.   You're familiar with firearms, right?
9      **A.   Yes.**
10     Q.   And you're familiar with firearms
11 manufacturers?
12     **A.   Yes.**
13     Q.   And you're familiar with the fact that
14 most firearms manufacturers sell their weapons with
15 several different magazine sizes?
16     **A.   I guess I'd ask you to clarify that.**
17     Q.   If I go to Glock.com you would agree that
18 on Glock.com I can find a Glock 17, generation one,
19 for example, with several different magazine styles?
20     **A.   No, I don't agree with that.**
21     Q.   Okay. We'll take a look at that later.
22 So standard capacity magazine is magazines that the
23 manufacturer intended the weapon to be used with; is
24 that right?
25     **A.   That's correct.**

Page 66

1      Q.   Okay. So for any given firearm, there is
2 only one standard capacity magazine?
3      **A.   Correct.**
4      Q.   Okay. How do we know what that magazine
5 is?
6      **A.   It's the magazine that the manufacturer**
7 **provides with the firearm when it's sold.**
8      Q.   Okay. How do I know what the
9 manufacturer provides with the magazine when it's
10 sold?
11     **A.   Well, today it's a little more**
12 **complicated because there's magazines that are sold in**
13 **California and Colorado and, you know, a variety of**
14 **states that the manufacturer now provides different**
15 **capacity magazines in order to meet the laws in that**
16 **specific state.**
17     Q.   I thought you just told me that that
18 doesn't happen.
19     **A.   You said Glock, Gen1.**
20     Q.   Oh, very good catch. Let's use Gen3?
21     **A.   Gen3 is probably on it's way out by the**
22 **way.**
23     Q.   All right. So I read. Let's use Glock
24 17 Gen3. That is sold with multiple different
25 magazine capacities?

Page 67

1      **A.   That is correct.**
2      Q.   So how do I know what a standard capacity
3 magazine is for the Glock 17 Gen3?
4      **A.   You would have to look at an unrestricted**
5 **state and how do they sell them in that unrestricted**
6 **state?**
7      Q.   So why do I have to look at an
8 unrestricted state?
9      **A.   Because that's how they originally**
10 **designed them, the Glock 17. The Glock 17 was**
11 **originally designed with a 17-round magazine.**
12     Q.   Okay. So I have to -- you would agree
13 that in Colorado I can buy Glock 17 from the
14 manufacturer -- well, let's take that out. You would
15 agree that Glock sells a Glock 17 Gen3 in Colorado?
16     **A.   And if we want to be technically**
17 **accurate, no, Glock doesn't sell anything directly to**
18 **the consumer. They sell to distributors who sell to**
19 **dealers and the dealers sell to the consumer.**
20     Q.   So if I am a consumer, how do I know what
21 the standard capacity magazine is at any given time?
22     **A.   You may not.**
23     Q.   So in your report, when you use "standard
24 capacity magazines," how do I know what magazine size
25 you're referring to?

Page 68

1      **A.   As originally designed in that platform.**
2      Q.   Do you say that anywhere in your report?
3      **A.   That's what standard capacity magazines**
4 **means.**
5      Q.   Well, I'm interested here. So it says,
6 "Standard capacity magazines, as originally designed,
7 manufactured, and sold within the State of Colorado,
8 are commonly possessed and used for lawful purposes."
9 So based on the definition you just said, a standard
10 capacity magazine, as sold within the State of
11 Colorado, is going to be less than 16 rounds, correct?
12     **A.   You can go and buy a 30-round magazine in**
13 **Colorado right now off the shelf of a retailer. I**
14 **don't know what to tell you.**
15     Q.   What do you mean?
16     **A.   What do you mean what do I mean?**
17     Q.   Where can I buy a 30-round magazine off
18 the shelf in Colorado?
19     **A.   There are stores that have them on the**
20 **shelf.**
21     Q.   Is your testimony that there are stores
22 that are breaking the law to sell those?
23     **A.   That's not my job to interpret that. I**
24 **won't buy them, but they can be sold. Or they are**
25 **being sold.**

MARK PASSAMANECK - May 31, 2023

Page 69

1    Q.   Interesting.  When you see those, do you
2 tell anyone?
3        A.   What do you mean do I tell anyone?
4        Q.   I mean alert anyone that there are
5 30-round magazines available for sale in the State of
6 Colorado?
7        A.   I'm still not sure what you mean.
8        Q.   Do you tell law enforcement?
9        A.   I do not.
10       Q.   And are these 30-round magazines that are
11 for sale available to non-law enforcement officers?
12       A.   Yes.
13       Q.   So the next sentence here is that
14 millions of Americans own and use AR-15 style rifles.
15 Let's start with this.  What is an AR-15 style rifle?
16       A.   It is platform as originally designed by
17 Eugene Stoner and manufactured by literally hundreds
18 of manufacturers.  There is something called the
19 technical data package, which at one point was owned
20 by Colt.  But it is a firearm with a upper receiver, a
21 lower receiver, barrel, hand guard, trigger group, and
22 stock that are basically all interchangeable and
23 follow the same general specifications for their
24 dimensions and functionality.
25       Q.   I want to back up for a second to that

Page 70

1 first sentence.  So standard capacity magazines are
2 the magazines that any given firearm was originally
3 designed to accept; is that right?
4        A.   Correct.
5        Q.   Okay.  And there are -- you would agree
6 that there are firearms for which the standard
7 capacity magazine is less than 16 rounds, correct?
8        A.   Yes.
9        Q.   Okay.  So when you say "standard capacity
10 magazines, as originally designed, manufactured, and
11 sold within the State of Colorado are commonly
12 possessed and used for lawful purposes," that sentence
13 tells us nothing about magazine capacity size?
14       A.   Correct.
15       Q.   Because some of those standard capacity
16 magazines might be more than 15 and some might be
17 less?
18       A.   That is accurate.
19       Q.   Okay.  So that sentence can go.  What's
20 the difference between an AR-15 and a modern sporting
21 rifle?
22       A.   In my opinion?  Not a thing.
23       Q.   So if -- what's the difference between an
24 AR-15 and an AR-10?
25       A.   Small frame versus large frame.

Page 71

1        Q.   So when you are referring to the AR-15 --
2 so you refer -- your report in the next couple of
3 sentences, feel free to take the time to read them,
4 only deals with the AR-15, correct?
5        A.   Correct.
6        Q.   Okay.  Is the AR-10 a modern sporting
7 rifle?
8        A.   Depends on what the manufacturer calls
9 it.
10       Q.   What about the NSSF?
11       A.   I think that they have made an attempt to
12 reclassify the AR-15 as a modern sporting rifle.
13       Q.   And would they consider the AR-10 to be a
14 modern sporting rifle?
15       A.   I don't know.  It's an argument that I
16 ignore.
17       Q.   So you don't know what the NSSF considers
18 to be a sporting rifle?
19       A.   They consider it to be at least an AR-15.
20       Q.   And you don't know whether they also
21 consider other weapons to be modern sporting rifles?
22       A.   I don't know.
23       Q.   Okay.  It says here that millions of
24 Americans own and use AR-15 style rifles.  What is
25 that opinion based on?

Page 72

1        A.   The data from NSSF, manufacturers, their
2 sales.
3        Q.   And it's the data that you cite in the
4 rest of this paragraph, correct?
5        A.   Correct.
6        Q.   Okay.  So that sentence is based on the
7 rest of this paragraph?
8        A.   Yes.
9        Q.   Is it possible for an AR-15 style rifle
10 to function with a 10-round magazine?
11       A.   If the magazine is properly designed,
12 sure.
13       Q.   And you agree that some AR-15s are sold
14 with 10-round magazines?
15       A.   Some of them are.
16       Q.   And you can buy 10-round magazines on the
17 secondary market for AR-15 style rifles?
18       A.   You can.
19       Q.   So not every AR-15 in the United States
20 is accompanied by a 16-plus round magazine?
21       A.   That's correct.
22       Q.   Do you own an AR-15 style rifle?
23       A.   I do.
24       Q.   And how many rounds to you fire per year
25 on average?

## MARK PASSAMANECK - May 31, 2023

Page 73

1    A.   Out of the AR-15s?  Ten to 15,000.

2    Q.   So it's possible -- well, I mean, back
3 up.  If I own -- if I tell you I own an AR-15, what
4 does that tell you about the size, the capacity of
5 magazine that I own to go with that AR-15?

6    A.   Nothing.

7    Q.   Okay.  I want to skip ahead.  The first
8 full sentence of page two says, "Conservatively there
9 are at least 34 million AR-15s owned by US citizens."
10 And let's focus just on that clause for now.  Do you
11 see that?

12    A.   I do.

13    Q.   How did you reach that figure?

14    A.   Well, the numbers are -- and you have to
15 go through and add them up.  I mean...

16    Q.   Actually, let's -- before we do that and
17 we will, it says conservatively.  What does that mean?

18    A.   That means based on the numbers that
19 there's at least that many.  The estimate in 2019 was
20 just that, an estimate.

21    Q.   And you think it was a conservative
22 estimate?

23    A.   I do.

24    Q.   But as we go through and count things,
25 you would agree that conservatively we're looking at

Page 74

1 the low end of those estimates?

2    A.   Yes.

3    Q.   Okay.  So let's do that.  So if you flip
4 back to the previous page, the very last sentence,
5 it's not a full sentence, but it starts, "It is
6 estimated that about 8 to 9 million AR-15s were owned
7 by US citizens prior to 1990."  Is that right?

8    A.   Yes.

9    Q.   So it's 8 to 9 million prior to 1990.
10 Just let's pause there for a second.  You say it was
11 estimated by whom?

12    A.   NSSF.

13    Q.   Do you cite NSSF there?

14    A.   I don't think so.

15    Q.   So we just should take your word that
16 that's NSSF?

17    A.   Yes, that's where it came from.

18    Q.   Do you know what study?

19    A.   One of their studies, and I don't know if
20 Barry provide the study to you or not, but their
21 Industry Intelligent Report from 2020, there is a
22 paragraph in there that talks about how they came up
23 with their numbers.

24    Q.   Okay.  So it's from the -- that 8 to 9
25 million AR-15s is from the Industry Intelligent Report

Page 75

1 from 2020?

2    A.   Yes.

3    Q.   Okay.  So that's 8 to 9 million prior to
4 1990.  And I think we actually have to go to the
5 sentence before and this one you do cite the Industry
6 Intelligence Report.  And so -- again, I'm just trying
7 to make sure our record is clear.  You can understand
8 why it's unclear to me that you are citing to that
9 report in the prior to 1990 sentence, right?

10    A.   I mean, sure.  I understand what you're
11 saying, why you're asking.

12    Q.   Because you do cite to it in the previous
13 sentence.

14    A.   Correct.

15    Q.   And you do provide the basis for that
16 opinion in the previous sentence?

17    A.   Correct.

18    Q.   And you don't in the prior to 1990
19 sentence?

20    A.   Well, I don't change the source of the
21 data until I cite something else which is after.

22    Q.   Okay.  That's helpful.  That's helpful.
23 So for any sentence that doesn't have a citation in
24 it, we can assume it's to the previous thing you
25 cited?

Page 76

1    A.   Correct.

2    Q.   Okay.  Okay.  So that sentence before
3 says, "Further, the NSSF 2020 Industry Intelligence
4 Report, has the number of AR-15 rifles produced, minus
5 exports, as sold in the US at just under 20 million
6 from 1990 through 2018."  Is that right?

7    A.   Correct.

8    Q.   Okay.  So let's go ahead and write down
9 20 million.  And so now we have 8 to 9 million prior
10 to 1990 and 20 million from 1990 through 2018, right?

11    A.   Correct.

12    Q.   And then if we go to the very first full
13 sentence on page two, it's from 2019 through 2022,
14 another 3 to 4 million have been sold.

15    A.   Correct.

16    Q.   Okay.  So if I take the high of all of
17 those, that is 9 million prior to 1990, 20 million
18 from 1990 through 2018 and 4 million from 19 through
19 2022.

20    A.   Correct.

21    Q.   I'm just a lawyer, but that gives me 33
22 million.

23    A.   So you don't think there's any firearms
24 that were sold in 2023?

25    Q.   Do you?

## MARK PASSAMANECK - May 31, 2023

Page 77

1    A.   Yes.  They're literally selling -- at the
2 current rate, they're literally selling 1 to 2 million
3 a year.  It varies year by year based on how many are
4 available, but, I mean, if you look at the trend, the
5 trend is I mean at this point, as I wrote this report,
6 yes, we were at 34 million.
7    Q.   But you don't put any of that in your
8 report?
9    A.   So conservatively there are at least 34
10 million AR-15s owned by US citizens.  "Are," that
11 means at the time I wrote that report.
12    Q.   But you just gave me a reason to believe
13 that there were several weapons sold between 2022 and
14 April 12 of 2023?
15    A.   Correct.
16    Q.   And you don't include that in your
17 report.
18    A.   I mean, if you want to say that, that's
19 fine.  I mean, what I wrote is accurate.
20    Q.   But you also told me at the beginning
21 that everything -- that all of the bases for all of
22 your opinions were included in this report.
23    A.   I did.
24    Q.   And you just told me that you added at
25 least a million into that number without giving us the

Page 78

1 basis for that.
2    A.   Well, the basis is that you can figure
3 out how many AR-15s were sold per year and then figure
4 out that, hey, we're past that time now and, yeah, if
5 you don't want to do that math, that's fine.
6    Q.   You didn't do that.
7    A.   No, I did do that math.  That's why I
8 wrote 34 instead of 33.
9    Q.   But you didn't include that math.
10       MR. ARRINGTON:  Objection, asked and
11 answered.
12       THE WITNESS:  If it's not obvious to you,
13 that's fine.  It's obvious to me.
14    Q.   (BY Mr. Baumann) Okay.  And I just want
15 to be clear all of those estimates are from the 2020
16 Industry Intelligence Report?
17    A.   Yes.
18    Q.   Okay.  So Washington -- let's go back up
19 to the first page there.  It says, "A Washington Post
20 survey in 2022 numbers the owners of AR-15s at 16
21 million."  Is that right?
22    A.   Correct.
23    Q.   And what source are you using there?
24    A.   The Washington Post survey.
25    Q.   And is that a trustworthy source?

Page 79

1    A.   I don't know.  I mean, what I'm saying is
2 that was their estimate, and then I go through and
3 give another analysis from NSSF.  So you tell me
4 whether they're accurate or not.  I don't think
5 they're accurate.  The number is too low.  That's why
6 it's in there.
7    Q.   You don't think the Washington Post
8 survey figure is accurate?
9    A.   I don't.
10    Q.   So you don't think that is a trustworthy
11 source?
12    A.   I don't.
13    Q.   You are not comfortable aligning the
14 numbers in that survey?
15    A.   Let me back up.  I think that the numbers
16 that they put in the survey are not accurate.  That is
17 what I believe.
18    Q.   And why do you believe that?
19    A.   Because the industry report from NSSF
20 show a number that is significantly higher by almost
21 twice.
22    Q.   Do you think the industry report from
23 NSSF -- let me back up.  What did, "A Washington Post
24 survey in 2022 numbers the owners of AR-15s at 16
25 million."  What does that mean?

Page 80

1    A.   That means that there's 16 million people
2 that own AR-15s.
3    Q.   Okay.  And you think that's low because
4 the NSSF number of people that own AR-15s is higher?
5    A.   No, you're misinterpreting what I said.
6    Q.   I apologize.
7    A.   The 34 million that I cite is the total
8 number of AR-15s that NSSF says have been
9 manufactured.  We don't know if people own one or two
10 or 85.  We don't know.  I think the number 16 million
11 is low, but it's still a number.  It's still a data
12 point.  It's not related to manufacturer sales.
13    Q.   So I guess my question is, are you
14 comfortable relying on the Washington Post survey for
15 data related to the number of owners of AR-15s?
16    A.   I think it could establish a bottom
17 number but I don't know.  It's a number that they came
18 up with.  Is it valid?  I don't know.
19    Q.   You don't know if that's valid?
20    A.   I don't know.
21    Q.   Did you review the methodology for that
22 Washington Post survey?
23    A.   No.
24    Q.   Okay.  Let's take a look at that second
25 clause in that sentence that says, "While the 2020

**MARK PASSAMANECK - May 31, 2023**

Page 81

1 number was almost 20 million according to NSSF
2 President and CEO Joseph Bartozzi."  The 2020 number
3 of what?
4        **A.    Well, the whole -- that whole sentence is**
5 **owners.**
6        Q.    Where is this figure from?
7        **A.    What the -- the 2020 number of 20**
8 **million?**
9        Q.    Yep.
10       **A.    It's from an article that's on the NSSF**
11 **website.**
12       Q.    Do you know how the NSSF calculated that
13 number?
14       **A.    They do surveys.**
15       Q.    Did you review the methodology of those
16 surveys?
17       **A.    I did not.**
18       Q.    Did you speak with Mr. Bartozzi about how
19 he reached that figure?
20       **A.    No.**
21       Q.    Did you speak with anyone at the NSSF
22 about how they reached that figure?
23       **A.    No.**
24       Q.    Do -- you have no basis by which to
25 evaluate the accuracy of that number?

Page 82

1        **A.    No.**
2        Q.    Okay.  And you just said -- so we're
3 looking at the number of owners of AR-15s, right?
4        **A.    Correct.**
5        Q.    Okay.
6            MR. BAUMANN:  Let's take a look at
7 Exhibit 39, Barry.
8            (Deposition Exhibit 9 was marked.)
9        Q.    Do you recognize this document?
10       **A.    I don't know if I looked at this one**
11 **specifically or not.  I probably did, but in the**
12 **format that you have it, I'm not sure that I can say**
13 **that I recognize it.**
14       Q.    Okay.  I want to look at a couple things
15 here.  So I cut us off in that sentence, but the full
16 sentence -- well, let's ignore the Washington Post
17 part.  It says, "While the 2020 number was almost 20
18 million according to NSSF President and CEO Joseph
19 Bartozzi who called the AR-15 the, quote, most popular
20 rifle sold in America and a, quote, commonly owned
21 firearm."  Do you see that?
22       **A.    I do.**
23       Q.    So you quoted Mr. Bartozzi there?
24       **A.    Yes.**
25       Q.    And if you take a look at page three of

Page 83

1 this exhibit, at the very top, is this where you got
2 those quotes from?
3        **A.    Nope.  That's -- it's not the same quote.**
4        Q.    Does Mr. Bartozzi say that it's the most
5 popular rifle sold in America?
6        **A.    Well, he -- no, because it's different**
7 **wording.  I mean, commonly owned firearm, there's**
8 **actually a hyphen there, and the most popular rifle**
9 **sold in America?  I don't know if -- I don't think**
10 **that's where that quote came from.  I think it is a**
11 **different quote.**
12       Q.    So where did that quote come from?
13       **A.    It was an article that was on the NSSF**
14 **website.**
15       Q.    But not this article which uses the same
16 two phrases?
17       **A.    It's possible but, again, like I told**
18 **you, I don't recognize this article in the format that**
19 **it's in, so I don't know if this was the exact quote**
20 **or not.  Sorry.  I can't tell you.**
21       Q.    I'm just --
22       **A.    I mean, I agree that they're**
23 **substantially the same, but I cannot verify to you**
24 **that this is the actual article that I used.**
25       Q.    So let's take a look at -- just so our

Page 84

1 record is clear, the quote in Exhibit 9 is, "The
2 modern sporting rifle continues to be the most popular
3 rifle sold in America today, and with nearly 20
4 million in circulation is clearly a commonly owned
5 firearm that is being used for lawful purposes every
6 day in America."
7            And then your report says, "While the
8 2020 number was almost 20 million according to NSSF
9 President and CEO Joseph Bartozzi, who called the
10 AR-15 the most popular rifle sold in America and a
11 commonly-owned firearm."  Did I read that accurately?
12       **A.    You did.**
13       Q.    You would agree that 20 million in
14 circulation is different than owned by 20 million
15 people, correct?
16       **A.    Correct.**
17       Q.    And is that why you don't think this is
18 what you relied on?
19       **A.    That's correct.  What is there looks**
20 **different than what I recall.**
21       Q.    But you can't tell me what you relied on?
22       **A.    I mean, I've got it saved on my computer.**
23       Q.    And you can provide -- that is a basis
24 for your opinion, correct?
25       **A.    Yes.**

## MARK PASSAMANECK - May 31, 2023

Page 85

1    Q.   And you -- pardon me, you agree to
2 provide us with the complete basis for your opinions,
3 correct?
4    A.   Correct.
5    Q.   Okay.  So you agree if I were to ask you
6 to provide to Barry to provide to me the basis for
7 that opinion, you could do so?
8    A.   I can.
9    Q.   You have it saved on your computer?
10    A.   Yes.
11    Q.   And you would agree not to conduct
12 additional research?
13    A.   I would.
14    Q.   You would agree just to send us whatever
15 is saved on your computer?
16    A.   Yes.  I may have even sent it to Barry
17 already.  I don't know.  You can ask him.
18    Q.   Okay.
19       MR. ARRINGTON:  So, Mark, what you sent me
20 is the report, so if you go ahead and send that to me.
21       THE WITNESS:  Okay.
22       MR. BAUMANN:  And I would ask that you
23 send -- well, that's fine.
24    Q.   (BY Mr. Baumann) You would agree though
25 that -- and I just want to make sure the record is

Page 86

1 clear on this, that this quote is not the same as what
2 you have included in your report, correct?
3    A.   I do.
4    Q.   Okay.  Because 20 million in circulation
5 is not the same as 20 million owners.
6    A.   Correct.
7    Q.   Okay.  Okay.  Let's take a look at the
8 next sentence which says, "A 2021 survey conducted by
9 Georgetown University Professor William English in
10 2021 of 16,000 gun owners revealed that of those, 30
11 percent owned AR-15 style rifles."  Is that survey a
12 trusted source?
13    A.   I believe it.
14    Q.   Why?
15    A.   Because it is consistent with my personal
16 observations and what I have seen.
17    Q.   What can you tell us about the
18 methodology of that survey?
19    A.   I read everything that was associated
20 with it, but I can't tell you more than I read it and
21 reviewed it and felt that his survey was done
22 properly.
23    Q.   Would you say it was done more properly
24 than the Washington Post survey?
25    A.   I don't know.

Page 87

1    Q.   And is that because you're not qualified
2 to opine on survey methodology?
3    A.   That's probably part of it, yes.
4    Q.   What else is there?
5    A.   Well, I didn't look at the methodology of
6 the Washington Post survey.
7    Q.   But you did look at the methodology of
8 the English survey?
9    A.   What he had provided, yes.
10    Q.   What was that methodology?
11    A.   I just told you I don't recall exactly
12 what it is.  I just reviewed what he had in the
13 report.
14    Q.   Okay.  Let's take a look at --
15       MR. BAUMANN:  Barry, this is Exhibit 40, and
16 I think we are up to 10.
17       (Deposition Exhibit 10 was marked.)
18    Q.   Do you recognize this document?
19    A.   Yes.
20    Q.   What is it?
21    A.   It is the report that I referenced -- or
22 it is the surveys that I referenced in my report.
23    Q.   Okay.  Let's start with -- well, let's
24 just start at the very beginning on the first full --
25 the second full paragraph on the first page.  "The

Page 88

1 survey finds an overall rate of adult firearm
2 ownership of about" -- excuse me.  Let me restart.
3 "Survey finds an overall rate of adult firearm
4 ownership of 31.9 percent."  Is that right?
5    A.   That's what it says.
6    Q.   And do you believe that figure?
7    A.   Yes.
8    Q.   Do you have any reason to believe that
9 figure is inaccurate?
10    A.   No.
11    Q.   So less than 1/3 of adult Americans own a
12 firearm?
13    A.   If that's what the number says.
14    Q.   And you believe that number?
15    A.   I believe that number is accurate.
16    Q.   And you rely on this source in your
17 report?
18    A.   In this portion of it, yes.
19    Q.   Okay.  Let's turn to page four.  And it
20 looks like the first full paragraph gets into a little
21 bit of survey methodology here, and I'll give you a
22 chance to review that for a second.
23    A.   Okay.
24    Q.   So why are you comfortable relying on a
25 survey that uses this methodology?

**MARK PASSAMANECK - May 31, 2023**

Page 89

1    A.   Because I don't see any significant
2 indications to me that there is a flaw in it.
3    Q.   And what training have you received in
4 survey methodology flaws?
5    A.   We've already talked about that.  I'm not
6 a survey expert.  I'm merely relying on information
7 that's in the public realm.  After having looked at
8 several surveys.
9    Q.   Did you look at surveys that you did not
10 include in your report?
11    A.   I looked at a bunch of them, yes.
12    Q.   So what is it about this that stood out
13 as reliable to you?
14    A.   The -- there was a lack of hyperbole.
15 There was a lack of emotion in it and the methodology
16 was presented so that people could look at it.
17    Q.   People could evaluate where it was strong
18 methodology -- excuse me, let me rephrase that.
19 People could evaluate whether it was methodologically
20 strong?
21    A.   Correct.
22    Q.   This was fun for me.  In a previous life
23 I was a pollster, designed these types of surveys, so
24 I find this stuff very interesting.  If I interviewed
25 500 people on the streets of Colorado, could I draw

Page 90

1 conclusions based on their responses about the entire
2 United States population?
3    A.   Probably not.
4    Q.   Why not?
5    A.   It's too small a sample.
6    Q.   If I interviewed 500 people across the
7 United States, and I chose them using specific -- very
8 specific choices in how I chose them.  And I then
9 employed weighting techniques, which we'll talk about
10 in a second, could I draw conclusions based on that
11 500 person sample?
12    A.   I don't know.
13    Q.   Why not?
14    A.   Because I don't know.
15    Q.   That's not something you're qualified to
16 opine?
17    A.   Professionally the most I've done is
18 looking at FDA studies in my employment as choosing
19 people and looking at all that data.  So, I mean, I've
20 looked at all that data, but choosing the subjects,
21 that's not something I know how to do.
22    Q.   What about designing surveys to ensure
23 there's no drop off?  Do you know anything about that?
24    A.   I don't.
25    Q.   And what's your opinion on the use of

Page 91

1 online panel surveys versus telephone surveys?
2    A.   I mean, I think there's probably some
3 flaws in both, but couldn't tell you what specifically
4 those are, I would be speculating.
5    Q.   That's because you have no training in
6 survey methodology?
7    A.   That's correct.
8    Q.   And so your ability to view a survey is
9 based on no specialized training, knowledge, or
10 experience?
11    A.   I'm not sure I even understand what you
12 just asked.  Can you rephrase it?
13    Q.   Okay.  Is your ability to evaluate a
14 survey like this one based on any training you've
15 received?
16    A.   No.
17    Q.   Is it based on any specialized knowledge
18 you have?
19    A.   My knowledge in the firearms industry and
20 the scientific method, yeah.  I mean, those obviously
21 factor in.
22    Q.   Based on any specialized knowledge of
23 survey mechanics?
24    A.   No.
25    Q.   And what about experience designing

Page 92

1 surveys?
2    A.   No.
3    Q.   You're ability to view this survey and
4 opine on it and its accuracy is not based on any
5 specialized experience in designing surveys?
6    A.   That is correct.
7    Q.   Okay.  Let's take a look at the next
8 page.
9    MR. BAUMANN:  Why don't we take a break now?
10    (A recess was taken from 11:17 a.m. to 11:27
11 a.m.)
12    MR. BAUMANN:  Barry, I just want to say on
13 the record I misunderstood you before.  Happy to print
14 those documents you sent our way.  I'm sorry about
15 that.  I was lost in my own notes and paying half
16 attention.
17    MR. ARRINGTON:  That's never happened to me
18 before.
19    MR. BAUMANN:  We'll get those printed.
20    MR. ARRINGTON:  Appreciate you though.
21    Q.   (BY Mr. Baumann) Okay.  I want to go back
22 to the English study, which we have marked as
23 Exhibit 10, and take a look at page five.  The very
24 first full sentence says, "For the purpose of
25 estimating firearms ownership rates for the general US

## MARK PASSAMANECK - May 31, 2023

Page 93

1 population, we employed raked weighting on gender,
2 income, age, race, and state of residence."  What's
3 your opinion on using raked weighting in a survey like
4 this one?
5      A.   Don't have one.
6      Q.   Why not?
7      A.   I don't know enough about it.
8      Q.   What is raked weighting?
9      A.   I don't know.
10      Q.   Do you have an opinion on whether, for an
11 online survey like this one, it's better to use raked
12 weighting or a matching approach?
13      A.   I don't know.
14      Q.   Do you have an opinion?
15      A.   I don't.
16      Q.   Why not?
17      A.   Because I don't know enough about it.
18      Q.   Okay.  Does this report include data on
19 defensive gun use?
20      A.   There are some.  I could find them I
21 guess if I read through it, but there are portions in
22 here, that do.
23      Q.   And did you -- do you have an opinion on
24 the accuracy or -- let me back up.  Do you have an
25 opinion on how reliable those sections of this report

Page 94

1 are?
2      A.   You know, at first reading it -- some of
3 the numbers that he cited, if I recall, I would have
4 to go find it, seemed a little high to me.  But I'm
5 not the guy that did the survey.  I mean, the NRA
6 claims some number that's like 3 million defensive
7 uses of firearms a year.  I read some of their
8 information, I'm like, I think they're stretching
9 their numbers a little bit with some hyperbole there
10 as well.
11      Q.   Okay.  So let's go back to your report
12 here.  It says, "A 2021 survey conducted by Georgetown
13 University Professor William English in 2021, 16,000
14 gun owners revealed that of those 30 percent owned
15 AR-15 style rifles."  Is that right?
16      A.   Yes, I mean, the numbers may not be
17 exactly what's in his report.  I think he's more
18 specific about some of the numbers, but I rounded
19 them.
20      Q.   And that's the report that we were
21 looking at that's been marked as Exhibit 10, correct?
22      A.   Correct.
23      Q.   The report that you just indicated you're
24 not the guy that did the survey, correct?
25      A.   Correct.

Page 95

1      Q.   And that you're not sure about the
2 accuracy of some of the defensive gun use numbers?
3      A.   Correct.
4      Q.   Okay.  The report suggests that the
5 average gun owner owns five firearms.  Does that sound
6 right to you?
7      A.   Yeah, generally it does.  I mean, you
8 know, the people that I know that I compete with
9 obviously own more, but most of my friends who are not
10 in the firearms industry and don't compete, you know,
11 it does sound about right.
12      Q.   And you would agree that I think we had
13 this colloquy earlier that knowing that 30 percent of
14 gun owners own AR-15 style rifles tells us nothing
15 about the magazine size of those rifles, correct?
16      A.   Correct.
17      Q.   Do some quick math here.  If 32 percent
18 of adults own guns and 30 percent of those own AR-15s,
19 that comes out to about 9 percent of adults own an
20 AR-15.  Is that right?
21      A.   Yeah, I think your math is pretty close.
22      Q.   And again AR-15s can come with Colorado
23 compliant magazines?
24      A.   They can, yes.
25      Q.   Did you look at the data in the English

Page 96

1 report on individuals who have owned magazines with
2 certain number of rounds?
3      A.   I would have to go back and look through.
4 I mean, I read the whole report, so I'd have to go
5 back and look for it if you have specific questions
6 about that.
7      Q.   Let's take a look at page 22.  Last --
8 the first sentence of the last paragraph starts, "48
9 percent of gun owners," and then there's some
10 information in the parenthetical.  What does that
11 information in the parenthetical mean?
12      A.   Some statistical number.
13      Q.   Do you know what it means?
14      A.   I do not.
15      Q.   If I suggest to you that it means that at
16 the 95 percent confidence interval.  Do you know
17 anything about confidence intervals?
18      A.   That's what I would speculate that means,
19 but not a statistician.
20      Q.   So "48 percent of gun owners answered yes
21 to the question, 'Have you ever owned a handgun or
22 rifle magazine that holds more than 10 rounds?'
23 Parentheses, you can count magazines that you may keep
24 in another state if there are local restrictions
25 against ownership."  What's your reaction to that

**MARK PASSAMANECK - May 31, 2023**

Page 97

1 figure?

2    A.    To the figure?

3    Q.    To the 48 percent.

4    A.    Seems reasonable to me.

5    Q.    Based on what?

6    A.    Based on looking at the NSSF data about

7 how many people compete, what kind of competition they

8 do, how many people, you know, hunt, how many people

9 are recreational shooters, not necessarily competition

10 shooters, because we already agree that's a pretty

11 small subset.  That seems appropriate.  We know the

12 numbers of people who shoot, you know, shotguns in the

13 clay sports.  A lot of those people may own a revolver

14 or they may own a hunting rifle, but a lot of them

15 don't own a firearm that would accept a magazine

16 that's over 10 rounds.

17    Q.    Have you reviewed other surveys?

18    A.    Yeah, I mean the National Shooting Sports

19 Foundation has several surveys.  I think they've even

20 got one they break in from 10, 15, and 20 rounds.

21 They break them up.  And, I mean, yes, over the course

22 of years, I've looked at these surveys.  You know, I

23 can't say that when the assault weapon ban was in

24 place -- and we're talking the Clinton assault weapon

25 ban, if that's an okay term.  I didn't really look at

Page 98

1 any information or data at that point, but once that

2 expired, I did start looking at data.

3    Q.    And you mentioned the NSSF data.  Do you

4 know if that data refers to the number that were ever

5 owned or the number ever produced?

6    A.    I don't know.  I'd have to look at it

7 specifically.

8    Q.    Okay.

9    A.    I assume because their numbers come from

10 industry that it would be produced, but I would have

11 to look at it.

12    Q.    Doing some back-of-the-envelope math

13 again, which is always dangerous.  If 32 percent of

14 adults own guns and 48 percent have ever owned a

15 handgun or rifle magazine that holds more than 10

16 rounds, that brings us to about 15 percent of adults

17 that have ever owned a gun?

18    A.    Yeah, about that number.

19    Q.    Let me make sure our record is clear.

20 That's about 15 percent that have ever owned a handgun

21 or rifle magazine that holds more than 10 rounds?

22    A.    Yes.

23    Q.    And you agree that in Colorado it's legal

24 to own a 10-round magazine?

25    A.    Yes.

Page 99

1    Q.    And an 11-round magazine?

2    A.    Yes.

3    Q.    Up to a 15-round magazine?

4    A.    It's legal to own higher than that if you

5 had them prior to July 1, 2013.

6    Q.    Leaving aside the prior to July 31, 2013,

7 it is legal to own a 15-round magazine in Colorado,

8 correct?

9    A.    Yes.

10    Q.    So if 15 percent of adults have ever

11 owned a magazine with more than 10 rounds, something

12 less than 15 percent have ever owned a magazine with

13 more than 15 rounds?

14    A.    That's reasonable, yes.

15    Q.    And the way this is phrased is, "48

16 percent of gun owners responded yes to the question,

17 'Have you ever owned a handgun or rifle magazine that

18 holds more than 10 rounds,'" correct?

19    A.    Correct.

20    Q.    So that's different than the number

21 currently owned?

22    A.    Correct.

23    Q.    Okay.  And you would agree that if you

24 ever owned a magazine with more than 10 rounds, it's

25 likely you own several of them, correct?

Page 100

1    A.    Correct.

2    Q.    Okay.  I want to go back to your report

3 here and we're going to move on to the next sentence

4 which says, "Further, the NSSF 2020 Industry

5 Intelligence Report has the number of AR-15 rifles

6 produced, minus exports," so sold in the US, "at just

7 under 20 million from 1990 through 2018."  Is that

8 right?

9    A.    Correct.

10    Q.    How is that report compiled?

11    A.    What do you mean by compiled?

12    Q.    How do they arrive at their data?

13    A.    They get that data from their members,

14 which are manufacturers.

15    Q.    And do you know how they collect that

16 data?

17    A.    I do not.

18    Q.    Have you asked how they collect that

19 data?

20    A.    I mean, at points I've had -- I would

21 guess I would say casual conversations with people

22 from NSSF and, yes, I mean, they send out surveys to

23 their members and they know not only who are their

24 members, but they know the major manufacturers who are

25 not members.  And there are some of them.  I'm not

MARK PASSAMANECK - May 31, 2023

Page 101

1 sure if SIG dropped their membership with NSSF or not
2 but they were one that was purported to have dropped
3 their membership at some point and they're a large
4 manufacturer.
5      Q.   Okay.  Have you reviewed any of these
6 surveys that they sent out?
7      A.   I have read them, yes.
8      Q.   And do you believe that they are
9 methodologically appropriate?
10      A.   As far as I can tell, yes.
11      Q.   And do you know how NSSF verifies the
12 data provided by the manufacturers?
13      A.   I do not.
14      Q.   Have you collected any data from
15 manufacturers?
16      A.   I have not.
17      Q.   I want to look at the sentence that says
18 that -- this sentence says that the number of AR-15
19 rifles produced from 1990 through 2018 was just under
20 20 million.  Is that right?
21      A.   Correct.
22      Q.   And a couple -- couple sentences earlier,
23 you say that according to NSSF and CEO Joseph Bartozzi
24 there were 20 million owners of AR-15s in 2020.  Is
25 that right?

Page 102

1      A.   That is what is in my report, yes.
2      Q.   Are those two numbers consistent?
3      A.   Probably not.
4      Q.   Let's take a look at what's been marked
5 as Exhibit 41.
6           MR. BAUMANN:  Or excuse me.  What is in
7 Barry's folder as Exhibit 41.
8           (Deposition Exhibit 11 was marked.)
9      Q.   Do you recognize this document?
10      A.   Is there somewhere that says that this is
11 the 2020?
12           MR. MAGALOTTI:  On the last page at the
13 very, very bottom in tiny print.
14      Q.   (BY Mr. Baumann) On the very, very back,
15 on the flip over.
16      A.   There's a copyright.  See, this says here
17 that they're listing some 2018.  Give me a second.
18 Let me read this.  This may not be the same -- this
19 may be a prior one.  So on the web page, the one that
20 I have on my computer specifically says the 2020
21 Industry Intelligent Report.  And this one, when it
22 has sources only is reported through February 28,
23 2020, and there's a lot of 2018 in here.  So this
24 might be the one that's prior.
25      Q.   So I -- we may need to take a break to

Page 103

1 print some stuff out, but let me offer an explanation.
2 We'll see if it rings a bell.  If not, we'll print
3 some stuff out and clean all this up.  The 2020 report
4 covers data through 2018 because the data is collected
5 on a year lag, and so the 2020 report runs through
6 2018.
7      A.   Okay.
8      Q.   Is that ringing any bells?
9      A.   It's consistent and if you claim that
10 that's true, I'd have no reason to disbelieve you.
11      Q.   Yeah, well, let's -- let me do one more,
12 then we'll decide if we need to do this.  So your
13 report says the number of AR-15 rifles produced minus
14 exports are just under 20 million from 1990 through
15 2018.  Go ahead and turn to page seven of that
16 document.
17      A.   Okay.
18      Q.   And I would ask whether you think that
19 you got that number from this chart.
20      A.   Sure looks like it.
21      Q.   And then let me go a step further and
22 we're jumping a little bit ahead here.  Well,
23 actually, let's not.  Let's just stop there.  So let
24 me ask this.  Is the report that I put in front of you
25 the report that you relied on for that figure in that

Page 104

1 sentence?
2      A.   It looks like it probably is.  I mean, I
3 can confirm that when I get to my computer and see if
4 this is actually -- everything is all the same.  If
5 you want me to make a note to do that, I can.
6      Q.   No.  I'm trying to -- we had it up on --
7 I'm just going to talk out loud for a second.
8           MR. BAUMANN:  And, Barry, I'm interested in
9 your thoughts here.  So I have the NSSF web page up
10 that talks about the 2020 edition of their Industry
11 Intelligence Report, which has data from 1991 through
12 2018.  And I'm happy to print that out and send a copy
13 to you, Barry.  I will say I'm quite confident we are
14 talking about the same report here.
15      A.   Okay.
16      Q.   (BY Mr. Baumann) Are you confident?
17      A.   I think it -- I'll be 99 percent sure
18 that that's probably accurate.
19           MR. BAUMANN:  Barry, I will send you the web
20 page that I'm about to put in front of your -- or
21 Daniel will send the web page.
22           MR. MAGALOTTI:  I could just share it.
23           MR. BAUMANN:  No I don't think we can share
24 it from there.
25           MR. MAGALOTTI:  Do you want me to pull it up

**MARK PASSAMANECK - May 31, 2023**

Page 105

1  on here and share it?

2          MR. BAUMANN:  That would be great.

3          THE WITNESS:  I'm really not trying to be

4  obtuse.  I just want to make sure.

5          Q.   (BY Mr. Baumann) And I'm not trying to be

6  difficult.  I just want to be sure we're talking about

7  the same thing.

8          **A.   I realize that you are very specific, so

9  I get it.**

10          MR. BAUMANN:  I'm going to wait until we can

11  share this in real time with Barry.

12          MR. MAGALOTTI:  Okay.  So I'll share it from

13  here.

14          MR. BAUMANN:  Okay.  Barry, we're going to

15  share the screen with you.  This is exactly what I'm

16  putting in front of Mr. Passamaneck.

17          MR. ARRINGTON:  Okay.

18          MR. MAGALOTTI:  Barry, can you see it?

19          Q.   (BY Mr. Baumann) And scrolling down to

20  what reads, "Firearms production in the United States

21  2020 edition."  Do you see that?

22          **A.   I do.**

23          Q.   And do you see how it says that that

24  collects data from 1991 through 2018?

25          **A.   I do.**

Page 106

1          Q.   Okay.  And if I click on that link, does

2  that look like the document -- is this the document

3  that has been marked as Exhibit 11?

4          **A.   It is.**

5          Q.   Okay.  And so based on that, do you agree

6  that the document that has been marked as Exhibit 11

7  is the source of the -- is the 2020 Industry

8  Intelligence Report as referenced in your expert

9  report?

10          **A.   Yes, most likely.  I mean, I'm not going

11  to say 100 percent until I actually look at it, but

12  I'm confident that it's accurate.**

13          Q.   Okay.  Thank you all.  That was problem

14  solving 101.

15          MR. BAUMANN:  I will go on the record and

16  say I would like the NSSF to put 2020 on the top of

17  their reports.

18          Q.   (BY Mr. Baumann) Okay.  Let's take a look

19  at page seven, which we just looked at.  And what does

20  the top -- what is the chart at the top of page seven

21  showing?

22          **A.   The title is Modern Sporting Rifle

23  Production plus imports, less exports, 1990 through

24  2018, and then it shows a per year chart.**

25          Q.   Okay.  And is this the source of the data

Page 107

1  referenced in your report?

2          **A.   It is.**

3          Q.   Okay.  And just so we're clear, this is

4  the source of the 20 million, AR-15 rifles produced

5  minus exports?

6          **A.   Correct.**

7          Q.   1990 through 2018?

8          **A.   Correct.**

9          Q.   Okay.  We talked a little bit about this

10  earlier, but this isn't showing AR-15s, is it?

11          **A.   Modern Sporting Rifle and AR-15 from the

12  perspective of an engineering, they're the same.**

13          Q.   And you told me earlier you don't know

14  how NSSF defines modern sporting rifle?

15          **A.   I don't.  I don't even care.**

16          Q.   So this chart shows whatever NSSF's

17  definition of what a modern sporting rifle is,

18  correct?

19          **A.   It does.**

20          Q.   And your report takes that to mean there

21  are that many AR-15s rifles produced?

22          **A.   Correct.**

23          Q.   But those could be two different things?

24          **A.   They are not.  It's a political speak and

25  it's hyperbole.  They're the same thing.**

Page 108

1          Q.   Why didn't you use modern sporting rifle

2  then?

3          **A.   Because to me that is hyperbole and it's

4  politicizing the term in order to get around some poor

5  perceptions, and I really -- honestly, from an

6  engineering perspective, doesn't matter.**

7          Q.   But you're not -- you are not acting as

8  an engineer in this paragraph, are you?

9          **A.   Well, the design of these firearms is

10  based on engineering, absolutely.  So I mean whether

11  you want to call it a modern sporting rifle or you

12  want to call it an AR-15 style, I don't care.  They're

13  the same thing.**

14          Q.   So it is your testimony here today that

15  it is accurate to interpret this chart to refer to

16  only AR-15s?

17          **A.   Yes.**

18          Q.   Even though that's not what this chart

19  says?

20          **A.   Yes.**

21          Q.   Did you communicate with NSSF about what

22  they were measuring in this chart?

23          **A.   Those are AR-15 style rifles, absolutely.

24  I've talked to them several times about this, yes.**

25          Q.   But you indicated earlier you don't know

**MARK PASSAMANECK - May 31, 2023**

Page 109

1 how they define modern sporting rifle?

2      A.   I don't really care how they define it.

3 It is a term that is attempting to depoliticize the

4 term AR-15. Doesn't matter to me. I mean, if I call

5 you a person or a human, you still are the same

6 person. You're the same human. Different word, but

7 it's the same thing.

8      Q.   You would agree that it's important to be

9 specific when interpreting data, correct?

10      A.   Yes.

11      Q.   And you can't tell me whether this chart

12 on page seven includes AR-10s or not?

13      A.   Well, I don't know. I mean, the AR-10

14 production is such a small percentage of the AR

15 pattern rifles, it probably does. I mean modern

16 sporting rifle is intended to be an encapsulation of

17 people who call them modern sporting rifles and AR-15s

18 and all the other terms that have been used for them.

19 That's what they were trying to capture. That's what

20 they've always been trying to capture.

21      Q.   And you explained to us earlier the

22 difference between an AR-15 and an AR-10 platform?

23      A.   It is large frame and small frame, yes.

24      Q.   And your report only purports to address

25 the number of AR-15s?

Page 110

1      A.   Correct.

2      Q.   But you don't know whether this figure

3 includes AR-10s?

4      A.   I don't know.

5      Q.   Do you know if the 2020 number you cite

6 earlier in that paragraph from Joseph Bartozzi is the

7 same as the 20 million number you cite here?

8      A.   I don't know.

9      Q.   It's possible it could be though,

10 correct?

11      A.   It is.

12      Q.   In fact, it's likely?

13      A.   Correct.

14      Q.   Did you know you were citing the same

15 figure twice?

16      A.   No.

17      Q.   Did you purposefully cite the same figure

18 twice?

19      A.   No.

20      Q.   I want to take a look at the bottom of

21 page seven. It says source. And I'll admit that it's

22 a little bit unclear what this is referring to, but

23 let's ask it this way. This chart at the top of page

24 seven, do you know what the source for this chart is?

25      A.   I don't see anything that has -- I mean,

Page 111

1 there is a source down at the very bottom, but I

2 assume that's -- I don't know what it's related to.

3 There's no specific citation on the graphic itself

4 that connects it to the source at the bottom, but that

5 could be it.

6      Q.   And so you don't know what the source is

7 for this 19.797 million figure?

8      A.   Well, it's NSSF's data. It's they're

9 collection of data from wherever they get it from.

10      Q.   Let's take a look at how they collect

11 their data. Let's take a look at page one and say

12 the -- let's read that first paragraph. "Providing a

13 comprehensive overview of firearm production trends

14 spanning a period of 28 years. This report is based

15 primarily on the data source from the Bureau of

16 Alcohol, Tobacco, Firearms, and Explosives. ATF's

17 annual firearms manufacturing and export reports,

18 AFMER." You reviewed those reports?

19      A.   I have not reviewed those reports, no.

20      Q.   And you would agree that this report is

21 based primarily on data sourced from those reports?

22      A.   That's what it says, yes.

23      Q.   Okay. And then it also includes -- and

24 we're skipping to the next paragraph here,

25 "Manufacturing trends for ammunition as sourced from

Page 112

1 the Census Bureau's annual survey of manufacturers,"

2 correct?

3      A.   Correct.

4      Q.   And you would agree that that chart we

5 were just looking at on page seven doesn't deal with

6 ammunition, correct?

7      A.   I don't think it does. No, it doesn't.

8      Q.   Okay. And then finally continuing on in

9 that paragraph, "Import and export statistics compiled

10 from US International Trade Commission are presented

11 in conjunction with the AFMER numbers to provide a

12 more accurate picture of the historical production

13 that has been made available to the US market." What

14 does that mean?

15      A.   Well, they're looking at not just what

16 was produced, which has to be reported to the ATF, but

17 they're looking at how many firearms went out of the

18 country. So those would not be owned by people in the

19 US, one would assume, and how many were imported. So

20 there are some firearms that are imported that are

21 made not in the United States. So that's giving you a

22 number of how many firearms are in the US.

23      Q.   Which is what -- and you say sold in the

24 US in your report, is that right?

25      A.   Correct.

**MARK PASSAMANECK - May 31, 2023**

Page 113

1      Q.   Okay.  So looks like those three sources
2  make up this report.  It's different than what you
3  said earlier about the NSSF sending out surveys to its
4  members, correct?
5      A.   No, they do send surveys out to its
6  members.
7      Q.   So are the figures in this report based
8  on those surveys?
9      A.   Some of the data I'm sure is.
10     Q.   But you don't know?
11     A.   I don't know specifically.  I mean, I can
12  only read what's in the report.
13     Q.   And you would agree that nothing on the
14  first page of this report -- and feel free to read it
15  on -- indicates that those surveys that they send out
16  are a source for this report?
17     A.   They are a source for some portions of
18  the report.  The chart that we talked about on page
19  seven, I don't think it's a source of that chart.
20     Q.   You think that comes from the AFMER?
21     A.   I mean, down below it says ATF AFMER and
22  US ITC and industry estimates, so there's three areas.
23     Q.   You said earlier --
24     A.   That source is related to this graph and
25  the magazine chart graph, then that's what it

Page 114

1  indicates.
2      Q.   You said earlier you don't know if that
3  source relates to the chart at the top of page seven.
4      A.   I don't directly know.  I mean, you know,
5  there's not an asterisk or something that says
6  specifically that it's that, and it's below the
7  magazine chart so I don't know.  ATF doesn't collect
8  any numbers based on magazines, so it's probably that.
9      Q.   But you would agree with me that nowhere
10  on this first page where it lays out what this report
11  is based on does it say surveys to NSSF members?
12     A.   I don't know what to tell you.  It says
13  industry estimates and those are, you know, the
14  industry estimates come from NSSF members.
15     Q.   Do you know that?
16     A.   I do know that.
17     Q.   How?
18     A.   Because I've asked them this.  We've
19  talked about it.  It's not a secret.  I mean, they put
20  industry estimates on here.
21     Q.   But you don't know if those industry
22  estimates relate to the chart at the top of page
23  seven?
24     A.   I don't know.
25     Q.   And you don't know how those industry

Page 115

1  estimates were compiled?
2      A.   I don't know.
3      Q.   And you don't know who compiled those
4  industry estimates?
5      A.   National Shooting Sports Foundation at
6  some point put them in a report.
7      Q.   And you don't know which members were
8  surveyed?
9      A.   I don't.
10     Q.   And you don't know which non-members were
11  surveyed?
12     A.   I do not.
13     Q.   And you don't know the methodology you
14  used?
15     A.   Correct.
16     Q.   So we've now gone through all of the full
17  sentences on the first page of your report under
18  discussion and you would agree that none of these
19  sentences address the number of 16-plus round
20  magazines currently used in the United States,
21  correct?
22     A.   Correct.
23     Q.   And each of the figures cited in these
24  sentences relate to AR-15s, correct?
25     A.   Yes.

Page 116

1      Q.   And AR-15s may have Colorado compliant
2  magazines, correct?
3      A.   Yes.
4      Q.   So so far, in this paragraph you have
5  expressed no opinion based on data concerning how
6  common 16-plus round magazines are in the United
7  States?
8      A.   Well, that's your interpretation of it.
9  I think it does lay the foundation for the fact that
10  there are people in Colorado that do own standard
11  capacity magazines that are over 16 rounds.
12     Q.   And elaborate.
13     A.   I mean, it's pretty clear that in the
14  time period that these sentences address, that the
15  surveys I've looked at address, that there are people
16  in Colorado that own magazines over 16 rounds, sure.
17  I mean, are -- you know, there's 20 million or 16
18  million or 10 million Americans that own magazines
19  that are over 16 rounds.  Some of those are people who
20  live in Colorado.  I know a bunch of people who live
21  in Colorado that have magazines like that.
22     Q.   Can you show me which sentence addresses
23  the number of 16-plus round magazines currently owned?
24     A.   Standard capacity magazines are magazines
25  that are 20 or 30 rounds.  That is what it means.

## MARK PASSAMANECK - May 31, 2023

Page 117

1 We've talked about this before.  You don't agree with
2 it, but that's what it means.
3       Q.   You told me standard capacity magazines
4 relate to the specific firearm?
5       A.   As designed.
6       Q.   As designed.
7       A.   AR-15s as designed come with 20 and 30
8 round magazines.
9       Q.   But you agree that AR-15s can be sold
10 with Colorado compliant magazines?
11      A.   I did.
12      Q.   So which number here addresses the number
13 of 16-round magazines currently used?
14      A.   The whole paragraph.
15      Q.   Elaborate.
16      A.   Standard capacity magazines that come
17 with AR-15s are 20 and 30 rounds and they were bought
18 and sold at least up until July 31, 2013, by lots of
19 Coloradans.  That's the whole basis of it.
20      Q.   Is your opinion only related to the
21 commonality of these magazines in Colorado?
22      A.   No, it's based on nationwide.  I mean,
23 both of these surveys, the NSSF and the Kennedy report
24 are both nationwide surveys.  So Colorado is a subset
25 of that nationwide group of people.

Page 118

1       Q.   You keep referring to the Kennedy, is
2 that the English survey?
3       A.   I'm sorry.  Have I been saying Kennedy?
4 If I said Kennedy, I meant English.  I'm sorry.
5       Q.   I'm just trying to make sure our record
6 is clear.
7       A.   That is my mistake.  I'm sorry.
8       Q.   So that is what's been marked as
9 Exhibit 10?
10      A.   Yes.
11      Q.   So let me see if I can piece together the
12 logic of your opinions here.  There are X number of
13 AR-15s that have been sold between 1990 and 2018,
14 correct?
15      A.   Yes.
16      Q.   Some, perhaps many, came with a 16-plus
17 round magazine?
18      A.   Correct.
19      Q.   But not all?
20      A.   That's probably accurate as well.
21      Q.   And so 16-plus round magazines must be
22 common in Colorado?
23      A.   That's correct.
24      Q.   Okay.  You would agree that there's an
25 analytical gap that we need to jump there, right?

Page 119

1       A.   I mean, not really.
2       Q.   Well, let's do this.  Let's take that
3 first -- the very first sentence with data in it.  A
4 Washington Post survey in 2022 numbers the owners of
5 AR-15s at 16 million.  How many of those owners own 16
6 plus-round magazines?
7       A.   Probably most of them.
8       Q.   Do you know how many?
9       A.   I don't.
10      Q.   So that's our analytical gap, right?  We
11 know that some percentage of those own 16-plus, but we
12 don't know how many.
13      A.   I mean, I would say it's a significant
14 percentage.  I mean, honestly, up until the Colorado
15 magazine ban law passed, I don't know that I ever saw
16 a magazine under 30 rounds that was retailed with an
17 AR-15.  I just don't ever recall ever having seen one.
18 And with the AR-10s, they were 20-round magazines.
19 That's why we use the number 20 and 30.  20s primarily
20 came with AR-10s, and 30s primarily came with AR-15s.
21      Q.   So you are using the number of AR-15s as
22 a proxy for the number of 16-plus round magazines?
23      A.   Not necessarily.  I mean, if you owned an
24 AR-15, you buy it with a standard capacity magazine.
25 It's very likely that it came with a 30-round

Page 120

1 magazine.  And you said yourself, I mean, in asking a
2 question earlier, do people who have magazines
3 typically have more than one?  So, yeah, I mean, if
4 there's 20 million people or 10 million people that
5 own an AR-15 with one 30-round mag, there's a good
6 percentage of them have more than one magazine.
7       Q.   And that's based on your personal
8 experience?
9       A.   It is.  And it's also based on the data
10 that's in the NSSF report.  It's based on information
11 from Magpul.  You realize that Magpul is a
12 manufacturer that not only supplies magazines to OEMs,
13 but they sell them aftermarket in the retail space as
14 well.
15      Q.   Yeah, and we're going to take a look at
16 some of those.  And -- and I understand you get to
17 that.  I'm just trying, again, to make sure our record
18 is clear that in the sentences that we've looked at so
19 far, you are only expressing an opinion about the
20 number of AR-15s that are either owned in some of
21 these numbers or that have been produced in others,
22 correct?
23      A.   Correct.
24      Q.   Okay.  Okay.  I want to go back to
25 something we talked about earlier.  The very next

**MARK PASSAMANECK - May 31, 2023**

Page 121

1 sentence in your report is it is estimated that about
2 8 to 9 million AR-15s were owned by US citizens prior
3 to 1990.  Is that correct?
4     A.   Yes.
5     Q.   Okay.  And you said earlier that that was
6 drawn from the 2020 NSSF Industry Intelligence Report?
7     A.   Yes.
8     Q.   Okay.  Give you as much time as you need.
9 Can you show me where in the report that information
10 is?  Because I have to tell you, I can't find it.
11     A.   I don't see it in here.
12     Q.   So you don't know what the source for
13 that figure was?
14     A.   It's from NSSF, and so I will have -- I
15 would have to go back to my computer and find what
16 I've downloaded from NSSF and look at it.
17     Q.   In your report, you do not provide a
18 citation for that figure, correct?
19     A.   Correct.
20     Q.   Earlier when you say that we can assume
21 that any sentence, if it doesn't include a citation,
22 refers to the last document cited?
23     A.   Correct.
24     Q.   That's incorrect?
25     A.   I don't know.  I'm going to have to go

Page 122

1 look again what I downloaded.  I mean, you clicked on
2 a link and so it may be in the front portion of that.
3 I don't know.  I'm going to have to go look at it.
4     Q.   And what about the rest of that sentence?
5 The total number of semiautomatic firearm rifles owned
6 in the US at just over 43 million as of 2018.
7     A.   And what are you asking?
8     Q.   Where is that from?
9     A.   Give me a second.  I don't know.  I'm
10 going to have to look at my -- what I downloaded
11 because I don't see it in these datasets.
12     Q.   So you're not sure what that statistic --
13 where that statistic comes from?
14     A.   Correct.
15     Q.   And you note that the NSSF report that
16 we've been looking at deals with production, correct?
17     A.   Correct.
18     Q.   And that sentence deals with ownership,
19 right?
20     A.   Correct.
21     Q.   So those are two different things?
22     A.   They are.
23     Q.   And the number of firearms produced is
24 not the same as the number of firearms owned?
25     A.   Not necessarily.  I mean, we're probably

Page 123

1 close, but...
2     Q.   And then the next sentence goes on to say
3 from 2019 to 2022, another 3 to 4 million have been
4 sold.  Where is that statistic from?
5     A.   It's from NSSF.
6     Q.   But it's not in the 2020 report?
7     A.   I'll give you the same answer.  What is
8 in front of me, I don't know if this exactly what I
9 have downloaded on my computer or not.  So it may be a
10 summary of this.  I don't know.  I'll have to go look
11 at it.
12     Q.   Well, and again, this is not a gotchya.
13 You would agree that what we looked at earlier
14 indicated that the 2020 report included data from 1990
15 through 2018, correct?
16     A.   Correct.
17     Q.   So it would have to be a new updated NSSF
18 report to cover 2019 through 2022?
19     A.   Correct.
20     Q.   Okay.  And you would agree that that
21 report is not cited in your -- in your expert report?
22     A.   I do agree with that.
23     Q.   Okay.  Okay.  We already talked about
24 that next sentence.  And I think we agreed that you
25 were estimating, based on your personal experience,

Page 124

1 the number of weapons that have been sold -- excuse
2 me, AR-15s that have been sold since 2022, correct?
3     A.   Correct.
4     Q.   And that would have been in the first
5 four and a half months of 2023?
6     A.   Yes.
7     Q.   There were at least a million AR-15s
8 sold?
9     A.   I don't know.  I'll have to look at it.
10     Q.   Well, do you remember the math we did
11 earlier?
12     A.   I do and it came out to 33.
13     Q.   So in order for there to have been 34 as
14 of April 12, 2023, there would have had to have been
15 at least a million more AR-15s sold?
16     A.   Well, if you believe the estimates, sure.
17 I mean...
18     Q.   Do you believe the estimates?
19     A.   I mean, is there a possibility that that
20 number should be 33 instead of 34?  Sure.  I mean, I
21 still think there's at least 34 million AR-15s in the
22 U.S. owned by citizens the day I wrote this report.
23 So, you know, the numbers are conservative and they're
24 not universal.  I mean, we don't know how many
25 firearms were owned prior to the time that NSSF

**MARK PASSAMANECK - May 31, 2023**

Page 125

1  started collecting that data. We don't know.
2              And they say 8 to 9 million, there's
3  other people who say -- most of the reports that I've
4  read actually have that number much higher. So --
5       Q.   You don't --
6       A.   It's an estimate.
7       Q.   You don't cite those reports?
8       A.   I'm sorry. What?
9       Q.   You don't cite those reports though?
10      A.   No.
11      Q.   Your best estimate is 8 to 9 million?
12      A.   Yes.
13      Q.   Okay. And your best estimate is a
14 million were sold in the first four and a half months
15 of 2023?
16      A.   No, that there are 34 million at the date
17 I wrote this report.
18      Q.   And what's that based on?
19      A.   It's based on more my looking at the data
20 and the information.
21      Q.   The data that you cited in your report?
22      A.   Correct.
23      Q.   Which we totaled up on the high end to be
24 33 million, correct, through 2022?
25      A.   Yes.

Page 126

1       Q.   Okay. How did you learn about the
2  English report?
3       A.   I think that I first saw it on a forum.
4  I mean, I've seen it a couple different places before
5  I started doing this report, and so I had to go and
6  look at -- look for that report specifically once I
7  started to write this report. But I -- I'm not sure
8  that -- I don't have a documentation of when I first
9  was -- became aware of it because I wasn't retained
10 when I first became aware of it.
11      Q.   And where did you learn of the 2020 NSSF
12 Industry Intelligence Report?
13      A.   I could not tell you that. I knew it
14 before I was retained on this case. I look at the
15 industry report more out of curiosity I guess than
16 anything else. I mean, no one pays me to look at
17 them, but I go and look at them on a regular basis.
18      Q.   If I have a -- if I own -- if I buy,
19 let's do that. If I buy an AR-15 in 1990, is it true
20 that I necessarily own it today?
21      A.   No.
22      Q.   Why not?
23      A.   Because you could have sold it.
24      Q.   Could it have jammed?
25      A.   Could have jammed?

Page 127

1       Q.   Could it have ever jammed?
2       A.   Sure.
3       Q.   Could the jam have been so bad that I
4  threw it in the trash?
5       A.   I hope not. You know, I mean, firearms
6  shouldn't just be disposed of in the trash. I think
7  somebody got in trouble for doing that a couple years
8  ago.
9       Q.   Could it have been disposed of in a
10 better way?
11      A.   Sure.
12      Q.   So it doesn't necessarily mean that if a
13 weapon was produced in 1990, it is still owned today?
14      A.   That's correct.
15      Q.   Okay.
16      A.   In fact, probably a lot of them are not
17 owned. I mean, if there is -- maybe you can answer
18 this question. If the City and County of Denver has a
19 firearm in their evidence locker that's been
20 surrendered and they have it, I mean, it's not owned
21 by a civilian. It's owned by a governmental entity
22 so, yeah, there's all kinds of places firearms can end
23 up that are not in civilian possession; destroyed,
24 turned in, sold to somebody else. Somebody with
25 firearms could have moved out of the country. I don't

Page 128

1  know how that works, but, sure, I don't know.
2       Q.   I do everything I can to avoid property
3  law so. Okay. The second half of the sentence we
4  were just looking at says conservatively there are at
5  least 34 million AR-15s owned by US citizens. Where
6  are you getting the US citizens part of that from?
7       A.   I mean, that's my opinion based on the
8  data that I've looked at. I mean, these are people
9  who are -- I mean, are they owned by people who are
10 not US citizens in America? There's probably some
11 small portion. But 4473s, I mean you have to -- I
12 don't know the immigration law issues on it, but if
13 you're not a US citizens, there is some path to own a
14 firearm. I don't know what it is and I know it's a
15 very small percentage.
16      Q.   I'm just interested in why you suddenly
17 switched to US citizens there.
18      A.   Well, we're talking about America. I
19 mean, even in my citation of the numbers of AR-15s,
20 I'm careful to make sure that I pay attention to the
21 fact that there's import and export, and that those
22 are now in the U.S. And, whether they're manufactured
23 or imported in the U.S., when they come into the U.S.
24 or they're manufactured in the U.S. and not exported,
25 I don't think it's a huge leap to assume that those

**MARK PASSAMANECK - May 31, 2023**

Page 129

1 get sold to American citizens.
2      Q.   Let's take a look at this.  The
3 Washington Post survey that you relied on, is that
4 limited to US citizens?
5      A.   Nope.
6      Q.   The English survey that you relied on,
7 was that limited to US citizens?
8      A.   I don't know.  I don't know.  I'd have to
9 look at it.
10     Q.   And the -- we already covered the NSSF
11 Intelligence reports don't address ownership, only
12 production, correct?
13     A.   Correct.
14     Q.   So by definition, we don't know who owns
15 the produced firearms referenced in that report?
16     A.   Correct.
17     Q.   So we don't know if those are US
18 citizens?
19     A.   Correct.
20     Q.   Okay.  You say, "The vast majority are
21 sold with at least one 20 or 30-round magazine."  How
22 did you reach that conclusion?
23     A.   If you go to the manufacturer's websites
24 and you look at firearms, they list what the magazine
25 it's provided with is.  And with AR-10s, it's 20 and

Page 130

1 with AR-15s its 30.  And that's what's on the
2 manufacturer's website as they are sold in the
3 restricted states.  Colorado and California, sometimes
4 those magazine are pulled by distributors, sometimes
5 they're pulled by the manufacturer.  Sometimes they're
6 pulled by the dealers and swapped out for either no
7 magazines or lower capacity magazines.
8      Q.   You said earlier that the standard
9 capacity for an AR-15 is 30 rounds, correct?
10     A.   Yes.
11     Q.   Standard capacity magazine for an AR-15
12 is not 20, correct?
13     A.   Correct.
14     Q.   Okay.  But you're telling me that at
15 least some of them are sold with 20-round magazines,
16 correct?
17     A.   There can be AR-15s that are sold with
18 20-round magazines, sure.
19     Q.   Just like there can be AR-15s sold with
20 10-round magazines?
21     A.   I mean, I don't know that I've seen that
22 on a manufacturer's websites.  There might be some,
23 sure.
24     Q.   But you have seen AR-15s on
25 manufacturer's websites sold with 20 round magazines?

Page 131

1      A.   There are some, yes.
2      Q.   Okay.  How do I know in this sentence --
3 well, let's back up.  Do you have any sales data to
4 confirm that the vast majority of those rifles were
5 sold with at least one 20 or 30-round magazine?
6      A.   I think you're going down a rabbit hole.
7 I mean, the fact is the manufacturer.  When you go to
8 Daniel Defense and you look at their firearms and
9 their AR-15s, most of them come with a 30-round
10 magazine.  I mean, that's what the manufacturers sell
11 them with.  Are there deviations to that?  Yes.  I
12 already answered that.  But when they -- the most
13 prevalent magazine sold on AR-15 is a 30-round
14 magazine.
15     Q.   And that's based on your personal
16 experience?
17     A.   It's based on data from the
18 manufacturers, my personal experience, sure.  I mean,
19 there's nothing that refutes that.  If you've got
20 something that refutes that, I'd love to see it
21 because I don't think it exists.
22     Q.   I mean, just in what data from the
23 manufactures you have.
24     A.   Their websites.  They have websites.  You
25 can look it up and they'll have the information.

Page 132

1      Q.   So the data that you have to confirm that
2 the vast majority of those rifles were sold with at
3 least one 20 or 30-round magazine is your personal
4 visits to manufacturer's websites?
5      A.   And seeing firearms in gun shops and
6 seeing firearms at trade shows and yes, all of that.
7      Q.   Okay.  It's not based on statistics?
8      A.   No.
9      Q.   If I go to Daniel Defense's website, can
10 I buy a California compliant AR-15?
11     A.   Sure.
12     Q.   So how does that --
13     A.   Well, I'm sorry.  I misspoke.  You can
14 see it on their website as a California compliant.
15 You can't buy it from them.  You can only buy it from
16 the FFL dealer in California.
17     Q.   Right.  So how does that relate to what
18 you were saying earlier that your source is what is
19 offered on the manufacture's websites?
20     A.   Up until these magazine capacity laws
21 came in, they all said 30 and now the manufacturers
22 have been forced to source lower capacity magazines to
23 meet the laws in the states where they distribute
24 their firearms.
25     Q.   So you're --

**MARK PASSAMANECK - May 31, 2023**

Page 133

1    A.   It's the law that has created what you're
2  asking.
3    Q.   So here we go.  This is helpful.  There
4  are 34 million AR-15s owned by US citizens and the
5  vast majority of those rifles were sold with at least
6  one 20 or 30-round magazine.  And the source for that
7  is your experience visiting manufacturer's websites
8  and gun shows, correct?
9    A.   Yeah, not necessarily gun shows.  I
10  haven't been to a gun show in like 20 years.  I just
11  don't go to them but I have been to industry trade
12  shows often, yes.  There is a difference.
13    Q.   Yep.  So industry -- your source for that
14  is manufacturer's websites and industry trade shows?
15    A.   Yes.
16    Q.   Your personal experience visiting those
17  websites and attending those trade shows?
18    A.   Yes.
19    Q.   Okay.
20    A.   And seeing firearms at retailers, seeing
21  firearms on price tables.  I mean, there's a lot of
22  sources for that.  It's not just one.
23    Q.   And all of those sources are your
24  personal experience?
25    A.   They are.

Page 134

1    Q.   Something you said earlier was that now
2  if you go to these manufacturer's websites, they are
3  offering weapons -- AR-15s with Colorado compliant
4  magazines, correct?
5    A.   Yeah.  I mean, if you go to a website and
6  some just don't list anything and some will list the
7  various states that are, you know, have magazine
8  capacity.  I mean, Colorado has a magazine capacity
9  law, but I don't think that we as yet have a law that
10  restricts other features of firearms.  There are a lot
11  of states that do and so those features sometimes they
12  can't be sold in one state.  They can be sold in
13  another state.  This is all something that's come
14  about as a result of laws that have been enacted that
15  restrict capacity or features.
16    Q.   This is what I'm getting at here, and
17  again we may have an analytical gap.  Your statement
18  in your report is present.  At present there are
19  conservatively at least 34 million AR-15s owned by US
20  citizens, and the vast majority of those rifles were
21  sold with at least one 20 or 30-round magazine.  You
22  indicate that because if you go to a manufacturer's
23  website, that's what they're offering; 20 or 30 round
24  magazine.  But then you indicate that that's not the
25  case because of these magazine limitations laws.

Page 135

1    A.   You're misconstruing that.
2    Q.   Okay.  So clear it up for me.
3    A.   How many states have a magazine capacity
4  law?  I don't know the number, but it's not all of
5  them.  It's a portion of them.  So the magazines that
6  are sold in the state or the firearms that are sold in
7  the states without magazine capacity laws where the
8  AR-15 is concerned, they still come with a 30-round
9  magazine.  The states that have a capacity
10  restriction, those lower capacity restrictions
11  sometimes the manufacturer's supply those firearms
12  with a different capacity magazine.  Sometimes they
13  leave it up to the distributor.  Sometimes they leave
14  it up to the dealers.
15    Q.   Are there -- how do you know that someone
16  in a state without a magazine restriction isn't
17  choosing the 10-round option when they purchase
18  from -- go to a website?
19    A.   So most firearms go from the manufacturer
20  to a distributor, and then the dealers buy from those.
21  If you go into a gun store and you say, hey, counter
22  guy, show me what firearms you can get.  I mean, most
23  of them, there are restrictions that pop up.  You're
24  in the a capacity limit state, and you can only order
25  these firearms.

Page 136

1    The people who sell firearms in states
2  that aren't capacity restricted, they do not go to any
3  kind of measure to say, oh, we're going to sell
4  Connecticut or Colorado or California or Washington
5  guns.  They sell the ones that are the standard
6  capacity, and typically there is some kind of a
7  surcharge from some manufacturers to reduce the
8  capacity.
9    Q.   So I just pulled up the -- I was just
10  looking at the Daniel's Defense website and I can buy
11  a Colorado compliant or I can be connected with a
12  dealer that will sell me a Colorado compliant magazine
13  and I can choose a California compliant magazine.  I
14  assume that's a 15-round in the first case and a
15  10-round in the second case.  How do you know that I
16  don't prefer the 10 round?
17    A.   If you go into a gun store in Colorado
18  and you can buy a California compliant firearm, that
19  would be pretty rare.
20    Q.   Okay.
21    MR. ARRINGTON:  This is Barry.  You've been
22  going for quite awhile now, and it's past lunchtime.
23  I suggest that we take a lunch break unless you're
24  about to wrap up.  It doesn't sound like you are.
25    MR. BAUMANN:  I think lunch break is a good

**MARK PASSAMANECK - May 31, 2023**

Page 137

1 idea.  And, yeah, let's do it now.  And, Barry, I
2 think I probably have an hour left.
3          (A recess was taken from 12:30 p.m. to  1:31
4 p.m.)
5          Q.   (BY Mr. Baumann) So before we broke, I
6 think we had just taken a look at the sentence that
7 starts, "AR-15s owned by US citizens," right?
8          A.   We were somewhere in there.
9          Q.   Let's go ahead and move on to the next
10 one.  "As magazines are a commodity that is sold
11 without serialization or tracking, the total number of
12 magazines that are above 15 rounds is difficult to
13 measure."  What did you try?
14          A.   As far as to find a number?  Oh, I tried
15 everything.  I looked at the NSSF.  I talked to
16 Magpul.  I talked to my contact at FN.  I tried to
17 look at the NRA, even the, you know, some of the
18 firearms policy coalition and various groups on both
19 sides of the debate to see if there was any consistent
20 information that looked to me to be reliable.
21          And so, I mean, Magpul says 350 million
22 is their guess, and that's their guess.  And, you
23 know, in the NSSF report that we've been looking at,
24 there's also some numbers.  It's a big number, but it
25 is difficult to pin down specifically.

Page 138

1          Q.   And it sounds like you tried everything.
2          A.   Well, I don't know if I tried everything.
3 I spent, you know, a good amount of time trying to
4 find that number.
5          Q.   Okay.  So let's move on there and take a
6 look at that next sentence, which I think is one of
7 the sources.  "However, the 2018 NSSF magazine chart
8 estimates 71 million handgun magazines and 11-plus
9 rounds, 9.4 million rifle magazines from 11 to 29
10 rounds, 20 being the most common and 15 being the
11 second most common, and 79 million rifle magazines of
12 30-plus rounds."  Is that right?
13          A.   Yes.
14          Q.   Okay.  Let's take a look at that.  Let's
15 take a look at what has been marked as Exhibit 11.
16 And you say this is the 2018 NSSF magazine chart.
17 Let's take a look at page seven.  Is this the chart
18 you're referring to?
19          A.   Yes.
20          Q.   When you drafted that sentence, did you
21 know you were referring to the 2020 Industry
22 Intelligence Report that you had relied on earlier?
23          A.   I honestly don't know.  I don't know if I
24 pulled this data out as a separate report or it's the
25 2020 report.  Probably 2020 report.

Page 139

1          Q.   But you cite it a little bit differently
2 here?
3          A.   Mm-hm.
4          Q.   Okay.  But this -- the data for this
5 sentence comes from the chart on the bottom of page
6 seven, correct?
7          A.   Yes.
8          Q.   Now, I want to go back to -- so you'll
9 have to forgive me here.  I feel like this sentence is
10 missing a verb.  So the 20 -- let's look at the first
11 one.  "The 2018 NSSF magazine chart estimates 71
12 million handgun magazines of 11-plus rounds."  Are
13 owned?  Have ever existed?
14          A.   The chart is possession, but I don't know
15 how you estimate possession because of the factors
16 we've talked about before.  That's why I'm saying it's
17 difficult.  So I don't know exactly where this data
18 comes from.  You know, I assume it's industry
19 estimates based on the information that's on this page
20 but it's difficult.  I mean, just going to tell you,
21 it's difficult.
22          Q.   Okay.  How can you interpret this chart?
23          A.   Meaning what?
24          Q.   There's a figure, let's use the pistol
25 magazines of 11-plus rounds.

Page 140

1          A.   Mm-hm.
2          Q.   And I see a figure that's 71.2 million.
3          A.   Right.
4          Q.   How do you interpret -- 71.2 million
5 what?
6          A.   Again, it's difficult.  I don't know if
7 that means in 2018 or if it means were in possession
8 across -- what is that?  28 years?  I mean, it would
9 seem to be that it should be what was in possession of
10 2018, but that's -- the chart does not say that
11 specifically.
12          Q.   What did you mean when you cited that in
13 your report?
14          A.   I am literally just regurgitating what's
15 on the chart.
16          Q.   And you don't know what the chart is
17 referring to?
18          A.   From what I could determine, nobody was
19 exactly sure that I talked to at NSSF if that meant in
20 2018 or what it meant.  I mean, there's -- there is
21 something missing in the chart.  In my opinion.
22          Q.   I mean, I think it seems pretty clear
23 that from 1990 to 2018 there were 71.2 million pistol
24 magazines possessed by U.S. consumers.  Do you
25 disagree with that?

**MARK PASSAMANECK - May 31, 2023**

Page 141

1    A.   I don't think that makes any sense.
2    Q.   Why?
3    A.   Because those numbers are just too high.
4 I mean, so are you saying that you believe the chart
5 says for a period of 28 years, 71 million magazines
6 were owned over a period of 28 years?  That's a weird
7 way to compile data.  This is what the chart says, but
8 I think it's got some -- it's got some errors in it as
9 far as specificity as to what those numbers actually
10 mean.
11    Q.   Based on this chart, are you able to
12 indicate how many 16-plus round magazines were
13 possessed in 2018?
14    A.   Well, if you believe this chart is
15 accumulative up to 2018, then, yes, you could figure
16 that out from the math.  I mean, when you say over --
17 you said over 15?
18    Q.   16-plus rounds magazines.
19    A.   No, you can't because they didn't break
20 it that way.
21    Q.   So this chart is insufficient to allow
22 you to say how many 16-plus round magazines were
23 possessed in 2018?
24    A.   Correct.
25    Q.   Or were possessed from 1990 through 2018

Page 142

1 if that's what the chart shows?
2    A.   Correct.
3    Q.   So we're not sure whether this chart
4 tells us how many magazines total even were possessed
5 as of 2018, right?
6    A.   No.
7    Q.   You say here that 20 rounds is the most
8 common and 15 is the second most common.  Can you show
9 me where you're getting that information from?
10    A.   Oh, you mean between the 11 and 29?
11    Q.   So it says here that -- from your report,
12 this is Exhibit 1.  It's right 9.4 million rifle
13 magazines from 11 to 29 rounds, 20 being the most
14 common, 15 being the second most common.
15    A.   So just looking at what is produced and
16 what magazines are out there, that's where that comes
17 from.  That's my experience in seeing magazines,
18 looking at magazines, talking to Magpul, and looking
19 at what is actually sold.
20    Q.   When you say looking at what is actually
21 sold, do you mean what you've seen sold?
22    A.   Correct.
23    Q.   And I just want to be very clear.  And,
24 again, I'm not -- this is to just make sure that the
25 record is clear.  You have not requested or received

Page 143

1 sales data from any of these manufacturers, correct?
2    A.   Correct.
3    Q.   Are you aware of any firearms that can
4 take a 20-round magazine but cannot take a 15-round
5 magazine?
6    A.   No.
7    Q.   We looked at this a little bit earlier.
8 There's this, on page seven of Exhibit 11, which is
9 the same page we're looking at and where this
10 sentence's data was pulled from.  There's some
11 language there that indicates the source, correct?
12    A.   You mean the small print at the very
13 bottom?
14    Q.   Small print at the very bottom.
15    A.   Yes.
16    Q.   And we weren't sure whether that applied
17 to the chart at the top, but is it fair to say that at
18 minimum it applies to this chart at the bottom,
19 correct?
20    A.   Well, there's three different sources
21 there.  So it is the magazine chart, industry
22 estimates, and based on what they say on the first
23 page, the top chart is just the ATF AFMER and the US
24 ITC.  I don't know.
25    Q.   Have you reviewed what the ATF AFMER

Page 144

1 looks like?
2    A.   I have seen samples of it, but I have not
3 reviewed it, no.  No.
4    Q.   Let's take a look.
5       MR. BAUMANN:  Barry, this is Exhibit 47 in
6 your folder.
7       (Deposition Exhibit 12 was marked.)
8    Q.   Do you recognize this document?
9    A.   I have seen this, yes.
10    Q.   And what is it?
11    A.   It is ATF Form 5300.11 from April of
12 2019.
13    Q.   And this is the annual firearms
14 manufacturing and exportation report, correct?
15    A.   Correct.
16    Q.   And so this is what firearms
17 manufacturers fill out and send to the ATF annually,
18 correct?
19    A.   Yeah.
20    Q.   And based on what we read earlier, this
21 is what the NSSF uses to compile at least some of the
22 information in the 2020 Industry Intelligence Report?
23    A.   Correct.
24    Q.   Does this form ask for anything about
25 magazine size?

## MARK PASSAMANECK - May 31, 2023

1     A.   Let me look.  I don't see anything.
2  Obviously, I've not read the whole thing, but I don't
3  see anything if it does.
4     Q.   And does this form ask for the total
5  number of modern sporting rifles sold?
6     A.   No.
7     Q.   Okay.  So if we look back at the chart we
8  were looking at earlier, it says source ATF AFMER, but
9  we now that the two things on page seven of Exhibit 11
10 aren't part of the AFMER, correct?
11    A.   I'm sorry.  Say that again?
12    Q.   I apologize.  That was poorly phrased.
13 The two charts on page seven of the 2020 NSSF Industry
14 Intelligence Report are modern sporting rifle
15 production, plus imports less exports, correct?
16    A.   Correct.
17    Q.   And total number of magazines, correct?
18    A.   Correct.
19    Q.   By magazine size, correct?
20    A.   Correct.
21    Q.   And neither of those are tracked on that
22 AFMER form?
23    A.   Give me one second.  Correct.
24    Q.   And we know that the US ITC is just
25 imports and exports?

1     A.   Correct.
2     Q.   And that means that the total number of
3  modern sporting rifles and the total number of
4  magazines on page seven, all of this must come from
5  industry estimates, correct?
6     A.   That is the logical conclusion.
7     Q.   Is that the conclusion you would draw?
8     A.   It's the logical conclusion.  I'm not
9  going to tell you that's absolutely correct, but it is
10 the conclusion that I would draw, yes.
11    Q.   And you don't know if that's correct or
12 not?
13    A.   I don't know.
14    Q.   Because you don't know how the data on
15 this page was compiled?
16    A.   Correct.
17    Q.   And the data on this page is the data
18 you've relied on in your report?
19    A.   Yes.
20    Q.   Sorry.  Let me know if you need me to
21 spread out of your way at all.
22    A.   No, you're fine.
23    Q.   Okay.  The next sentence in Exhibit 1,
24 your report here, is that, "Magpul, the largest
25 manufacturer of AR-15 magazines, and who also produces

1  Glock and AR-10 magazines estimates the total
2  magazines of 15-plus rounds at 350 million."  Is that
3  correct?
4     A.   Yes.
5     Q.   And is that based -- I think you said a
6  minute ago that you had some conversations with
7  Magpul.  Is that right?
8     A.   Yes.  That number is direct communication
9  from Duane Liptak to me and he is I think the
10 executive vice president of Magpul.  I think that's
11 his title.
12    Q.   Can you spell his name, please?
13    A.   D-U-A-N-E, L-I-P-T-A-K.
14    Q.   And when did you speak with Mr. Liptak?
15    A.   His reply to me literally was the day of
16 this report.
17    Q.   So that was April 12, 2023?
18    A.   Correct.
19    Q.   And what did you ask him?
20    A.   Pretty much without question what that
21 sentence says.  Do you have any idea how many
22 magazines are in the United States over 15 rounds?
23    Q.   And do you know how he reached that
24 estimate?
25    A.   He said that their estimate is 350

1  million.  And, nope, I do not know his methodology.
2     Q.   Okay.  How do you know the Magpul is the
3  largest manufacturer of AR-15 magazines?
4     A.   I think the production numbers speak for
5  themselves.
6     Q.   You've seen the production numbers?
7     A.   I have seen the production numbers of
8  Magpul compared to the second and third, yes.
9     Q.   Do you know where you've seen those
10 numbers?
11    A.   Couldn't tell you.  And I think probably
12 a large portion of that is because all of our armed
13 services use PMAGs and so with those large contracts,
14 it really kicks them up a notch.
15    Q.   Do you know if they're the largest
16 manufacturer of AR-15 magazines sold in the civilian
17 market?
18    A.   I don't know the breakdown.
19    Q.   Not to be -- not to sound like a broken
20 record, but I have my same missing verb problem here.
21 "The total number of magazines of 15-plus rounds at
22 350 million."  Total number produced?  Owned?
23 Currently possessed?  Do you know?
24    A.   Don't know.  I mean, we talked about
25 that.  I mean, magazines degrade.  I mean, they get

## MARK PASSAMANECK - May 31, 2023

Page 149

1 thrown away. They get lost. They got sold, traded.
2 All we can know is how many really were put into
3 commerce at one point. Big Macs get tracked by
4 McDonald's but do they all get eaten? I don't know.
5      Q. Well, this is a little bit different,
6 right, because we've talked a magazine degradation?
7      A. Sure, but I mean a Big Mac sitting on the
8 side of the road would degrade over time and you
9 wouldn't eat it.
10      Q. Now we have fast food nation. Wasn't
11 there a documentary about this at some point? About
12 how long does the --
13      A. I should probably just skip that analogy.
14      Q. You would agree though that that could be
15 two very different things, right? If it is 350
16 million magazines that have ever been produced as
17 opposed to 350 magazines that are currently owned,
18 those could be -- those are two vastly different
19 things?
20      A. Sure. If we say the average person owns
21 five magazines for an AR-15 and there's 16 million
22 people that own them, you can do that simple math.
23 It's 80 million, right?
24      Q. When was the first detachable magazine of
25 15-rounds produced?

Page 150

1      A. That's in a different report for a
2 different case and I'm not sure I can remember it.
3 You're looking at the mini-14 as produced by Ruger,
4 and then the AR-15, the ArmaLite rifle as produced by
5 ArmaLite as the first two that came out that were over
6 15 rounds, and you could probably even actually take
7 that number down lower. It's probably 10.
8      Q. When was the ArmaLite first introduced?
9      A. We're looking in the '60s and I don't
10 have the notes right in front of me because it wasn't
11 in my report. But that rifle first went into the
12 design in the late '50s and was definitely used in
13 Vietnam and Korea. So there's some crossover in terms
14 of when it hit the civilian market, when it hit the
15 military market, etc.
16      And I don't know if you know the history,
17 but at one point ArmaLite owned the patent and then
18 Colt owned the patent and then Colt had other people
19 produce it and now there's 100 of them.
20      Q. So you would agree with me that if this
21 sentence is -- so you don't know whether this sentence
22 means the total number of magazines of 15-plus rounds
23 ever produced is 350 million?
24      A. I don't know.
25      Q. And so if that does mean the total number

Page 151

1 of magazines ever produced, that would date back to
2 potentially the '60s?
3      A. Sure. And, you know, what's interesting,
4 I mean, it's -- maybe a side note but at one point in
5 '86, I bought 300 magazines that had been discarded
6 that were to be thrown away, and I refurbished them.
7 I rebuilt them in 20s and 30s and sold them. So there
8 are companies that take those discarded magazines and
9 put those back into circulation after rebuilding them.
10      But I know that there's a ditch at a
11 certain match that we go to that has some magazines
12 over the hill because people -- their magazines
13 malfunction, they get made, they throw them over the
14 hill. Nobody goes and finds them because there's
15 rattlesnakes. So, yes, there's a wide parameter of
16 things that could be dealt with.
17      Q. Does that 350 million figure include the
18 military?
19      A. I don't know.
20      Q. Does that include law enforcement?
21      A. It should.
22      Q. But do you know?
23      A. I don't know.
24      Q. Fifteen round magazines are legal in
25 Colorado, correct?

Page 152

1      A. Correct.
2      Q. So what does Magpul estimate is the total
3 number of 16-plus round magazines?
4      A. In Colorado?
5      Q. Whatever the description is there, I'm
6 asking you instead of 15-plus, I'm asking you 16-plus.
7      A. I don't know. That was their breaking
8 point. I mean, they make 20 and 30-round magazines.
9 It may be the same number but I can't answer it.
10      Q. But you don't know because the only
11 number they gave you was 15-plus?
12      A. Correct.
13      Q. Which includes 15-round magazines?
14      A. It should, yes.
15      Q. Okay. Let's do the next sentence is,
16 "The 2018 NSSF estimate of semiautomatic handguns is
17 89 million." Well, let's -- yeah, let's try and solve
18 our missing verb problem again there. 89 million
19 what?
20      A. I mean, again, we can go back and look at
21 the chart, and all I can tell you is what the numbers
22 say. Let's see. I think I would actually have to get
23 a calculator out to add these up because there's
24 several different charts in here.
25      Q. Tell us which charts you're looking at.

## MARK PASSAMANECK - May 31, 2023

Page 153

1    A.   Well, you have the U.S. Firearm
2 Production and they have --
3    Q.   What page are you on?
4    A.   I'm on page two.  And so they have
5 pistols and revolvers, and then total handguns.  And
6 so if you add up all of the pistols in that time frame
7 from '91 to 2018, it's 54, 54 million.  That would be
8 pistols.  And the way that they have categorized this,
9 they have differentiated semiautomatic pistols from
10 revolvers.  Again, it's semantics so their combined
11 total handgun is 68 million, and then you'd have to go
12 look at the caliber because they have a different
13 chart for caliber and they have --
14    Q.   Let's stop there for a second.  Where are
15 you getting the 89 million semiautomatic handguns?
16    A.   The same as they have for AR-15s, they
17 have a number that was owned prior to the 1991 and
18 that is on their website.
19    Q.   So you would agree it's not included in
20 this report?
21    A.   I don't know.  I'll have to keep looking
22 through the report, see if it's in here or not.
23    Q.   And which one of these columns is small
24 handguns?
25    A.   On the page two, the ones that says

Page 154

1 pistols.
2    Q.   Are all pistols semiautomatic handguns?
3    A.   No.  And so they've -- they have
4 classified in this report revolvers and pistols.  And
5 so they have taken pistols as a subset of handguns
6 separate from revolvers.  Revolvers are -- can be
7 called handguns.  They can be called pistols, so can
8 semiautomatics.  In this report they have separated
9 pistols from all handguns.
10    Q.   Could we go back to what was marked
11 Exhibit 12, please?
12    A.   Okay.
13    Q.   Well, actually, I'm sorry.  Let's back up
14 for a second.  In that chart we were just looking at
15 on page two of Exhibit 11, do you see where the source
16 of this chart is listed?
17    A.   The ATF Explosives Annual Firearms
18 Manufacturing Export Report.
19    Q.   Okay.  So that's the AFMER?
20    A.   That's correct.
21    Q.   Now let's go take a look at that AFMER,
22 which has been marked as Exhibit 12.  And I think you
23 will notice that the categories in section eight on
24 this report align with some of the categories in the
25 chart we were just looking at.

Page 155

1    A.   Yes.
2    Q.   Incoming pistols, right?
3    A.   Yes.
4    Q.   Now let's turn to the last page of
5 Exhibit 12 where the ATF form, the AFMER form defines
6 pistol.  "A weapon originally designed, made, and
7 intended to fire a projectile bullet from one or more
8 barrels when held in one hand and having, A, a chamber
9 or chambers, as integral part/parts or permanently
10 aligned with the bores and, B, a short stock designed
11 to be gripped by one hand and at an angle to and
12 extending below the line of the bores.'  Is that how
13 you define semiautomatic handgun?
14    A.   Nope.
15    Q.   Okay.  So pistols as used in chart -- in
16 the chart on page two of Exhibit 11, which is the 2020
17 NSSF Industry Intelligence Report, does not list
18 semiautomatic handguns?
19    A.   Correct.
20    Q.   So earlier when you say that this is
21 where you drew the estimate for semiautomatic
22 handguns, was that correct?
23    A.   That's correct.
24    Q.   So did you just not realize that they
25 were defining pistols differently than you defined

Page 156

1 semiautomatic handguns?
2    A.   No.
3    Q.   Okay.  Explain what I'm missing here.
4    A.   One, these definitions are archaic and
5 the ATF has not updated them, so that is a whole other
6 separate issue.  But they have called out a revolver,
7 so a revolver is also a pistol, is also a handgun.  So
8 they called out the subset so every other pistol that
9 is not a revolver is what they're defining.
10    Q.   Okay.  If I -- and I'm sorry.  I'm sure
11 you've had plenty of conversations with Mr. Bartozzi,
12 specificity is really important here.  You looked at
13 pistols in this chart and instead of saying pistols in
14 your report, you said semiautomatic handguns?
15    A.   Yes.
16    Q.   Those are two different things, correct?
17    A.   A semiautomatic handgun is a subset of a
18 pistol and they comprise the vast majority of all
19 pistols handled.
20    Q.   But they do not comprise all pistols as
21 defined in this chart?
22    A.   That's accurate.
23    Q.   Not all semiautomatic handguns have
24 16-plus round magazines, correct?
25    A.   Correct.

**MARK PASSAMANECK - May 31, 2023**

Page 157

1      Q.   And a 16-round magazine is not necessary
2 for a semiautomatic handgun to operate.
3      A.   Correct.
4      Q.   Where is this 40 percent being
5 9-millimeter figure from?
6      A.   There is another chart that shows U.S.
7 production by caliber, and so that is on page five of
8 the report.
9      Q.   That one I am going to need to just do my
10 quick math, and I'll make it very -- so you're --
11      A.   It's actually right here.  I'm pointing
12 to the chart that says 20 years; 9-millimeters, 38,
13 27.  The 25 years is 38.1, the last -- or the five
14 years from 14 to 18 is 45.88, so it varies over the
15 time.  But that's why I said "about."
16      Q.   But about 40?
17      A.   About 40 percent.
18      Q.   And just to make sure we're looking at
19 the same thing here on page five, this is pistol
20 production by caliber, correct?
21      A.   Correct.
22      Q.   Not semiautomatic handgun production by
23 caliber?
24      A.   Essentially the same number.
25      Q.   Is it the same number?

Page 158

1      A.   Very close.
2      Q.   But not all pistols are semiautomatic
3 handguns?
4      A.   That's correct.
5      Q.   You say next, "9-millimeter semiautomatic
6 handguns are commonly 15 or 17 rounds depending on the
7 frame size."  Is that right?
8      A.   I'm sorry.
9      Q.   I'm sorry.  We're back on your report.
10 This is Exhibit 1?
11      A.   Oh, yes.
12      Q.   Again, this is not gotchya.  I want to
13 make sure I understand this right.  40 percent of
14 semiautomatic handguns are 9 millimeter?
15      A.   Yes.
16      Q.   And 9-millimeter handguns are commonly 15
17 or 17 rounds; is that right?
18      A.   Correct.
19      Q.   Did I -- okay.  And what is commonly 15
20 or 17 rounds, what's that opinion based on?
21      A.   Just facts.
22      Q.   Facts as known to you?
23      A.   Facts as in the number of guns sold and
24 as what the frame sizes are and how many they sell,
25 yes.

Page 159

1      Q.   And, again, have you seen data from -- do
2 you have data from firearm manufacturers that show
3 this?
4      A.   Well, that's what the NSSF industry
5 report is.  It's a compilation of that data.
6      Q.   I don't see anywhere in this report that
7 the most common, that 9-millimeter semiautomatic
8 handguns or pistols commonly come with 15 or 17
9 rounds.
10      A.   I mean, that's what the frame -- those
11 two frame sizes are the common frame sizes that, up
12 until just recently, have been the most common.  Don't
13 know how to -- I don't know how to say it any other
14 way.
15      Q.   And, again, I'm sorry.  I'm not trying to
16 be difficult.  I'm just trying to know what that's
17 based on.  That's based on your personal experience?
18      A.   My personal experience, yes.
19 Observations, going to the industry trade shows,
20 knowing what manufacturers sell.  I've talked to
21 Ruger.  I can't document when I talked to Ruger
22 because it's -- we're having a conversation over lunch
23 or at a range and you ask questions and, yes, there
24 are high capacity, you know, AR-15s and there are
25 standard capacity pistol magazines are the ones that

Page 160

1 they sell the most.  You can ask them.  I mean, I
2 don't know how to tell you that what's in my brain has
3 gotten there from talking to firearm manufacturers
4 over the course of 25-30 years.
5      Q.   How are those conversations any different
6 than the conversation you had with Mr. Liptak from
7 Magpul?
8      A.   They're similar.  It's just I didn't call
9 Mr. Liptak on the phone and I didn't see him in
10 person.  You know, that's -- there's a difference when
11 somebody is in person.  I have it documented because I
12 was writing a specific report.
13      Q.   And just to make sure I understand, you
14 have email correspondence with Mr. Liptak?
15      A.   I would have to go look and see what it
16 is, but I think it was actually Facebook messenger is
17 where it came from.
18      Q.   So 9-millimeter semiautomatic handguns
19 commonly have 15-round magazines, correct?
20      A.   15 or 17 depending on the frame size.
21      Q.   But some frame sizes are 15, right?
22      A.   Some are 15, some are 17, yes.
23      Q.   Okay.  Let's talk -- let's move on to the
24 next sentence here.  "The Glock 17 is the most
25 prolific handgun in the U.S."  What's that opinion

**MARK PASSAMANECK - May 31, 2023**

Page 161

1 based on?
2          A.   Sales numbers.  And Glock puts it out and
3 if you look at law enforcement agencies, that's what
4 the majority of them use.  I mean, you know, there are
5 some articles even in the law enforcement journals
6 that talk about the production numbers of Glocks
7 versus MMPs and CZs and HKs and all the different
8 other brands.
9          Q.   So the Glock 17 is popular amongst law
10 enforcement officers?
11          A.   It has -- well, you've got to be careful
12 there.  Sometimes the agencies force them to use a
13 particular again.  So it may not be, quote, popular.
14 It's just what they have to use.  And sometimes they
15 choose it themselves.
16          Q.   What's good for the goose is good for the
17 gander and I very much appreciate your specificity
18 with my word choice there.  So you say that 60-70
19 percent of law enforcement officer use the Glock 17.
20 That's a better way of saying what I was trying to say
21 there.  Is that right?
22          A.   Correct.
23          Q.   So many law enforcement officers use the
24 Glock 17?
25          A.   Correct.

Page 162

1          Q.   And the Glock 17 is legal in Colorado,
2 correct?
3          A.   With the standard capacity magazine at
4 17, no.  It has to be ordered from the manufacturer
5 with a 15-round magazine as opposed to the 17-round
6 magazine.  The Glock 19 comes with a standard 15-round
7 magazine, and when this law passed, most gun stores
8 ended up selling more 19s than they did 17s.
9          Q.   But law enforcement officers can still
10 possess a Glock 17 with a 17-round magazine, correct?
11          A.   As long as you're not going to charge me
12 for making a legal opinion, I think that's what the
13 law says, yes.
14          Q.   What percentage of the firearm market
15 excluding law enforcement officers is comprised of --
16 let me back up.  Is the Glock 17 the most prolific
17 handgun in the United States if you take law
18 enforcement out of the picture?
19          A.   Most likely, yes.
20          Q.   And what's that opinion based on?
21          A.   Well, if you look at the surveys from gun
22 clubs, the number of rentals, national level matches
23 where they survey members as far as what firearms they
24 use, that's what gets that number that it's at least
25 30 percent.

Page 163

1          Q.   Do you know what the 17 in Glock 17
2 refers to?
3          A.   Yes.
4          Q.   What?
5          A.   Patent number.
6          Q.   I'm impressed.
7          A.   Do you know what 16 was?
8          Q.   No.  It wasn't guns though, right?
9          A.   We'll talk about it later.
10          Q.   I have heard that one miscited more times
11 than I care to count.  Let's skip down a couple of
12 sentences here and then we'll go back.  Couple
13 sentences down in your report, you say they are sold
14 with two or three standard capacity 17-round
15 magazines.  "They" in that sentence is the Glock 17?
16          A.   Yes.
17          Q.   It's possible to buy a Glock 17 with a
18 Colorado compliant magazine, correct?
19          A.   Yes.
20          Q.   And the Glock 17 can operate with the
21 Colorado compliant magazine, correct?
22          A.   Yes.
23          Q.   And you have no data of what percentage
24 of Glock 17s are sold with Colorado compliant
25 magazines, correct?

Page 164

1          A.   Correct.
2          Q.   Why does the Glock 17 have a, quote, edge
3 for use as a home or self-defense firearm?
4          A.   The operation is simple.
5          Q.   Elaborate.
6          A.   All the safeties in the Glock are what is
7 considered to be passive, and they are not active.
8 And so gross motor skills are all that is really
9 needed to fire that handgun efficiently.
10          Q.   Is that the handgun you would recommend
11 for use as a home or self-defense firearm?
12          A.   Not necessarily.  And probably not,
13 actually.
14          Q.   So what do -- I guess, elaborate on what
15 you mean by -- why did you include this sentence?
16 "They have an edge for use as a home or self-defense
17 firearm."  An edge over what?
18          A.   An edge over alternative designs.
19          Q.   But they are not necessarily the best?
20          A.   Accurate statement.
21          Q.   Okay.  Do you use it as your self-defense
22 firearm?
23          A.   No.
24          Q.   Is a 17-round magazine necessary for home
25 self-defense?

**MARK PASSAMANECK - May 31, 2023**

Page 165

1      A.    No.
2      Q.    Okay.  Now we're close to the end of this
3  paragraph here.  There's a sentence that starts,
4  "Conservative estimates are that, conservative, and
5  there are certainly close to 100 million handgun
6  magazines in the U.S. that are over 15 rounds."  Where
7  are you getting -- well, how did you calculate that?
8      A.    Take a look at the magazine chart.
9      Q.    Which page?
10     A.    Page seven of Exhibit 11.  It only breaks
11 pistol magazines 10 rounds or less and 11-plus rounds.
12 But if you look at the manufacturer of after market
13 magazines in addition to the pistols that have been
14 sold, that they come with two or three, that's where
15 you can come up with that 100 million number of
16 magazines.
17     Q.    So you're getting -- you're drawing
18 this -- your hundred million dollar number from --
19     A.    It's not 100 million.  It's just 100
20 million.  Did I mishear what you said?
21     Q.    We could go back, but I'll just rephrase.
22 This sentence, "There are certainly close to 100
23 million handgun magazines in the U.S. that are over 15
24 rounds."  Your source for that is the chart on the
25 bottom of page seven of the NSSF 2020 Industry

Page 166

1  Intelligence Report?
2      A.    Not entirely Czech.  It's a combination
3  of that, plus looking at the production of pistol
4  calibers realizing they all come with two magazines,
5  and the fact that there are additional magazines that
6  are manufactured and sold by Mec-Gar and Wilson and
7  PMAG -- or Magpul that makes PMAGs.  So they are also
8  producing aftermarket magazines.  And so, yeah, the
9  number is -- I mean 100 million is probably a pretty
10 conservative number, almost laughable probably
11 conservative.  It's probably significantly higher than
12 that.
13     Q.    So the NSSF magazine chart on the bottom
14 of page seven of Exhibit 11, does that include
15 aftermarket magazines like the ones from Mec-Gar and
16 Magpul?
17     A.    Don't know.  There are several magazine
18 manufacturers out there that are multimillion dollar
19 companies that only make handgun magazines.  They're
20 making a lot of magazines.
21     Q.    Is there any reason to believe those are
22 not included in these figures?
23     A.    If you look at this production, if you
24 look at this magazine chart and you look at the
25 production of magazines realizing that, you know, if

Page 167

1  you were to say 2.5 magazines come with each pistol.,
2  yeah, there's a reason to believe those magazines are
3  not included in this chart.
4      Q.    Because you think it would be much
5  higher, a greater number than what's based on this
6  chart?
7      A.    Yes.
8      Q.    And that's based on your personal
9  experience?
10     A.    Yes.
11     Q.    You can understand why I'm a little bit
12 confused because according to this chart, there were
13 71,000,000 11-plus pistol magazines either in 2018 or
14 from 1990 through 2018.  And we get from that to
15 certainly close to 100 million today.
16     A.    I understand your confusion, but the data
17 is -- the data from my opinion is incomplete related
18 to magazines in this report.
19     Q.    So you think we can't rely on this chart?
20     A.    I think you can rely on it as a bottom
21 number but definitely not the top number.  And I don't
22 have a clue how to tell you to get the top number.
23     Q.    But you don't think this chart is
24 accurate?
25     A.    I do not.

Page 168

1      Q.    Do you think the NSSF Intelligence Report
2  as a whole is accurate?
3      A.    As a whole I think it's accurate.
4  There's obviously some reference and technical things
5  that could be cleaned up and how they write the report
6  to give it more specificity, but generally I think
7  that their numbers are accurate.  Sometimes what they
8  reflect is maybe not known, but I think the numbers
9  themselves are probably accurate.
10     Q.    So the next sentence is, "That leaves
11 approximately 250 million rifle magazines over 15
12 rounds."  How are you calculating that?
13     A.    Magpul says there's 350 million, so if
14 you take 100 million from 350, you end up with 250.
15     Q.    Is 15-plus the same thing as over 15?
16     A.    I think it is, yes.  I mean, you know, I
17 think those numbers are estimates to some degree and
18 so they're not specific numbers.  It's not 349-point,
19 you know, 445 million.  That's not the number.  So
20 that they're general numbers, they're rounded numbers.
21     Q.    So we've already established that for the
22 350 million number you relied on Magpul's estimate.
23     A.    Correct.
24     Q.    And you don't know what that is an
25 estimate of?

**MARK PASSAMANECK - May 31, 2023**

Page 169

1        A.   Well, I just know that they believe
2  there's 350 million magazines.  350 million magazines,
3  is that in existence?  Is that produced?  I don't
4  know.  It's a big number.
5        Q.   Okay.  And so if you're using that figure
6  in these last two sentences for the 100 million and
7  the 250 million, again, we don't know whether that's
8  in existence, ever produced, or owned today?
9        A.   Correct.
10       Q.   So based on your conversation with
11 Mr. Liptak at Magpul, you said 245 -- you decided, it
12 is your opinion that there are 350 million 15-plus
13 round magazines, correct?
14       A.   Correct.
15       Q.   Then you took that and you turned it into
16 your opinion regarding the number of magazines of
17 16-plus?
18       A.   I think you're playing semantics, but I
19 mean I stand by what I wrote.  You know, 15 rounds to
20 me would include 15, 16, 17, 18 and over 15 includes
21 only 16 and up.  The numbers are going to be almost
22 exactly the same.
23       Q.   But there are some number that are
24 included in the Magpul estimate that would not be
25 included in this calculation you do at the bottom of

Page 170

1  paragraph?  The 15-round magazines --
2        A.   It's an approximation, but, yeah, you're
3  right.
4        Q.   And you told us that 15-round magazines
5  are common on 9-millimeter semiautomatic handguns?
6        A.   They are one of the common counts, yes.
7        Q.   So it sounds to me like there are a lot
8  of 15-round magazines.
9        A.   There are.
10       Q.   So you can understand why I'm a little
11 bit troubled by that disconnect?
12       A.   I mean, if you want to -- if you want to
13 go and ask all the manufacturers of magazines how many
14 magazines they made, I mean, all I can do is tell you
15 what my opinion is based on what I think -- you know,
16 what I've seen and what I think they've done.
17       Q.   We did.
18       A.   Well, in this number, Carbon Arms was
19 never pulled, and I made 10,000 magazines, and they
20 were all 24 rounds.  So I mean, there is a missing
21 number -- there is a missing link there.  So not all
22 manufacturers are pulled, only some are pulled.
23       Q.   So there's a gap in this data?
24       A.   Of course, that's why I said these
25 numbers are conservative.

Page 171

1        Q.   And you don't know how Magpul may have
2  tried to account for that gap?
3        A.   I don't know.
4        Q.   They may have just added a certain number
5  to account for companies like Carbon Arms?
6        A.   They may have.
7        Q.   Did Mr. Liptak provide any sort of
8  affidavit swearing to that 350 million number?
9        A.   No.
10       Q.   And so that number was not given to you
11 under oath?
12       A.   No.
13       Q.   And -- okay.  Let's take a look at the
14 very last sentence of that paragraph.  "From one-half
15 to one-third of all U.S. gun owners surely own a
16 magazine that is over 15 rounds."  What are you basing
17 that on?
18       A.   The information that I reviewed and my
19 personal knowledge.
20       Q.   And what part of your training allows you
21 to make that determination?
22       A.   I mean, my experience in dealing in the
23 firearms industry.
24       Q.   And what part of your -- well, let's
25 just -- that's based on your personal experience?

Page 172

1        A.   Yes.
2        Q.   And the data that we have just reviewed
3  in this paragraph, correct?
4        A.   Correct.
5        Q.   Okay.  You -- you're a prolific
6  competition shooter, correct?
7        A.   I have been, 2020 and recently I had neck
8  surgery so I've not competed as much recently, but
9  yes.
10       Q.   And so you're very familiar with
11 competition shooting?
12       A.   I am.
13       Q.   And would you say you are more familiar
14 with competition shooting than hunting?
15       A.   No.
16       Q.   Why not?
17       A.   I mean, I do both equally.  I hunt every
18 year.  Probably not going to get tags this year, but
19 I've been hunting since I was a small kid.  I probably
20 spent as many days hunting every year as I do
21 competitive shooting.
22       Q.   When you go to industry trade shows, do
23 you spent more time looking for hunting firearms or
24 sports shooting firearms?
25       A.   I think if you put them into three

Page 44 (Pages 173-176)

**MARK PASSAMANECK - May 31, 2023**

Page 173

1 classifications, sports shooting, hunting, and
2 self-defense, I look at them all fairly equally.  I
3 enjoy all of them.
4       Q.   Is it your opinion that one-half of all
5 gun owners own a 16-plus round magazine?
6       A.   I think my sentence says a third to a
7 half own a magazine that is over 15 rounds.  I think
8 that is -- I think if the actual data and facts were
9 able to be known, sure, I think that is an accurate
10 statement.
11      Q.   And you think if we had data, it would
12 show that?
13      A.   I do.
14      Q.   But we don't have that data?
15      A.   We don't have a complete picture, no.
16      Q.   Okay.  The most complete picture we have
17 is the one you've laid out in this paragraph?
18      A.   I agree.
19      Q.   Okay.  Why don't we take a short break?
20      A.   Okay.
21          MR. BAUMANN:  And then, Barry, I think I'm
22 pretty close to done and I can pass the witness.
23          MR. ARRINGTON:  Okay.
24          MR. BAUMANN:  Come back in five minutes?
25          (A recess was taken from 2:28 p.m. to 2:37

Page 174

1 p.m.)
2          MR. BAUMANN:  Okay.  Barry, I think we're
3 all back here.
4          MR. ARRINGTON:  Okay.
5          MR. BAUMANN:  And I just have one last
6 question, a couple last questions just to make sure I
7 understand here.
8       Q.   (BY Mr. Baumann) And, again, I'm looking
9 at the bottom of the paragraph in your report that
10 we've been spending so much time on that there are
11 certainly close to 100 million handgun magazines in
12 the U.S. that are over 15 rounds and that leaves
13 approximately 250 million rifle magazines over 15
14 rounds.  I just want to make sure I understand how we
15 got there.
16          The 100 million magazines was loosely
17 based on NSSF data and then supplemented with your
18 personal experience.  And then you performed some
19 subtraction there and you subtracted that 100 million
20 from Magpul number?
21      A.   Correct.
22      Q.   And that's how you got the 250 million
23 rifle magazines, correct?
24      A.   Yes.
25      Q.   Okay.

Page 175

1          MR. BAUMANN:  No further questions.  I will
2 pass the witness, Barry.
3          MR. ARRINGTON:  Peter, could you hand him
4 the document called, "Firearms shooting resume
5 supplement"?
6          MR. BAUMANN:  Already done.
7          MR. ARRINGTON:  And can we mark that --
8 what's the next exhibit number?  Mark that Exhibit 13.
9          (Deposition Exhibit 13 was marked.)
10         MR. ARRINGTON:  I sent you an update and
11 then a second update.  Can we mark the second update
12 the most recent one is 14.
13         MR. BAUMANN:  I want to make sure that we
14 printed the right one.  Is this the one that came with
15 all --
16         MR. ARRINGTON:  It came by itself.
17         MR. BAUMANN:  Okay.  We need to print that
18 one.  We'll need to print that one separately.  I
19 didn't realize you wanted us to print that as well.
20         MR. MAGALOTTI:  It's not that?
21         MR. BAUMANN:  No.  This is the one that came
22 only by itself, right, Barry?
23         MR. ARRINGTON:  Yes.
24         MR. BAUMANN:  Okay.  Let's go off the record
25 for two seconds and I will be back in two minutes with

Page 176

1 that one.
2          (A recess was taken from 2:41 p.m. to
3 2:43 p.m.)
4          MR. BAUMANN:  Okay.  Barry, I think we are
5 ready now.
6          MR. ARRINGTON:  Thank you, Peter.  Can you
7 mark that as Exhibit 14, please, court reporter?
8          (Deposition Exhibit 14 was marked.)
9                  EXAMINATION
10 BY MR. ARRINGTON:
11      Q.   Let's start with Exhibit 14.  Is that a
12 more accurate list of your most recent depositions in
13 the last four years?
14      A.   Yes.
15      Q.   Okay.  If you can just set that one
16 aside, let's go to Exhibit 13.  Is this the supplement
17 for firearm shooting that you referred to earlier?
18      A.   Yes.
19      Q.   Is the information in Exhibit 13
20 accurate?
21      A.   Yes.
22      Q.   Okay.  Can you get a congressional
23 research report document that I sent to you?  Make
24 that 15.
25         (Deposition Exhibit 15 was marked.)

**MARK PASSAMANECK - May 31, 2023**

Page 177

1     Q.   So if you could take a look at Exhibit 15
2 on the second page, I believe, the first two the NSSF
3 report, it might take you awhile, the report is small.
4 But if you could take a look at that and when you find
5 24 million AR-15 estimate, let me know.
6     A.   I think I found it.  It says AR and AK
7 type rifles in circulation is the bold and there's a
8 paragraph below it.  Yes.
9     Q.   Can you read that into the report,
10 please?
11     A.   The whole paragraph?
12     Q.   No, just where it talks about referring
13 to the NSSF.  Well, hold on for just a sec.  So are
14 you familiar with the Congressional Research Service?
15     A.   No.  I've not seen this.
16     Q.   So this is the Congressional Research
17 Service report on proposed assault weapon ban dated
18 August 24, 2022.  When I say "this," I mean
19 Exhibit 15.
20     A.   Okay.
21     Q.   And on page two, Congressional Research
22 Service says, "According to the National Shooting
23 Sports Foundation, NSSF, from 1990 through 2020,
24 nearly 24.5 million AR and AK tagged rifles were
25 introduced into the civilian gun stock."  Does that

Page 178

1 refresh your recollection about whether that means
2 guns that are existing now or guns that have been
3 introduced into the civilian gun stock from 1990 to
4 2020?
5     A.   Yeah, I mean that's --
6         MR. BAUMANN:  Object to form.
7         THE WITNESS:  I mean, from this report and
8 we're looking at Exhibit 15, yeah, that's what it
9 says.  That over the course of 30 years, 24.5 million
10 AR and AK rifles were introduced.  So I mean, I guess
11 it's 31 years.
12     Q.   (BY Mr. Arrington) Okay.  And then it
13 says in 2020 alone nearly 17 million firearms were
14 introduced into the US civilian gunstock of which an
15 estimated 2.8 million were AR or AK type rifles."  Is
16 that consistent with your understanding?
17     A.   Yes.
18     Q.   And of course there's the issue of --
19 well, let me just ask you this.  The Congressional
20 Research Service is quoting the NSSF data in its
21 report to Congress.  Let me just ask you this, is the
22 NSSF research sort of industry standard for obtaining
23 data of this type?
24         MR. BAUMANN:  Object to form.
25         THE WITNESS:  Yes.

Page 179

1     Q.   (BY Mr. Arrington) Is it considered
2 generally reliable by those who obtain -- let me back
3 up.  Is NSSF data such as that we just talked about
4 considered generally reliable in the firearms
5 industry?
6     A.   I think, yes, but also acknowledging the
7 caveats that we spoke about in my direct testimony
8 that their numbers are conservative.  There are other
9 firearms that don't get collected in the NSSF numbers.
10     Q.   For example NSSF differentiates between
11 AR-15 rifles and AR-15 pistols, which is not the same
12 thing, correct?
13     A.   Correct.
14     Q.   Can you tell me the difference?
15     A.   Yes.  And granted, this is an ATF issue
16 that's currently having issues and being litigated.
17 But as the ATF defines a pistol, that is a barrel that
18 is under 16 inches and does not have a stock.  We
19 could go back and read from the form, the actual
20 definition of pistol, which, again, I said is an
21 archaic definition.
22         Whereas an AK or AR-15 rifle has a barrel
23 length over 16 inches and does have a stock and there
24 is a third classification called SBRs and that's what
25 at issue in this other case.

Page 180

1     Q.   So an AR-15 pistol, let me back up and
2 start over.  An AR-15 pistol has the same action more
3 or less as an AR-15 rifle, it's just barrel length and
4 stock are the only differences or main differences?
5     A.   Exactly, yes.
6     Q.   So if you were just tracking magazines
7 for AR-15 rifles, you would leave out AR-15 pistol
8 magazines?
9     A.   Yes.
10     Q.   Which could be 30 rounds as well?
11     A.   Correct.
12     Q.   So let's look at your experience.  How
13 long have you been involved with firearms in one way
14 or the other?
15     A.   I mean, since I was a child.  I mean, I
16 started hunting and shooting in 4H and .22s when I
17 was, you know, 10 years old.
18     Q.   And how old are you now?
19     A.   Fifty-six.
20     Q.   So that's 46 years.  Is my math right?
21     A.   Your math is correct.
22     Q.   So you've been involved with firearms for
23 46 years.  Of that 46 years, how long have you been
24 involved in the firearms in what I would call a
25 professional capacity, either as an instructor, as an

## MARK PASSAMANECK - May 31, 2023

Page 181

1 engineer, or as a manufacturer?
2          MR. BAUMANN:  Object to form.
3          THE WITNESS:  Generally for the last 30
4 years.  Done it for the last 30 years.
5     Q.   (BY Mr. Arrington) So for 30 years you've
6 been involved in firearms in commercial or
7 professional capacity?
8     A.   Yes.
9     Q.   And in that 30 years, how many articles
10 about firearms have you read?  Is it -- would it
11 number in the thousands?
12     A.   **Peer reviewed published articles?**
13 **There's --**
14     Q.   Articles of any type.
15     A.   **Articles of any type?  I mean, if you**
16 **count, you know, explanations and forum posts and**
17 **things like that, yeah, it's thousands probably.**
18     Q.   Okay.  Have you talked to manufacturers?
19     A.   Yes.
20     Q.   And representatives of manufacturers?
21     A.   **Yes, I have talked directly with**
22 **manufacturers or engineers, I've consulted and even**
23 **designed firearms or firearms components for**
24 **manufacturers.**
25     Q.   Can you give me an estimate of the number

Page 182

1 of firearms manufacturer agents, representatives, that
2 you've spoken to in the last 30 years?
3     A.   **I'm sure it's well over a hundred, but I**
4 **couldn't give you a specific number.**
5     Q.   And you produced magazines for or owned a
6 company that produced magazines?
7     A.   **I did produce magazines up through 2012,**
8 **yes.**
9     Q.   Is it fair to say you're familiar with
10 the magazine market?
11     A.   Yes.
12     Q.   And so we had offered you here as an
13 expert in two basic areas.  One is the number of these
14 magazines that are out in the market and two is kind
15 of a mechanical explanation, asking you how many
16 automatic firearms work, and counsel's examination
17 concerned mainly the former.
18          Now I'm going to talk about mainly the
19 former as well.  But -- actually let me back up.  Have
20 you been to trade shows?
21     A.   **I have.**
22     Q.   How many trade shows have you been to?
23     A.   **I've been to at least 15 trade shows.**
24     Q.   Okay.  And over the course of the 30
25 years, have you, in talking to firearms manufacturers,

Page 183

1 magazine manufacturers, reading thousands of articles,
2 going to trade shows, have you developed a good sense
3 of the magazine market?
4     A.   **Yes.**
5     Q.   So I'm going to -- in 2014, Governor
6 Hickenlooper in his official capacity on behalf of
7 State of Colorado entered into the following
8 stipulation.  I'm going to call this Colorado
9 Stipulation 1.  "Although the total number is not
10 known, the number of lawfully owned semiautomatic
11 firearms that utilize a detachable magazine with a
12 capacity greater than 15 rounds is in the 10s of
13 millions," close quote.  Mr. Passamaneck, do you agree
14 with Colorado Stipulation 1?
15     A.   **Yes.**
16     Q.   Is Colorado Stipulation 1 consistent with
17 your report?
18     A.   **Yes.**
19     Q.   In 2014 Governor Hickenlooper on behalf
20 of the State of Colorado made the following
21 stipulation, "Although the total number of magazines
22 of any size in the United States is not known, the
23 number of large capacity magazines is in the 10s of
24 millions," close quote.  We'll call that State of
25 Colorado Stipulation 2.  Mr. Passamaneck, do you agree

Page 184

1 with the State of Colorado Stipulation 2?
2     A.   **Yes.**
3     Q.   Is state of Colorado Stipulation 2, based
4 upon your 30 years of experience, accurate?
5     A.   **Yes.**
6     Q.   Is Colorado Stipulation 2 consistent with
7 your report?
8     A.   **It is.**
9     Q.   2017, Governor Hickenlooper on behalf of
10 the State of Colorado made the following stipulation,
11 which we'll call Stipulation 3.  "States without laws
12 regulating magazine capacity, AR-15 platform rifles
13 are usually sold at retail with detachable box
14 magazine capable of holding up to 30 rounds.  States
15 without laws regulating magazine capacity, the
16 majority of owners of AR-15 platform rifles use
17 magazines with the capacity of either 20 and or 30
18 rounds," close quote.  Mr. Passamaneck, do you agree
19 with State of Colorado Stipulation 3?
20     A.   **Yes.**
21     Q.   Is State of Colorado Stipulation 3
22 consistent with your report?
23     A.   **Yes.**
24     Q.   Based upon your 30 years of experience in
25 the firearm industry, is State of Colorado Stipulation

**MARK PASSAMANECK - May 31, 2023**

Page 185

1 3 accurate?

2    **A.   Yes.**

3       Q.   2017 Governor Hickenlooper made the

4 following stipulation.  We'll call it Colorado

5 Stipulation 4.  Prior to the effective date of Section

6 18-12-301 ad sec, semiautomatic firearms with

7 detachable box magazines with capacity greater than 15

8 rounds were frequently used in Colorado for multiple

9 lawful purposes including recreational target

10 shooting, competition shooting, hunting and were kept

11 for home defense and defense outside the home."

12       Mr. Passamaneck, based on your 30 years

13 of experience in the firearm industry, do you have an

14 opinion about whether State of Colorado Stipulation 4

15 is accurate?

16    **A.   It is mostly accurate.  The hunting issue**

17 **becomes a problem because Colorado Parks and Wildlife,**

18 **which used to be Colorado Department of Wildlife, they**

19 **do not allow magazines of that higher capacity to be**

20 **used.  And so the hunting portion, if that word was**

21 **stricken, then that would be an accurate statement.**

22       Q.   In 2017, Governor Hickenlooper on behalf

23 of the State of Colorado entered into the following

24 stipulation, we'll call Stipulation 5.  "Any full size

25 9 millimeter semiautomatic pistols sold at retail with

Page 186

1 magazines with capacities of greater than 15, such as

2 the Glock 17.  The Glock 17 is one of the most popular

3 handguns sold in the United States.  It is often used

4 by law enforcement personnel."  Mr. Passamaneck, is

5 State of Colorado Stipulation 5 accurate?

6    **A.   It is.**

7       Q.   Is State of Colorado Stipulation 5

8 consistent with your report?

9    **A.   It is.**

10       Q.   2017, Governor Hickenlooper made the

11 following stipulation we'll call State of Colorado

12 Stipulation 6.  "Prior to the effective date, section

13 18-12-301, ad sec, magazines with capacity greater

14 than 15 rounds were not unusual in Colorado," close

15 quote.  Mr. Passamaneck, based upon your 30 years of

16 experience in the firearm industry, is State of

17 Colorado Stipulation 6 accurate?

18    **A.   Yes.**

19       Q.   Based upon your 30 years of experience in

20 the firearm industry, the thousands of articles that

21 you've read, the manufacturers you've talked to, your

22 experience as a manufacturer of magazines, trade

23 shows, competitions, hunting, all the things you've

24 done in the last 30 years as -- in the capacity as an

25 expert in firearms, is there any information, a

Page 187

1 scintilla of information whatsoever, that would

2 indicate that magazines with a capacity greater than

3 16 are owned in any amount less than 10s of millions?

4    **A.   No.**

5       Q.   Could anybody reasonably opine the

6 magazines with the capacity of more than 15 rounds are

7 unusual?

8    **A.   No.**

9       MR. BAUMANN:  Object to form.

10       THE WITNESS:  Sorry.

11       MR. BAUMANN:  It's okay.

12       MR. ARRINGTON:  No further questions.

13       MR. BAUMANN:  I just have I think two

14 very -- two or three very short follow-ups limited to

15 those topics.

16            EXAMINATION

17 BY MR. BAUMANN:

18       Q.   Mr. Passamaneck, do you remember

19 involvement in a case called Wheatridge Office, LLC,

20 v. Auto Owners Insurance Company?

21    **A.   I do.**

22       Q.   And were you deposed in that case?

23    **A.   I think I was.**

24       MR. ARRINGTON:  I object.  I think this is

25 beyond the scope of cross.

Page 188

1       MR. BAUMANN:  The cross included an updated

2 list of testimony.

3       MR. ARRINGTON:  Well, there you go.

4       MR. BAUMANN:  Okay.

5       MR. ARRINGTON:  I'll withdraw that

6 objection.

7       Q.   (BY Mr. Baumann) This was marked as

8 Exhibit 14 and Wheatridge Office, LLC, is not listed

9 here, is it?

10    **A.   I don't see that.**

11       Q.   Okay.  You testified in response to a

12 question from Mr. Arrington that you don't know what

13 the Congressional Research Service is, correct?

14    **A.   I did not.  I've read some of it, so I**

15 **can guess what it is.  But I've not heard of it**

16 **before.**

17       Q.   And do you know what NSSF report they

18 were relying on?

19    **A.   I don't.**

20       Q.   And you did not rely on the Congressional

21 Research Service in reaching any of the conclusions in

22 your expert report?

23    **A.   Correct.**

24       Q.   Have you seen any of the stipulations

25 Mr. Arrington just read to you prior to today?

## MARK PASSAMANECK - May 31, 2023

Page 189

1    A.   Not that I recall.

2    Q.   And you were asked several times whether
3 those stipulations were accurate, is that correct?

4    A.   Yes.

5    Q.   And to the best of your knowledge, when
6 you responded that they were accurate, were you
7 responding based on accuracy as of 2017?

8    A.   I was basing on accuracy of as far as I
9 know them to be true today.

10    Q.   And you were read State of Colorado
11 Stipulation 5. First of all, what basis do you have
12 to believe that the State of Colorado entered into
13 those stipulations?

14    A.   I have not reviewed the document so I
15 don't know.

16    Q.   And State of Colorado Stipulation 5, as
17 Mr. Arrington termed it, was that the entire
18 stipulation that was entered into back in 2017?

19    A.   I don't know.

20    Q.   Have you reviewed that stipulation?

21    A.   I have not.

22    Q.   Have you reviewed any of the underlying
23 bases for that stipulation?

24    A.   I have not.

25    Q.   Do you have any reason to believe it is

Page 190

1 inaccurate?

2    A.   I don't remember which one number five
3 was.

4    Q.   Do you have any reason to believe any of
5 the stipulations read to you are inaccurate?

6    A.   Only the one I brought up related to
7 hunting because I know that one is wrong.

8    Q.   And your reaction to those stipulations
9 is based on your personal experience?

10    A.   Yes.

11    Q.   You have no underlying data?

12    A.   I have personal knowledge of
13 manufacturers and my understanding in the firearms
14 industry, so I think it's more than just personal
15 knowledge, but yes.

16    Q.   Okay. In 2017, State of Colorado
17 Stipulation 5, as Mr. Arrington termed it, included a
18 line that the Glock 17 is also sold with factory
19 magazines with a capacity of 10 rounds. Based on your
20 30 years of experience, is that an accurate statement?

21    A.   Yes.

22    Q.   Okay. My favorite words in any
23 deposition, no further questions.

24    MR. ARRINGTON: I got one more question.

25

Page 191

1              EXAMINATION

2 BY MR. ARRINGTON:

3    Q.   And then I think I asked this with
4 respect to all the stipulations, but all of the
5 stipulations that I read to you, we'll call them State
6 of Colorado Stipulations 1 through 6 are consistent
7 with the research you did and the information and the
8 opinions that's set forth in your report, correct?

9    A.   Correct.

10    MR. ARRINGTON: Okay. I have no further
11 questions. Thank you, Peter.

12    MR. BAUMANN: My second favorite set of
13 words in any deposition.

14    MR. ARRINGTON: Yes, we'll have a copy of
15 the transcript and I'll handle read and sign.

16    WHEREUPON, the within proceedings were
17 concluded at the approximate hour of 3:07 p.m. on
18 the 31st day of May, 2023.

19       *    *    *    *    *

20

21

22

23

24

25

Page 192

1    I, MARK PASSAMANECK, do hereby certify
2 that I have read the above and foregoing deposition
3 and that the same is a true and accurate
4 transcription of my testimony, except for attached
5 amendments, if any.

6    Amendments attached  (  ) Yes   (  ) No

7

8

9    _____
              MARK PASSAMANECK

10

11    The signature above of MARK PASSAMANECK
12 was subscribed and sworn to or affirmed before me in
13 the county of _____, state of
14 _____, this _____ day of
15 _____, 2023.

16

17

18    _____

              Notary Public

19              My commission expires

20

21

22

23

24

25 **Gates, 5/31/2023(re)

## MARK PASSAMANECK - May 31, 2023

```
                                          Page 193
 1                REPORTER'S CERTIFICATE
 2 STATE OF COLORADO        )
                            ) ss.
 3 COUNTY OF DOUGLAS        )
 4           I, RIANNA R. ELMSHAEUSER, Registered
   Professional Reporter, Federal Certified Realtime
 5 Reporter, and Notary Public ID 20194034675, State of
   Colorado, do hereby certify that previous to the
 6 commencement of the examination, the said MARK
   PASSAMANECK was duly sworn or affirmed by me to
 7 testify to the truth in relation to the matters in
   controversy between the parties hereto; that the
 8 said deposition was taken in machine shorthand by me
   at the time and place aforesaid and was thereafter
 9 reduced to typewritten form; that the foregoing is a
   true transcript of the questions asked, testimony
10 given, and proceedings had.
11           I further certify that I am not
   employed by, related to, nor counsel for any of the
12 parties herein, nor otherwise interested in the
   outcome of this litigation.
13
             IN WITNESS WHEREOF, I have affixed my
14 signature this 21st day of June, 2023.
15           My commission expires September 10,
   2023.
16
17 __X__ Reading and Signing was requested.
18 _____ Reading and Signing was waived.
19 _____ Reading and Signing is not required.
20
21
22
23           _____
24
25           Rianna R. Elmshaeuser, RPR, FCRR
```