"

"

"

"

"

"

"

"

"

# GZJ KDKV'I "

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-** 2680


ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO, CITY
OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.


**Rebuttal Report of Louis Klarevas**

# REBUTTAL REPORT OF LOUIS KLAREVAS

I, Louis Klarevas, declare:

1.      Plaintiffs' proffered expert Mark W. Passamaneck has submitted a report that, among other things, attempts to estimate the number of AR-15 style rifles and large-capacity magazines in civilian circulation in the United States.[1]  This rebuttal expert report responds to the first paragraph of the "Discussion" section of Passamaneck's report.[2]  This rebuttal report is based on my own personal knowledge and experience, and, if I am called as a witness, I could and would testify competently to the truth of the matters discussed in it.

## I.      Passamaneck Fails to Provide Source Citations, Often Making Verification of His Claims Difficult

2.      Before addressing the specific claims asserted by Passamaneck, it is important to note that Passamaneck's report employs an unorthodox methodology: it asserts factual claims without providing specific sources for those claims.  One of the goals of research is that all analyses be reproducible.  In order to achieve this objective, detailed source citations are generally required, pointing reviewers to the precise data and/or evidence used in the original assessment.  Passamaneck fails to provide detailed source citations.  In fact, there is not a single, full citation of source material to be found anywhere in Passamaneck's report.  As such, it is often difficult, and at times impossible, to verify Passamaneck's claims.

---

[1] Expert Witness Report of Mark W. Passamaneck, PE, *Rocky Mountain Gun Owners, et al. v. Town of Superior, Colorado, et al.*, 22-cv-2680 (D. Colo.), April 12, 2023 (attached as **Exhibit A**).  Even though all four ordinances that are the subject of the present case define large-capacity magazines as ammunition-feeding devices with a capacity greater than 10 rounds, most of Passamaneck's analysis focuses on a subset of large-capacity magazines that have a capacity greater than 15 rounds of ammunition.  It is not clear why Passamaneck generally employs an ammunition threshold that is different from the ordinances that are the focus of the present case, nor does Passamaneck offer any explanation or justification for this discrepancy.

[2] Unless stated otherwise, any references to or quotations of Passamaneck's claims are from the first paragraph of the "Discussion" section of Passamaneck's report.  *Ibid.*, at 1-2.

## II.       Passamaneck Asserts Problematic and, At Times, Conflicting Factual Claims

3.       Passamaneck's claims seem to fall into two categories: claims about AR-15 style rifles and claims about large-capacity magazines (LCMs).  I will address each category in turn.

### II.A.   Assertions Pertaining to AR-15 Style Rifles

4.       With regard to AR-15 style rifles, Passamaneck writes:

Millions of Americans own and use AR15 style rifles.  A Washington Post survey in 2022 numbers the owners of AR15s at 16 million while the 2020 number was almost 20 million according to NSSF President and CEO Joseph Bartozzi, who called the AR-15 the "most popular rifle sold in America" and a "commonly owned firearm."  A 2021 survey conducted by Georgetown University Professor William English in 2021 of 16,000-gun owners revealed that of those, 30% owned AR15 style rifles.  Further, the NSSF 2020 Industry Intelligence report has the number of AR15 rifles produced minus exports (so sold in the US) at just under 20 million from 1990 through 2018.  It is estimated that about 8 to 9 million AR15s were owned by US citizens prior to 1990 and the total number of semi-automatic rifles owned in the US (2018) at just over 43 million. From 2019 through 2022, another 3 to 4 million have been sold.  So, conservatively, there are at least 34 million AR15s owned by US citizens, and the vast majority of those rifles were sold with at least one 20 or 30 round (30 round standard being most common) magazines.[3]

5.       Passamaneck begins by asserting that "Millions of Americans own and use AR15 style rifles."  This is an unusually vague claim.  It is unclear exactly how many Americans *own* AR-15s and exactly how many Americans *use* AR-15s.  With regard to the latter, it is also not clear in what manner and with what frequency (if any) gun owners "use" AR-15 style rifles. Finally, it is not evident if, by "Americans," Passamaneck is referring to private citizens who lawfully own personal AR-15 style rifles or if he is also including law enforcement officers, security guards, firearm sellers, and/or individuals prohibited from possessing firearms (e.g., criminals).  Without more precision and without citations to source materials, it is practically impossible to discern what exactly Passamaneck means by this statement.

---

[3] This block quotation, including punctuation and capitalization, is reproduced exactly as it appears in Passamaneck's report.

6.      Passamaneck does go on to provide some statistics about the number of AR-15 style rifles in circulation in the United States.  However, here too Passamaneck's analysis is plagued by the fact that he conflates owners with items owned and he conflates items manufactured with items sold—even though, in each instance, these factors are distinct.  Where possible, I have attempted to track down what I understand to be the sources of Passamaneck's claims so that I could assess them.

7.      Addressing the estimated number of AR-15 owners, Passamaneck writes, "A Washington Post survey in 2022 numbers the owners of AR15s at 16 million while the 2020 number was almost 20 million according to NSSF President and CEO Joseph Bartozzi."  Passamaneck appears to be stating that the number of AR-15 owners has decreased from 20 million in 2020 to 16 million in 2022.  However, after reviewing the likely sources of these two claims, neither of these claims, as presented by Passamaneck, is accurate.

8.      According to two surveys conducted by Ipsos in 2022, one of which was co-sponsored by the *Washington Post*, approximately 31% of all American adults own at least one firearm and, of those gun owners, 19% own an AR-15 style rifle.[4]  In 2022, according to the U.S. Census Bureau, there were 260.8 million adults in the United States.[5]  Of those American adults, 80.8 million (31%) are estimated by Ipsos to own a gun.[6]  Of those 80.8 million gun owners, 15.4 million (19%) are estimated to own an AR-15 style rifle.[7]

9.      According to the National Shooting Sports Foundation (NSSF), which is the trade association of the firearm industry, in 2020, it was estimated that there were approximately 19.8

---

[4] Emily Guskin, Aadit Tambe, and Jon Gerberg, "Why Do Americans Own AR-15s?" *Washington Post*, March 27, 2023, *available at* https://www.washingtonpost.com/nation/interactive/2023/american-ar-15-gun-owners (last accessed May 31, 2023).
[5] United States Census Bureau, "National Population by Characteristics: 2020-2022," March 31, 2023, *available at* https://www.census.gov/data/tables/time-series/demo/popest/2020s-national-detail.html (last accessed May 31, 2023).
[6] Guskin, Tambe, and Gerberg, *supra* note 4.
[7] *Ibid*.  The 15.4 million figure appears to have been erroneously rounded up to 16 million.

million "modern sporting rifles" (MSRs) in circulation in the United States.[8]  MSRs include AR- and AK-platform firearms.  MSRs are not limited only to AR-15 style rifles.  Because this estimate of 19.8 million MSRs includes other rifles such as AK-platform rifles, the number of AR-15 style rifles is necessarily lower than 19.8 million.  And, as I noted in my expert report in this case, NSSF estimates appear to be over-estimates that include the number of MSRs in the possession of law enforcement and security agencies, firearms retailers, and prohibited owners (such as criminals and domestic abusers).[9]  It is also likely that the NSSF's estimate includes firearms that have been illegally trafficked to other countries, especially neighboring Mexico.[10]  Regardless, Passamaneck misrepresents the nearly 20 million NSSF figure as the number of gun *owners* who have AR-15 style rifles, when the NSSF is actually providing an estimate as to the number of such *rifles* in circulation.

10.    Indeed, just two sentences later, Passamaneck notes that, according to a 2020 NSSF Industry Intelligence Report, it was estimated that the number of MSRs in circulation as of 2018 was "just under 20 million."  Passamaneck, however, again misrepresents this figure as the number of AR-15 style rifles *sold* in the United States.  A review of the NSSF report makes clear that this figure does not represent the number of AR-15 style rifles sold between 1990 and 2018, as Passamaneck claims.[11]  First, the NSSF tracks the broader category of MSRs, not the sub-category of AR-15 style MSRs.  Second, the NSSF does not publish MSR sales figures, let alone

---

[8] National Shooting Sports Foundation ("NSSF"), "NSSF Releases Most Recent Firearm Production Figures," November 16, 2020, *available at* https://www.nssf.org/articles/nssf-releases-most-recent-firearm-production-figures (last accessed May 31, 2023).  For the full report, *see* National Shooting Sports Foundation, *Firearm Production in the United States with Firearm Import and Export Data*, NSSF Industry Intelligence Reports, 2020, *available at* https://www.nssf.org/wp-content/uploads/2020/11/IIR-2020-Firearms-Production-v14.pdf (last accessed May 31, 2023).

[9] Expert Witness Report of Louis Klarevas, *Rocky Mountain Gun Owners, et al. v. Town of Superior, Colorado, et al.*, 22-cv-2680 (D. Colo.), May 5, 2023

[10] *See*, for example, Liz Mineo, "Stopping Toxic Flow of Guns from U.S. to Mexico," *Harvard Gazette*, February 18, 2022, *available at* https://news.harvard.edu/gazette/story/2022/02/stopping-toxic-flow-of-gun-traffic-from-u-s-to-mexico (last accessed May 31, 2023).

[11] NSSF, *Firearm Production in the United States with Firearm Import and Export Data*, *supra* note 8.

AR-15 sales figures.[12]  The figures that the NSSF published are based on estimates of how many MSRs were manufactured and imported each year, minus the number of MSRs exported.  This total produces an estimate of the number of MSRs that enter the American firearms market annually.  As a reminder, this figure appears to be an over-estimate of the number of MSRs owned by private citizens.

11.      Passamaneck also mentions a 2021 survey conducted by William English that found that "30% owned AR15 style rifles."  To quote the survey findings accurately, English states, "30.2% of gun owners, about 24.6 million people, have owned an AR-15 or similarly styled rifle, and up to 44 million such rifles have been owned."[13]  There is a wide discrepancy between the *Washington Post*-Ipsos estimate of 15.4 million owners of AR-15 style rifles and the English estimate of 24.6 million owners of AR-15 style rifles.  Similarly, there is a wide discrepancy between the NSSF estimate of 20 million MSRs (of which AR-15 style rifles owned by private citizens as personal firearms is only a portion) and the English estimate of 44 million AR-15 style rifles.

12.      Besides glossing over this wide discrepancy in the figures, Passamaneck fails to note what is arguably the most striking finding in the English paper.  In surveying ownership rates, English found that 0.3% of respondents "indicate owning over 100" AR-15 styled rifles.[14]  Assuming English correctly estimates that 24.6 million people have owned an AR-15 or similarly styled rifle, his survey results indicate that approximately 74,000 people own over 100 such rifles.  Moreover, English also reports that 1.3% of all AR-15 style rifle owners (approximately 320,000 people) own between 11 and 100 such rifles.[15]  Even if, for the sake of argument, these 74,000 people all owned only 101 AR-15s and these additional 320,000 people

---

[12] In all likelihood, the NSSF might not have accurate knowledge of how many MSRs are sold each year.

[13] William English, "2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned," Unpublished Paper (May 13, 2022; Revised September 22, 2022), *available at* https://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=4283305 (last accessed May 31, 2023).

[14] *Ibid*.

[15] *Ibid*.

all owned 11 AR-15s—the lowest possible number in the range that they identified as best capturing the number of AR-15 styled rifles they own—that would mean that, ***at the very least, approximately 11 million AR-15 styled rifles are concentrated in the hands of 1.6% of AR-15 owners***.[16]  As a reminder, 11 million AR-15 style rifles is a conservative estimate calculated using the absolute minimum numbers in the reported ranges of 11-to-100 and 101-or-more.[17]

13.     Next, Passamaneck, without any attribution, claims that "about 8 to 9 million AR15s were owned by US citizens prior to 1990."  From 1963 through 1977, when the patent for the AR-15 expired, Colt was the only firearms manufacturer producing AR-15 rifles for sale to

---

[16] In its most recent survey data (2022), the NSSF found that civilian owners of modern sporting rifles own, on average, 3.8 such rifles, with 24% of these owners possessing only one such rifle.  NSSF, *Modern Sporting Rifle: Ownership, Usage and Attitudes Toward AR- and AK-Platform Modern Sporting Rifles*, Comprehensive Consumer Report, 2022, at 12, *available at* https://www3.nssf.org/share/PDF/pubs/NSSF-MSR-Comprehensive-Consumer-Report.pdf (last accessed May 31, 2023).  While the NSSF, unlike the English survey, does not report whether respondents in its surveys of modern sporting rifle owners happen to own more than 10, let alone more than 100, modern sporting rifles, NSSF has detected a growing trend toward increased ownership of multiple modern sporting rifles.  For instance, in its 2010 survey, it found that 40% of modern sporting rifle owners owned only 1 modern sporting rifle and 60% owned multiple modern sporting rifles, with the average number of modern sporting rifles owned being 2.6.  In its 2013 survey, it found that 35% of modern sporting rifle owners owned only 1 modern sporting rifle and 65% owned multiple modern sporting rifles, with the average number of modern sporting rifles owned increasing to 3.1.  In its most recent, 2021 survey, the NSSF found that 24% of modern sporting rifle owners owned only 1 modern sporting rifle and 76% owned multiple modern sporting rifles, with the average number of modern sporting rifles owned increasing yet again to 3.8.  This speaks to a growing trend in which modern sporting rifles are being purchased by gun owners who already own a modern sporting rifle, resulting in modern sporting rifles being concentrated, relatively speaking, in the hands of those who already own modern sporting rifles.  *Ibid*.

[17] While the English survey is discussed in an unpublished academic paper that is publicly available online, there are significant concerns with the study, which call into question the findings reported in the paper.  Arguably, the biggest problem with the English survey (as reported in the unpublished paper) is that it appears to be in serious violation of the Code of Professional Ethics and Practices of the American Association for Public Opinion Research (AAPOR).  *See* "AAPOR Code of Professional Ethics and Practices," April 2021, available at https://aapor.org/standards-and-ethics (last accessed May 31, 2023).  Among the ways that the English survey seemingly runs afoul of AAPOR canons, it fails to identify the source of sponsorship funding and it fails to fully and openly disclose the measurement tools (Rules III.A.2-3).  The former is vital to assuring that the survey was not designed and conducted to further the political or economic interests of particular people or organizations.  The latter allows independent observers and researchers to assess if, among other factors, question order, question wording, or answer options biased responses.  The latter is also crucial to assuring that select findings were not suppressed because they would, if publicized, undermine the agenda of the survey's sponsor(s).  Without release of the entire questionnaire and the full results to the public, it cannot be confirmed that questions and corresponding responses were not suppressed.

civilians.  Between 1963 and 1979, Colt only manufactured a total of 96,401 AR-15-Marked Sporter I rifles.[18]  Beginning in the early 1980s, other AR-15 style rifles entered the market for sale to the general public.  And, according to NSSF estimates, in 1990, only a total of 74,000 MSRs were introduced into civilian circulation (again likely including law enforcement and security agencies, firearms retailers, prohibited owners, and illegally trafficked firearms).[19]  Even if, for the sake of argument, 100,000 MSRs—an estimate much higher than the 74,000 that the NSSF estimated to have been introduced in 1990—had been introduced into the civilian market annually between 1980 and 1989 and all of these MSRs were AR-15 style rifles, less than 1.1 million AR-15 style rifles would have been in civilian circulation prior to 1990.[20]  Indeed, one estimate that reviewed the serial numbers of AR-15 style rifles in civilian circulation, prior to the federal Assault Weapons Ban taking effect in 1994, calculated that the number of such pre-ban rifles was less than 800,000.[21]  Accounting for the broader period of 1963 through 2017, that same analysis estimated that, based on manufacturing data, the total number of AR-15 style rifles in civilian circulation was less than 8.3 million.[22]  I am not aware of any basis for Passamaneck's unsubstantiated estimate that "about 8 to 9 million AR15s were owned by US citizens *prior to 1990*" (emphasis added).

---

[18] Christopher R. Bartocci, *America's Rifle: M16/M4 Late Cold War through Global War on Terror* (2022), at 283-284 (relevant excerpt attached as **Exhibit B**).  *See*, also, General Staff, "Estimating AR-15 Production, 1964-2017," November 9, 2019, *available at* http://www.generalstaff.org/Firearms/Count/AR15_Production.htm (last accessed June 2, 2023). The patent for the AR-15 rifle expired in 1977.  *Ibid*.  However, it took a few years for the design to appear in the civilian marketplace.  Todd C. Frankel, et al., "The Gun That Divides a Nation," *Washington Post*, March 27, 2023, *available at* https://www.washingtonpost.com/nation/interactive/2023/ar-15-america-gun-culture-politics (last accessed May 31, 2023).
[19] NSSF, *Firearm Production in the United States with Firearm Import and Export Data, supra* note 8.
[20] Assuming 100,000 MSRs entering the American market annually for the ten-year period of 1980-1989 would produce a total of 1 million MSRs.  Adding the number of AR-15 rifles produced by Colt for private citizens to purchase and own between 1963 and 1979 (96,401) to the figure of 1 million MSRs covering the timeframe of 1980-1989 results in a total of 1,096,401 MSRs maximum.
[21] General Staff, *supra* note 18.
[22] *Ibid*.

14.     Despite the numerous issues just discussed, Passamaneck goes on to conclude that, at present, "conservatively, there are at least 34 million AR15s owned by US citizens"—an estimate that he offers without explaining how he calculated it.

## II.B.   Assertions Pertaining to LCMs

15.     With regard to LCMs, Passamaneck writes:

As magazines are a commodity that is sold without serialization or tracking, the total number of magazines that are above 15 rounds is difficult to measure.  However, the 2018 NSSF Magazine Chart estimates 71 million handgun magazines of 11+ rounds, 9.4 million rifle magazines from 11-29 rounds (20 being the most common and 15 being the second most common) and 79 million rifles magazines of 30+ rounds.  Mag-Pul, the largest manufacturer of AR15 magazines (and who also produces Glock and AR10 magazines) estimates the total number of magazines of 15+ rounds at 350 million….  Conservative estimates are that, conservative, and there certainly close to 100 million handgun magazines in the US that are over 15 rounds.  That leaves approximately 250 million rifle magazines over 15 rounds.  From one third to one half of all US gun owners surely own a magazine that is over 15 rounds.[23]

16.     Passamaneck begins his overview of magazine circulation estimates with a statement that is accurate: "As magazines are a commodity that is sold without serialization or tracking, the total number of magazines that are above 15 rounds is difficult to measure." Passamaneck then goes on to discuss a chart published by the NSSF that estimated that, as of 2018, there were approximately 160 million LCMs with a capacity greater than 10 rounds in circulation in the United States.[24]  However, as James Curcuruto, the NSSF's former Director of

---

[23] This block quotation, including punctuation and capitalization, is reproduced exactly as it appears in Passamaneck's report.  The portion of the quotation that has been replaced by ellipsis reads: "The 2018 NSSF estimate of Semi-Automatic handguns is 89 million, with about 40% being 9mm, which are commonly 15 or 17 rounds depending on the frame size.  The Glock 17 is the most prolific handgun in the US with 60 to 70 percent of LEOs utilizing them and at least 30% of target and sport shooters using them.  They also have an edge for use as a home, or self-defense firearm.  They are sold with 2 or 3 standard capacity 17 round magazines."

[24] The 2018 NSSF Magazine Chart is published in NSSF, *Firearm Production in the United States with Firearm Import and Export Data, supra* note 8, at 7.  As Passamaneck notes, "the 2018 NSSF Magazine Chart estimates 71 million handgun magazines of 11+ rounds, 9.4 million rifle magazines from 11-29 rounds (20 being the most common and 15 being the second most common) and 79 million rifles magazines of 30+ rounds."  While the NSSF Magazine Chart does estimate 159.8 million magazines with a capacity greater than 10 rounds of

Industry Research and Analysis and one of the creators of the NSSF's "Magazine Chart," has stated in another case, he is "not aware of any singular public source providing *reliable* figures identifying exactly how many ammunition magazines are manufactured or imported for sale within the United States each year."[25]  Therefore, there is good reason to be suspicious of the NSSF estimate mentioned by Passamaneck.  For starters, the NSSF estimate is asserted without any reviewable evidence to support it.  It is merely a blanket claim offered with zero proof.  Indeed, as Curcuruto himself conceded regarding the NSSF estimate, "magazines with a capacity greater than 10 rounds in circulation is an estimation based on extrapolation from indirect sources and *cannot be confirmed as unequivocally accurate*."[26]

17.     After presenting the NSSF estimate, Passamaneck presents an estimate that he attributes to the magazine manufacturing company Magpul, suggesting that there are 350 million LCMs with a capacity greater than 15 rounds of ammunition.  Because there is no link to any source material for this estimate, it is impossible to verify that Magpul has made such an estimate.  If Passamaneck's representation is correct, then, Magpul, a member of the firearms industry, has calculated a drastically larger estimate than the firearm industry trade association has suggested.  Indeed, the difference between the NSSF estimate (which covers all LCMs holding more than 10 rounds) and the Magpul estimate (which covers a subset of LCMs holding more than 15 rounds) might even be greater than three-fold.

18.     Passamaneck appears to believe that the unsubstantiated Magpul estimate of 350 million magazines with a capacity greater than 15 rounds is a conservative estimate.  As he states, "Conservative estimates are that, conservative, and there [*sic*] certainly close to 100 million handgun magazines in the US that are over 15 rounds."  He adds, "That leaves

---

ammunition, nowhere in the chart or the larger report (where the chart appears) does the NSSF provide a breakdown that shows the difference between rifle magazines with a capacity of 15 rounds compared to rifle magazines with a capacity of 20 rounds.  Passamaneck's assertion that "20 being the most common and 15 being the second most common" is unsubstantiated by the NSSF report which contains the Magazine Chart.  *Ibid*.

[25] Declaration of James Curcuruto, *Wiese v. Bonta*, 2:17-cv-00903-WBS-KJN (E.D. Calif.), June 14, 2017, Dkt. No. 28-3, para. 6 (emphasis added) (attached as **Exhibit C**).

[26] *Ibid*., para. 13 (emphasis added).

approximately 250 million rifle magazines over 15 rounds."  Again, these figures are presented without an evidentiary foundation.  Furthermore, Passamaneck does not explain how he (or Magpul) determined that the 350 million magazines holding more than 15 rounds broke down into 100 million handgun and 250 million rifle magazines.  Nor does he explain why this estimate is a conservative estimate (which, if true, would mean that the NSSF's estimate is grossly erroneous).

19.     Passamaneck concludes his assessment of LCM circulation estimates by declaring, "From one third to one half of all US gun owners *surely* own a magazine that is over 15 rounds" (emphasis added).  This is the first time that Passamaneck addresses how many gun *owners* possess an LCM (in this instance, LCMs with a capacity greater than 15 rounds), as opposed to how many *LCMs* are in circulation.  Based on the information in his report (or lack thereof), it is impossible to determine how Passamaneck arrived at this conclusion.  It is also not possible to determine why the range is so wide, from one-third to one-half.

20.     In 2013, in the immediate aftermath of the Sandy Hook Elementary School massacre, the news media was reporting that the number of LCMs holding more than 10 rounds of ammunition was estimated to be approximately 40 million.[27]  According to the NSSF, a mere five years later, the number of such LCMs with a capacity greater than 10 rounds was estimated to be 160 million, which represents more than a four-fold difference.[28]  And, allegedly according to Magpul, the number of LCMs holding not just more than 10 rounds of ammunition, but more than 15 rounds of ammunition, is estimated to be 350 million—a nearly nine-fold difference.

21.     As these three substantially different, unverifiable estimates (40/160/350 million) demonstrate, the number of LCMs in circulation in the United States is not known with any degree of certainty or accuracy.

---

[27] *See*, for example, Patrik Jonsson, "Gun Debate 101: Time to Ban High-Capacity Magazines?" *Christian Science Monitor*, January 16, 2013, *available at* https://www.csmonitor.com/USA/Politics/DC-Decoder/2013/0116/Gun-debate-101-Time-to-ban-high-capacity-magazines (last accessed May 31, 2023).
[28] NSSF, *Firearm Production in the United States with Firearm Import and Export Data, supra* note 8.

Executed on June 8, 2023, at Nassau County, New York.

/s/ _____

Louis Klarevas

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2680**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

       Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

       Defendants.

---

**EXPERT DISCLOSURES**

---

       Plaintiffs submit the attached expert disclosures.

*/s/ Barry K. Arrington*

_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
(303) 205-7870
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033

1

Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I emailed the foregoing to:

Careydunne1@gmail.com
gvaughan@vaughandemuro.com
cmuse@vaughandemuro.com
vnd@vaughandemuro.com
david.toscano@davispolk.com
christopher.lynch@davispolk.com
christopher.lynch@davispolk.com
wtaylor@everytown.org
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
truhland@bouldercounty.org
dhughes@bouldercounty.org
hendrik.vanhemmen@davispolk.com
james.windels@davispolk.com

*/s/ Barry K. Arrington*

_____
Barry K. Arrington



Address 12550 W. 64th Ave E-507
Arvada, CO 80004
Tel 720-880-5777
Fax 720-880-5778
Website www.EntropyEC.com

April 12, 2023

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Barry@arringtonpe.com

## Expert Report

RE:   Client:        National Foundation for Gun Rights
EEC Project:         2402 Colorado Magazine Limits

Dear Mr. Arrington,

At your request, Entropy Engineering Corp (Entropy) has evaluated portions of the case referenced above. The purpose of this report is to provide expert opinions on matters for which the author is qualified and has extensive knowledge.

### Discussion

Standard capacity magazines, as originally designed, manufactured and sold within the State of Colorado are commonly possessed and used for lawful purposes. Millions of Americans own and use AR15 style rifles. A Washington Post survey in 2022 numbers the owners of AR15s at 16 million while the 2020 number was almost 20 million according to NSSF President and CEO Joseph Bartozzi, who called the AR-15 the "most popular rifle sold in America" and a "commonly owned firearm." A 2021 survey conducted by Georgetown University Professor William English in 2021 of 16,000 gun owners revealed that of those, 30% owned AR15 style rifles. Further, the NSSF 2020 Industry Intelligence report has the number of AR15 rifles produced minus exports (so sold in the US) at just under 20 million from 1990 through 2018. It is estimated that about 8 to 9 million AR15s were owned by US citizens prior to 1990 and the

April 12, 2023
Arrington
EEC 2402
Page 2

total number of semi-automatic rifles owned in the US (2018) at just over 43 million. From 2019 through 2022, another 3 to 4 million have been sold. So, conservatively, there are at least 34 million AR15s owned by US citizens, and the vast majority of those rifles were sold with at least one 20 or 30 round (30 round standard being most common) magazines. As magazines are a commodity that is sold without serialization or tracking, the total number of magazines that are above 15 rounds is difficult to measure. However, the 2018 NSSF Magazine Chart estimates 71 million handgun magazines of 11+ rounds, 9.4 million rifle magazines from 11-29 rounds (20 being the most common and 15 being the second most common) and 79 million rifles magazines of 30+ rounds. Mag-Pul, the largest manufacturer of AR15 magazines (and who also produces Glock and AR10 magazines) estimates the total number of magazines of 15+ rounds at 350 million. The 2018 NSSF estimate of Semi-Automatic handguns is 89 million, with about 40% being 9mm, which are commonly 15 or 17 rounds depending on the frame size. The Glock 17 is the most prolific handgun in the US with 60 to 70 percent of LEOs utilizing them and at least 30% of target and sport shooters using them. They also have an edge for use as a home, or self-defense firearm. They are sold with 2 or 3 standard capacity 17 round magazines. Conservative estimates are that, conservative, and there certainly close to 100 million handgun magazines in the US that are over 15 rounds. That leaves approximately 250 million rifle magazines over 15 rounds. From one third to one half of all US gun owners surely own a magazine that is over 15 rounds.

Detachable magazines are necessary to make semi-automatic firearms, designed to receive such magazines, operate effectively. Without such magazines, semi-automatic firearms are inoperable. The feed angle, magazine spring pressure, and feed ramps are all design features coupled between the magazine (when inserted into the magwell) and the firearm to ensure function as intended. Magazines, by nature and with use, are wear items that must be periodically replaced. The largest percentage of semi-automatic firearms failures are due to damage, or wear, of the magazines. When citizens are not allowed to purchase magazines for their firearms, they will eventually become useless. Some of the most common polymer magazines will wear out and become inoperable in as little as 500 rounds. Very few can pass 2000 rounds without replacement. That is significantly less than the 50K to 100K rounds to wear out a firearm.

Magazines are not merely a box in which ammunition is stored, rather, cartridges are held in the magazine under spring tension. When a semi-automatic firearm is fired, the spring pushes another cartridge up for the bolt to push it into the chamber so that it can be fired with the next pull of the trigger. If there is no magazine pushing cartridges up into the action, one by one, there is no ability to fire a subsequent cartridge due to a subsequent pull of the trigger, which is

April 12, 2023
Arrington
EEC 2402
Page 3

the defining characteristic of a semi-automatic weapon. Thus, without magazines as a designed component of semi-automatic firearms they would not exist. In other words, magazines are a necessary and integral part of the operation of a semi-automatic firearm.

In addition, for at least the last 40 years, magazines, as an integral commodity product that allow the semi-automatic firearm to function, have been designed with basepads that specially allow them to be changed with different pads allowing for variable capacities.

## Report Limitation

Entropy has been retained to provide advice relative to referenced matter. The findings and conclusions contained herein are derived from numerous sources and believed to be correct. This report is subject to change in the event that additional information or findings are provided to Entropy. Neither this report, nor any of the professional opinions contained herein (or the bases for those opinions) shall be used, relied upon, or otherwise disclosed to anyone other than the parties involved in this matter without Entropy's express written consent.

## Qualifications

Mr. Passamaneck has extensive knowledge of firearms desing, manufacture and use. He has designed magazines, barrels, muzzle devices, gas blocks and complete firearms for manufacturers. Mr. Passamaneck has extensively tested firearms, ammunition and accessories. He has conducted shooting reconstructions related to both intentional and unintentional firing of firearms. Mr. Passamaneck has been admitted in courts as a firearms expert and as a ballistics expert. He holds several training certifications and has trained and coached shooting in a wide array of disciplines.

Mr. Passamaneck charges $250/hour for consulting services, including producing work product, testimony and travel. His testimony for the last 4 years is as follows:

| Project | Date | Arb, Depo, Trial, Hearing, Mediation | Case Number | Court | Case Name | Client |
|---------|------|------|------|------|------|------|
| 2280 | 05.03.19 | D | Case#2018CV030954 | Office of Franz Hardy Gorden Rees Scully Mansukhani, LLP | Martha Munoz V Public Service DBA X-Cel Energy | John Sheppard |

April 12, 2023
Arrington
EEC 2402
Page 4

| 2251 | 07.07.20 | T | Workers Comp. No. 5-123-298 | Call In Zoom Call | Cassandra Newell V O'Reilly Auto Parts | Brad Miller |
|------|----------|---|-----------------------------|-------------------|----------------------------------------|-------------|
| 2356 | 9/16/20 | T | Workers Comp. No. 5-119-454 | Office of Administrative Courts, Denver, CO | Larry Pfannenstiel V O'Reilly Auto Parts | Brad Miller |
| 2356 | 10.01.20 | D | Workers Comp. No. 5-119-454 | Office of Administrative Courts, Denver, CO | Larry Pfannenstiel V O'Reilly Auto Parts | Brad Miller |
| 2252 | 06.10.21 | D | Case#2018CV31645 | District Court Adams County | Steven-Roberts Originals, LLC V Rocky Mountain Mechanical Systems | Brian Suth |
| 2340 | 08.19.21 | T | Case#17CV6 | District Court Eagle County, Colorado | Tania Bricel v Wyndham Worldwide | James Bailey |
| 2373 | 4.21.22 | D | Case#2021CV30152 | Boulder County, | Pipe X v Park North | Brad Shefrin |
| 2392 | 12.13.22 | D | 2022CV30439 | District Court, Denver County, Colorado | Moutain States Plumbing v. Winter Park Land Co. LLC | Kirsten Kube |

Thank you for using Entropy in this matter. Please contact this writer if you have any questions or if we may be of further assistance.

Sincerely,
**Entropy Engineering Corp**

Mark W. Passamaneck, PE
President, Principal Engineer

# EXHIBIT B

# AMERICA'S RIFLE

## M16/M4 LATE COLD WAR THROUGH GLOBAL WAR ON TERROR

### CHRISTOPHER R. BARTOCCI



**SMALL ARMS**
SOLUTIONS LLC

This is an authorized, revised and expanded edition of BLACK RIFLE II-M16 Into
The 21st Century, originally published by Collector Grade Publications Inc. and
edited by R. Blake Stevens, which is now out of print.

# Serial Number Designations for Colt Semi-Automatic-Only Rifles

## Arms Produced Prior to the Assault Weapon Ban of 1994

| SN and Prefix | Description |
|---|---|
| SP360200 and below | Pre-Ban AR-15-marked rifles |
| CC001616 and below | Pre-Ban Colt Carbine |
| CH019500 and below | Pre-Ban Competition HBAR |
| GC018500 and below | Pre-Ban Government Carbine |
| LH011326 and below | Pre-Ban Sporter Lightweight 7.62x39mm |
| MH086025 and below | Pre-Ban Sporter Match HBAR rifles |
| NL004800 and below | Pre-Ban Sporter Lightweight 9mm |
| SL027264 and below | Pre-Ban Sporter Lightweight .223 Rem |
| ST038100 and below | Pre-Ban Sporter Target rifles with muzzle brake |
| TA10100 and below | Pre-Ban 9mm Carbine |
| BD000134 and below | Pre-Ban AR-15A3 Tactical Carbine |

## Post-Ban Match Target Series Rifles

### Manufactured after September 13, 1994

| SN Prefix | Description |
|---|---|
| MTM | Match Target M4 Carbine |
| CCH | Match Target Competition HBAR |
| CNL | Match Target Lightweight |
| CST | Colt Match Target, Target Model |
| CMH | Match Target Match HBAR |
| CJC | Match Target Competition HBAR II |
| BK | CAR-A3 HBAR Elite |
| CSL | Colt Match Lightweight .223 Rem |
| CLH | Colt Match Lightweight 7.62x39mm |

## Colt Law Enforcement Series

| SN Prefix | Description |
|---|---|
| LSL | Law Enforcement Lightweight Carbine |
| LGC | Law Enforcement AR-15A2 Carbine |
| LTA | Law Enforcement 9mm Carbine |
| LBD | Law Enforcement AR-15A3 Tactical Carbine |
| LSL | Law Enforcement Lightweight Carbine |

## Serial Number Ranges For Colt AR-15 Sporter I Rifles

| Year | SN Range | Year | SN Range |
|---|---|---|---|
| 1963 | SP00001 – SP00023 | 1968 | SP10750 |
| 1964 | SP00101 | 1969 | SP14000 – SP14653 |
| 1965 | SP02501 | 1970 | SP15001 – SP15473 |
| 1966 | SP05600 | 1971 | SP16001 |
| 1967 | SP08250 | 1972 | SP19401 |

284  Serial Number Designations for Colt Semi-Automatic-Only Rifles

| Year | SN Range | Year | SN Range |
|------|----------|------|----------|
| 1973 | SP24201 | 1978 | SP83400 |
| 1974 | SP32601 | 1979 | SP96401 |
| 1975 | SP43801 | 1980 | SP112801 |
| 1976 | SP55301 | 1981 | SP134601 |
| 1977 | SP67651 | 1982 | SP158201 |

# EXHIBIT C

George M. Lee (SBN 172982)
Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone:  (415) 979-0500
Fax:      (415) 979-0511

Raymond M. DiGuiseppe (SBN  228457)
**LAW OFFICES OF RAYMOND MARK DIGUISEPPE, PLLC**
4002 Executive Park Blvd., Suite 600
Southport, NC 28461
Phone: (910) 713-8804
Fax:      (910) 672-7705

Attorneys for Plaintiffs
WILLIAM WIESE, JEREMIAH MORRIS,
LANCE COWLEY, SHERMAN MACASTON,
ADAM RICHARDS, CLIFFORD FLORES,
L.Q. DANG, FRANK FEDEREAU, ALAN NORMANDY,
TODD NIELSEN, THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
and SECOND AMENDMENT FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WIESE, et al.,<br><br>              Plaintiffs,<br><br>      vs.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>              Defendants. | Case No. 2:17-cv-00903-WBS-KJN<br><br>**DECLARATION OF JAMES CURCURUTO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>**[FRCP 65; E.D. L.R. 231]**<br><br>Date:      TBD<br>Time:      TBD<br>Courtroom 5<br>Judge:    Hon.  William B. Shubb |

//

//

//

**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
Attorneys at Law

– 1 –

## DECLARATION OF JAMES CURCURUTO

1.     I, James Curcuruto, am not a party in the above-titled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2.     I am the Director, Industry Research and Analysis, at the National Shooting Sports Foundation ("NSSF"). The NSSF is the trade association for the firearms industry. Its mission is to promote, protect and preserve hunting and the shooting sports. Formed in 1961, NSSF has a membership of 12,000 manufacturers, distributors, firearms retailers, shooting ranges, sportsmen's organizations and publishers.

3.     In my position as Director, Industry Research and Analysis, I am responsible for most of the industry research activities at NSSF, and I direct the activities of an internal research coordinator as well as outside companies retained to conduct research and gather market and consumer information useful to NSSF members.

4.     Many NSSF members manufacture, distribute and/or sell firearms and shooting and hunting-related goods and services, and as is usual and customary for trade associations, the NSSF collects and disseminates industry-specific, non-sensitive data reflecting consumer preferences, market trends and other information for use in their business decisions. Among the shooting and hunting-related goods and services manufactured, distributed and sold by NSSF members are ammunition magazines. Research conducted by the NSSF and under my direction demonstrates that detachable ammunition magazines are very popular and are commonly owned by millions of persons in the United States for a variety of lawful purposes, including, but not limited to, recreational and competitive target shooting, home defense, collecting and hunting.

5.     In addition to ammunition magazines accompanying firearms that utilize them at the time of sale, such magazines are also widely available for sale as a standalone item to individuals who need a replacement, different-capacity, and/or additional magazines.

6.     I am not aware of any singular public source providing reliable figures identifying

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

1   exactly how many ammunition magazines are manufactured or imported for sale within the

2   United States each year. There are, however, data available to me from which estimations of the

3   amount of magazines that have been sold to the general population, as well as how many of those

4   have a capacity for ammunition exceeding ten rounds, can be calculated within a reasonable

5   degree of certainty.

6        7.      Using such data, I have, in the normal scope of my duties on behalf of the NSSF,

7   calculated estimations of the total number of magazines possessed by consumers in the United

8   States, as well as how many of those have a standard capacity for ammunition exceeding ten

9   rounds. These estimations are published in the NSSF® Magazine Chart attached as Exhibit "A."

10       8.      The NSSF® Magazine Chart estimates that 230 million pistol and rifle magazines

11  were in the possession of United States consumers between 1990 and 2015. The data supporting

12  the Chart further shows magazines capable of holding more than 10 rounds of ammunition

13  accounted for approximately 115 million or approximately half of all magazines owned.

14       9.      Sources used to compile the NSSF® Magazine Chart include the Bureau of

15  Alcohol, Tobacco, Firearms and Explosives (ATF) Annual Firearms Manufacturers and Exports

16  Reports (AFMER), U.S. International Trade Commission (ITC), as well as, opinions of firearms

17  industry professionals. To prepare the NSSF® Magazine Chart, only the number of pistols and

18  rifles were used while revolver and shotgun data was excluded as revolvers and the vast majority

19  of shotguns do not utilize magazines.

20       10.     The ATF AFMER data provide historical figures for pistols by caliber (i.e., the

21  specific ammunition cartridge for which a firearm is chambered) and rifles produced in the

22  United States for consumer purchase. The ITC data provides historical figures for pistol and

23  rifles imported to and exported from the United States for consumer purchase. The total number

24  of firearms available for consumer purchase from 1990 through 2015 was calculated by adding

25  the total U.S.- production of firearms with total firearms imported and then subtracting total

26  firearms exported.

27       11.     The ATF AFMER and ITC data provided estimates of approximately 67.7 million

28

—3—

pistols and 42.6 million rifles capable of holding a magazine were available to United States consumers between 1990 and 2015. Firearms industry professionals with knowledge of the pistol and rifle magazine market then allocated magazines to the totals to complete the data provided in the NSSF® Magazine Chart.

12. It can be assumed that many more such magazines were manufactured in the United States or imported to the United States for sale in the commercial marketplace both prior to 1990 as well as after 2015.

13. While the figure of 115 million magazines with a capacity greater than 10 rounds in circulation is an estimation based on extrapolation from indirect sources and cannot be confirmed as unequivocally accurate, it is safe to say that whatever the actual number of such magazines in United States consumers' hands is, it is in the tens-of-millions, even under the most conservative estimates.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on June 9, 2017.

James Curcuruto

**EXHIBIT A**



## NSSF® Magazine Chart
### Estimated 230 Million Pistol and Rifle Magazines in U.S. Consumer Possession 1990 - 2015.

| Category | Value |
|---|---|
| Pistol Magazines 10 rounds or less | 81,240,000 |
| Pistol Magazines 11+ rounds | 54,160,000 |
| Rifle Magazines 10 rounds or less | 34,080,000 |
| Rifle Magazines 11-29 rounds | 8,520,000 |
| Rifle Magazines 30+ rounds | 52,000,000 |
| Total Magazines | 230,000,000 |

Sources: ATF AFMER, US International Trade Commission figures combined with NSSF and firearms industry estimates.

NSSF.ORG