IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## STIPULATION TO DISMISS CRAIG WRIGHT ONLY
---

Plaintiff Craig Wright and Defendants, by and through their respective counsel, submit the following stipulation.

1. Plaintiff Craig Wright has moved, and he no longer resides in one of the Defendant municipalities.

2. Accordingly, Plaintiff Craig Wright's claims are moot, and he and Defendants stipulate to his dismissal from this action.

3. A dismissal due to mootness is a dismissal for lack of jurisdiction, and therefore such a dismissal is without prejudice. *New Mexico Health Connections v.*

#97330248v1

*United States Dep't of Health & Hum. Servs.*, 946 F.3d 1138, 1167 (10th Cir. 2019). Accordingly, the parties to this Stipulation agree that such dismissal shall be without prejudice.

4.  The parties to this Stipulation agree that Plaintiff Craig Wright and Defendants shall bear their own costs and expenses, including attorney fees, incurred with respect to Mr. Wright's claims.

Respectfully submitted this 20th day of September 2023.

*/s/ Barry K. Arrington*
Barry K. Arrington
ARRINGTON LAW FIRM
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033-4618
(303) 205-7870 (phone)
barry@arringtonpc.com

Shaun Pearman
Eric P. Apjoke
THE PEARMAN LAW FIRM, P.C.
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033-4618
(303) 991-7600 (phone)
shaun@pearmanlaw.com
eric@pearmanlaw.com
ATTORNEYS FOR PLAINTIFF CRAIG WRIGHT

*/s/ James H.R. Windels*
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
James H.R. Windels
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 (phone)
antonio.perez@davispolk.com
david.toscano@davispolk.com
christopher.lynch@davispolk.com
james.windels@davispolk.com
ATTORNEYS FOR ALL DEFENDANTS

#97330248v1

Carey R. Dunne
FREE + FAIR LITIGATION GROUP
266 West 37th St., 20th Floor
New York, NY 10018
(646) 434-8604 (phone)
carey@freeandfairlitigation.org
ATTORNEYS FOR ALL DEFENDANTS

Gordon L. Vaughan
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
(719) 578-5500 (phone)
gvaughan@vaughandemuro.com
ATTORNEYS FOR DEFENDANTS
THE TOWN OF SUPERIOR and
CITY OF LOUISVILLE, COLORADO

Luis A. Toro, Senior Attorney
Teresa Taylor Tate, City Attorney
BOULDER CITY ATTORNEY'S OFFICE
1777 Broadway
Boulder, CO 80302
(303) 441-3020 (phone)
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
ATTORNEYS FOR DEFENDANT
CITY OF BOULDER, COLORADO

David Hughes, Deputy County Attorney
Catherine R. Ruhland, Deputy County Attorney
BOULDER COUNTY ATTORNEY
P.O. Box 471
Boulder, CO 80306
(303) 441-3190 (phone)
dhughes@bouldercounty.org
truhland@bouldercounty.org
ATTORNEYS FOR DEFENDANT
BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY

#97330248v1