**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

**ORDER GRANTING**
**STIPULATION TO DISMISS CRAIG WRIGHT ONLY**

---

THE COURT, having reviewed the September 20, 2023, Stipulation of Plaintiff Craig Wright and Defendants,

IT IS HEREBY ORDERED,

Plaintiff Craig Wright's claims are dismissed as moot. Such dismissal is without prejudice. Plaintiff Craig Wright and Defendants shall bear their own costs and expenses, including attorney fees, incurred with respect to Mr. Wright's claims.

Dated this ___ day of _____, 2023.

BY THE COURT

_____
United States District Court Judge