IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## DECLARATION OF DUDLEY BROWN

---

1.     My name is Dudley Brown. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.     I am the President of Rocky Mountain Gun Owners ("RMGO") and National Association for Gun Rights ("NAGR").

3.     RMGO and NAGR are nonprofit membership and donor-supported organizations that seek to defend the right of all law-abiding individuals to keep and bear arms.

1

4. RMGO and NAGR have members who reside within each of the Defendant municipalities, and RMGO and NAGR represent the interests of these members.

5. Specifically, RMGO and NAGR represent the interests of those of their members whose Second Amendment rights have been infringed by the Ordinances challenged in this action.

6. I have communicated with RMGO and NAGR members who reside in the Defendant Municipalities who have informed me that (a) they currently own and possess within the municipality in which they reside firearms that are considered "assault weapons" under the Ordinances and they would like to continue to possess these firearms; (b) they have not obtained certificates of possession and do not intend to do so; and (c) they own and possess within the municipality in which they reside one or more "large capacity magazines" (as that term is used in the Ordinance). All of these activities would be illegal if the Ordinances were effective.

I, Dudley Brown, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Dudley Brown
Date: October 12, 2023