IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

### DECLARATION OF JAMES MICHAEL JONES

---

1.     My name is James Michael Jones. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.     I am a member of Rocky Mountain Gun Owners and National Association for Gun Rights.

3.     I am a citizen of the United States and reside in the City of Boulder, Colorado (the "Municipality"). I have never been convicted of any crime.

1

4. The Municipality's Ordinance challenged in this action shall be referred to herein as the "Ordinance."

5. The term "AW Firearm" as used herein shall have the same meaning as "assault weapon" as that phrase is used in the Ordinance.

6. The term "LCM" as used herein means "large capacity magazine" as that phrase is used in the Ordinance.

7. I currently own and possess within the Municipality a number of firearms and firearm magazines which I possess and use for a variety of lawful purposes, including target shooting and self-defense.

8. I currently own and possess within the Municipality firearms that are considered AW Firearms under the Ordinance. I desire to continue to own and possess these AW Firearms within the Municipality and my home in particular. I also desire to be able to freely transfer these AW Firearms to others, including members of my family.

9. The Ordinance has a provision for obtaining a "certificate of possession" for an AW Firearm owned prior to July 1, 2022. A person holding such a certificate may continue to possess the AW Firearm within the Municipality under certain circumstances and use it for certain purposes. I do not desire to obtain a "certificate of possession" for any firearm that I own. I have not obtained a "certificate of possession" for any of my AW Firearms.

10. I own and possess within the Municipality a number of LCMs.

11. I have acquired AW Firearms in the past. I would like to continue to be able to do so in the future and own and possess such AW Firearms in the Municipality.

12. I have acquired LCMs in the past. I would like to continue to be able to do so in the future and own and possess such LCMs in the Municipality.

13. Many firearms, even those not considered AW Firearms under the Ordinance, come standard with an LCM. I would like to continue to be able acquire such firearms and the LCM that comes standard with them and possess them within the Municipality.

14. The enforcement of the Ordinance is currently stayed. If the Ordinance were to become effective I would refrain from acquiring AW Firearms and LCMs for fear of prosecution if I were to possess them within the Municipality.

15. I am a collector of firearms and it is a near certainty that I will acquire additional firearms in the near future, some of which may be AW Firearms with LCMs.

I, James Michael Jones, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_James M Jones_
James Michael Jones
Date: October 12, 2023