EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## Declaration of Christopher B. Colwell, M.D.

I, Christopher B. Colwell, M.D., declare as follows:

1.     I am over the age of 18 years of age and competent to testify to the matters stated below and do so based on my personal knowledge.

2.     Attachment A is a true and accurate copy of my expert report in the above-captioned matter. It contains the opinions to which I would testify if called upon as a witness in the above-captioned matter, and I declare under penalty of perjury that it is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 18 day of October, 2023
at San Francisco, California

Christopher B. Colwell, MD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2680**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

       Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

       Defendants.

---

**EXPERT REPORT OF CHRISTOPHER B. COLWELL, M.D.**

---

# INTRODUCTION

1.      I am the Chief of Emergency Medicine at Zuckerberg San Francisco General Hospital and Trauma Center and Professor and Vice Chair in the Department of Emergency Medicine at the University of California at San Francisco School of Medicine.  This report is based on my personal knowledge and experience, and if called as a witness, I could and would testify competently to the truth of the matters discussed in this report.

2.      I have been retained by the Town of Superior, the City of Boulder, the City of Louisville, and the Board of County Commissioners of Boulder County to render expert opinions in this case.  I am being compensated at a rate of $250 per hour.

## BACKGROUND AND QUALIFICATIONS

3.      I am currently the Chief of Emergency Medicine at Zuckerberg San Francisco General Hospital and Trauma Center and Professor and Vice Chair in the Department of Emergency Medicine at the University of California at San Francisco School of Medicine.  I was previously the Chief of Emergency Medicine at Denver Health Medical Center and Professor and Executive Vice Chair in the Department of Emergency Medicine at the University of Colorado School of Medicine.  I received my residency training in Emergency Medicine at Denver General Hospital in the Denver Affiliated Residency in Emergency Medicine and am board certified by the American Board of Emergency Medicine (ABEM) in both Emergency Medicine and Emergency Medical Service (EMS).  I am currently licensed to practice medicine in the state of California.

4.      I have over 30 years of experience treating gunshot wound victims in the Emergency Department at large urban level I trauma centers and in that time have treated over a

thousand patients with gunshot wounds.  I am qualified to offer opinions as to the physiologic trauma caused by gunshot wounds and other penetrating injuries.

5.      I have provided expert opinions in the following cases involving challenges to laws similar to the ordinances in this case: *NAGR v. Lopez*, No. 1:22-cv-00404-DKW-RT (D. Haw.), *Viramontes v. Cook County*, No. 1:21-cv-04595 (N.D. Ill.), *Worman v. Healey*, No. 1:17-cv-10107-WGY (D. Mass.), *Rupp v. Becerra*, No. 8:17-cv-00746-JLS-JDE (C.D. Cal.), *Miller v. Bonta*, No. 3:19-cv-01537-BEN-JLB (S.D. Cal.), and *Duncan v. Bonta*, No. 3:17-cv-1017-BEN-JLB (S.D. Cal.).  I have testified as an expert at trial or by deposition in two cases in the last four years, *Perryman v. State*, No. 20-2-07419-5 SEA (Wash. Super. Ct.), and *City and County of San Francisco v. Purdue Pharma L.P.*, No. 3:18-cv-7591-CRB-JSC (N.D. Cal.).

6.      A list of my work history, educational background, and publications, including all publications in the last ten years, is included in my curriculum vitae, which is attached to this report as Exhibit A.

7.      I have reviewed the Complaint filed in this case, *Rocky Mountain Gun Owners v. Superior*, 22-cv-2680 (D. Colo.), and the ordinances at issue (Superior, Colo. Code Ch. 10, art IX; Boulder, Colo. Rev. Code Title 5, Ch. 8; Boulder County, Colo. Ord. No. 2022-5; Louisville, Colo. Code Tit. 9, Ch. VIII).

8.      I hold my opinions to a reasonable degree of medical certainty.  My opinions are based on my experience treating victims of gunshot wounds, including from assault weapons, both in the emergency department and in some instances at the scene of injuries, as well as my education, research, and training.

**OPINIONS**

9.      I have experienced first-hand the extensive damage caused by assault weapons, and I have witnessed both victims and on occasion even shooters experience the horror of what these weapons can do.

10.     I have treated victims of gunshot wounds in two notorious mass shootings in Colorado: (1) the Columbine High School shooting on April 20, 1999, in which a TEC-DC9 pistol and a Hi-Point 995 rifle were used, and (2) as an Emergency Department physician treating victims of the Aurora Theater shooting on July 20, 2012, in which an AR-15 rifle was used.

11.     My experiences with the Columbine and Aurora Theater shootings were certainly two very vivid examples of how destructive these weapons can be. In assessing both those injured and killed at Columbine and some of those injured in the Aurora shooting, it was both the number of wounds and the extent of each one and the damage they caused that not only shocked me but also left impressions I will never forget. So many that were so clearly trying only to get to safety that were taken down as they fled or hid. So many whose lives would obviously be forever impacted by their wounds. From my perspective, there is an impact from these weapons that I do not see with other injuries and that perspective continues now at busy urban trauma centers. We do not typically show the injuries victims of assault weapons have suffered to the public for very good reasons. Having seen them far too often, there is no doubt in my mind that doing so would have a significant impact on the public perception of these weapons. The horror of these injuries are still as vivid as if I had seen them yesterday, in some cases now more than 20 years later.

12.     I have treated many other patients that have been shot with assault weapons, as well as non-assault weapons.  While significant injury can certainly result from non-assault weapons, my experience has been that individuals who have been shot by assault weapons tend to have more wounds and injuries that are far more extensive.  These weapons cause significantly more damage and have resulted in higher morbidity and mortality than other weapons, such as conventional handguns.

13.     I have seen the devastating impact that assault weapon shootings have on the lives of my patients and their families.  I have spoken extensively around the country on the experience of caring for victims of mass shootings and have testified as the treating physician on multiple occasions to describe the extent of injuries due to gunshot wounds from all weapons, including assault weapons, in criminal trials.  I was subpoenaed in those cases by the prosecuting district attorney and was not compensated for that testimony.

14.     I have extensive experience with the different wounds caused by assault and non-assault weapons and the consistently more serious nature of the injuries from assault weapons.  Gunshot wounds from assault weapons, such as AR-15 platform rifles, tend to be higher in complexity with higher complication rates than such injuries from non-assault weapons, increasing the likelihood of morbidity in patients that present with injuries from assault weapons.  In my experience, assault weapons tend to cause far greater damage to muscles, bones, soft tissue, and vital organs.  The velocity involved when these weapons are used is obvious when you see these injuries.  Bones are more likely shattered and soft tissue more likely destroyed.

15.     There is no doubt in my mind that victims of assault weapons are at far greater risk of both immediate and long-term complications.  These complications include higher amputation rates and higher infection rates.  A vivid example was a victim of a shooting from a

Glock handgun who presented to our Emergency Department with an elbow wound.  We were able to treat this wound and release the patient from the Emergency Department.  Just three months earlier, I had seen a patient shot in the exact same spot with an AK-47 and the arm needed to be amputated just below the shoulder.  This is just one example of the additional damage and destruction assault weapons cause, which I have witnessed in the course of treating trauma patients.  In each of these examples, law enforcement informed me of the weapon used in the shooting.

16.     One weekend that I worked involved eight shooting victims, three of whom were the victims of a single shooter with an assault weapon.  Those three victims all required extensive treatment in the operating theater while none of the five others did.

17.     Other examples where I have treated injuries caused by assault weapons include the San Francisco UPS shooting on June 14, 2017, where a disgruntled employee shot five people, three fatally.  The shooter had a Smith & Wesson Model 459 pistol with him, but chose to use a semi-automatic MAC-10 instead (an assault pistol specifically named in the 1994 federal law prohibiting assault weapons).  I have treated the victims of a number of disgruntled employee shootings in my career that did not involve assault weapons, but none with as many victims (five), or fatalities (three).  The wounds involved in the shootings involving assault weapons were more extensive and involved more damage, including several where there was nothing that could be repaired.

18.     Assault weapons, especially when equipped with large capacity magazines that can hold 30, 50, or even 100 rounds of ammunition, can fire more shots without reloading, causing more injuries per victim (and thus more complications), and many of the most

devastating injuries I have managed in my over 30 years of experience treating gunshot wound victims were caused by assault weapons.

19.     The increased likelihood of multiple victims with serious injuries in events that involve assault weapons increases the impact of healthcare delivery to both the victims of the event and others that might also require medical attention when these events occur.  Many of the events I have been involved with that have involved assault weapons and multiple victims – including Columbine, the Aurora theater shooting, the UPS shooting, and others – have required implementation of disaster plans that focus resources on doing the greatest good for the greater number of victims and potentially limit resources each patient will receive.  While we are sorting through multiple significant wounds, our attention is taken away from others who may also need it.  Assault weapons are far more likely to require us to go into disaster mode and limit what we can do for others.

20.     The fact that multiple victims are often involved adds to the complexity of managing these cases, as triage of multiple potentially serious injuries is often required, which can lead to delays in transport and treatment while resources are being used for multiple victims. When there are more victims with potentially serious wounds, and/or more wounds that are potentially serious (which there are when assault weapons are involved), pre-hospital and hospital providers are often placed in situations where we have to prioritize limited resources such as transport vehicles, imaging including CT scans and operating rooms.  These decisions mean limiting availability to some victims that may need them.  These complex and difficult triage decisions are rarely, if ever, necessary when non-assault weapons are involved.

21.     Not one of the injuries from assault weapons that I have managed has come in the setting of self-defense.  Non-assault weapons can result in both serious and non-serious injuries;

but nearly every injury I have seen from assault weapons has been serious.  Many of the most devastating injuries I have managed in my 30 years of treating gunshot wound victims have involved assault weapons.  It is my opinion that while all weapons pose risk, assault weapons – especially when equipped with large capacity magazines – pose a far greater risk to the public from a medical care standpoint than non-assault firearms.

DATED:  San Francisco, California,  May 5th , 2023.

_____

CHRISTOPHER B. COLWELL, M.D.

# EXHIBIT A

Curriculum Vitae

# Christopher Beall Colwell, M.D

**Current Position:**

**Chief, Department of Emergency Medicine**
**Zuckerberg San Francisco General Hospital and Trauma Center**
**Professor and Vice Chair, Department of Emergency Medicine**
**UCSF School of Medicine**

**Work Address:**

Zuckerberg San Francisco Hospital and Trauma Center
Department of Emergency Medicine
1001 Potrero Ave. #6A02
San Francisco, CA 94110

Christopher.Colwell@ucsf.edu
Phone: (415) 206-2518
Fax: (415) 206-5818

**Board Certification:**

1) American Board of Emergency Medicine 1997
        Re-certification 2007, 2017
2) American Board of Emergency Medicine – Emergency Medical Services 2015

NPI number – 1629092788
California license – G142756 (active)
Colorado license – 34341 (not active)
Michigan license – 4301059401 (not active)

**Education:**

| | |
|---|---|
| **Undergraduate:** | **University of Michigan** |
| | **Ann Arbor, Michigan** |
| | **Bachelor of Science Degree, 1988** |
| **Medical School:** | **Dartmouth Medical School** |
| | **Hanover, New Hampshire** |
| | **Medical Doctorate, 1992** |

| | |
|---|---|
| **Internship:** | **St. Joseph Mercy Hospital/University of Michigan** |
| | **Ann Arbor, Michigan** |
| | **Transitional Medicine, 1993** |
| | |
| **Residency:** | **Denver Affiliated Residency in Emergency Medicine** |
| | **Denver, Colorado, 1993-1996** |
| | **Chief Resident 1995-1996** |

**Academic appointments:**

1. **Professor and Vice Chair**
   **Department of Emergency Medicine**
   **University of California at San Francisco School of Medicine**
   **2016 - Present**

2. **Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2012-2016**

3. **Executive Vice Chair, Department of Emergency Medicine, 2010 - 2016**
   **University of Colorado School of Medicine**
   **2010-2016**

4. **Associate Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2010-2012**

5. **Associate Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **2004-2009**

6. **Assistant Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **Denver, Colorado**
   **1998-2004**

7. **Assistant Professor of Emergency Medicine**

**Department of Emergency Medicine, University of Michigan School of Medicine**
**Ann Arbor, Michigan**
**1996-1998**


**Clinical appointments:**


1. **Chief of Emergency Medicine, 2016-present**
   **Department of Emergency Medicine**
   **Zuckerberg San Francisco General Hospital and Trauma Center**
   **San Francisco, California**

2. **Director of Emergency Medicine, 2010 – 2016**
   **Interim Director of the Department of Emergency Medicine, 2009-2010**
   **Associate Director, 2000-2009**
   **Attending Physician, 1998-2016**
   **Department of Emergency Medicine**
   **Denver Health**
   **Denver, Colorado**

3. **Program Director, EMS Fellowship**
   **2002-2010**

4. **Medical Director, Denver Paramedic Division**
   **2000-2010**

5. **Medical Director, Denver Fire Department**
   **2000-2010**

6. **Associate Director, Denver Paramedic Division**
   **1998-2000**

7. **Senior Associate Director, Denver Health Residency in Emergency Medicine**
   **2009 - 2016**

8. **Attending Physician, 1996-1998**
   **St. Joseph Mercy Hospital/University of Michigan**
   **Ann Arbor, Michigan**


**Fellow Appointments:**

1. **Fellow - American College of Emergency Physicians (FACEP)**
   a. **1999-present**

    2. **Fellow – Academy of Emergency Medical Services (FAEMS)**
        a. **2021-present**

| | |
|---|---|
| **Honors and Awards:** | **2021-2022 ACEP Outstanding Speaker of the Year National award designed to recognize a single faculty member who has consistently demonstrated teaching excellence through performance, versatility, and dependability during ACEP educations meetings throughout the year** |

**2022 NAEMSP President's Award – For tireless leadership and inspiring scholarship as an editor of the 2022 NAEMSP Compendium of Airway Management Position Statements and Resource Documents**

**2020-2021 Outstanding Resident Teaching Award Department of Obstetrics, Gynecology, and Reproductive Services, University of California, San Francisco**

**2020 ACEP National Emergency Medicine Faculty Teaching Award**

**2017-2018 Quarterly Resident Bedside Teaching Award UCSF Department of Emergency Medicine**

**Outstanding Contributions - Best Authors in Adult Emergency Medicine
UpToDate – Wolters Kluwer
March, 2017**

**2016 Career Service Award
Denver Health and Hospital Association
Medical Staff Awards
September 21st, 2016**

**The Peter Rosen Leadership Award
Presented by the 2016 Emergency Medicine Residency at Denver Health for Outstanding Departmental Leadership
June 27th, 2016**

**2016 Financial Vitality Pillar Award**
**For largest increase in charges and revenue while**
**maintaining same cost**
**June 9th, 2016**

**Best Attending Lecture of the Year**
**In recognition of outstanding educational performance**
**Denver Health Paramedic School Class of 2016**

**Meritorious Service Award**
**Presented by the Colorado Chapter of the American**
**College of Emergency Physicians for Achievements that**
**have Enhanced Colorado's Health Care System and the**
**Profession of Emergency Medicine in Colorado.**
**January 20th, 2015**

**2015 Patient Safety and Quality Pillar Award**
**For meticulous, high-quality, and thoughtful design and**
**implementation of Denver Health's Ebola Preparedness**
**Plan**
**June, 2015**

**The Corey M. Slovis Award for Excellence in**
**Education. U.S. Metropolitan Municipalities EMS**
**Medical Directors Consortium, February, 2015**

**Positively Collaborative Award for outstanding**
**collaboration towards the improvement of Colorado's**
**trauma system. Trauma Program, Colorado**
**Department of Public Health and Environment,**
**January, 2012**

**The Vincent J. Markovchick Program Director's**
**Award 2011**

**Distinctive Service Award – Denver Paramedic Division**
**2010**

**Chief Executive Officer Special Commendation Award**
**for expert medical leadership of Denver's 911 system,**
**2009**

**Mayor's Award of Appreciation for assistance and aid to Hurricane Katrina evacuees. 2005**

**Ernest E. Moore Award for Outstanding Contributions in Trauma Care, 2000**

**Outstanding Senior Resident, 1996**

**Chief Resident, Emergency Medicine Residency, 1995-1996**

**Membership in professional organizations:**

1. **American College of Emergency Physicians (ACEP), 1994-present**
   a. **Fellow, 1999-present**
   b. **California ACEP, 2016-present**
   c. **Colorado ACEP, 1993-1996, 1998-2016**
   d. **Michigan ACEP, 1996-1998**
2. **American Medical Association (AMA), 1993-2000, 2006-present**
3. **National Association of EMS Physicians (NAEMSP), 2002-present**
   a. **FAEMS designation – 2021 to present**
4. **Society for Academic Emergency Medicine (SAEM), 1995-2000, 2008-present**
5. **Emergency Medicine Residents Association (EMRA), 1992-1997**

**Major Committee, Teaching, and Service Responsibilities:**

1. Associate Editor, Trauma and EMS sections. EMRAP/CorePendium Emergency Medicine Textbook
2. Chair, Chief of Surgery at ZSFG search committee
   a. 2022
3. Search committee member, Trauma Medical Director at ZSFG
   a. 2023
4. COVID Vaccine Speakers Group member – delivered talks addressing concerns and questions from vulnerable populations on the COVID-19 vaccine across the country (virtually)
5. UCSF Ad Hoc Committee for Faculty Misconduct Investigations, Standing Panel. 2019 – 2025
6. Chair, Faculty Misconduct Investigation Committee
   a. August, 2022 – February, 2023
7. Admissions Interview Committee – UCSF School of Medicine, Office of Admissions, 2018 – present
8. American Board of Emergency Medicine (ABEM) Oral Board Examiner

- October 8-11, 2016
- October 14-17, 2017
- October 13-16, 2018
- October 5-8, 2019
- December 15-18, 2020
- April 21-24, 2021
- December 8-11, 2021
- May 18-21, 2022
- December 7-9, 2022

9. San Francisco Pride Parade - Medical Coverage (with San Francisco Fire Department). 2019, 2022
10. Medical Executive Committee, Zuckerberg San Francisco General Hospital and Trauma Center. 2016-present
11. ZSFG CPG Board of Directors. 2016-present
12. UCSF Department of Emergency Medicine Incentive Review Committee. 2016 – present
13. Zuckerberg San Francisco General Hospital and Trauma Center Trauma Peer Review Committee. 2016-present
14. Board of Directors, American College of Emergency Physicians – Colorado Chapter, 2007-2011
15. Conference Director, Annual Rocky Mountain Conference in Trauma and Emergency Medicine, 2003 – 2016
16. American Board of Emergency Medicine (ABEM) Oral Board Examiner, 2011 - present
17. Course Director, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999
    a. A course for second year medical students that introduces the student to selected traumatic emergencies and their management
18. Course Director, Prehospital Medicine (SURG 6626), University of Colorado at Denver School of Medicine, 2005-2016
    a. A course for first and second year medical students that introduces them to prehospital medicine and includes clinical time riding on an ambulance
19. Course Director, Flight Medicine (SURG 6628), University of Colorado at Denver School of Medicine, 2009-2016
    a. A course for second year medical students (SURG 6626 is a pre-requisite) that introduces the student to flight medicine and includes clinical time riding in a helicopter as well as fixed wing airplane transport
20. Instructor, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999-2016
21. Lecturer, Injury Epidemiology and Control (PRMD 6637), University of Colorado School of Medicine, 2003
22. Instructor, Emergency Medicine at Denver Health Medical Center (SURG 8005), University of Colorado School of Medicine, 1998-2016

23. Instructor, <u>Integrated Clinicians Course</u> (ICC) 8005: Preparing for Internship: Reading and Understanding EKGs
24. Instructor, <u>Integrated Clinicians Course (ICC) IDPT 7003: Management of Trauma</u>, University of Colorado School of Medicine, 2011
25. Instructor, <u>Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma</u>, University of Colorado School of Medicine, 2010. Lecturer and small group leader
26. Instructor, <u>Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma</u>, University of Colorado School of Medicine, 2009. Lecturer and small group leader
27. Member, Medical Staff Executive Committee, 2009-present
28. Member, Denver Health Executive Committee for Patient Safety and Quality, 2006-2016
29. Council Member, Colorado's Mile High Regional Emergency and Trauma Advisory Council (RETAC), Denver County appointed representative, 2000-2016
30. Committee chair, Destination and Diversion committee, Mile High RETAC 2002-2016
31. Member, State EMS Formulary Task Force, 2006 – 2009
32. Member, Pediatric Trauma Committee, 2006-present
33. Member, Rocky Mountain Center for Medical Response (RMCMR), 2002-2016
34. Member, Colorado State Advisory Council on Emergency Medical Services, 1998-2000
35. Ute Mountain Ute EMS Program medical director, 1994-1996
36. Steering Committee member, Denver Health Residency in Emergency Medicine, 1998-2016
37. Denver Health Residency in Emergency Medicine Compliance Committee, 2006-2014
38. Pharmacy and Therapeutics Committee member, Denver Health Medical Center, 1998-2006
39. EMS Education committee member, Denver Health Medical Center, 1998-2016
40. Safety Committee member, Denver Health Medical Center, 1998-2001
41. Residency Advisory Committee, Denver Health Medical Center Residency in Emergency Medicine, 1998-2016
42. Moderator, Case Presentations, Rocky Mountain Critical Care Transport Conference, May, 2003
43. Instructor, Difficult Airway Lab, Rocky Mountain Critical Care Transport Conference, May, 2003
44. Trauma Center Site Surveyor, State of Florida Department of Health and Rehabilitative Services, Office of Emergency Medical Services, 2003-present
    a. Trauma site review – 10/23 – 10/25, 2019
45. Member, Denver EMS Council, 1998-2016
46. Member, Denver Metro Physician Advisors, 1999-2016

47. Medical Expert and Faculty, Boulder Trial Academy, International Association of Defense Counsel, 1998-2002
48. Member, Medical Advisory Group (MAG), to the Colorado State EMS Director, 2003-2008
49. Transfusion Committee member, St. Joseph Mercy Hospital, Ann Arbor, Michigan. 1996-1998

**Editorial Positions**

1. Section Editor, Trauma, UpToDate, 2009 - present
2. Section Editor, Abstracts
   The Journal of Emergency Medicine, 1999-2002
3. Review Editor, The Journal of Emergency Medicine, 1999-2008
4. Review Editor, Western Journal of Emergency Medicine, 2008 – 2016
5. Manuscript reviewer, JAMA Network Open, 2019-present
6. Manuscript reviewer, Academic Emergency Medicine, 2003 – present
7. Manuscript reviewer, Critical Care, 2008-present
8. Manuscript reviewer, Patient Safety in Surgery, 2009-present
9. Guest Editor, EM International, Prehospital Care

**Publications:**

**Peer Reviewed Journal Articles**

1. Shapiro M, Dechert, **Colwell C**, Bartlett R, Rodriguez: Geriatric Trauma: Aggressive Intensive Care Management is Justified. American Surgeon 1994;60(9):695-8
2. **Colwell C**, Pons PT, Blanchet J, Mangino C: Claims Against a Paramedic Ambulance Service: A Ten Year Experience. J Emerg Med 1999, 17(6):999-1002
3. Apfelbaum J, **Colwell C**, Roe E: Precipitous Breech Delivery of Twins: A Case Report. Prehospital Emerg Care 2000; 4(1):78-81
4. Gnadinger CA, **Colwell C**, Knaut AL: Scuba Diving-Induced Pulmonary Edema in a Swimming Pool. J Emerg Med 2001; 21(4):419-421
5. Houry D, **Colwell C**, Ott C: Abdominal Pain in a Child after Blunt Abdominal Trauma: An Unusual Injury. J Emerg Med 2001; 21(3):239-241
6. Barton E, Ramos J, **Colwell C**, Benson J, Bailey J, Dunn W: Intranasal Administration of Naloxone by Paramedics. Prehosp Emerg Care 2002; 6:54-8

7.  **Colwell C**, Pons PT, Pi R: <u>Complaints Against an EMS System.</u> J Emerg Med 2003;25(4):403-408

8.  **Colwell C,** McVaney K, Haukoos J, Wiebe D, Gravitz C, Dunn W, Bryan T: <u>An Evaluation of Out-of-Hospital Advanced Airway Management in an Urban Setting.</u> Acad Emerg Med 2005; 12(5):417-22

9.  McVaney KE, Macht M, **Colwell CB**, Pons PT: <u>Treatment of Suspected Cardiac Ischemia with Aspirin by Paramedics in an Urban Emergency Medical Services System.</u> Prehospital Emerg Care 2005, 9(3):282-284

10. Barton E, **Colwell CB**, Wolfe TR, Fosnocht D, Gravitz C, Bryan T, Dunn W, Benson J, Bailey J: <u>The Efficacy of Intranasal Naloxone as a Needleless Alternative for Treatment of Opiate Overdose in the Prehospital Setting.</u> J Emerg Med 2005;29(3):265-71

11. Levine SD, **Colwell CB**, Pons PT, Gravitz C, Haukoos JS, McVaney KE: <u>How Well do Paramedics Predict Admission to the Hospital? A Prospective Study.</u> J Emerg Med 2006;31(1):1-5

12. **Colwell CB**: <u>Case Studies in Infectious Disease: Travel-Related Infections</u>. Emerg Med 2006;38(10):35-43

13. Bonnett CJ, Peery BN, Cantril SV, Pons PT, Haukoos JS, McVaney KE, **Colwell CB:** <u>Surge capacity: a proposed conceptual framework.</u> Am J Emerg Med 2007;25:297-306.

14. **Colwell C**. Initial evaluation and management of shock in adult trauma. In: UpToDate, Basow DS (Ed), UpToDate, Waltham, MA, 2007 - present

15. Bonnett CJ, **Colwell CB**, Schock T, McVaney KE, Depass C: <u>Task Force St. Bernard: Operational Issues and Medical Management of a National Guard Disaster Response.</u>  Prehospital and Disaster Medicine 2007;22(5):440-447

16. **Colwell CB**: <u>Heat Illness.</u> Emerg Med 2008; 40(6): 33-39

17. **Colwell CB**, Cusick JC, Hawkes AP and the Denver Metro Airway Study Group: <u>A prospective study of prehospital airway management in an urban EMS system.</u> Prehosp Emerg Care 2009; 13:304-310

18. **Colwell CB**, Mehler P, Harper J, Cassell L, Vazquez J, Sabel A: <u>Measuring quality in the prehospital care of chest pain patients.</u> Prehospital Emerg Care 2009;13:237-240

19. Kashuk JL, Halperin P, Caspi G, **Colwell CB**, Moore EE: <u>Bomb explosions in acts of terrorism: Evil creativity challenges our trauma systems.</u> J Am Coll Surg 2009; 209(1):134-140

20. Stone SC, Abbott J, McClung CD, **Colwell CB**, Eckstein M, Lowenstein SR: <u>Paramedic knowledge, attitudes, and training in end-of-life care.</u> Prehospital Disaster Medicine 24(6):529-34, Nov-Dec 2009.

21. Gaither JB, Matheson J, Eberhardt A, **Colwell CB**: <u>Tongue engorgement associated with prolonged use of the King-LT laryngeal tube device.</u>  Ann Emerg Med, 2009. Ann Emerg Med 2010; 55(4):367-9.

22. Bookman SJ, Eberhardt AM, Gaither JB, **Colwell CB**: <u>Hospital Group Preparation for the 2008 Democratic National Convention.</u> Journal of Homeland Security and Emergency Management 2010; Vol. 7: Iss. 1, Article 16.

23. Haukoos JS, Witt G, Gravitz C, Dean J, Jackson D, Candlin T, Vellman P, Riccio J, Heard K, Kazatomi T, Luyten D, Pineda G, Gunther J, Biltoft J, **Colwell CB**: <u>Out-of-hospital cardiac arrest in Denver, Colorado: Epidemiology and outcomes</u>. Acad Emerg Med 2010; 17(4):391-8.

24. Haukoos JS, Byyny RL, Erickson C, Paulson S, Hopkins E, Sasson C, Bender B, Gravitz C, Vogel JA, **Colwell CB**, Moore EE. <u>Validation and refinement of a rule to predict emergency intervention in adult trauma patients.</u> Ann Emerg Med 2011;58:164-171

25. **Colwell CB**, Eberhardt A. <u>Less Lethal Force</u>. Emergency Medicine Reports 2011; 32(18):1-12

26. Soriya G, McVaney KE, Liao MM, Haukoos JS, Byyny RL, Gravitz C, **Colwell CB.** <u>Safety of prehospital intravenous fentanyl for adult trauma patients</u>. J Trauma Acute Care Surg 2012;72(3):755-59

27. Gudnik MR, Sasson C, Rea TD, Sayre MR, Zhang J, Bobrow BJ, Spaite DW, McNally B, Denninghoff K, Stolz U, Levy M, Barger J, Dunford JV, Sporer K, Salvucci A, Ross D, **Colwell CB**, Turnbull D, Rosenbaum R, Schrank K, Waterman M, Dukes R, Lewis M, Fowler R, Lloyd J, Yancey A, Grubbs E, Lloyd J, Morris J, Boyle S, Johnson T, Wizner C, White M, Braithwaite S, Dyer S, Setnik G, Hassett B, Santor J, Swor B, Chassee T, Lick C, Parrish M, Radde D, Mahoney B, Todd D, Salomone J, Ossman E, Myers B, Garvey L, Camerson J, Slattery D, Ryan J, McMullan J, Keseg D, Leaming J, Sherwood BK, Luther J, Slovis C, Hinchey P, Harrington M, Griswell J, Beeson J, Persse D, Gamber M, Ornato J. <u>Increasing hospital volume is not associated with improved survival in out of hospital cardiac arrest of cardiac etiology.</u> Resuscitation 2012; 83(7):862-8

28. Mascolo M, Trent S, **Colwell CB**, Mehler PS. <u>What the Emergency Department needs to know when caring for your patients with eating disorders.</u> Int J Eat Disord 2012;45(8):977-81

29. **Colwell CB**, Bookman S, Johnston J, Roodberg K, Eberhardt AM, McVaney KE, Kashuk J, Moore EE. <u>Medical Preparation for the 2008 Democratic National Convention</u>. J Trauma Acute Care Surg 2012 Dec;73(6):1624-8

30. Trent SA, Moreira ME, **Colwell CB**, Mehler P. <u>ED management of patients with eating disorders.</u> Am J Emerg Med 2013 May;31(5):859-65

31. French AJ, **Colwell CB**. <u>Atlas of Emergency Ultrasound</u>. J Trauma Acute Care Surg 2013:75:919.

32. Cleveland N, **Colwell C**, Douglass E, Hopkins E, Haukoos JS. <u>Motor Vehicle Crash Severity Estimations by Physicians and Prehospital Personnel.</u> Prehosp Emerg Care 2014;18(3):402-7

33. Macht M, Mull AC, McVaney KE, Caruso EH, Johnston JB, Gaither JB, Shupp AM, Marquez KD, Haukoos JS, **Colwell CB**. <u>Comparison of Droperidol and Halperidol for use by paramedics: Assessment of safety and effectiveness</u>. Prehosp Emerg Care 2014:18(3):375-80

34. Nassel AF, Root ED, Haukoos JS, McVaney K, **Colwell C**, Robinson J, Eigel B, Magid DJ, Sasson C. <u>Multiple cluster analysis for the identification of high-risk census tracts for out-of-hospital cardiac arrest (OHCA) in Denver, Colorado.</u> Resuscitation 2014;85:1667-73

35. Vogel JA, Seleno N, Hopkins E, **Colwell CB**, Gravitz C, Haukoos JS. <u>Denver Emergency Department Trauma Organ Failure Score outperforms traditional methods of risk stratification in trauma</u>.  Am J Emerg Med 2015;33(10):1440-4

36. Vogel JA, Newgard CD, Holmes JF, Diercks DB, Arens AM, Boatright DH, Bueso A, Gaona SD, Gee KZ, Nelson A, Voros JJ, Moore EE, **Colwell CB**, Haukoos JS; Western Emergency Services Translational Research Network. <u>Validation of the Denver Emergency Department Trauma Organ Failure Score to Predict Post-Injury Multiple Organ Failure</u>. J Am Coll Surg 2016;222(1):73-82

37. Joseph D, Vogel JA, Smith CS, Barrett W, Bryskiewicz G, Eberhardt A, Edwards D, Rappaport L, **Colwell CB**, McVaney KE. <u>Alcohol as a Factor in 911 Calls in Denver</u>. Prehosp Emerg Care 2018, 22(4):427-35

38. Hsia RY, Huang D, Mann NC, **Colwell C**, Mercer MP, Dai M, Niedzwiecki MJ. <u>A US National Study of the Association Between Income and Ambulance</u> - doi:10.1001/jamanetworkopen.2018.5202

39. Matthay ZA, Kornblith AE, Matthay EC, Sedaghati M, Peterson S, Boeck M, Bongiovanni T, Campbell A, Chalwell L, **Colwell C**, Farrell M, Kim WC, Knudson MM, Mackersie R, Li L, Nunez-Garcia B, Langness S, Plevin RE, Sammann A, Tesoriero R, Stein D, Kornblith LZ. <u>The DISTANCE Study: During COVID-19 Epidemic-An Interrupted Time-Series Analysis.</u> J Trauma and Acute Care Surg 2020; Nov 24. Doi: 10.1097/TA.0000000000003044. Online ahead of print

40. Bains G, Breyre A, Seymour R, Montoy JC, Brown J, Mercer M, **Colwell C**. Centralized Ambulance Destination Determination: A Retrospective Data Analysis to Determine Impact on EMS System Distribution, Surge Events, and Diversion Status. West J Emerg Med 2021, 22(6):1311-16. DOI: 10.5811/westjem.2021.8.53198

41. Braithwaite S, Stephens C, Remick K, Barrett W, Guyette FX, Levy M, **Colwell CB**. Prehospital Trauma Airway Management: An NAEMSP Position Statement and Resource Document. Preshosp Emerg Care 2022; 26(Sup1):64-71

42. Berger D, Wong-Castillo J, Seymour R, **Colwell C**, Tenner A, Brown J, Mercer M. Feasibility and Safety of a Field Care Clinic as an Alternative Ambulance Destination During the Covid-19 Pandemic. International Journal of Paramedicine, 2023; 1:73-84. DOI: https://doi.org/10.56068/AMPO6844

43. Breyre AM, Want DH, Brooten JK, **Colwell CB,** Hanson KC, Taigman M, Lyng JW. EMS Care of Adult Hospice Patients– a Position Statement and Resource Document of NAEMSP and AAHPM, 2023. Prehospital Emergency Care, DOI: 10.1080/10903127.2023.2193978

44.

**Invited Articles, Book Chapters, and Editorials**

1. **Colwell C**, Harken A: _Cardiac Arrhythmias_. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 2nd Edition, 1999, pp. 119-123

2. Murphy P, **Colwell C**: _Prehospital Management of Epiglottitis_. EMS 2000; 29(1):41-9

3. Murphy P, **Colwell C**: _Prehospital Management of Neck Trauma._ EMS 2000; 29(5):53-71

4. Murphy P, **Colwell C**: _Heatwave: Prehospital Mangement of Heat Related Conditions._ EMS 2000; 29(6):33-49

5. Murphy P, **Colwell C**: _Prehospital Management of Diabetes._ EMS 2000; 29(10):78-85

6. Murphy P, **Colwell C**, Bryan T: _Noncardiac Chest Pain._ EMS 2001; 30(4):66-71

7. Murphy P, **Colwell C**: _Communication Breakdown: When Medic and Medical Control Don't Agree._ Cover Story, EMS 2001 30(5):61-2

8. Murphy P, **Colwell C**, Linder G: _Assessment Clues._ EMS 2001; 30(7):45-8

9. **Colwell C**, Murphy P, Bryan T: _Mechanism of Injury: An Overview_ Cover Story, EMS 2003; 32(5):52-64

10. **Colwell C**, Harken A: _Cardiac Arrhythmias_. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 140-143

11. Kendall J, **Colwell C**: _Pericarditis and Myocarditis_ In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 149-154

12. **Colwell CB**, Murphy P, Bryan T. _Prehospital Management of the Pregnant Patient._ EMS 2004; 33(3):59-67.

13. **Colwell CB**, Murphy P, Bryan T. _Pulseless Electrical Activity._ EMS 2004; 33(9):63-8.

14. **Colwell CB**, Murphy P, Bryan T, Nelson S. _Psychological Disorders: A General Overview._ EMS 2004;33(11):74-83.

15. **Colwell C:** _Traumatic Shock_  In: Harwood-Nuss A, Wolfson A (eds) The Clinical Practice of Emergency Medicine. Lippincott Williams & Wilkins, Philadelphia, PA; 4th Edition, 2005; 907-12.

16. **Colwell C**, Murphy P, Bryan T. _Pediatric Potpourri: An Overview of Select Pediatric Conditions._ EMS 2005;34(7):50-58

17. **Colwell C,** Murphy P, Bryan T. _Uncompleted Suicide Attempts._ EMS 2005;34(11):73-86

18. Murphy P, **Colwell CB,** Pineda G, Bryan T: _Breaking Down Barriers: How EMS providers can communicate with autistic patients._ EMS 2006;35(4):84-89

19. Murphy P, **Colwell CB,** Pineda G, Bryan T: _Traumatic Amputations._ EMS 2006; 35(6):90-96

20. **Colwell CB**, Murphy P, Bryan T: _Geriatric Trauma._ EMS 2006;35(9):135-140

21. **Colwell CB**: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 194-204

22. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 213-218

23. **Colwell CB**: *Disasters* In: Chapleau W, Pons P (eds) Emergency Medical Technician. Mosby JEMS Elsevier, St. Louis, MO, 2007:708-725

24. **Colwell CB**: *Hyperkalemia* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007: 550-551

25. **Colwell CB**: *High Altitude Illness* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:522-523

26. **Colwell CB**: *Dialysis Complications* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:310-311

27. **Colwell CB**: *Gastroenterology* In: Chapleau W, Burba AC, Pons PT, Page D (eds): The Paramedic McGraw-Hill, New York, NY; 2008:839-861

28. **Colwell CB**: *Lightning and Electrical Injuries* In: Adams JG (Ed): Emergency Medicine Elsevier, Philadelphia, PA, 2008;131:1451

29. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Cerebral hemorrhage. What EMS providers need to know about cerebral anatomy and common forms of cerebral hemorrhage.* EMS 2009; 38(5):46-55

30. **Colwell CB,** Johnston J, Schimpf B, Nieberlein D, Petre B, Bookman S, Robinson J, Jackamore S, Gaither J, Eberhardt A, Benson J, Crowl D. *The response and lessons learned from the crash at Denver International Airport.* JEMS 2009; 34(9):36-45.

31. Murphy P, **Colwell CB**, Pineda G, Bryan T. *Shortness of breath: A review of select conditions.* EMS 2009, 38(7):51-63.

32. **Colwell CB,** Moore EE: *Traumatic Shock* In: Wolfson AB (ed): Harwood-Nuss' Clinical Practice of Emergency Medicine Lippincott Williams &Wilkins, Philadelphia, PA, 5th Edition, 2009:142-148

33. **Colwell CB,** Markovchick V: *Radiation Injuries* In: Marx JA, Hockberger RS, Walls RM (eds): Rosen's Emergency Medicine: Concepts and Clinical Practice Mosby Elsevier Philadelphia, PA 7th Edition, 2009:1933-1941

34. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Burning issues: By understanding the pathophysiology of burns, providers can give patients their best chance at good outcomes.* EMS 2009, 38(10):83-90.

35. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Abdominal Pain: A review of select conditions.* EMS 2010, 39(1):68-74

36. Murphy P, **Colwell CB**, Pineda G, Bryan T: *A Shocking Call: Prehospital assessment and management of electrical injuries and lightning strikes.* EMS 2010, 39(2):46-53

37. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Shootings: What EMS providers need to know: the assessment and treatment of victims of gunshot wounds*. EMS 2010, 39(4):37-45

38. **Colwell CB**: *Managing the Acutely Agitated Patient*. EMS Innovations 2010 EMS 2010, 39(7):I-8-I-9

39. Soriya G, **Colwell CB**: *Basic Life Support*. In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1ˢᵗ Edition, 2010

40. Soriya G, **Colwell CB**: *Emergency Medical Services* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1ˢᵗ Edition, 2010

41. Mull A, **Colwell CB**: *Prehospital Care* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1ˢᵗ Edition, 2010

42. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Hemochromatosis*. EMS 2010; 39(10):53-57

43. **Colwell CB**: *Hyperkalemia* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4ᵗʰ Edition, 2011: 552-553

44. **Colwell CB**: *High Altitude Illness* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, Wolters Kluwer, PA 4ᵗʰ Edition, 2011: 524-525

45. **Colwell CB**: *Dialysis Complications* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4ᵗʰ Edition, 2011: 310-311

46. **Colwell CB**, Mull AC: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators*. In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5ᵗʰ Edition, 2011:208-218

47. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5ᵗʰ Edition, 2011:229-234

48. **Colwell CB**, Soriya G: *Heat Illness* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5ᵗʰ Edition, 2011:407-410

49. Murphy P, **Colwell CB,** Pineda G: *Smoke Inhalation*. EMS World 2011; May issue

50. Eberhardt A, **Colwell CB**: *Prehospital Care.* In: Legome E, Shockley LW (eds): <u>Trauma: A Comprehensive Emergency Medicine Approach</u> Cambridge University Press, New York, 2011:653-662

51. Crowl D, **Colwell CB**, Mettera CJ: *Double trouble: Don't get fooled when assessing the pregnant trauma patient.* JEMS 2011; Sept:52-59

52. Mehler PS, **Colwell CB**, Stahel PF: *A structured approach to improving patient safety: Lessons from a public safety-net system.* Patient Safety in Surgery 2011; 5:32 (1 December, 2011)

53. Murphy P, **Colwell CB**, Pineda G: *Understanding the Trauma Triad of Death*. EMS World 2012, 41(2):44-51

54. Thomas SH, Colwell CB, Deslandes J, Dyer S, Goodloe JM. <u>Prehospital Care</u>. Emerg Med International 2012, Article ID 965480

55. **Colwell CB.** *On-Line Medical Direction*. In: Pons PT, Markovchick VJ (eds): <u>Prehospital Care: Pearls and Pitfalls</u>. People's Medical Publishing House, Shelton, CT, 2012:79-82

56. **Colwell CB**. *Incident Management*. In: Pons PT, Markovchick VJ (eds): <u>Prehospital Care: Pearls and Pitfalls</u>. People's Medical Publishing House, Shelton, CT, 2012:137-45

57. **Colwell CB**. *Chest Pain*. In: Pons PT, Markovchick VJ (eds): <u>Prehospital Care: Pearls and Pitfalls</u>. People's Medical Publishing House, Shelton, CT, 2012:239-44

58. Prehospital Care. Emergency Medicine International Special Edition. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM, Guest Editors. Hindawi Publishing Corp, 2012

59. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM. Prehospital Care. Emergency Medicine International 2012; article ID 965480

60. **Colwell CB**. *Lightning and Electrical Injuries*. In: Adams (ed): <u>Emergency Medicine: Clinical Essentials</u> Elsevier Saunders, Philadelphia, PA 2nd Edition 2013:1148-52

61. **Colwell CB.** Book review: *An Introduction to Clinical Emergency Medicine, 2nd ed.* In: J Trauma and Acute Care Surgery 2013 Jan;74(1):344

62. **Colwell CB.** *Radiation Injuries* In: Marx (ed): <u>Rosen's Emergency Medicine; Concepts and Clinical Practice</u> Elsevier Saunders, Philadelphia, PA 8th Edition, 2014:1945-53

63. Murphy P, **Colwell C**, Pineda G. *All You Need to Know About Bariatrics*. EMS World 2014, 43(3):26-35

64. **Colwell CB**, Moore EE. *Traumatic Shock*. In: Wolfson AB (ed): <u>Harwood Nuss' Clinical Practice of Emergency Medicine</u> Lippincott Williams &Wilkins, Philadelphia, PA, 6th Edition, 2014:137-142

65. **Colwell CB.** *High Altitude Illness* In: Schaider et al (ed): <u>Rosen and Barkin's 5- Minute Emergency Medicine Consult</u>. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015:534-5

66. **Colwell CB.** *Dialysis Complications* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 312-3

67. **Colwell CB.** *Hyperkalemia* In: Schaider et al (ed): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult.</u> Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 562-3

68. **Colwell CB.** *Refusal in the Field: When can an uncooperative patient refuse care and transport?* Journal of Emergency Medical Services (JEMS) July, 2016

69. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal gunshot wounds in adults.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,156 views in 2018)

70. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal stab wounds in adults*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,383 views in 2018)

71. **Colwell CB**. *Initial evaluation and management of shock in adult trauma and management of non-hemorrhagic shock*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 17,317 views in 2018)

72. **Colwell CB**. *Geriatric trauma: Initial evaluation and management.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Revision – July, 2019. 17,777 views in 2018)

73. **Colwell CB**. *Supply, Demand, and Crisis: Emergency Department Diversion of Ambulances in San Francisco.* San Francisco Medicine (Journal of The San Francisco Medical Society), 90(3):15-17, April, 2017

74. **Colwell CB,** Fox CJ. *Abdominal Aortic Aneurysm.* In: Rosen's Emergency Medicine – Concepts and Clinical Practice. Elsevier, Philadelphia, PA. 9th Edition, 2018:1027-35.

75. **Colwell CB**. *Imaging in trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

76. **Colwell CB**. *Geriatric trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

77. Mason J, **Colwell CB,** Grock A. *Agitation Crisis Control.* Ann Emerg Med 2018;72:371-3

78. Mason J, Mallon B, **Colwell CB**. *Restraining the Agitated Patient.* EM:RAP October 2018, Volume 18, Issue 10.

79. **Colwell CB.** *Initial management of moderate to severe hemorrhage in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. July 12th, 2019. (74,419 views in 2019)

80. **Colwell CB**. *Media Communication.* In: Communication in Emergency Medicine. Moreira ME and French AJ (Eds). Oxford University Press, New York, NY, 2019: 259-267

81. **Colwell CB**. *Initial evaluation and management of abdominal gunshot wounds in adults.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – January 7th, 2020. (12,310 views in 2019)

82. **Colwell CB,** Moore EE. *Initial evaluation and management of abdominal stab wounds in adults.* In UpToDate. Post TW (ED), UpToDate, Waltham, MA. Updated August 10th, 2020. (12,382 views in 2019)

83. Maloney LM, Hoffman J, Pepe PE, **Colwell CB**, Antevy PM, Crowe RP, Doerries BL. *Minding the Mind of EMS Part I: Recognizing that it's OK for the best of us to not always feel ok*. EMS World, November, 2020

84. **Colwell CB**. *Disasters and Mass Casualty Incidents*. In Chapleau, Chapman, Hunter, Pons, Stuke (Eds): Prehospital Medicine: Principles, Pearls & Pitfalls. International PreHospital Medicine Institute (IPHMI), 2020: 180-188

85. **Colwell CB**, Moore EE. *Traumatic Shock*. In: Wolfson AB (Ed): Harwood-Nuss' Clinical Practice of Emergency Medicine. Wolters Kluwer, Philadelphia, PA, 2021: pp. 140-146

86. **Colwell CB**. *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT

(Eds): <u>Emergency Medicine Secrets, 7th Edition</u>. Elsevier. Philadelphia, PA, 2022: pp. 181-189.

87. **Colwell CB.** *Pericarditis and Myocarditis.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): <u>Emergency Medicine Secrets, 7th Edition.</u> Elsevier. Philadelphia, PA, 2022: pp. 199-203.

88. **Colwell CB.** *Heat Illness.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): <u>Emergency Medicine Secrets, 7th Edition.</u> Elsevier. Philadelphia, PA, 2022: pp. 338-341.

89. **Colwell CB**. *Disaster Management.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): <u>Emergency Medicine Secrets, 7th Edition</u>. Elsevier. Philadelphia, PA, 2022: pp 586-591.

90. Maloney LM, Hoffman J, Pepe PE, **Colwell CB**, Antevy PM, Crowe RP, Doerries BL, Anderson SH, Schneider SM: *Minding the Mind of EMS Part II: Here's How to Help Employees' Mental Well-Being*. EMS World, September, 2021.

91. **Colwell CB**. *Initial evaluation and management of abdominal gunshot wounds in adults.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – October 12th, 2021. (12,800 views in 2020)

92. Murphy P, **Colwell C**, Pineda G, Wortham C, Nelson S. *EMS Telemedicine: Watch the Details*. Healthcare Business Today, February 2nd, 2022.

93. **Colwell CB.** *My experience treating victims of mass shootings is no longer unique.* Op-Ed, MedPage Today, June 1st, 2022

94. **Colwell, C.** *Columbine should have been an isolated event. It was just a beginning.* Opinion – Policy, Scientific American, June 22nd, 2022.

95. **Colwell, C.** *Abdominal Aortic Aneurysm* In: Walls et al (eds): <u>Rosen's Emergency Medicine: Concepts and Clinical Practice, 10th Edition.</u> Elsevier, Philadelphia PA, 2023

96. **Colwell, C.** *Initial management of moderate to severe hemorrhage in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – August, 2022. Over 51,000 views in 2021

97. **Colwell, C.** *Initial evaluation and management of abdominal stab wounds in adults.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – August, 2022. Over 15,000 views in 2021

98. **Colwell, C.** *Approach to shock in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated September, 2022. Over 10,800 views in 2021

99.

## Letters to the Editor

1. **Colwell C**, Markovchick V, Pons P: **Drug Concern** <u>J. Emerg. Med. Services</u> 2000;25:10

2. Abboud P, **Colwell C**: **Critically reappraising the literature-driven practice of analgesia administration for acute abdominal pain in the emergency room prior to surgical evaluation.** <u>Am J Surg</u>, 2004; Jul 188(1):102-3, Author reply 103-4

3. **Colwell C,** McVaney K, Haukoos J: Reply to: **Out-of-hospital Endotracheal Intubation-It's Time to Stop Pretending that Problems Don't Exist.** Acad Emerg Med 2005;12(12):1245-6

4. **Colwell C: Reply to: EMS Response to Columbine: Lessons Learned**. The Internet Journal of Rescue and Disaster Medicine 2006; Vol. 5, No. 2

## Abstracts Presented

1. **Colwell C,** Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Poster Presentation; 21st Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Jan. 30th, 1995

2. **Colwell C,** Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Presented as an oral presentation at the 25th Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, May, 1995.

3. Branney S, **Colwell C,** Aschenbrenner J, Pons P: **Safety of Droperidol for Sedating Out-of-control ED Patients.** Presented at the Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, 1996. (Acad Emerg Med 1996; 3:527)

4. Barton E, Ramos J, **Colwell C: Intranasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at American College of Emergency Physicians (ACEP) Research Forum, October 2001. (Ann Emerg Med 2001; 38(4):Supplement p. S18)

5. Barton E, **Colwell C,** Ramos J: **Intrnasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at The First Mediterranean Emergency Medicine Congress, Stressa Convention Center, Stressa, Italy, September 2001

6. Levine S, **Colwell C,** Pons P, Gravitz C, Haukoos J: **How well do paramedics predict admission to the hospital?** Presented at AAEM Resident Research Competition, San Diego, California, February 2005

7. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L: **Determining the Quality of Comprehensive Care for Non-Traumatic Chest Pain through a Composite Measure.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March, 2007.

8. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L. **Analysis of Ambulance Response for Patients with Medical Chest Pain Based on the Severity of Potential Cardiac Symptoms.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March 2007.

9. Haukoos JA, Witt G, **Colwell C. The Epidemiology of Out-of-Hospital Cardiac Arrest in Denver, Colorado. Results from Phase I of the Denver Cardiac Arrest Registry.** Presented at SAEM Annual Meeting, May 30th, 2008, Washington D.C.

10. Kashuk JL, Moore EE, Barnett C, Berlew CC, **Colwell CB**, Brody A, Johnson J, Biffl W, Sabel AL. **Implementation of an in-hospital mass casualty incident (MCI) plan based upon the Israeli model: The challenges of shifting to the battlefield mentality in the civilian setting.** International Preparedness & Response to Emergencies & Disasters Conference. Tel –Aviv, Israel. January 11th, 2010.

11. Moore EE, Kashuk JL, **Colwell CB**, Barnett C, Burlew CC, Biffl WL, Johnson JL, Brody A, Sabel A**. Live victim volunteers (LVV) enhance performance improvement for in-hospital mass casualty incident (MCI) drills: listen to the patient!** International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

12. Barnett C, Kashuk J, Moore EE, **Colwell CB**, Johnson JL, Biffl W, Burlew CC, Brody A, Sabel A. **Notification and Communication: Critical initial steps in mass casualty incident drills.** International Preparedness & Respons to Emergencies and Disasters (IPRED). January 12th, 2010. Tel Aviv, Israel

13. **Colwell CB**, Moore EE, Kashuk J, Robinson J, Bookman S. **Lessons learned from the 2008 Democratic National Convention**. International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

14. Soriya G, **McVaney K**, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. 13th Annual Western Regional Society for Academic Emergency Medicine Meeting, Sonoma, CA, 2010 (Oral).

15. Soriya G, McVaney K, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. Society for Academic Emergency Medicine Annual Meeting, Scottsdale, Phoenix, AZ, 2010 (Poster).

16. Sasson C, **Colwell C**, McNally B, Haukoos J.  **"Associations Between Individual-level and Census Tract-level Characteristics and Performance of Bystander CPR Among Patients Who Experience Out-of-Hospital Cardiac Arrest."**  Oral Presentation American Heart Association November 2010.

17. Sasson C, **Colwell C**, McNally B, Dunford J, Haukoos J.  "Using the Cardiac Arrest Registry to Enhance Survival to Examine Regional Variation in the Utilization of Automated External Defibrillators." Poster Presentation Resuscitation Science Symposium American Heart Association November 2010.

18. Macht M, **Colwell CB**, Mull A, Johnston J B, Shupp A, Marquez KD, Gaither J, Haukoos J. "Droperidol versus haloperidol for prehospital sedation of acutely agitated patients." Poster presentation at NAEMSP 2012 Annual Meeting, January 2012

19. Nassel A, Haukoos J, McNally B, **Colwell CB**, Severyn F, Sasson C. "Using Geographic Information Systems and Cluster Analysis to identify Neighborhoods with High Out of Hospital Cardiac Arrest Incidence and Low Bystander Cardiopulmonary Resuscitation Prevalence in Denver, Colorado." Oral Presentation, Society of Academic Emergency Medicine Annual

Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl.1, #513:S271-272

20. Vogel JA, Arens A, Johnson C, Ruygrok M, Smalley C, Byyny R, **Colwell CB**, Haukoos J. "Prehosptial and Emergency Department Intubation is Associated with Increased Mortality in Patients with Moderate to Severe Traumatic Brain Injury". Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #517:S273-S274

21. Vogel JA, Sasson C, Hopkins E, **Colwell CB**, Haukoos J. "Systems-Wide Cardiac Arrest Interventions Improve Neurologic Survival after Out-of-Hosptial Cardiac Arrest". Moderated Poster Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #615:S324

22. Muramoto S, **Colwell C**, Mehler P, Bakes K. "Cost analysis of a hospital-based violence intervention program: At-risk intervention and mentoring program (AIM)." Poster presentation at 25th Annual Interprofessional Research and EBP Symposium, March 2014, Denver, CO.

23. Huang D, Niedzwiecki M, Mercer M, **Colwell CB**, Mann C, Hsia R. "Poor Neighborhoods Have Slower Response and Transport Times". Oral Presentation, National Association of EMS Physicians (NAEMSP) 2017 Annual Meeting, New Orleans, LA, January 26th, 2017.

24. Kanzaria HK, Mercer MP, To J, Costa B, Luna A, Bilinski J, Staconis D, Pitts M, Dentoni T, Williams T, Singh MK, **Colwell CB**, Marks JD. "Using Lean Methodology to Create a Care Pathway for Low Acuity Emergency Department Patients in a Safety-Net Hospital". Poster presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL. May 17th, 2017.

25. Niedzwiecki M, Huang D, Mercer M, **Colwell CB**, Mann NC, Hsia RY. "Do Poor Neighborhoods Have Slower EMS Times? Oral presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL, May 18th, 2017.

26. Matthay ZA, Kornblith AE, Matthay EC, Sedaghati M, Peterson S, Boeck M, Bongiovanni T, Campbell A, Chalwell L, **Colwell C**, Farrell F, Kim WC, Knudson MM, Mackersie R, Li L, Nunez-Garcia B, Langness S, Plevin R, Sammann A, Tesoriero R, Stein D, Kornblith LZ. "The DISTANCE Study: Determining the Impact of Social Distancing on Trauma Epidemiology During the COVID-19 Epidemic-An Interrupted Time-Series Analysis" Oral presentation, plenary session, UCSF Research Symposium (Virtual), October 28th, 2020.

27. Kim WC, Gelb A, **Colwell C**, Johnson L, Stein D. "Whole-Body Computed Tomography for Trauma Reduces Emergency Department Length of Stay" Poster presentation, Trauma Quality Improvement Program (TQIP) 2020 Scientific Meeting and Training (Virtual), December 9th, 2020.

28. Bains G, Breyre A, Seymour R, Brown J, Mercer M, Montoy JC, **Colwell C**. "Centralized Ambulance Destination Determination impact on Surge events and Level loading". Lightning rounds presentation, Society for Academic Emergency Medicine (SAEM) Virtual Meeting - #SAEM21. May 12th, 2021

29. Berger D, Wong-Castillo J, Mercer M, **Colwell C**, Brown J. Alternative Destinations: Characterization of EMS Patients Transported to a Field Care Clinic During COVID-19. Poster presentation, NAEMSP Research Forum, January 12th, 2022, San Diego, California

30. Curtis T, Boozapour O, Rebagliati D, **Colwell C**, Dailey M. Prehospital Chest Pain Management: Disparity Based on Homeless Status. Poster presentation, NAEMSP Research Forum, January 27th, 2023. Tampa, Florida

**Invited Lectures, Presentations, and Visiting Professorships:**

1. <u>Hypertensive Emergencies</u>
   Interdepartmental Grand Rounds, University of Michigan
   Ann Arbor, Michigan, May 1997
2. <u>Pediatric Meningitis</u>
   Emergency Medicine Grand Rounds, University of Michigan
   Ann Arbor, Michigan, October, 1997
3. <u>Antibiotic Use in the Emergency Department</u>
   Attending Lecture in Emergency Medicine
   Denver Health Medical Center, Denver, Colorado, October 1998
4. <u>The Myth of EMS Response Times</u>
   26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
   Breckenridge, Colorado, July 1999
5. <u>Geriatric Trauma</u>
   26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
   Breckenridge, Colorado, July 1999
6. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
   Multidisciplinary Trauma Conference, Denver Health Medical Center
   Denver, Colorado, September 1999
7. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
   Northeast EMS Conference
   Boston, Massachusetts, September 1999
8. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
   Keynote Address, Winnipeg EMS Conference
   Winnipeg, Canada, October 1999
9. <u>Mass Casualty and Disaster Management</u>
   Grand Rounds
   Harvard Medical School and Harvard Affiliated Emergency Medicine
   Residency
   October 26th, 1999
   Boston, Massachusetts
10. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
    Pediatric Emergency Care Conference
    Grand Rapids, Michigan, March 2000
11. <u>Geriatric Trauma</u>
    Trauma Care Appreciation Day
    Denver, Colorado, May 2000

12. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Fifth International Conference on Pediatric Trauma
Beaver Creek, Colorado, June 2000

13. <u>Complaints Against EMS</u>
27th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Steamboat, Colorado, July 2000

14. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Sixth Annual Trauma Symposium, Cleveland Clinic Health System
Cleveland, Ohio, October 2000

15. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
EMS TEST Conference
Columbus, Georgia, October 2000

16. <u>Myocardial Infarction</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

17. <u>Hypothermia</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

18. <u>Complaints Against EMS</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

19. <u>Hypothermia</u>
Rocky Mountain Winter Trauma and Emergency Medicine Conference
Copper Mountain, Colorado, January 2001

20. <u>Mechanism of Injury</u>
Grand Rounds, Longmont Community Hospital
Longmont, Colorado, March 2001

21. <u>Stabilization of the Trauma Patient</u>
Trauma Care Appreciation Day, Denver Health Medical Center
Denver, Colorado, April 2001

22. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
El Paso EMS Conference
El Paso, Texas, September 2001

23. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Memorial Medical Center Trauma Conference
Johnstown, Pennsylvania, October 2001

24. <u>Mechanism of Injury</u>
Colorado State EMS Conference 2001
Breckenridge, Colorado, October 2001

25. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Massachusetts EMS Conference
Worcester, Massachusetts, December 2001

26. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Sierra-Cascade Trauma Society
Crested Butte, CO, February, 2002

27. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>

Emergency Medicine Grand Rounds, University of Massachusetts
Worcester, Massachusetts, March 2002

28. Mass Casualty and Disaster Management: The Columbine Shootings
Multidisciplinary Trauma Conference, Denver Health Medical Center
Denver, Colorado, March 2002

29. Mass Casualty and Disaster Management: The Columbine Shootings
Grand Rounds, Day Kimball Hospital
Putnam, Connecticut, May 2002

30. Mass Casualty and Disaster Management: The Columbine Shootings
Grand Rounds, Legacy Emanuel Hospital & Health Center
Portland, Oregon, June 2002

31. Mass Casualty and Disaster Management: The Columbine Shootings
Trauma Grand Rounds, Scripps Memorial Hospital
La Jolla, California, September 2002

32. High Altitude Illness
Annual Meeting, Sierra Cascade Trauma Society
Vail, Colorado, January 2003

33. ALS in Trauma: Should We Even Bother?
30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, August 2003

34. Hypothermia
30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, August 2003

35. Research in EMS
Grand Rounds, Denver Paramedic Division
Denver, Colorado September, 2003

36. High Altitude Illness
Colorado State EMS Conference 2003
Keystone, Colorado, October, 2003

37. Controversies in EMS
Colorado State EMS Conference 2003
Keystone, Colorado, October 2003

38. Hypothermia
Sierra Cascade Trauma Society, 2004
Aspen, Colorado, February 9, 2004

39. Current Research in Prehospital Care
Rocky Mountain Critical Care Transport Conference
Denver, Colorado, May 6th, 2004

40. Blood Substitutes in the Field
Clinical Conference on Pre-Hospital Emergency Care, 2004
Orlando, Florida, July 10th, 2004

41. Management of Potential C-spine Injuries: Clearance and Beyond.
31st Annual Rocky Mountain Trauma and Emergency Medicine Conference
Copper Mtn, Colorado. July 18th, 2004

41. Mass Casualty and Disaster Management: The Columbine Shootings.
Grand Rounds, North Colorado Medical Center

Greeley, Colorado. September 14, 2004

42. Research in EMS and Trauma
12th Annual EMS and Trauma Grand Rounds Conference
Aurora, Colorado. September 15, 2004

43. Blood Substitutes in the Field: The Prehospital Trials
2004 Colorado State EMS Conference
Keystone, Colorado. November 5th, 2004

44. Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
Cadaver. Preconference workshop, 2004 Colorado State EMS Conference
Keystone, Colorado. November 5th, 2004

45. Prehospital Management of Trauma
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 14th, 2005

46. Difficult Airway Lecture/Lab
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2005

47. Bleeding Disorders
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2005

48. Travel-Related Infectious Disease
ACEP Scientific Assembly 2005
September 28th, Washington D.C.

49. The Hot Joint
ACEP Scientific Assembly 2005
September 29th, Washington D.C.

50. Mass Casualty and Disaster Management
Trauma and Critical Care Conference
San Juan Regional Medical Center, Farmington, New Mexico
February 18th, 2006

51. Dialysis Related Emergencies
33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 14th, 2006

52. Show Me Where it Hurts: Pain Management in the Field
33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 15th, 2006

53. Environmental Emergencies
2006 Rocky Mountain Rural Trauma Symposium
September 14, 2006. Billings, Montana.

54. Drugs of Abuse
2006 Rocky Mountain Rural Trauma Symposium
September 15, 2006. Billings, Montana.

55. Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
Cadaver. Preconference workshop, 2006 Colorado State EMS Conference
Keystone, Colorado.

56. Dialysis-Related Emergencies
2006 Colorado State EMS Conference

November 3rd, 2006, Keystone, Colorado

57. High-Altitude Illness
2006 Colorado State EMS Conference
November 3rd, 2006. Keystone, Colorado

58. Drugs of Abuse
34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 20th, 2007

59. Environmental Emergencies
34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 22th, 2007

60. Ultrasound Use in the Acutely Traumatized Patient
Instructor, Ultrasound Workshop
34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 22th, 2007

61. Jigawatts: Back to the Future of Electrical Injuries
American College of Emergency Physicians - Scientific Assembly,
October 8-11, 2007. Seattle, Washington

62. What's Hot, What's Not: Hypo to Hyperthermia, and All Things in Between
American College of Emergency Physicians - Scientific Assembly,
October 8-11, 2007. Seattle, Washington

63. Environmental Emergencies
Colorado State EMS Conference, November 8th-11th, 2007
Keystone, Colorado

64. Cadaver Anatomy Lab: Dissection and Procedure Review.
Colorado State EMS Conference 2007 – Pre-conference Workshop
Keystone, Colorado

65. Drugs of Abuse
Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado

66. Initial Evaluation of the Trauma Patient
Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado

67. Geriatric Trauma
35th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 25th, 2008
Breckenridge, CO

68. What's Hot, What's Not: Hypo to Hyperthemia and All Things in Between
ACEP Scientific Assembly 2008, October 28th
Chicago, Il

69. Triage Out Debate: Efficient or Unethical?
ACEP Scientific Assembly 2008, October 28th
Chicago, Il

70. Update in EMS Literature: What's Hot and What's Not
ACEP Scientific Assembly 2008, October 29th

Chicago, Il

71. <u>Cadaver Disection Lab</u>
2008 Colorado State EMS Conference, November 6th
Breckenridge, CO

72. <u>Geriatric Trauma</u>
2008 Colorado State EMS Conference, November 7th
Breckenridge, CO

73. <u>Lessons Learned from the DNC</u>
Colorado Front Range MMRS Hospital Response to a Mass Casualty
Incident, December 8th, 2008
Denver, CO

74. <u>Lessons Learned from the DNC</u>
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 20th, 2009
Dallas, TX

75. <u>Nightmare EMS Communications</u>
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 21st, 2009
Dallas, TX

76. <u>Mass Casualty and Disaster Management</u>
Trauma Perspectives 2009 (4/10/09)
Durango, CO

77. <u>Airway Management and Pitfalls</u>
Trauma Perspectives 2009 (4/10/09)
Durango, CO

78. <u>Trauma Management</u>
Integrated Clinicians Course (ICC) 7004
University of Colorado at Denver School of Medicine
May 5th, 2009

79. <u>EMS Update, 2009</u>
Grand Rounds, Beth Israel/Deaconess Department of Emergency Medicine
May 6th, 2009

80. <u>EMS Update – Panel Discussion</u>
36th Annual Trauma and Emergency Medicine Conference
June 18th 2009, Breckenridge, CO

81. <u>Trauma in Pregnancy</u>
36th Annual Trauma and Emergency Medicine Conference
June 19th 2009, Breckenridge, CO

82. <u>Cadaver Lab: Anatomical Dissection</u>
2009 Colorado State EMS Conference
November 5th, Keystone, Colorado

83. <u>Trauma in Pregnancy</u>
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado

84. <u>Update in EMS Literature: What's Hot and What's Not</u>
2009 Colorado State EMS Conference

November 6th, Keystone, Colorado

85. <u>Lessons Learned from the DNC</u>
International Preparedness and Response to Emergencies and Disasters (IPRED)
January 12th 2010
Tel Aviv, Israel

86. <u>Geriatric Trauma</u>
Second Annual BCFFA EMS Conference
January 23rd 2010, Boulder, Colorado

87. <u>Pharmaceutical Restraints: A New Medication Approach to the Agitated Patient</u>
The EMS State of the Sciences Conference: A Gathering of Eagles 2010
February 26th, 2010
Dallas, Tx

88. <u>Transfer of the Rural Trauma Patient</u>
Second Annual Western Colorado Trauma Conference
May 21st 2010, Delta, Colorado

89. <u>Moderator, EMS Medical Director Panel: "Refusal of Care in the Prehospital Setting"</u>
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 17th 2010, Breckenridge, Colorado

90. <u>Critical Issues in Triage</u>
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th 2010, Breckenridge, Colorado

91. <u>Field Triage Guidelines: State of the Art or State of the Science?</u>
ACEP Scientific Assembly 2010
September 28th, Las Vegas, Nevada

92. <u>Less Lethal Force: An Emerging Problem in Prehospital Care</u>
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada

93. <u>Trauma Case Panel: Stump the Experts</u>
Carlo Rosen (Moderator), Christopher B. Colwell MD, John Fildes MD, Julie A. Mayglothling MD.
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada

94. <u>Critical Issues in Triage</u>
Trauma and Critical Care Conference
October 22nd, 2010
Durango, Colorado

95. <u>Trauma Panel Case Review</u>
Christopher B. Colwell, Moderator
October 23rd, 2010
Durango, Colorado

96. <u>Lightning and Electrical Emergencies</u>
Trauma and Critical Care Conference
October 23rd, 2010

Durango, Colorado

97. <u>Cadaver Dissection Lab</u>
Colorado State EMS Conference 2010
November 4th, 2010
Keystone, Colorado

98. <u>Accidental Hyper And Hypothermia And All Things In Between</u>
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado

99. <u>Biophone Calls: The Good, The Bad, And The Ugly</u>
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado

100. <u>Geocoding Cardiac Arrest in Denver</u>
ECCU 2010 (Emergency Cardiac Care Update)
December 8th, 2010
San Diego, California

101. <u>Management of the Agitated Patient</u>
ECCU 2010 (Emergency Cardiac Care Update)
December 9th, 2010
San Diego, California

102. <u>The Nose Knows: Intranasal Medication Options are Growing</u>
EMS State of the Sciences: A Gathering of Eagles XIII 2011
February 26th, 2011
UT Southwestern Medical Center, Dallas, Texas

103. <u>Beyond Agitated Delirium: Dealing with the Issue of In-Custody Deaths</u>
The EMS State of the Sciences: A Gathering of Eagles XIII 2011
February 26th, 2011
UT Southwestern Medical Center, Dallas, Texas

104. <u>ED Operations 101: Follow the Money</u>
Council of Emergency Medicine Residency Directors (CORD) Academic
Assembly 2011 (March 4th)
San Diego, California

105. <u>CPR, Defibrillation, and Drugs: What is the right VF mix?</u>
EMS Regional Conference: Resuscitation Excellence
May 15th, 2011
New York, New York

106. <u>We Don't Need No Stinking Breaths! Compressions Only Pre-Arrival Instructions.</u>
EMS Regional Conference: Resuscitation Excellence
May 15th, 2011
New York, New York

107. Moderator – Panel Discussion: <u>Optimizing Colorado's Trauma System</u>
38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 22nd, 2011
Breckenridge, Colorado

108.    <u>Pitfalls in Trauma Care</u>
38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 24th, 2011
Breckenridge, Colorado

109.    <u>Deleterious Delirium Deliberations: Modern Pitfall is Managing Agitated EMS Patients</u>
Advanced EMS Practitioner's Forum and Workshop
ACEP Scientific Assembly
October 14th, 2011
San Francisco, California

110.    <u>Certifiable Behaviors: Preparing for EMS Subspecialty Board Certification</u>
Advance EMS Practitioner's Forum and Workshop
ACEP Scientific Assembly
October 14th, 2011
San Francisco, California

111.    <u>Cadaver Dissection and Anatomy Lab</u>
Colorado State EMS Conference 2011
November 3rd, 2011
Keystone, Colorado

112.    <u>On the Wings of Eagles: Hot Topics in EMS</u>
Colorado State EMS Conference 2011
November 4th, 2011
Keystone, Colorado

113.    <u>Droperidol for Agitation</u>
Advanced Topics in Medical Direction
NAEMSP National Meeting, 2012
January 11th, 2012
Tucson, Arizona

114.    <u>Trauma in Pregnancy</u>
Children's Hospital EMS Conference
Aurora, Colorado
January 20th, 2012

115.    <u>Withdrawing Support: A Prehospital Protocol for Alcohol Withdrawal</u>
EMS State of the Science: A Gathering of Eagles XIV
February 24th, 2012
Dallas, Texas

116.    <u>A Sanguine Approach: The Use of Blood Products and Substitutes in the Field</u>
EMS State of the Science: A Gathering of Eagles
February 24th, 2012
Dallas, Texas

117.    <u>Blast Injuries</u>
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado

118.    Rural Trauma
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado

119.    Trauma in Pregnancy
2012 NE Colorado EMS Symposium
April 21st, 2012
Fort Morgan, Colorado

120.    Hemorrhage Control in the Field: Tourniquets and Beyond
Grand Rounds – St. Mary's and Convent Health Care/Synergy Medical Center Hospitals
May 10th, 2012
Saginaw, Michigan

121.    Mass Casualty and Disaster Management
Invited Lecture – Convent Health Care/Synergy Medical Center
April 21st, 2012
Saginaw, Michigan

122.    Trauma in Pregnancy
39th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 29th, 2012
Breckenridge, Colorado

123.    Taking it on the QT: What are the Cardiac Effects of Sedation Practices?
Emergency Cardiac Care Update (ECCU) 2012
Pre-conference Workshop
September 12th, 2012
Orlando, Florida

124.    Withdrawing Support: Managing Alcohol Withdrawal in the Field
Emergency Cardiac Care Update (ECCU) 2012
Pre-conference Workshop
September 12th, 2012
Orlando, Florida

125.    Making Waves Diagnostically: Identifying Subtle Critical Emergencies with Capnography
Emergency Cardiac Care Update (ECCU) 2012
Conference Session – Eagles: State of the Science
September 13th, 2012
Orlando, Florida

126.    Two Carbon Fragmentations: A Prehospital Protocol for Ethanol Withdrawal.
2012 ACEP Advanced EMS Practitioners' Forum and Workshop
October 7th, 2012
Denver, Colorado

127.    How to Break the Ache: 2012 Approaches to Prehospital Pain Control
2012 ACEP Advanced EMS Practitioners' Forum and Workshop
October 7th, 2012
Denver, Colorado

128.    I'd Scan That! Effective Diagnostic Trauma Imaging
ACEP Scientific Assembly
October 9th, 2012
Denver, Colorado

129.    Evidence-Based Minor Trauma Management
ACEP Scientific Assembly
October 9th, 2012
Denver, Colorado

130.    Trauma Talk: The Latest and the Greatest Trauma Literature
ACEP Scientific Assembly
October 10th, 2012
Denver, Colorado

131.    The Combative, Uncooperative, Arrested, and Threatening Trauma
Patient: A Legal, Ethical, and Medical Minefield
ACEP Scientific Assembly
October 10th, 2012
Denver, Colorado

132.    MCI Medical Response: Are We Prepared?
Denver Health Critical Care Conference
October 12th, 2012
Denver, Colorado

133.    The Colorado Shootings: Lessons Learned from Mass Casualty Events
Grand Rounds – Beth Israel/Deaconess Medical Center
November 7th, 2012
Boston, Massachusetts

134.    The Colorado Shootings: Lessons Learned from Mass Casualty Events
Keynote Speaker: Hillsborough County Medical Association
November 13th, 2012
Tampa Bay, Florida

135.    The Colorado Shootings: Lessons Learned on Disaster Management and
Mass Casualty Events
Grand Rounds: Scripps Memorial Hospital
December 11th, 2012
La Jolla, California

136.    EMS in the Cross-Hairs: The Columbine, Aurora and Safeway Shootings
EMS State of the Science: A Gathering of Eagles XV
February 22nd, 2013
Dallas, Texas

137.    Oh, What a Relief It Is! Revisiting Pain Medication Use in EMS
EMS State of the Science: A Gathering of Eagles XV
February 22nd, 2013
Dallas, Texas

138.    ED Operations 101: Follow the Money
Council of Emergency Medicine Residency Directors (CORD)
Academic Assembly 2013
March 7th, 2013

Denver, Colorado

139.   Disaster Planning & Response: Lessons Learned from the Colorado
       Shootings
       Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster
       Response
       March 17th, 2013
       Las Vegas, Nevada

140.   Case Management Interactive Session: Practical Issues & Dilemmas in
       Mass Casualty Preparedness
       Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster
       Response
       March 17th, 2013
       Las Vegas, Nevada

141.   Trauma Surgeons Emergency Physicians and Trauma Care
       Trauma, Critical Care, and Acute Care Surgery 2013
       March 20th, 2013
       Las Vegas, Nevada

142.   Mass Casualty and Disaster Management – The Colorado Shootings
       Visiting Professorship/Grand Rounds
       Southern Illinois University School of Medicine
       April 18th, 2013
       Springfield, Illinois

143.   Mass Casualty and Disaster Management – The Colorado Shootings
       Sangamon County Medical Society
       April 18th, 2013
       Springfield, Illinois

144.   Lessons Learned from the Colorado Shootings
       12th Annual Trauma Symposium
       Mississippi Coastal Trauma Region
       May 1st, 2013
       Biloxi, Mississippi

145.   Mass Casualty and Disaster Management – The Colorado Shootings
       Grand Rounds – Indiana University Hospital-Methodist
       May 10th, 2013
       Indianapolis, Indiana

146.   Prehospital Panel
       Moderator
       40th Annual Rocky Mountain Trauma & Emergency Medicine
       Conference
       June 27th, 2013
       Breckenridge, Colorado

147.   Environmental Emergencies
       40th Annual Rocky Mountain Trauma & Emergency Medicine Conference
       June 28th, 2013
       Breckenridge, Colorado

148.   Lessons Learned from the Colorado Shootings

43rd Annual Wyoming Trauma Conference
August 16th, 2013
Cheyenne, Wyoming

149.   Oh What a Relief It Is: Evolving Trends in Prehospital Pain Management
       IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
       August 24th, 2013
       Denver, Colorado

150.   EMS in the Cross-Hairs: The Columbine, Aurora, and Safeway Shootings
       IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
       August 24th, 2013
       Denver, Colorado

151.   The Reality of the New Specialty: What Will Be the Impact of the New
       EMS Boards for Fire?
       IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
       August 24th, 2013
       Denver, Colorado

152.   I'd Scan That!: Use of CT Scans in Trauma Care
       Grand Rounds – University of Wisconsin School of Medicine
       August 29th, 2013
       Madison, Wisconsin

153.   Evidence-Based Minor Trauma Management
       Grand Rounds – University of Wisconsin School of Medicine
       August 29th, 2013
       Madison, Wisconsin

154.   Mass Casualty and Disaster Management: EMS Lessons from the
       Colorado Shootings
       EMS World Expo 2013
       September 11th, 2013
       Las Vegas, Nevada

155.   2013 Approaches to Pain Management and Sedation
       EMS World Expo 2013
       September 11th, 2013
       Las Vegas, Nevada

156.   Mass Casualty and Disaster Management: Lessons Learned from the
       Colorado Shootings
       DuPage County Medical Society Annual Meeting
       October 9th, 2013
       Chicago, Illinois

157.   Mass Casualty Management: The Colorado Shootings
       Northern Colorado Emergency and Trauma Care Symposium
       October 11th, 2013
       Loveland, Colorado

158.   The Combative, Uncooperative, Arrested and Threatening Trauma Patient:
       A Legal, Ethical and Medical Minefield!
       ACEP Scientific Assembly 2013
       October 15th, 2013

Seattle, Washington
159.   Skip the Scan! Effective Diagnostic Trauma Imaging
ACEP Scientific Assembly 2013
October 16th, 2013
Seattle, Washington
160.   I Survived: Domestic Disasters – Lessons Learned from the Trenches
ACEP Scientific Assembly 2013
October 16th, 2013
Seattle, Washington
161.   Managing Ballistic Injuries in the Pre-Hospital Setting
World Extreme Medicine Expo 2013
Harvard Medical School
October 28th, 2013
Boston, Massachusetts
162.   Cadaver Lab – Trauma Procedures
Colorado State EMS Conference 2013
November 7th, 2013
Keystone, Colorado
163.   Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
2013 Trauma and Critical Care Conference
November 8th, 2013
Durango, Colorado
164.   Mass Casualty and Disaster Management: The Colorado Shootings
Lake County Medical Society Annual Meeting
December 3rd, 2013
Chicago, Illinois
165.   Myths in Trauma Care
Yampa Valley Medical Center Trauma Conference
November 15th, 2013
Steamboat Springs, Colorado
166.   Myths in Pediatric Care
The Brian Schimpf Memorial Prehospital Pediatric Care Conference
February 8th, 2014.
Denver, Colorado
167.   Child-Like Behaviors: 10 Myths of EMS Pediatric Care
EMS State of the Science: A Gathering of Eagles XVI
February 28th, 2014
Dallas, Texas
168.   Epidemic Proportions: Dosing Ketamine in the Era of Mamba Dramas
EMS State of the Science: A Gathering of Eagles XVI
March 1st, 2014
Dallas, Texas
169.   Covering Mental Illness and Violence
Health Journalism 2014 (Association of Health Care Journalism)
March 29th, 2014

Denver, Colorado

170.   <u>Wound Management: How Do you Manage Cuts and Burns</u>
American College of Emergency Physicians (ACEP) Advanced Practice
Provider Academy
April 15th, 2014
San Diego, CA

171.   <u>Evaluation of Patients with Blunt Multiple Trauma and Penetrating
Trauma: A Systematic Approach</u>
American College of Emergency Physicians (ACEP) Advanced Practice
Provider Academy
April 15th, 2014
San Diego, CA

172.   <u>Preparedness Put to the Test: Lessons Learned from Major Events to
Guide Hospital Disaster Preparedness</u>
Medical World Americas Conference and Expo
April 28th, 2014
Houston, TX

173.   <u>Myths in Trauma Care</u>
13th Annual MS Coastal Trauma Symposium
May 14th, 2014
Biloxi, MS

174.   <u>Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in
Emergency Care</u>
Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

175.   <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>
Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

176.   <u>Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in
Emergency Care</u>
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR
Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

177.   <u>Taking it on the QT: What are the Cardiac Effects of Sedation Practices?</u>
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR
Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

178.   <u>Hyperfibrinolysis, Physiologic Fibrinolysis, and Fibrinolysis Shutdown:
The Spectrum of Postinjury Fibrinolysis and Relevance to Antifibrinolytic
Therapy</u>
Moderator - Denver Health Trauma Services Continuing Education Series
June 25th, 2014

Denver, CO

179.   Myths in Pediatric Emergency Care
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 9th, 2014
Breckenridge, CO

180.   The Combative, Uncooperative, Intoxicated Patient: An Ethical, Moral and Legal Dilemma
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 11th, 2014
Breckenridge, CO

181.   Myths in Pediatric Care
2014 University of Colorado Health and Denver Health Trauma Consortium: Acute Care Surgery, Trauma, and EMS Conference
August 23rd, 2014
Colorado Springs, CO

182.   Rural Trauma Care
Great Plains Trauma Conference
September 18th, 2014
North Platte, Nebraska

183.   How to Break the Ache: 2014 Ways to Manage Prehospital Analgesia and Sedation
Advanced EMS Practitioner's Forum and Workshop
ACEP 2014
October 26th, 2014
Chicago, Illinois

184.   No Small Lie: Debunking Myths in Pediatric EMS Care
Advanced EMS Practitioner's Forum and Workshop
ACEP 2014
October 26th, 2014
Chicago, Illinois

185.   The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 27th, 2014
Chicago, Illinois

186.   Cruising the Literature: The Most Influential EMS Articles of 2014
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

187.   Tales from the Rig: EMS Medical Director Words of Wisdom
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

188.    <u>Imagine a World Without Backboards? Controversies in Spinal Immobilization</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

189.    <u>Disaster Management: Lessons Learned from the Colorado Shootings</u>
Keynote Address: 9th Annual NORTN Regional Trauma Conference
November 7th, 2014
Akron General Hospital, Akron, Ohio

190.    <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!</u>
9th Annual NORTN Regional Trauma Conference
November 7th, 2014
Akron General Hospital, Akron, Ohio

191.    <u>Ketamine for Excited Delirium</u>
EMS World Expo
November 11th, 2014
Nashville, TN

192.    <u>10 Myths of EMS Pediatric Care</u>
EMS World Expo
November 11th, 2014
Nashville, TN

193.    <u>Biophone Communications</u>
EMS World Expo
November 11th, 2014
Nashville, TN

194.    <u>EMS Medical Director Panel</u>
EMS World Expo
November 12th, 2014
Nashville, TN

195.    <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!</u>
Boulder Community Hospital/AMR EMS Conference 2014
December 6th, 2014
Boulder, CO

196.    <u>Special K: Ketamine in EMS</u>
7th Annual Advanced Topics in Medical Direction
NAEMSP 2015
January 20th, 2015
New Orleans, LA

197.    <u>First it was Backboards, now C-Collars</u>
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

198.    <u>Taking it to the Streets! Prehospital Infusion of Plasma</u>

EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

199.    Street Fighting Man! When the Combative Patient is Refusing Transport
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

200.    A Hurt-Full Remark: Supporting Ketamine Use for Pain Management
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

201.    Imagine a World Without Backboards? Controversies in Spinal Immobilization
2nd Annual Brain Schimpf Memorial Pediatric EMS Conference
February 28th, 2015
Denver, CO

202.    Providing for the Providers: Impact of Traumatic Events on Providers
Keynote address: Colorado CPR Association Annual Meeting
April 30th, 2015
Denver, CO

203.    Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
North Trauma Care Region 2015 Trauma Symposium
May 8th, 2015
Tupelo, MS

204.    Management of Excited Delirium in the Era of Legalized Marijuana
Vanderbilt Residency in Emergency Medicine
May 19th, 2015
Nashville, TN

205.    Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Grand Rounds Presentation, Vanderbilt University School of Medicine
May 19th, 2015
Nashville, TN

206.    Active Shooter – Prehospital Forum (Moderator)
42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 19th, 2015
Vail, Colorado

207.    Imagine a World without Backboards
42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 20th, 2015
Vail, Colorado

208.    Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Ohio EMS Lecture Series – Keynote address
August 20th, 2015

Akron, Ohio

209.   <u>Myths in Pediatric Care</u>
Grand Rounds, Deaconess Regional Trauma Center
EMS Trauma Symposium
September 9th, 2015
Evansville, Indiana

210.   <u>Plasma Administration in the Field: The COMBAT Trial</u>
World Trauma Symposium
September 16th, 2015
Las Vegas, Nevada

211.   <u>The Combative, Uncooperative, Intoxicated Trauma Patient: A Medical, Legal, and Ethical Nightmare!</u>
EMS World
September 17th, 2015
Las Vegas, Nevada

212.   <u>The Medical Impact of Marijuana Legalization</u>
EMS World
September 17th, 2015
Las Vegas, Nevada

213.   <u>How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children</u>
ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

214.   <u>For the Life of all Flesh is the Blood Thereof! Prehospital Use of Blood Products and Systemic Bleeding Control</u>
ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

215.   <u>Trauma STAT! Don't Miss the Visual Cue</u>
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

216.   <u>The Combative, Uncooperative Trauma Patient</u>
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

217.   <u>How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children</u>
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015

San Diego, California

218.    <u>Anxiolysis in Emergency Cardiac Care: 2015 Approaches to Safe Sedation</u>
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

219.    <u>Latest Drugs of Abuse: The Impact of Legalization of Marijuana and Testing of EMS Personnel</u>
EMS Today (JEMS Conference and Exposition
February 25th, 2016
Baltimore, Maryland

220.    <u>Chemical Suicides</u>
EMS Today (JEMS Conference and Exposition)
February 25th, 2016
Baltimore, Maryland

221.    <u>Lightning Rounds: Ask the Eagles</u>
EMS Today (JEMS Conference and Exposition)
February 26th, 2016
Baltimore, Maryland

222.    <u>Deliriously Yours: 2016 Approaches to Managing the Toxic Patients</u>
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

223.    <u>Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS</u>
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

224.    <u>There Will Be Blood in the Streets: On-Scene Use of Plasma, Cells and Other Clot-Musters</u>
First There First Care Regional EMS Conference
May 26th, 2016
Broward County, Florida

225.    <u>Trauma in Pregnancy</u>
43rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th, 2016
Denver, Colorado

226.    <u>Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings</u>
Zuckerberg San Francisco General Hospital and Trauma Center Department of Medicine Grand Rounds
September 6th, 2016
San Francisco, California

227.     <u>Primum Non Nocere – to Yourself: Responding to the Malicious Mayhem of Mentally-ill Menaces</u>
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

228.     <u>No Child (or Adult) Left Behind? The Complexities of Patient Refusal & Non-Transport Decisions</u>
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

229.     <u>Taking the Pressure Off Sedation: Why Ketamine is My Pet Amine</u>
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

230.     <u>Beyond the MVC: Burned, Blasted, and Bolted Trauma Victims</u>
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

231.     <u>Fast Facts: Let's Chat About Trauma</u>
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

232.     <u>The Combative, Uncooperative, Trauma Patient</u>
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

233.     <u>Managing the Malicious Mayhem from Mentally Ill Menaces: The Evolving Roles of EMS in Active Shooter Incidents</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

234.     <u>Grass Roots Experience with Swedish Fish: A Token Presentation on Marijuana Legalization</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

235.     <u>Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS</u>
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

236.     <u>Minding Your P's and Q's: What are the Actual Cardiac Effects of Sedation Practices?</u>

41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

237.     It's No Small Matter: Implementing a Simpler System for Treating
Children
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

238.     Calling a Code Alert on our Mental Health: Suicide in EMS
2017 NAEMSP Annual Meeting and Scientific Assembly
January 26th, 2017
New Orleans, Louisiana

239.     Child Abuse
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

240.     Apparent Life-Threatening Events
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

241.     Impact of Marijuana Legalization
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

242.     Myths in Pediatric Care
2017 Iowa Emergency Medical Services Association Pediatric Conference
February 25th, 2017
Des Moines, Iowa

243.     Traumatic Shock
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

244.     Penetrating Abdominal Trauma
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

245.     The Combative, Intoxicated Trauma Patient: A Medical, Legal, and
Ethical Conundrum!
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

246.     Geriatric Trauma
UCSF High Risk Emergency Medicine Conference
April 9th, 2017
Maui, Hawaii

247.     Accidental Hypothermia

Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
UCSF Wilderness Medicine Medical School Elective and Mini Medical
School for the Public
April 26th, 2017
San Francisco, California

248. High Altitude Illness
Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
UCSF Wilderness Medicine Medical School Elective and Mini Medical
School for the Public
April 26th, 2017
San Francisco, California

249. Managing the Crashing, Combative Trauma Patient
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California

250. Imaging in Trauma
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California

251. Safe Sedation in the Era of Legalized Marijuana
National EMS Safety Summit
August 21st, 2017
Denver, Colorado

252. Safety in EMS – Panel Discussion
National EMS Safety Summit
August 22nd, 2017
Denver, Colorado

253. Lessons Learned from Active Shooter Scenarios
6th Annual Medical-Legal Forum
Mile High Regional Medical and Trauma Advisory Council
September 28th, 2017
Lakewood, Colorado

254. Integration and Challenges of Local, State and Federal Medical Surge
Resources – Perspectives on the SFFW Full Scale Exercise and Asset
Integration
Panelist – Medical Peer to Peer Exchange Seminar
San Francisco Fleet Week 2017
October 4th, 2017
San Francisco, California

255. Trauma STAT! Don't Miss This Visual Cue!
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

256. FAST FACTS: Let's Chat About Adult Trauma
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017

Washington D.C.

257.  Advanced Wound Care Closure in the ED: Putting the Pieces Back Together
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

258.  Pediatric Resuscitation is No Small Matter: 2017 Approaches to Managing Cardiac Events in Children
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana

259.  De-MS in EMS: Fentanyl versus Morphine for Chest Pain Management
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana

260.  Toxic Remarks: Case Studies of Cardiac Effects of Drugs of Abuse
Emergency Cardiovascular Care Update (ECCU) 2017
December 6th, 2017
New Orleans, Louisiana

261.  Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Grand Rounds – University of Michigan Department of Emergency Medicine
January 10th, 2018
Ann Arbor, Michigan

262.  Better Mind Your P's and Q;s: Subtle Cardiac Effects of Drugs of Abuse
EMS State of the Science: A Gathering of Eagles XX
March 2nd, 2018
Dallas, Texas

263.  DeMSing EMS: Why I'd Get Rid of Morphine Sulfate
EMS State of the Science: A Gathering of Eagles XX
March 3rd, 2018
Dallas, Texas

264.  A Grass Roots Experience: The Medical Implications of Marijuana Legalization in Colorado
ZSFG Medicine Grand Rounds
March 27th, 2018
San Francisco, California

265.  Pitfalls in the Trauma Airway
UCSF High Risk Emergency Medicine Hawaii
April 9th, 2018
Maui, Hawaii

266.  Challenging Trauma Case Panel
Moderator
UCSF High Risk Emergency Medicine
April 11th, 2018
Maui, Hawaii

267.  Pitfalls in Patients with Stab Wounds
      UCSF High Risk Emergency Medicine Hawaii
      April 10th, 2018
      Maui, Hawaii

268.  Pitfalls in the Patient Found Down
      UCSF High Risk Emergency Medicine Hawaii
      April 10th, 2018
      Maui, Hawaii

269.  The Combative, Uncooperative Trauma Patient
      SEMPA 360 – Society of Emergency Medicine Physician Assistants National
      Assembly
      May 5th, 2018
      San Antonio, Texas

270.  Mass Casualty: Lessons Learned from the Colorado Shootings
      SEMPA 360 – Society of Emergency Medicine Physician Assistants National
      Assembly
      May 5th, 2018
      San Antonio, Texas

271.  The Medical Impact of Marijuana Legalization
      SEMPA 360 – Society of Emergency Medicine Physician Assistants National
      Assembly
      May 5th, 2018
      San Antonio, Texas

272.  Update on Urologic Emergencies
      Moderator – Panel Discussion on Testicular Torsion, Priapism, and Penile
      Fracture
      American Urological Association (AUA) Annual Meeting 2018
      May 20th, 2018
      San Francisco, California

273.  Assessing Capacity in the Intoxicated Trauma Patient
      Keynote Address – 45th Annual Rocky Mountain Trauma and Emergency
      Medicine Conference
      June 7th, 2018
      Vail, Colorado

274.  Pitfalls in Patients with Stab Wounds
      45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
      June 8th, 2018
      Vail, Colorado

275.  Trauma Panel of Experts
      45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
      June 8th, 2018
      Vail, Colorado

276.  Cruising the Literature: Trauma 2018
      American College of Emergency Physicians (ACEP) National Scientific
      Assembly 2018
      October 2nd, 2018

San Diego, California

277. <u>Fast Facts: Let's Chat about Adult Trauma</u>
American College of Emergency Physicians (ACEP) National Scientific Assembly 2018
October 2nd, 2018
San Diego, California

278. <u>ED Thoracotomy: When, Who, and How</u>
American College of Emergency Physicians (ACEP) National Scientific Assembly 2018
October 3rd, 2018
San Diego, California

279. <u>Clear as Mud: C-Spine Clearance 2018</u>
American College of Emergency Physicians (ACEP) National Scientific Assembly 2018
October 3rd, 2018
San Diego, California

280. <u>Grass-Roots Experience with Rocky Mountain Highs: What Marijuana Legislation did for the C-States</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

281. <u>How to De-Code the No-Load Mode: When a Patient Declines Transport</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

282. <u>Mitigating Child-Like Behaviors: Dismantling Major Myths of EMS Care for Kids</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

283. <u>Not Just a Breathless Experience: The Cardiac Effects of Drugs of Abuse</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

284. <u>Altered States of Mind – Part 1: Sedation Practices in EMS</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

285. <u>Causalities for Caustic Cautions About Precautions: 2018 Approaches to Spinal Motion Restriction</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

286. <u>On the Wings of Eagles – Hot Topics in EMS</u>
Iowa EMS Association (IEMSA) Annual Meeting
November 9th, 2018

Des Moines, Iowa

287.    Myths in Pediatric Care
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

288.    Impact of Legalization of Marijuana on EMS/The Combative Intoxicated Patient
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

289.    Intubation and Sedation of the Critically Ill Patient
High Risk Emergency Medicine 2019
February 19th, 2019
Honolulu, Hawaii

290.    Transfer of the Trauma Patient
High Risk Emergency Medicine 2019
February 20th, 2019
Honolulu, Hawaii

291.    Advanced Wound Care Closure in the ED
High Risk Emergency Medicine 2019
February 22nd, 2019
Honolulu, Hawaii

292.    Persistent Injurious Concepts: Continuing Major Myths in Trauma Care
EMS State of the Science XXI: A Gathering of Eagles
March 1st, 2019
Dallas, Texas

293.    Electrocardiography 501: Subtle ECG Findings You Might Miss
EMS State of the Science XXI: A Gathering of Eagles
March 2nd, 2019
Dallas, Texas

294.    The History of Emergency Medicine
San Diego Trauma Society
April 12th, 2019
San Diego, California

295.    Trauma Literature 2019 – The Latest and Greatest
Grand Rounds: Mount Sinai Health System/Icahn School of Medicine
April 16th, 2019
New York, New York

296.    Hypothermia and Cold Related Injury
2019 Wilderness Medicine Elective
UCSF School of Medicine
May 1st, 2019
San Francisco, California

297.    High Altitude Illness
2019 Wilderness Medicine Elective
UCSF School of Medicine

May 1, 2019
San Francisco, California

298.     Precautionary Cautions About Precautions: 2019 Approaches to Spinal Motion Restriction
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

299.     Mitigating Child-Like Behaviors: Dismantling the Major Myths about Managing Maladies in Minors
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

300.     Acing the Tracing Your Facing: Subtle ECG Findings You Don't Want to Miss
Polk Country Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

301.     Mass Casualty and Disaster Management – Lessons Learned from the Colorado Shootings
Grand Rounds – Department of Emergency Medicine
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

302.     High Altitude Illness
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

303.     Sedation of the Trauma Patient
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

304.     Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
Keynote address – 31st Annual David Miller Memorial Trauma Symposium
October 11th, 2019
Springfield, Missouri

305.     The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield
31st Annual David Miller Trauma Symposium
October 11th, 2019
Springfield, Missouri

306.     Management of Pelvic Trauma – Binders, REBOA, and More!
American College of Emergency Physicians (ACEP) Scientific Assembly, 2019 [ACEP19]
October 28th, 2019
Denver, Colorado

307. <u>Life Saving Procedures in Trauma</u>
American College of Emergency Physicians (ACEP) Scientific Assembly, 2019 [ACEP19]
October 28th, 2019
Denver, Colorado

308. <u>Cruising the Literature – Best Trauma Articles of 2019</u>
American College of Emergency Physicians (ACEP) Scientific Assembly, 2019 [ACEP19]
October 29th, 2019
Denver, Colorado

309. <u>Transfer of the Trauma Patient</u>
Grand Rounds – Kaiser San Francisco
December 3rd, 2019
San Francisco, California

310. <u>Management of Pelvic Fractures</u>
Grand Rounds – Vanderbilt University Medical Center
December 17th, 2019
Nashville, Tennessee

311. <u>Mass Shootings in the United States</u>
Keynote address – Clinical Governance Day
The Royal London Hospital (via Zoom)
February 6th, 2020

312. <u>Mass Casualty and Disaster Management – Lessons Learned from the Colorado Shootings 2020</u>
University of Wisconsin
Emergency Medicine Grand Rounds
September 24th, 2020
Madison, Wisconsin (Virtual)

313. <u>Management of the Agitated Trauma Patient – A Medical, Legal, and Ethical Minefield</u>
University of Wisconsin
Emergency Medicine Grand Rounds
September 24th, 2020
Madison, Wisconsin (Virtual)

314. <u>Cruising the Literature: Trauma 2020</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2020
October 26th, 2020
Dallas, Texas (Virtual – live)

315. <u>Management of Pelvic Trauma</u>
American College of Emergency Physicians (ACEP) Scientific Assembly 2020
October 26th, 2020
Dallas, Texas (Virtual)

316. <u>Managing the Agitated Trauma Patient</u>

American College of Emergency Physicians (ACEP) Scientific Assembly 2020
October 27th, 2020
Dallas, Texas (Virtual)

317.   Resuscitation of the Trauma Patient
American College of Emergency Physicians (ACEP) Scientific Assembly 2020
October 27th, 2020
Dallas Texas (Virtual)

318.   Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
OhioHealth Trauma Care 2020
November 16th, 2020
Columbus, Ohio (Virtual)

319.   Myths in Trauma Care
OhioHealth Trauma Care 2020
November 17th, 2020
Columbus, Ohio (Virtual)

320.   Building Relationships with your ED Team
Trauma Center Association of America – Trauma Medical Director's course
December 3rd, 2020
Mooresville, North Carolina (Virtual)

321.   Meet the Medical Directors – The Ketamine Panel
EMS World Expo Spring Conference, 2021
March 3rd, 2021 (Virtual)

322.   Managing the Agitated Trauma Patient
SEMPA Live
April 12th, 2021 (Virtual)

323.   Management of the Agitated Trauma Patient
Trauma Fundamentals 2021
EMRAP Virtual International Conference
April 14th, 2021

324.   Geriatric Trauma
Trauma Fundamentals 2021
EMRAP Virtual International Conference
April15th, 2021

325.   Building Relationships with your ED Team
Trauma Medical Director Course
Trauma Center Association of America
Mooresville, North Carolina (Virtual)
April 29th, 2021

326.   The Combative, Uncooperative, Arrested and Threatening Trauma Patient
35th Annual Midwest Trauma Conference
May 6th, 2021
Kansas City, Missouri

327.   The Columbine Shooting

35th Annual Midwest Trauma Conference (Keynote)
May 7th, 2021
Kansas City, Missouri

328.   Resuscitation of the Critically Ill Trauma Patient
SEMPA 360 Annual Conference
May 12th, 2021 (Virtual)

329.   On-Scene Inapsine: Getting the Drop on the Overall Amazing utility of Droperidol
EMS State of the Science: XXII – A Gathering of Eagles
First There First Care Conference
June 17th, 2021
Hollywood, Florida

330.   Defend the Glycocalyx (whatever that is)! Why Is Giving Crystalloids in Uncontrollable Hemorrhage So Wrong?
EMS State of the Science: XXII – A Gathering of Eagles
First There First Care Conference
June 17th, 2021
Hollywood, Florida

331.   Minding the Mind of EMS Professionals Part II: Creating Safe Harbors for First Responders in the Golden Gate City
EMS State of the Science: XXII – A Gathering of Eagles
First There First Care Conference
June 18th, 2021

332.   Building Relationships with your Emergency Department Team
Trauma Medical Director Course (Virtual)
Trauma Center Association of America
August 19th, 2021

333.   Endocarditis
Key Topics in Cardiology
EM-RAP Virtual Conference
September 1st, 2021

334.   Management of WPW
Key Topics in Cardiology
EM-RAP Virtual Conference
September 2nd, 2021

335.   Recent Advances in the Resuscitation of the Trauma Patient
3rd Annual Marin-Health Medical Center Trauma Symposium
October 12th, 2021
Marin, California (Virtual)

336.   Resuscitation of the Trauma Patient
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 27th, 2021
Boston, Massachusetts

337.   Breaking the Cycle: Implementing a Community Violence Intervention Program in the ED (James D. Mills, Jr. Memorial Lecture)
American College of Emergency Physicians Scientific Assembly (ACEP21)

October 27th, 2021
Boston, Massachusetts
338.    Management of Pelvic Trauma
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 27th, 2021
Boston, Massachusetts
339.    Cruising the Literature: Trauma 2021
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 28th, 2021
Boston, Massachusetts
340.    Breaking the Cycle: Implementing a Community Violence Intervention
Program in the ED
Grand Rounds – Department of Pediatrics
UCSF School of Medicine
February 8th, 2022
341.    Medical Clearance of the Psychiatric Patient
SEMPA 360
April 6th, 2022
Las Vegas, Nevada
342.    Trauma Literature 2022
SEMPA 360
April 6th, 2022
Las Vegas, Nevada
343.    Trauma Resuscitation Pearls and Pitfalls
High Risk Emergency Medicine
April 10th, 2022
Maui, Hawaii
344.    The Precipitous Delivery
High Risk Emergency Medicine
April 11th, 2022
Maui, Hawaii
345.    Medical Clearance of the Psychiatric Patient
High Risk Emergency Medicine
April 13th, 2022
Maui, Hawaii
346.    Trauma Literature Update 2022
High Risk Emergency Medicine
April 14th, 2022
Maui, Hawaii
347.    Resuscitation of the Penetrating Trauma Patient
EMRAP One
April 20th, 2022
Los Angeles, California
348.    Managing Patients with Agitated Behavior
NAEMT/NAEMSP National Webinar
May 10th, 2022

349. <u>Five More on the Floor: The Five Most Important Trauma Publications of the Past Year</u>
2022 First There First Care Conference
EMS State of the Science: XXIII – A Gathering of Eagles
June 16th, 2022
Hollywood, Florida

350. <u>Deciding Veracity in Capacity with Tenacity: How to Best and Safely Assess the Patient's Ability to Decide Their Own Fate</u>
2022 First There First Care Conference
EMS State of the Science: XXIII – A Gathering of Eagles
June 17th, 2022
Hollywood, Florida

351. <u>Geriatric Trauma</u>
Grand Rounds – University of Texas Southwestern
July 21st, 2022
Dallas, Texas

352. <u>School Shootings</u>
13th International Trauma Congress – Challenges in Trauma Patient Care
July 28th, 2022
Sao Paulo, Brazil (Virtual)

353. <u>Trauma Resuscitation</u>
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 8th, 2022
Whitefish, Montana

354. <u>Trauma Literature 2020-2022</u>
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 8th, 2022
Whitefish, Montana

355. <u>Geriatric Trauma</u>
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 9th, 2022
Whitefish, Montana

356. <u>Management of the Agitated Trauma Patient</u>
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 9th, 2022
Whitefish, Montana

357. <u>Pelvic Trauma</u>
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 11th, 2022
Whitefish, Montana

358. <u>Myths in Trauma Care</u>
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 11th, 2022
Whitefish, Montana

359. <u>Disaster Preparedness – Interactions with the Media</u>
Mass Casualty Incident Training

September 8th, 2022
Tampa, Florida

360.     Disaster Preparedness – Communications during a Disaster
Mass Casualty Incident Training
September 8th, 2022
Tampa, Florida

361.     Disaster Management – Hospital Preparedness
Mass Casualty Incident Training
September 9th, 2022
Tampa, Florida

362.     Disaster Preparedness – Triage
Mass Casualty Incident Training
September 9th, 2022
Tampa, Florida

363.     Disaster Preparedness – Lessons Learned from the Colorado Shootings
Mass Casualty Incident Training
September 9th, 2022
Tampa, Florida

364.     Mass Casualty and Disaster Management – Lesson's Learned from the Colorado Shootings
Grand Rounds – Dartmouth Health
September 14th, 2022
Hanover, New Hampshire

365.     The Latest and Greatest: Trauma Literature 2022
Resident Conference – Department of Emergency Medicine
Dartmouth – Hitchcock Medical Center
September 14th, 2022
Hanover, New Hampshire

366.     Mass Casualty Medical Operations Management
ACEP22 Preconference
September 30th, 2022
San Francisco, California

367.     Debunking Trauma Myths: It's Not Just Politics
ACEP22 Scientific Assembly
October 1st, 2022
San Francisco, California

368.     Cruising the Literature: Trauma 2022
ACEP22 Scientific Assembly
October 2nd, 2022
San Francisco, California

369.     Pelvic Trauma Management
ACEP22 Scientific Assembly
October 2nd, 2022
San Francisco, California

370.     Cruising the Literature: Trauma 2022
ACEP Unconventional

November 2nd, 2022
Virtual
371.

**Certifications**

- NRP, 2009
- ATLS, 2003
    - ATLS Instructor
        - November 18th, 2016
        - July 23rd, 2017
        - June 25th, 2018
        - June 24th, 2019
        - October 17th, 2019
        - June 22nd, 2020
        - July 10th, 2020
        - June 10-11, 2021
        - July 29-30, 2021
        - June 9-10, 2022
        - August 30, 2022
        - March 31st, 2023
- ACLS, 1996
- PALS, 1994
- ATLS instructor, 2010 – present
- BLS, 2016

**Media**

- Tales From the Front Lines - San Francisco Magazine – September, 2017
- How to Control Bleeding – The New York Times Magazine – April 22nd, 2018
- Skinned Knees to Broken Heads: Tracking Scooter Injuries – The New York Times – August 3rd, 2018
- Interview – NBC – Scooter injuries – August 8th, 2018
- Interview – San Francisco Chronicle – Scooter Injuries – August 11th, 2018
- Wines on a Plane: Does Drinking Affect You Differently While Flying? – Wine Spectator, August 21st, 2018
- National Public Radio (NPR) segment – Heat Related Emergencies – October, 2018
- Interview – KPIX TV Channel 5 –  Scooter injuries - January 25th, 2019

- Interview – San Francisco Chronicle – Scooter Injuries – January 26th, 2019
- Interview – RTV6 Indianapolis – Marijuana use kills Indiana teen, mother speaks out. Stephanie Wade, April 11, 2019 (https://www.theindychannel.com/news/working-for-you/marijuana-use-kills-indiana-teen-mother-speaks-out)
- Interview – The New Yorker – Twenty years after Columbine. Michael Luo, April 20th, 2019. (https://www.newyorker.com/news/news-desk/twenty-years-after-columbine)
- Interview – Fox KTVU Channel 2 – San Francisco averaged one fentanyl overdose death a week last year. Amber Led, June 25th, 2019 (http://www.ktvu.com/news/ktvu-local-news/san-francisco-averaged-one-fentanyl-overdose-death-a-week-last-year)
- Patients Leaving AMA: Signed Forms Alone Are Not Sufficient Malpractice Defense. ED Legal Letter, Volume 30, No. 8, p. 85-88, August, 2019
- Interview – San Francisco Chronicle – Psychiatric patients in the ED. August 15, 2019
- Interview – San Francisco Examiner – ED Diversion – September 26th, 2019
- Interview – San Francisco Chronicle – Emergency department management of substance abuse – November 5th, 2019
- Interview – KTVU Channel 2 Morning News (Mornings on 2) – Holiday mishaps – December 20th, 2019 https://sfgov1-my.sharepoint.com/:v:/r/personal/maricella_miranda_sfdph_org/Documents/Media/KTVU%202_Chris%20Colwell_ED%20holidays_2019/IMG_0571.MOV?csf=1&e=RQGwJN
- Interview – KCBS news – Scooter injuries in the ER. January 15th, 2020
- Interview – KTVU Channel 2 Fox News – COVID 19 response, March 19th, 2020 https://www.facebook.com/548490151931030/posts/2731790630267627/
- Interview – LA Times – COVID 19 response, March 22, 2020
- Interview – KQED – COVID 19 response, March 24th, 2020
- Interview – KRON TV – COVID 19 response, March 26th, 2020
- Interview – ABC 7 News – COVID 19 expectations, April 13th, 2020
- Interview – ABD 7 News – COVID 19 and coagulation disorders, April 29th, 2020
- Interview – CalMatters Sacramento – Impact of delaying care during the pandemic, May 12th, 2020
- Interview – Please don't avoid the emergency room. Elemental (Ariela Zebede, author), June 9th, 2020 https://elemental.medium.com/please-dont-avoid-the-emergency-room-aafdd21e477e
- Interview – NBCUniversal - Impact of people staying away from the hospital during the pandemic, June 19th, 2020

- Interview – KGO TV/ABC news – Impact of COVID-19 on behavioral health patients, July 13th, 2020
- Interview – Telemundo – Impact of the pandemic on behavioral health. July 16, 2020
- Interview – KTVU Channel 2 Fox News – Heat –Related Emergencies, August 14th, 2020
- Interview – San Francisco Chronicle – Substance abuse fatalities, September 1st, 2020
- Interview – New York Times – Impact of climate change and fires on the homeless, October 23rd, 2020
- Interview – ABC Channel 7 News – 'Going to be hard': Bay Area doctors prepare for hospital surge as COVID-19 cases increase. November 16th, 2020
  - https://www.msn.com/en-us/news/us/going-to-be-hard-bay-area-doctors-prepare-for-hospital-surge-as-covid-19-cases-increase/ar-BB1b57mx
- Interview – KTVU Fox 2 News – COVID-19 vaccine. December 15th, 2020
  - https://www.ktvu.com/news/bay-area-hospital-workers-set-to-receive-first-vaccinations
- Interview – ABC 7 News – COVID-19 vaccine. December 16th, 2020
  - https://abc7news.com/health/sf-general-hospital-to-administer-its-1st-covid-vaccine-doses/8785757/
- Interview – MSNBC – 3rd Surge of the pandemic. December 26th, 2020
- Interview – KGO TV ABC 7 News – Impact of the 3rd surge of the pandemic, Saturday, January 2nd, 2021
- Interview – ABC news (local and national) – Impact of the holiday celebrations on the hospitals in San Francisco. Saturday, January 9th, 2021
- Interview – SFGATE News – COVID-19 Surge in the Bay Area. January 10th, 2021
  - https://www.sfgate.com/bayarea/article/Christopher-Colwell-SF-General-COVID-surge-plan-15860497.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=share-by-email&utm_medium=email
  - 
- Interview – ABC 7 News – Vaccine roll out in the Bay Area, January 11th, 2021
  - https://abc7news.com/covid-19-vaccinations-california-bay-area-covid-vaccine/9578842/
- Interview – FOX 2 News – Impact of the pandemic on the Bay Area, January 11th, 2021
- Interview – ABC 7 News – Update on the 3rd Surge in the Bay Area, February 22, 2021
- Interview – ABC 7 News – Cannabis Hyperemesis Syndrome, March 10th, 2021

- Interview – The Dr. Oz Show – FOX (KTVU) – Is the Worst Behind Us? Coming off the 3rd Surge of the Coronavirus Pandemic. March 10th, 2021
- Interview – ABC 7 News – Update on the vaccine distribution – Entering Phase 1C. March 14th, 2021
- Interview – ABC7 News – Use of Beta-Blockers for performance enhancement. April 5th, 2021
- Interview – ABC7 News – Complications of the Johnson and Johnson vaccine. April 23rd, 2021
- Interview – SFGATE – 'Fentanyl has changed the whole landscape': San Francisco faces worst drug epidemic ever. June 15th, 2021
  - https://www.sfgate.com/bayarea/article/fentanyl-San-Francisco-overdose-drug-epidemic-16237333.php
- Interview – KGO-TV ABC7 News – The delta variant of COVID-19. July 9th, 2021
- Interview – ABC7 News – Breakthrough COVID-19 infections. July 10th, 2021
- Interview – KTVU Fox 2 – The fentanyl epidemic. July 14th, 2021
  - https://www.facebook.com/100057784162664/posts/243433964259407/
- Interview – KGO-TV ABC7 – Live – Breakthrough cases and pandemic update. July 12th, 2021
  - https://www.facebook.com/abc7news/videos/194262392659562/
- Interview – Neurology Consult Delays Can Become an Issue in Claims. ED Legal Letter July, 2021; Vol. 32, Issue 7: pp. 80-82.
- Interview – Good Morning America (national broadcast) KGO-TV ABC7 News – Pandemic of the unvaccinated. July 20th, 2021
- Interview – KGO-TV ABC7 News – The Fourth Surge. July 28th, 2021
- Interview – KGO-TV ABC7 SF Live – Vaccine update. August 2, 2021
  - https://www.facebook.com/abc7news/videos/347754970393905/
- Interview – KGO-TV ABC7 News – Supplemental vaccines. August 2, 2021
- Interview – NPR – Press Play with Madeleine Brand – Why some people may need a booster shot, especially if they got Johnson and Johnson's single dose. August 10th, 2021
  - https://www.kcrw.com/news/shows/press-play-with-madeleine-brand/coronavirus-kids-tech-tv-film-sfv/vaccine-covid-booster
- Interview – Associated Press – Quake survivors face elevated risk of amputations and other injuries. Published in the San Francisco Chronicle, August 29th, 2021
- Interview – KTVU Fox 2 – Opioid overdoses and the continuing epidemic. September 30th, 2021
- Interview – KGO-TV ABC7 News – Impact of vaccine mandates on the Emergency Department. October 4th, 2021
- Interview – KCBS Radio – The impact of gun violence on our communities. November 7th, 2021

- Interview – Police Transport More Patients with Mental Health Needs to ED. Published in ED Management, Vol. 33, No. 11; p. 143-5. November, 2021
- Interview – KGO-TV ABC7 News – Travel over the holidays in the current state of the pandemic. December 17th, 2021
- Interview – KGO-TV ABC7 News – Impact on the ED of the Omicron surge. January 3rd, 2022
- Interview – KGO-TV ABC7 News – Staffing and resource shortages during the pandemic. January 4th, 2022.
- Interview – KGO-TV ABC7News – Update on the pandemic. January 23rd, 2022
- Interview – KGO-TV ABC7 News – Staffing shortage impacts during the current pandemic surge. January 31st, 2022
- Interview – ABC News – Impact of the pandemic on the opioid epidemic. March 12th, 2022
- Interview – KRON4 News – The dangers of fentanyl overdoses. April 2nd, 2022
- Interview – KGO-TV ABC7 News – Current state of the pandemic. April 27th, 2022
- Interview – When ED Providers Overlook Information Conveyed by EMS. Published in ED Management June, 2022: Vol. 34, No. 6, pgs. 92-93
- Interview – KGO-TV ABC7 News – Update on the current COVID surge. May 27th, 2022
- Interview – MedPage Today – Emergency docs on injuries from assault weapons. May 31st, 2022
- Interview – Washington Post – Trauma physicians have become depressingly prepared for mass shootings. July 1, 2022
- Interview – Denver7 ABC News – The Denver Channel – Droperidol for acute agitation in the ambulance. August 11th, 2022
- Interview – San Jose Mercury News – Impact of the heat on the emergency department. September 6th, 2022
- Interview – KQED radio – Voter outreach to patients experiencing homelessness from the ED. October 19th, 2022
- Interview – KGO-TV ABC7 News – Respiratory season update. November 29th, 2022
- Interview – San Francisco Chronicle – Impact of the cold weather on patients in the Emergency Department. November 30th, 2022
  - https://www.sfchronicle.com/sf/article/Cold-cement-can-mess-up-your-bones-17625052.php
- Interview – Medscape – Impact of gun reform efforts on the Emergency Department. December 16th, 2022
- Interview – Associated Press – How long can people survive in the rubble of an earthquake. February 8th, 2023

- Interview – Wall Street Journal – Earthquake recovery and exposure-related risks and injuries. February 8th, 2023
- Interview – Washington Post – Rescue efforts in the aftermath of the earthquakes in Turkey and Syria. February 12th, 2023
- Interview – BBC World News – Survival after an earthquake. February 14th, 2023
- Interview – Arabi 21 – How long can a person survive under the rubble of an earthquake? February 16th, 2023
- Interview – TRT World Global News Channel – Recovery efforts in Turkey and Syria after the earthquake – Surviving under rubble. February 20th, 2023
- Interview – Fox 2 News – Safety of hospital workers with recent carjacking. February 20th, 2023.
- Interview – Medpage Today – Uptick in Gun Deaths 'At the Scene' Point to Increased Injury Lethality. April 5th, 2023
- Interview – Medpage Today – Gun Deaths Among Kids Have Surged: Report. April 11th, 2023
- Interview – CBS Saturday Morning – Why cities nationwide are suing opioid makers. April 15th, 2023

**Additional Activities**

- Citizen CPR training
  - August 14th, 2021
  - September 4th, 2021
  - April 9th, 2022
- President, Sigma Phi Epsilon fraternity, Ann Arbor, MI  1987-1988 Active Member: 1984-1988
- Varsity Tennis, University of Michigan, Ann Arbor, MI 1984-1988 Big Ten Team Champions: 1985, 1986, 1988.   NCAA Team Semifinals: 1988
- Psi Chi Honor Society 1987-1988
- Captain, Varsity Tennis Team, La Jolla High School, La Jolla, CA
- Michigan Alumnae Scholarship recipient, San Diego Chapter 1984-1985

**Languages**     Fluent in Spanish