# EXHIBIT P

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680
_____

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN
RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT,
GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER
KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, THE CITY OF LOUISVILLE, COLORADO,
THE CITY OF BOULDER, COLORADO, and THE BOARD OF COUNTY
COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

REMOTE VIDEO 30(b)(6) DEPOSITION OF
ROCKY MOUNTAIN GUN OWNERS
by
TAYLOR RHODES
APPEARING REMOTELY FROM
LITTLETON, COLORADO
July 11, 2023
_____

```
                                                              Page 2
 1   REMOTE APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFFS:
             BARRY ARRINGTON, ESQ.
 3           Arrington Law Firm
             3801 East Florida Avenue, Suite 830
 4           Denver, Colorado  80210
             Phone:  303-205-7870
 5           Email:  barry@arringtonpc.com
 6
     ON BEHALF OF THE DEFENDANTS:
 7           KEVIN TROWEL, ESQ.
             CAREY R. DUNNE, ESQ.
 8           Free & Fair Litigation Group
             266 W. 37th Street, 20th Floor
 9           New York, New York  10018
             Phone:  646-434-8604
10           Email:  kevin@freeandfairlitigation.org
             Email:  carey@freeandfairlitigation.org
11
             and
12
             JENNIFER KIM, ESQ.
13           Davis Polk & Wardwell, LLP
             1600 El Camino Real
14           Menlo Park, California  94025
             Phone:  650-752-2000
15           Email:  jennifer.kim@davispolk.com
16           and
17           GARRETT MARTIN, ESQ.
             MACKENZIE BOUVERAT, ESQ.
18           MATTHEW HANNER, ESQ.
             Davis Polk & Wardwell, LLP
19           450 Lexington Avenue, 11th Floor
             New York, New York 10017
20           Phone:  212-450-3070
             Email:  garrett.martin@davispolk.com
21           Email:  mackenzie.bouverat@davispolk.com
             Email:  matthew.hanner@davispolk.com
22
23   Also Present:  James Jones
                    Gordon Madonna
24                  Jerry DeBoer, videographer
25
```

```
                                                              Page 3
 1          PURSUANT TO WRITTEN NOTICE and the appropriate
 2   rules of civil procedure, the remote video 30(b)(6)
 3   deposition of ROCKY MOUNTAIN GUN OWNERS by TAYLOR RHODES,
 4   called for examination by the Defendants, was taken remotely
 5   from Littleton, Colorado, commencing at 9:12 a.m. Mountain
 6   Time, on July 11, 2023, before Deanna Baysinger, appearing
 7   remotely from Jefferson County, Colorado, a Notary Public
 8   and Registered Professional Reporter in and for the State of
 9   Colorado.
10
11
12
13                            I N D E X
14   EXAMINATION:                                            PAGE
15   By Mr. Trowel                                              6
16
17

     EXHIBITS:                                               PAGE
18
19   Exhibit 1    Notice of Deposition                         12
20   Exhibit 2    Declaration of Dudley Brown                  19
21   Exhibit 3    Screenshot from RMGO's website               29
22   Exhibit 4    RMGO Membership Form                         40
23   Exhibit 5    Complaint                                    65
24
25
```

Page 86

```
 1   enter into a giveaway.
 2          Q.   Prior to giving the firearms away, did RMGO
 3   gather any information about the recipient?
 4          A.   I'm -- I'm not following.  You have -- of
 5   course, I mean, we couldn't have contacted them to give
 6   it to them otherwise but...
 7          Q.   For example, did RMGO confirm that none of
 8   the recipients, you know, had a felony conviction that
 9   would have precluded them from possessing a firearm?
10          A.   RMGO did not.  The FFL that was
11   responsible for transferring did.
12          Q.   I see.  Got it.  Okay.  Thank you.
13               I just want to turn -- I think this is
14   going to be our last topic for today.
15               As far as you are aware, has any member of
16   RMGO actually -- let me withdraw that and start again.
17               I'm going to use the words assault weapon,
18   and I'm going to use that term as it's used in the
19   challenged ordinances.  Okay?
20          A.   Okay.
21          Q.   Has any member, as far as you are aware,
22   any member of RMGO fired an assault weapon in
23   self-defense?
24          A.   Not to my knowledge.
25          Q.   Has any -- as far as you are aware, has any
```

Page 87

1  member of RMGO brandished an assault weapon in
2  self-defense?
3        A.   Not to my knowledge.
4        Q.   As far as you are aware, has any member of
5  RMGO fired a weapon equipped with a magazine capable of
6  holding 10 or more rounds in self-defense?
7        A.   Not to my knowledge.
8        Q.   As far as you are aware, has any member of
9  RMGO brandished a weapon equipped with a magazine capable
10 of holding 10 or more rounds in self-defense?
11       A.   Not to my knowledge.
12       MR. TROWEL: Mr. Arrington, can I have a
13 moment to consult with my colleagues, and then I think
14 that may be it for us.
15       MR. ARRINGTON: Of course, Counsel.
16       MR. TROWEL: Thank you.
17       THE VIDEOGRAPHER: Going off the record.
18 The time is 11:21.
19       (Recess from 11:21 a.m. to 11:25 a.m.)
20       THE VIDEOGRAPHER: We're back on the
21 record. The time is 11:25.
22       MR. TROWEL: Thank you very much,
23 Mr. Rhodes and Mr. Arrington. We don't have any further
24 questions today. I appreciate you taking the time to
25 talk to us, and that's it.