# EXHIBIT R

```
                                                              Page 1
 1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 22-cv-2680
 3   _____
 4   ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN
     RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT,
 5   and GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER
     KEHOE,
 6
              Plaintiffs,
 7
     v.
 8
     THE TOWN OF SUPERIOR, THE CITY OF LOUISVILLE, COLORADO,
 9   THE CITY OF BOULDER, COLORADO, and THE BOARD OF COUNTY
     COMMISSIONERS OF BOULDER COUNTY,
10
              Defendants.
11   _____
12              REMOTE VIDEO DEPOSITION OF
13                  JAMES MICHAEL JONES
14                APPEARING REMOTELY FROM
15                 LOUISVILLE, COLORADO
16                    July 19, 2023
17   _____
18          (CONFIDENTIAL DESIGNATIONS PENDING)
19
20
21
22
23
24
25
```

```
                                                           Page 2

 1   REMOTE APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFFS:
            BARRY ARRINGTON, ESQ.
 3          Arrington Law Firm
            3801 East Florida Avenue, Suite 830
 4          Denver, Colorado  80210
            Phone:  303-205-7870
 5          Email:  barry@arringtonpc.com
 6
     ON BEHALF OF THE DEFENDANTS:
 7          JENNIFER KIM, ESQ.
            Davis Polk & Wardwell, LLP
 8          1600 El Camino Real
            Menlo Park, California  94025
 9          Phone:  650-752-2000
            Email:  jennifer.kim@davispolk.com
10
            and
11
            GARRETT MARTIN, ESQ.
12          ALLIE RUTTER, ESQ.
            Davis Polk & Wardwell, LLP
13          450 Lexington Avenue, 11th Floor
            New York, New York 10017
14          Phone:  212-450-3070
            Email:  garrett.martin@davispolk.com
15          Email:  allie.rutter@davispolk.com
16          and
17          VERONIQUE VAN GHEEM, ESQ.
            Boulder City Attorney's Office
18          Boulder County Justice Center
            1777 6th Street
19          Boulder, Colorado
            Phone:  303-441-3020
20          Email:  vangheemv@bouldercolorado.gov
21
22   Also Present:  Jerry DeBoer, videographer
23
24
25
```

Page 43

```
 1   clearing those.
 2        Q.   Would the firearms work with magazines that
 3   accept fewer rounds?
 4        A.   Yes.
 5        Q.   And in what circumstances do you generally
 6   use the magazines with the firearms?
 7        A.   Range shooting when I go.
 8        Q.   Anything other than range shooting?
 9        A.   No.  Like I said, other than my, you know,
10   carry pistols, no.
11        Q.   Are you currently planning to purchase any
12   additional magazines that accept more than 10 rounds?
13        A.   No.
14        Q.   Are you currently planning to sell any of
15   your magazines that accept more than 10 rounds?
16        A.   No.
17        Q.   Do you currently have any plans to transfer
18   your magazines that accept more than 10 rounds --
19        A.   No.
20        Q.   -- to anyone else?
21        A.   No.
22        Q.   Okay.  All right.  Have you ever fired any
23   of your firearms in self-defense, Mr. Jones?
24        A.   No.
25        Q.   Have you ever brandished any of your
```

Page 44

```
 1   firearms in self-defense?
 2           A.   No.
 3           Q.   Moving on now, a little bit more background
 4   on you, Mr. Jones.
 5                Are you currently a citizen of the US?
 6           A.   Yes.
 7           Q.   Have you ever been convicted of a crime?
 8           A.   No.
 9           Q.   Are you currently under indictment for any
10   crime?
11           A.   No.
12           Q.   Have you ever been the subject of a
13   restraining order or an order of protection?
14           A.   No.
15           Q.   Have you ever been addicted to a controlled
16   substance?
17           A.   No.
18           Q.   Do you currently engage in any illegal use
19   of controlled substances?
20           A.   No.
21           Q.   Have you ever been involuntarily
22   hospitalized or committed to a mental health or substance
23   abuse treatment facility by a court or another authority?
24           A.   No.
25           Q.   Have you ever been found by a court or
```