# EXHIBIT S

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680
_____

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT, and GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, THE CITY OF LOUISVILLE, COLORADO, THE CITY OF BOULDER, COLORADO, and THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

REMOTE VIDEO DEPOSITION OF
MARTIN CARTER KEHOE
APPEARING REMOTELY FROM
LONGMONT, COLORADO
July 19, 2023
_____

(CONFIDENTIAL DESIGNATIONS PENDING)

```
                                                          Page 2

 1   REMOTE APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFFS:
             BARRY ARRINGTON, ESQ.
 3           Arrington Law Firm
             3801 East Florida Avenue, Suite 830
 4           Denver, Colorado  80210
             Phone:  303-205-7870
 5           Email:  barry@arringtonpc.com
 6
     ON BEHALF OF THE DEFENDANTS:
 7           JENNIFER KIM, ESQ.
             Davis Polk & Wardwell, LLP
 8           1600 El Camino Real
             Menlo Park, California  94025
 9           Phone:  650-752-2000
             Email:  jennifer.kim@davispolk.com
10
             and
11
             ALLIE RUTTER, ESQ.
12           Davis Polk & Wardwell, LLP
             450 Lexington Avenue, 11th Floor
13           New York, New York 10017
             Phone:  212-450-3070
14           Email:  allie.rutter@davispolk.com
15
     Also Present:   James Jones
16                   Kachun Leung
                     Jerry DeBoer, videographer
17
18
19
20
21
22
23
24
25
```

```
1            Q.    But right now when the ordinance isn't
2     active, you do have those types of items available for
3     sale.
4            A.    Correct.
5            Q.    All right.  A few more questions about your
6     firearms.
7                  Have you ever fired any of your firearms
8     in self-defense?
9            A.    No.
10           Q.    Have you ever brandished any of your
11    firearms in self-defense?
12           A.    Not in a criminal capacity but certainly
13    as a -- you said in your personal capacity?
14           Q.    Yes, personally have you ever brandished
15    any in self-defense?
16           A.    The only thing I can think of was a
17    hunting incident, I had a dog that was growling and
18    barking come up to me, and I pulled it out just because I
19    thought it was going to come after me.  And after a lot
20    of yelling, he eventually just ran off.
21           Q.    And that's only incident that you can think
22    of?
23           A.    Yeah, that's all I can think of.
24           Q.    Okay.  All right.  A few questions about
25    you now, not related to your firearms.
```