# EXHIBIT T

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680
_____

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT, and GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, THE CITY OF LOUISVILLE, COLORADO, THE CITY OF BOULDER, COLORADO, and THE BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

REMOTE VIDEO DEPOSITION OF
BRYAN LAFONTE
APPEARING REMOTELY FROM
LOUISVILLE, COLORADO
July 13, 2023
_____

(CONFIDENTIAL DESIGNATIONS PENDING)

```
                                                              Page 2
 1    REMOTE APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
              BARRY ARRINGTON, ESQ.
 3            Arrington Law Firm
              3801 East Florida Avenue, Suite 830
 4            Denver, Colorado  80210
              Phone:  303-205-7870
 5            Email:  barry@arringtonpc.com
 6
      ON BEHALF OF THE DEFENDANTS:
 7            MARTHA REISER, ESQ.
              CAREY R. DUNNE, ESQ.
 8            Free & Fair Litigation Group
              266 W. 37th Street, 20th Floor
 9            New York, New York  10018
              Phone:  646-434-8604
10            Email:  martha@freeandfairlitigation.org
              Email:  carey@freeandfairlitigation.org
11
              and
12
              JENNIFER KIM, ESQ.
13            Davis Polk & Wardwell, LLP
              1600 El Camino Real
14            Menlo Park, California  94025
              Phone:  650-752-2000
15            Email:  jennifer.kim@davispolk.com
16
      ON BEHALF OF THE DEFENDANTS, THE CITY OF LOUISVILLE and the
17    TOWN OF SUPERIOR:
              GORDON VAUGHAN, ESQ.
18            Vaughan & DeMuro
              111 S. Tejon Street
19            Colorado Springs, Colorado  80903
              Phone:  719-578-5500
20            Email:  gvaughan@vaughandemuro.com
21
      Also Present:  James Jones
22                   Martin Kehoe
                     Neal P. Billig
23                   Jerry DeBoer, videographer
24
25
```

Page 34

```
 1   any of your magazines?
 2             A.   No.
 3             Q.   And do you have any current plans to
 4   transfer any of your magazines?
 5             A.   Again, similar to with the guns, I don't
 6   have any current plans, but you never know what might
 7   happen.
 8             Q.   Yeah.  So have you ever fired either of
 9   your -- any of your firearms in self-defense?
10             A.   No.
11             Q.   And have you ever brandished any of them in
12   self-defense?
13             A.   No.
14             Q.   Okay.  So are you currently a citizen of
15   the United States?
16             A.   Yes.
17             Q.   And have you ever been convicted of a
18   crime?
19             A.   No.
20             Q.   Does that include the time when you were a
21   juvenile?
22             A.   Yes.
23             Q.   And are you currently under indictment for
24   any crime?
25             A.   No.
```