# EXHIBIT U

```
                                                               Page 1
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2

      Civil Action No. 22-cv-2680
 3    _____
 4    ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN
      RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT,
 5    and GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER
      KEHOE,
 6
                Plaintiffs,
 7
      v.
 8
      THE TOWN OF SUPERIOR, THE CITY OF LOUISVILLE, COLORADO,
 9    THE CITY OF BOULDER, COLORADO, and THE BOARD OF COUNTY
      COMMISSIONERS OF BOULDER COUNTY,
10
                Defendants.
11   _____
12             REMOTE VIDEO DEPOSITION OF
13                  GORDON MADONNA
14              APPEARING REMOTELY FROM
15               LOUISVILLE, COLORADO
16                  July 25, 2023
17   _____
18          (CONFIDENTIAL DESIGNATIONS PENDING)
19
20
21
22
23
24
25
```

```
                                                          Page 2

 1   REMOTE APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFFS:
              BARRY ARRINGTON, ESQ.
 3            Arrington Law Firm
              3801 East Florida Avenue, Suite 830
 4            Denver, Colorado  80210
              Phone:  303-205-7870
 5            Email:  barry@arringtonpc.com
 6
     ON BEHALF OF THE DEFENDANTS:
 7            JENNIFER KIM, ESQ.
              Davis Polk & Wardwell, LLP
 8            1600 El Camino Real
              Menlo Park, California  94025
 9            Phone:  650-752-2000
              Email:  jennifer.kim@davispolk.com
10
11   Also Present:   James Jones
                     Neal P. Billig
12                   Jerry DeBoer, videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 53
 1          Q.   (By Ms. Kim)  Then let's move on to discuss
 2   the topic of self-defense.
 3               Have you ever fired, in your professional
 4   capacity, any of your firearms in self-defense?
 5          A.   Yes.
 6               MR. ARRINGTON:  Objection.  Asked and
 7   answered.  Go ahead and answer.
 8          Q.   (By Ms. Kim)  Go ahead, Mr. Madonna.
 9          A.   Yes.
10          Q.   And that was the one instance that you and
11   I discussed earlier.
12          A.   Correct.
13          Q.   Have you, in your personal capacity, ever
14   fired any of your firearms in self-defense?
15          A.   No.
16          Q.   In your personal capacity, have you ever
17   brandished any of your firearms in self-defense?
18          A.   Not that I recall.
19          Q.   All right.  Moving on.
20               Are you currently a citizen of the United
21   States?
22          A.   Yes.
23          Q.   Have you ever been convicted of a crime?
24          A.   No.
25          Q.   Are you currently under indictment for any
```