# EXHIBIT V

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680
_____

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, CHARLES BRADLEY WALKER, BRYAN LAFONTE, CRAIG WRIGHT, and GORDON MADONNA, JAMES MICHAEL JONES, and MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR, CITY OF LOUISVILLE, COLORADO, CITY OF BOULDER, COLORADO, and BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

REMOTE VIDEO DEPOSITION OF
CRAIG WRIGHT
APPEARING REMOTELY FROM
LOUISVILLE, COLORADO
July 18, 2023
_____

(CONFIDENTIAL DESIGNATIONS PENDING)

```
                                                          Page 2

 1                    REMOTE APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
              BARRY ARRINGTON, ESQ.
 3            Arrington Law Firm
              3801 East Florida Avenue, Suite 830
 4            Denver, Colorado  80210
              Phone:  303-205-7870
 5            Email:  barry@arringtonpc.com
 6
      ON BEHALF OF THE DEFENDANTS:
 7            WILLIAM TAYLOR, ESQ.
              ELEUTHERA SA, ESQ.
 8            Everytown For Gun Safety Support Fund
              450 Lexington Avenue
 9            New York, New York 10017
              Email:  wtaylor@everytown.org
10            Email:  esa@everytown.org
11            and
12            JENNIFER KIM, ESQ.
              Davis Polk & Wardwell, LLP
13            1600 El Camino Real
              Menlo Park, California  94025
14            Phone:  650-752-2000
              Email:  jennifer.kim@davispolk.com
15
16    Also Present:  James Jones
                     Jerry DeBoer, videographer
17
18
19
20
21
22
23
24
25
```

Page 108

```
 1              Q.    Do you currently have any plans to sell any
 2       of your magazines?
 3              A.    No.
 4              Q.    Do you currently have any plans to transfer
 5       any of your magazines?
 6              A.    Nope.
 7              Q.    Have you ever fired any of your -- have you
 8       ever fired a firearm in self-defense?
 9              A.    I have not.
10              Q.    Have you ever brandished a firearm in
11       self-defense?
12              A.    I have not.
13              Q.    Ever displayed it or pointed it in
14       self-defense, if those terms mean anything different than
15       brandished to you.
16              A.    I have not.
17              Q.    Are you a US citizen?
18              A.    I am.
19              Q.    Have you ever been convicted of a felony?
20              A.    No.
21              Q.    Have you ever been convicted of a
22       misdemeanor?
23              A.    No.
24              Q.    Are you currently under indictment for any
25       crime?
```