EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

## Declaration of LOUIS KLAREVAS

I, Louis Klarevas, declare as follows:

1. I am over the age of 18 years of age and competent to testify to the matters stated below and do so based on my personal knowledge.

2. I have attached a copy of a revised expert report I have prepared as Exhibit 1 to this declaration, which includes a copy of my curriculum vitae (attached as an exhibit to my revised report). The opinions expressed in this report are based on my knowledge, skill, experience, training, and education, and I hold these opinions to a reasonable degree of professional certainty. I hereby adopt and incorporate my revised report in this declaration as if set forth in full.

3. Earlier, I had submitted an expert report dated May 5, 2023, which is attached (minus exhibits) to this declaration as Exhibit 2. In the May 5 report, I discussed certain numerical figures published by the National Shooting Sports Foundation ("NSSF") claiming to capture the number of modern sporting rifles (AR- and AK-platform rifles) and ammunition magazines in civilian circulation in the United States. Subsequent to the submission of my expert report, it was reported that NSSF's estimates were calculated using questionable

methods.[1] Furthermore, in sworn testimony that was also given subsequent to the submission of my expert report, the creator of the NSSF charts in question acknowledged that the NSSF's numbers included firearms not in the possession of private citizens.[2] To account for these over-estimates, Paragraphs 14, 27, and 28 of my report (including footnotes), which address the NSSF figures in question, have been revised.

4. In the five months that have passed since my original expert report was submitted, I have submitted declarations in additional cases. Paragraph 6 of my revised expert report—which contains a list of all the cases, since January 1, 2019, in which I have testified through deposition, trial, or declaration—has also been updated.

5. Other than the changes described above, my revised report is the same as my May 5 report. Additionally, there are no changes to any of the exhibits submitted with the May 5 report. A redline document showing all of changes between my May 5 report and my revised report is attached to this declaration as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 20th day of October, 2023
at Nassau County, NY

Louis Klarevas

---

[1] Will Van Sant, "The Gun Industry's Trade Group Is Using Flimsy Data in Big Court Cases," *The Trace*, October 5, 2023, *available at* https://www.thetrace.org/2023/10/nssf-high-capacity-magazine-ammo-data (last accessed October 17, 2023).

[2] Deposition of James Curcuruto, *Wiese v. Bonta*, 2:17-cv-00903-WBS-KJN (E.D. Cal.), August 3, 2023, 126:9–127:22, 128:6–129:9, 131:18–133:3, 152:2-6, *available via* Declaration of Andrew Hughes, Ex. 1, *Sullivan v. Ferguson*, 3:22-cv-05403-DGE (W.D. Was.), ECF 119-1.