# EXHIBIT B

16. The growing use of assault weapons to carry out gun massacres is a clear theme reflected in the data. The *disproportionate* resort to assault weapons by perpetrators of high-fatality mass shootings is another obvious theme. According to the Declaration of James Curcuruto of the National Sport Shooting Foundation (NSSF) in the present case, as of December 2019, "modern sporting rifles" made up approximately 4% of all firearms in circulation in American society (17.7 million out of 423 million firearms).[5] If assault weapons were used in proportion to the percentage of modern sporting rifles in circulation, approximately 4% of all gun massacres would involve assault weapons. Yet, in 2019 (the year corresponding to NSSF's survey data), 75% of all gun massacres were committed with assault rifles (*see* Exhibit 3), far outpacing their relative prevalence in society.

17. Of the 103 gun massacres since 1980, 28 involved assault weapons, resulting in a cumulative 399 deaths (*see* Exhibit 3). The average death toll for these 28 gun massacres involving assault weapons is 14.3 fatalities per shooting (*see* Table 2). By contrast, the average death toll for the 75 incidents in which assault weapons were not used is 8.1 fatalities per shooting. In other words, the use of assault weapons in gun massacres resulted in a 77% increase in fatalities per incident. In the past decade, the difference is even more pronounced—far more than double: 7.9 versus 20.5 deaths per incident (*see* Table 2). This amounts to a 159% increase in the average death toll, attributed to the use of assault weapons. Moreover, since 1980, assault weapons have been used in 80% of all gun massacres with 25 or more deaths—establishing a relationship between assault weapons and the deadliest gun massacres. The data demonstrate that assault weapons are dangerous force multipliers when used to perpetrate high-fatality mass shootings.

---

[5] Declaration of James Curcuruto in Support of Plaintiffs' Motion for Preliminary Injunction, *Miller v. Becerra* (S.D. Cal. Dec. 6, 2019), No. 19-cv-1537-BEN-JLB, Doc. 22-13, para. 15.