**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2680-NYW-SKC**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE
REVISED KLAREVAS DECLARATION**

---

Defendants respectfully submit this response to Plaintiffs' motion to exclude Dr. Klarevas's revised report (the "Motion to Exclude") filed with this court on October 29, 2023 (CM/ECF Dkt. No. 79).

Plaintiffs' motion completely mischaracterizes the revised report submitted by Dr. Klarevas. As explained in Dr. Klarevas's declaration (CM/ECF Dkt. No. 78-11 at 2-3) – and as emphasized to Plaintiffs prior to their filing of their motion – Dr. Klarevas's revised report made changes to only four paragraphs of his original report. One of those paragraphs was updated to include additional matters in which Dr. Klarevas testified. The other three paragraphs were updated to provide additional detail on his original report based on information that only became available after Dr.

1

Klarevas submitted his original report.  The revised report does not alter any of Dr. Klarevas's

opinions from his original report.  Plaintiffs are therefore incorrect to say that Dr. Klarevas has

attempted to repudiate portions of his original report – he has not.

Notwithstanding that, given the non-material changes to the revised report, and to avoid

burdening the Court with needless disputes, Defendants will agree to withdraw Dr. Klarevas's

revised report.  Accordingly, Defendants request the Court (1) deny Plaintiffs' Motion to Exclude

(CM/ECF Dkt. No. 79) as moot and (2) disregard the revised version of Dr. Klarevas's report that

Defendants attached to their summary judgment motion (CM/ECF Dkt. No. 78-11 at 4-396) and

instead consider only the original version of Dr. Klarevas's report, which Defendants also attached

to their summary judgment motion (CM/ECF Dkt. No. 78-12 at 2-36).


 Dated:  November 3, 2023

                                         Respectfully submitted,

                          By:    */s/  Christopher P. Lynch*
                                 Antonio J. Perez-Marques
                                 James H.R. Windels
                                 Christopher P. Lynch
                                 David B. Toscano
                                 Hendrik van Hemmen
                                 Jennifer Kim
                                 DAVIS POLK & WARDWELL LLP
                                 450 Lexington Avenue
                                 New York, NY 10017
                                 (212) 450-4515
                                 antonio.perez@davispolk.com
                                 james.windels@davispolk.com
                                 christopher.lynch@davispolk.com
                                 david.toscano@davispolk.com
                                 hendrik.vanhemmen@davispolk.com
                                 jennifer.kim@davispolk.com
                                 *Counsel for All Defendants*

                                 Carey R. Dunne
                                 Kevin Trowel

                                 2

Martha Reiser
FREE AND FAIR LITIGATION GROUP
266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
*Counsel for All Defendants*

William Taylor
EVERYTOWN LAW
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215
wtaylor@everytown.org
*Counsel for All Defendants*

Gordon L. Vaughan
VAUGHAN & DEMURO
111 South Tejon Street
Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for Town of Superior and Town of Louisville*

Luis A. Toro
Teresa T. Tate
BOULDER CITY ATTORNEY'S OFFICE
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

David Evan Hughes
Catherine R. Ruhland
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org

3

*Counsel for the Board of County Commissioners of Boulder County*

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I served a true and complete copy of the foregoing **DEFENDANT'S MOTION TO PARTIALLY STRIKE EXPERT REPORT AND PARTIALLY EXCLUDE TESTIMONY OF MARK PASSAMANECK**, upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Barry Kevin Arrington
Arrington Law Firm
3801 East Florida Ave., Suite 830
Denver, CO 80210
barry@arringtonpc.com

*Attorneys for Plaintiffs*

Dated:  November 3, 2023

Respectfully submitted,

By:   */s/  Christopher P. Lynch*

Christopher P. Lynch
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4515
christopher.lynch@davispolk.com
*Counsel for All Defendants*

5