**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

       Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

       Defendants.

---

**JOINT MOTION FOR LEAVE TO FILE STATEMENTS**
**REGARDING SUPPLEMENTAL AUTHORITY**

---

Plaintiffs and Defendants respectfully submit this joint motion for leave to file brief statements of supplemental authority relating to the Supreme Court's decision in *United States v. Rahimi*, 602 U.S. ___, 2024 WL 3074728 (June 21, 2024), and other matters as described below. In support thereof, the parties state:

1.      On October 12, 2022, Plaintiffs filed the instant action challenging Town of Superior, Colorado, Code ch. 10, art. IX; City of Louisville, Colorado, Code tit. 9, ch. VIII; City of Boulder, Colorado, Rev. Cod. tit. 5, ch. VIII; and Boulder County, Colorado, Ord. No. 2022-5 (the "Ordinances"), alleging that the Ordinances violate the Second Amendment to the U.S. Constitution (ECF 1).

2.      On October 20, 2023, the parties filed cross-motions for summary judgment (ECF 76; ECF 78).  On December 12, 2023, the parties filed reply memoranda in further support of their respective motions, thereby completing briefing on the motions (ECF 83; ECF 84).

3.      On June 21, 2024, the Supreme Court issued its opinion in *Rahimi* addressing the constitutionality of a federal statute (18 U.S.C. § 922(g)(8)) under the Second Amendment and discussing other Second Amendment decisions rendered by the Court, including *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022).  The parties submit that the Court's opinion in *Rahimi* may be pertinent to the motions pending before Your Honor.

4.      In addition, since the parties completed briefing on the motions in this matter, federal courts have rendered other decisions in cases involving Second Amendment challenges to state and local laws similar to the Ordinances.

5.      The parties submit that the Supreme Court's opinion in *Rahimi* and other recent decisions by federal courts may be pertinent to the pending motions and that supplemental statements by the parties regarding these matters could be helpful to the Court.  The parties further submit that statements of supplemental authority will not unduly delay the Court's ability to decide the parties' motions, nor prejudice any party.

For the foregoing reasons, the parties respectfully request that the Court allow them to file, no later than August 16, 2024, statements of supplemental authority of no more than ten pages each, addressing the relevance of *Rahimi* and other recent decisions to the pending motions.

Dated:  July 12, 2024

Respectfully submitted,

*Barry K. Arrington*
Arrington Law Firm
3801 E. Florida Ave., Ste. 830
Denver, CO 80210
Phone: (303) 205-7870
barry@arringtonpc.com

*Shaun Pearman*
*Eric P. Apjoke*
The Pearman Law Firm, P.C.
4195 Wadsworth Blvd.
Wheat Ridge ,CO
Phone: (303) 991-7600
eric@pearmanlawfirm.com
shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

s/ Gordon L. Vaughan
*Gordon L. Vaughan*
VAUGHAN & DEMURO
111 South Tejon Street, Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for Town of Superior and City of Louisville*

*Antonio J. Perez-Marques*
*James H.R. Windels*
*Christopher P. Lynch*
*David B. Toscano*
*Hendrik van Hemmen*
*James C. Butler*
*Jennifer Kim*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4515
antonio.perez@davispolk.com
james.windels@davispolk.com
christopher.lynch@davispolk.com
david.toscano@davispolk.com
hendrik.vanhemmen@davispolk.com
james.butler@davispolk.com
jennifer.kim@davispolk.com
*Counsel for All Defendants*

*Carey R. Dunne*
*Kevin Trowel*
*Martha Reiser*
FREE AND FAIR LITIGATION GROUP
266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
*Counsel for All Defendants*

3

#98584205v14

*William Taylor*
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org
*Counsel for All Defendants*

*Luis A. Toro*
*Teresa T. Tate*
BOULDER CITY ATTORNEY'S OFFICE
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

*David Evan Hughes*
*Catherine R. Ruhland*
BOULDER COUNTY ATTORNEY'S
OFFICE
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org
*Counsel for the Board of County*
*Commissioners of Boulder County*

#98584205v14