IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-JPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND
TO ORDER TO SHOW CAUSE AND RESPOND TO RESPONSE**

---

    Plaintiffs and Defendants, by their respective counsel, move the Court for a brief extension of time for Plaintiffs to respond to the Court's Order to Show Cause and for Defendants to respond to Plaintiffs' response. As grounds for this motion, they state:

    1.    The Court issued its Memorandum Opinion and Order (the "Order") on September 30, 2024 (ECF 96).

    2.    The Order states as follows (in the part pertinent to this motion):

1

> Plaintiffs are **ORDERED to SHOW CAUSE** as to why summary judgment should not enter in favor of Defendants for lack of subject matter jurisdiction by no later than **October 15, 2024**. Defendants may then **RESPOND** to any filing by Plaintiffs by no later than **October 29, 2024**.

Order, 19-20.

3. Plaintiffs' counsel has the following major events on his calendar prior to October 15:

| | |
|---|---|
| October 7 | First Circuit argument in Boston, Massachusetts |
| October 11 | Deposition |
| October 14-16 | Previously scheduled trip to New York, New York for argument before the Second Circuit |

These matters are in addition to other matters to which counsel must attend prior to October 15.

4. Plaintiffs' counsel does not have sufficient time to comply with the Court's order prior to October 15, 2024, and respectfully requests an extension through and including November 1, 2024.

5. Defendants request a commensurate extension of time to respond to Plaintiffs' response through and including November 22, 2024.

6. No party will be prejudiced by the requested relief and the interests of justice will be served thereby.

WHEREFORE, the parties respectfully move the Court to amend the previously quoted part of the Order to state:

> Plaintiffs are **ORDERED to SHOW CAUSE** as to why summary judgment should not enter in favor of Defendants for lack of subject matter jurisdiction by no later than **November 1, 2024**. Defendants may then **RESPOND** to any filing by Plaintiffs by no later than **November 22, 2024**.

Respectfully submitted October 2, 2024.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
(303) 205-7870
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

s/ Gordon L. Vaughan_____
Gordon L. Vaughan
VAUGHAN & DEMURO
111 South Tejon Street
Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for Town of Superior and City of Louisville*

Antonio J. Perez-Marques
James H.R. Windels
Christopher P. Lynch
David B. Toscano
Hendrik van Hemmen
James C. Butler
Jennifer Kim
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4515
antonio.perez@davispolk.com

james.windels@davispolk.com
christopher.lynch@davispolk.com
david.toscano@davispolk.com
hendrik.vanhemmen@davispolk.com
james.butler@davispolk.com
jennifer.kim@davispolk.com
*Counsel for All Defendants*

Carey R. Dunne
Kevin Trowel
Martha Reiser
FREE AND FAIR LITIGATION GROUP
266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
*Counsel for All Defendants*

William Taylor
EVERYTOWN LAW
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org
*Counsel for All Defendants*

Luis A. Toro
Teresa T. Tate
BOULDER CITY ATTORNEY'S OFFICE
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

David Evan Hughes
Catherine R. Ruhland
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO 80306

4

5

(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org
*Counsel for the Board of County Commissioners of Boulder County*