IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

## DECLARATION OF HANNAH HILL

1. My name is Hannah Hill. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration. I am the Vice President of the National Foundation for Gun Rights. In that capacity, I manage litigation for Plaintiff National Association for Gun Rights ("NAGR") and often for Rocky Mountain Gun Owners ("RMGO").

    A.    Superior

1

2.	NAGR and RMGO have members in the Town of Superior, Colorado whose Second Amendment rights are burdened by the Superior Ordinance. For example, in addition to named Plaintiff Charles Bradley Walker, NAGR member "RP" owns a magazine with a capacity of 32 rounds that a family member gave him 12 years ago. This magazine is banned by the Superior Ordinance because it has a capacity in excess of 10 rounds. A RMGO member listed as "John Doe" owns a Bushmaster XM-15, which he purchased in 2014. In 2023, Mr. Doe purchased a Bushmaster AR-450 and a 15-round pistol magazine. These rifles are banned by the Superior Ordinance because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and has a pistol grip.

B.	**City of Boulder**

3.	NAGR and RMGO have members in the City of Boulder, Colorado, whose Second Amendment rights are burdened by the City of Boulder Ordinance. For example, in addition to named Plaintiff James Michael Jones, NAGR/RMGO members "John Doe" and "MG" reside in the City of Boulder. Mr. Doe owns a "VZ 58." MG owned an Aero Precision 556 at the time this action was filed. After this action was filed, he sold the Aero Precision 556 and acquired an AR-15. These weapons are "assault weapons" under the Boulder Ordinance because each is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and each has a pistol grip. Mr. Doe owns a MagLite magazine with a capacity of 15 rounds; MG has 10 Springfield XC magazines with a capacity of 15

2

rounds. These qualify as "large capacity magazines" because they have a capacity in excess of 10 rounds.

### C.   Louisville

4.   NAGR and RMGO have members in the City of Louisville, Colorado, whose Second Amendment rights are burdened by the City of Louisville Ordinance. For example, in addition to named Plaintiffs Bryan LaFonte and Gordon Madonna, NAGR member "AM" and RMGO member "BP" live in Louisville. BP has owned an AR-15 since 1981, and Colt AR-15 20-round magazines. AM acquired a Daniels Defense Mark 12 on June 11, 2022, and owns two Magpul 30-round magazines. These weapons are "assault weapons" under the Louisville Ordinance because each is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and each has a pistol grip.

### D.   Boulder County

5.   NAGR and RMGO have members who reside in unincorporated Boulder County, Colorado, whose Second Amendment rights are burdened by the County's Ordinance. For example, in addition to named Plaintiff Martin Carter Kehoe, NAGR member "CG"; a RMGO member listed as "John Doe"; and "John Roe" and "JB" (who are members of both organizations), live in unincorporated Boulder County. CG owns a Glock 17 magazine that holds 15 rounds; John Doe has owned a Smith & Wesson M&P 15 since 2017; John Roe owns two AR platform pistols; JB owns an AR-15 which he purchased in 2009. These weapons are "assault weapons" under the County's Ordinance because each is a semi-automatic center-fire rifle

that has the capacity to accept a detachable magazine and each has a pistol grip. Each of these members has at least one magazine with a capacity of over ten rounds.

6. Of the persons described in paragraph 5, three will obtain banned rifles or magazines within the next 18 months. Specifically, John Doe plans to purchase a Wilson Combat Recon Tactical AR-15, and JB would like to purchase an AK-47.

7. Of the persons described in paragraph 5, two plan to transfer banned rifles and magazines. Specifically, CG plans to transfer the Glock 17 15-round magazine to children and grandchildren; John Doe plans to give his Smith and Wesson M&P-15 to his adult daughter.

8. I, Hannah Hill, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

*[signature]*

Hannah Hill
Date: October 31, 2024

4