IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## DECLARATION OF JAMES MICHAEL JONES
---

    1.    My name is James Michael Jones. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

    2.    I own a S&W Sport I rifle. This is an "AR platform" rifle, which means it is similar to an AR-15. This is an "assault weapon" pursuant to the City of Boulder "assault weapon" ban because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and it has a pistol grip. I purchased this rifle on September 8, 2015, from Bison Arms in Longmont, Colorado.

1

3. I own a S&W Sport II rifle. This is an "AR platform" rifle, which means it is similar to an AR-15. This is an "assault weapon" pursuant to the City of Boulder "assault weapon" ban because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and it has a pistol grip. I purchased this rifle on June 23, 2016, from Bison Arms in Longmont, Colorado.

4. I own a Colt Expanse CE1000 rifle. This is an "AR platform" rifle, which means it is similar to an AR-15. This is an "assault weapon" pursuant to the City of Boulder "assault weapon" ban because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and it has a pistol grip. I purchased this rifle on July 21, 2016, from Bison Arms in Longmont, Colorado.

5. I have eight S&W 6906 Magazines with a capacity of 12 rounds. I purchased these magazines in August 2017. Each of these magazines is a banned "large capacity magazine" pursuant to the City of Boulder Ordinance because each has a capacity of 12 rounds.

6. I have a HEXMAG HX-AR Series 2 Magazine with a capacity of 15 rounds. I purchased this magazine in July 2016. This magazine is a banned "large capacity magazine" pursuant to the City of Boulder Ordinance because each has a capacity of 15 rounds.

7. I did not register my "assault weapons" because I do not want the firearms I own recorded in a government database.

8. I plan to purchase a CZ compact 75D magazine with a capacity of 14 rounds within the next year. This magazine is a banned "large capacity magazine"

2

pursuant to the City of Boulder Ordinance because each has a capacity of 14 rounds.

I, James Michael Jones, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
James Michael Jones
Date: October 28, 2024