IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

DECLARATION OF MARTIN CARTER KEHOE

---

    1.    My name is Martin Carter Kehoe. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

    2.    I own the following firearms:

(a) Zastava ZPAPM70 -- 7.62x39 (purchased on 6/30/2023);

(b) Rock River LAR-15 -- 5.56 (purchased in May 2009);

(c) Colt LE6920 – 5.56 (purchased in August 2019);

(d) Colt LE6920 – 5.56 (c2) (purchased on March 17, 2022);

1

(e) Aero Precision M5 .308 semi-auto rifle (purchased on March 15, 2024).

3. Each of the firearms listed in paragraph 2 is an "assault weapon" as defined in Boulder County's Ordinance because each of them is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and each has a pistol grip.

4. I own the following magazines:

(a) 2 Sig Sauer 30-round magazines – 5.56;

(b) 1 Glock 19 15-round magazine;

(c) 4 Springfield Hellcat 13-round magazines

(d) 1 Springfield Hellcat 15-round magazines.

5. Each of the magazines listed in paragraph 4 is a "large capacity magazine" under Boulder County's Ordinance because it has a capacity in excess of ten rounds.

6. As of the date this action was filed, I planned to purchase additional "assault weapons" as that term is defined in the Boulder County Ordinance. I followed through on those plans when I purchased the Aero Precision M5 .308 semi-auto rifle on March 15, 2024.

I, Martin Carter Kehoe, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

*[signature]*
Martin Carter Kehoe
Date: October 28, 2024

2