IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## DECLARATION OF BRYAN LAFONTE

---

1.     My name is Bryan LaFonte. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I own the Daniel Defense DDM4V7 pictured here:



3. Purchase Date: June 10, 2022

4. Purchase Location: Fuquay Gun (Fuquay-Varina, N.C.) via Gunbroker.com

5. This is an "assault weapon" pursuant to the City of Louisville "assault weapon" ban because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and has a pistol grip, a telescoping stock, a flash suppressor, and a shroud that completely encircles the barrel.

6.  I own the Palmetto State Armory PA-15 pictured here:



7.  Purchase Date: February 28, 2024

8.  Purchase Location: palmettostatearmory.com

9.  This is an "assault weapon" pursuant to the City of Louisville "assault weapon" ban because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and has a pistol grip, a telescoping stock, a flash suppressor, and a shroud that completely encircles the barrel.

10. I own the Mission First Tactical 15/30PM556 AR-15 Magazines pictured here:



11. I purchased 12 of these magazines from Sportsman's Warehouse in June 2022.

12. One of these broke around October 2023 while training (the baseplate broke from being dropped).

13. Shortly thereafter, I purchased three more of these magazines from Sportsman's Warehouse. I generally use 12 magazines, so I replaced the one that broke and kept 2 as spares.

14. Each of these magazines is a banned "large capacity magazine" pursuant to the City of Louisville Ordinance because each has a capacity of 15 rounds.

4

15. I own the Sig Sauer P365 XL Magazines pictured here:



16. I purchased two of these on September 6, 2022 from gunbroker.com.

17. I purchased one on September 16, 2022 from sigsauer.com.

18. I purchased one in July 2023 from Westminster Arms.

19. I purchased one in August 2023 from Westminster Arms.

20. I purchased two in March 2024 from Sheels.

21. These were all 12-round magazines in their stock configuration. I modified the three magazines pictured at the top of the photograph with MagGuts +2 conversion kits so that the hold up to 14 rounds. I purchased the MagGuts +2

conversion kits from magguts.com on September 21, 2022, November 11, 2022, and January 20, 2023.

22. Each of these magazines is a banned "large capacity magazine" pursuant to the City of Louisville Ordinance because each has a capacity of 12 or 14 rounds.

23. Future Plans

24. I have current plans to purchase a Daniel Defense DD5V4 (7.62×51mm NATO) within the next year. This is an "assault weapon" under the City of Louisville Ordinance because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and has a pistol grip, a telescoping stock, a flash suppressor, and a shroud that completely encircles the barrel. I also intend to purchase 4–6 15-round magazines for use with this firearm.

25. I have current plans to purchase a Glock 19 Gen5 with a threaded barrel in the next 6 months. This is an "assault weapon" under the City of Louisville Ordinance because it is a semi-automatic center-fire pistol that has a threaded barrel. I also intend to purchase 4–6 15-round magazines for use with this firearm. I intend to purchase additional 15-round AR-15 magazines to replace my existing magazines as they wear out or break.

26. I intend to purchase 3 additional 12-round P365 XL magazines within one year.

27. I did not register my "assault weapons" because I do not want the firearms I own recorded in a government database.

I, Bryan LaFonte, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

*[signature]*

Bryan LaFonte
Date: October 28, 2024