IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## DECLARATION OF GORDON MADONNA

---

1.    My name is Gordon Madonna. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.    I own a Colt Model 6920 rifle chambered in .223. This is an "AR platform" rifle, which means it is similar to an AR-15. This is an "assault weapon" pursuant to the City of Louisville "assault weapon" ban because it is a semi-automatic center-fire rifle that has the capacity to accept a detachable magazine and it has a pistol grip. I purchased this rifle in approximately 2010.

1

3. I own approximately 15 magazines with a capacity of 30 rounds. I have used these magazines with my Colt rifle for years. They are PMAG 30 AR/M4 magazines from Magpul Industries.

4. I did not register my rifle because I was a police officer for 40 years and thus think it is absurd to require me to register my firearms with the government.

5. I have current plans to replace at least two of my 30 round magazines within the next year because they are worn out.

6. I believe the Ordinance is an unconstitutional ex post facto law because it prohibits me from possessing rifles and magazines that I owned for years before the Ordinance was enacted.

I, Gordon Madonna, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

_____
Gordon Madonna
Date: October 29, 2024