## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.

---

## DECLARATION OF CHARLES BRADLEY WALKER

---

1.     My name is Charles Bradley Walker.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.     I own the following firearms:

(a)  a Glock 17 that I acquired in the 90s.

(b) a Russian SKS that I acquired in the 90s.

(c) a Swedish army rifle that I acquired more than 10 years ago.

(d) a Browning shotgun.

3.          The Glock 17 falls within the definition of assault weapon under the

Superior ordinance because it is a semi-automatic center-fire pistol with a threaded

barrel.

4.          I have 19-round, 21-round, and 33 round magazines for my Glock 17

handgun.  All of these magazines are "large capacity magazines" under the Superior

Ordinance because they all have the capacity to accept more than ten rounds.

I, Charles Bradley Walker, pursuant to 28 U.S.C. § 1746, declare under penalty

of perjury that I have reviewed the foregoing, that I am competent to testify in this

matter, and that the facts contained therein are true and correct.

_____

Charles Bradley Walker
Date:  October 31, 2024