IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

After Plaintiffs filed their response to the Court's Order to Show Cause (ECF 100), the Tenth Circuit issued its opinion in *Rocky Mountain Gun Owners v. Polis*, No. 23-1251, 2024 WL 4677573, at *7 (10th Cir. Nov. 5, 2024). The Tenth Circuit's opinion contains a detailed analysis of the standing issue in the context of Second Amendment challenges. It specifically rejects a requirement of "granular specificity" for standing evidence such as that advocated by Defendants. *Rocky*

1

*Mountain Gun Owners v. Polis*, No. 23-1251, 2024 WL 4677573, at *7 (10th Cir. Nov. 5, 2024).

/s/ Barry K. Arrington
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
(303) 205-7870
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

/s/ Barry K. Arrington
_____
Barry K. Arrington