# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-2680-NYW-TPO**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice of Supplemental Authority to inform the Court of a recent federal appellate court ruling involving assault weapons and large-capacity magazines that issued since their most recent filing in this case.

On April 17, 2025, the U.S. Court of Appeals for the First Circuit issued a decision in *Capen v. Campbell*, No. 24-1061, --- F.4th ----, 2025 WL 1135269 (1st Cir. Apr. 17, 2025), rejecting a Second Amendment challenge to a Massachusetts law prohibiting the sale, transfer, and possession of assault weapons and large-capacity magazines capable of accepting more than 10 rounds of ammunition. Defendants cited and pointed this Court to the district court's decision in *Capen*, which denied plaintiffs'

motion for a preliminary injunction, in their August 16, 2024 Statement of Supplemental Authority. *See* Defs.' Statement of Suppl. Authority, Dkt. 93, at 9 & n.13.

On appeal, the First Circuit unanimously affirmed, holding that plaintiffs "ha[d] failed to demonstrate that they are likely to succeed on the merits of either of their assault weapons- or LCM-related challenges." *Capen*, 2025 WL 1135269, at *13; *see id.* at *6-13. Applying its prior opinion in *Ocean State Tactical, LLC v. Rhode Island*, 95 F.4th 38 (1st Cir. 2024)—which rejected a similar Second Amendment challenge to a Rhode Island law prohibiting large-capacity magazines[1]—the First Circuit found that (i) Massachusetts's assault weapons prohibition continues the tradition of "protect[ing] the public from the danger caused by weapons that create a particular public safety threat," *Capen*, 2025 WL 1135269, at *6-12, and (ii) the holding in *Ocean State* squarely foreclosed plaintiffs' challenge to Massachusetts's large-capacity magazine prohibition, *id.* at *12-13. A copy of the First Circuit's decision in *Capen* is attached as Exhibit 1.

---

[1] Defendants previously cited and discussed the First Circuit's opinion in *Ocean State* in in their August 16, 2024 Statement of Supplemental Authority. *See* Defs.' Statement of Suppl. Authority, Dkt. 93, at 7-8 & 8 n.9.

Dated: May 8, 2025

Respectfully submitted,

By: /s/ William J. Taylor, Jr.

Antonio J. Perez-Marques
James H.R. Windels
Christopher P. Lynch
David B. Toscano
Hendrik van Hemmen
Jennifer Kim
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4515
antonio.perez@davispolk.com
james.windels@davispolk.com
christopher.lynch@davispolk.com
david.toscano@davispolk.com
hendrik.vanhemmen@davispolk.com
james.butler@davispolk.com
jennifer.kim@davispolk.com
*Counsel for All Defendants*

Carey R. Dunne
Kevin Trowel
Martha Reiser
FREE AND FAIR LITIGATION GROUP
266 W. 37th Street, 20th Floor
New York, NY 10018
(917) 499-2279
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
*Counsel for All Defendants*

Gordon L. Vaughan
VAUGHAN & DEMURO
111 South Tejon Street
Suite 545
Colorado Springs, CO 80903
(719) 578-5500
gvaughan@vaughandemuro.com
*Counsel for Town of Superior and City of Louisville*

William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, P.O. Box 4184
New York, NY 10163
(646) 324-8215
wtaylor@everytown.org
*Counsel for All Defendants*

Luis A. Toro
Teresa T. Tate
BOULDER CITY ATTORNEY'S OFFICE
P.O. Box 791
1777 Broadway
Boulder, CO 80306
(303) 441-3020
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
*Counsel for the City of Boulder*

David Evan Hughes
Catherine R. Ruhland
BOULDER COUNTY ATTORNEY'S OFFICE
P.O. Box 471
Boulder, CO 80306
(303) 441-3190
dhughes@bouldercounty.org
truhland@bouldercounty.org
*Counsel for the Board of County Commissioners of Boulder County*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I served a true and complete copy of the foregoing DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY upon all parties herein by e-filing with the CM/ECF system maintained by the Court, which will send notification of such filing to the parties of record.

Dated: May 8, 2025

                                                        Respectively submitted,

                                                        By: /s/ William J. Taylor, Jr.
                                                        William J. Taylor, Jr.
                                                        EVERYTOWN LAW
                                                        450 Lexington Avenue, P.O. Box 4184
                                                        New York, NY 10163
                                                        (646) 324-8215
                                                        wtaylor@everytown.org
                                                        *Counsel for All Defendants*