IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
---

Plaintiffs submit the following supplemental authority to inform the Court of a holding in the Supreme Court today that is dispositive of one of the central issues in this case.

On June 5, 2025, the United States Supreme Court entered its decision in *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, --- S.Ct. ---, 2025 WL 1583281 (U.S. June 5, 2025) (slip. op. attached), in which the Court dismissed Mexico's case against seven gun manufacturers for failure to state a claim. *Id.*, at

1

2

*9. Critically for purposes of this case, Mexico argued that its claim was supported by the fact that the manufacturers sold "military style" assault weapons including AR–15 rifles and AK–47 rifles. The Court rejected this argument holding:

> Finally, Mexico's allegations about the manufacturers' "design and marketing decisions" add nothing of consequence. As noted above, Mexico here focuses on the manufacturers' production of "military style" assault weapons, among which it includes AR–15 rifles [and] AK–47 rifles. *But those products are both widely legal and bought by many ordinary consumers.* (*The AR–15 is the most popular rifle in the country.* See T. Gross, How the AR–15 Became the Bestselling Rifle in the U. S., NPR (Apr. 20, 2023.) The manufacturers cannot be charged with assisting in criminal acts just because Mexican cartel members like those guns too.

*Id.*, at *8 (cleaned up; emphasis added).

In *D.C. v. Heller*, 554 U.S. 570 (2008), the Court held that the government may not ban firearms that are in common use by law abiding citizens. *Id.*, at 625, 627. In *Smith & Wesson Brands,* the Court held that AR–15 rifles and AK–47 rifles are in common use by by ordinary citizens. Moreover, the Court held that the mere fact that criminals also use those firearms has no bearing on the analysis. See also *Garland v. Cargill*, 602 U.S. 406, 429 (2024) (Sotomayor, J., dissenting) (semiautomatic rifles like those used in Las Vegas shooting, which included AR-15s, are "commonly available, semiautomatic rifles").

*Smith & Wesson Brands, Inc.* is absolutely dispositive on the issue of whether AR–15 rifles and AK–47 rifles are protected by the Second Amendment. Because they are in common use by ordinary citizens, they are protected.

Respectfully submitted June 5, 2025.

*/s/ Barry K. Arrington*
_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
(303) 205-7870
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025 I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

3