IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Plaintiffs move for a two-week extension of time in which to file an amended complaint. As grounds for this motion they state:

**Certification**: The undersigned conferred with Defendants' counsel. Defendants do not oppose this motion.

1.    Last evening, Plaintiffs received the Court's Amended Order [Doc. 112].

1

2. The Amended Order directs Plaintiffs to file an amended complaint by tomorrow, July 23, 2025.

3. Plaintiffs' counsel will be in a deposition later today. After that, he will be working on a brief that is due on July 28. Accordingly, he does not have sufficient time to draft an amended complaint, have it reviewed and verified by multiple parties, and filed by tomorrow.

4. Accordingly, Plaintiffs request a two-week extension through and including August 6, 2025, in which to file the verified amended complaint require by the Amended Order. If events change, Plaintiffs will endeavor to file the amended complaint before August 6.

5. This motion is unopposed; no party will be prejudiced by the requested relief, and the interests of justice will be served thereby.

WHEREFORE, Plaintiffs respectfully move the Court for a two-week extension through and including August 6, 2025, in which to file the verified amended complaint required by the Amended Order.

Respectfully submitted this 22nd day of July 2025.

/s/ Barry K. Arrington
_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
(303) 205-7870
barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard

Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington

3