IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE, and
JAMES MICHAEL JONES,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

_____

## STIPULATION OF EXTENSION OF TIME TO ANSWER
_____

Under District of Colorado Local Rule 6.1, Plaintiffs and Defendants stipulate to an extension of time for Defendants to respond to the First Amended Complaint (Doc. 116).

1. Defendants' deadline to respond to the First Amended Complaint is currently August 15, 2025.

2. Under the Local Civil Rules, the parties may agree to one extension of time not to exceed 21 days to respond to a pleading or amended pleading. D.C.COLO.LCivR 6.1.

3. The parties have not previously stipulated to such an extension of time in this matter.

4. Accordingly, under Local Civil Rule 6.1, the parties stipulate to a 21-day extension of time, until September 5, 2025, for Defendants to respond to the First Amended Complaint.

5. Counsel for the parties certify that they are providing a copy of this stipulation to their clients pursuant to D.C.COLO.LCivR 6.1(c) and as noted in the certificate of service.

Respectfully submitted this 7th day of August 2025.

| | |
|---|---|
| s/ Antonio J. Perez-Marques<br>Antonio J. Perez-Marques<br>David Toscano<br>Christopher Lynch<br>James Windels<br>Hendrik van Hemmen<br>Jennifer So Jin Kim<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br> (212) 450-4000 (phone)<br>antonio.perez@davispolk.com<br>david.toscano@davispolk.com<br>christopher.lynch@davispolk.com<br>james.windels@davispolk.com<br>Hendrik.vanhemmen@davispolk.com<br>jennifer.kim@davispolk.com<br>ATTORNEYS FOR DEFENDANTS<br><br>s/ Luis A. Toro<br>Luis A. Toro, Senior Attorney<br>Taylor Tate, City Attorney<br>BOULDER CITY ATTORNEY'S OFFCE<br>1777 Broadway | /s Gordon L. Vaughan<br>Gordon L. Vaughan<br>VAUGHAN & DeMURO<br>111 South Tejon Street, Suite 545<br>Colorado Springs, CO 80903<br>(719) 578-5500 (phone)<br>gvaughan@vaughandemuro.com<br>ATTORNEY FOR DEFENDANTS<br>THE TOWN OF SUPERIOR and<br>CITY OF LOUISVILLE, COLORADO<br><br>s/ Carey R. Dunne<br>Carey R. Dunne<br>Kevin Trowel<br>Martha Reiser<br>FREE AND FAIR LITIGATION GROUP<br>266 West 37th Street, 20th Floor<br>New York, NY 10018<br>(646) 434-8604 (phone)<br>carey@freeandfair.org<br>kevin@freeandfair.org<br>martha@freeandfair.org<br>ATTORNEYS FOR DEFENDANTS |

Boulder, CO 80302
(303) 441-3020 (phone)
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
ATTORNEY FOR DEFENDANT
CITY OF BOULDER, COLORADO


s/ David Hughes
David Hughes, Deputy County Attorney
Catherine R. Ruhland, Deputy County Attorney
BOULDER COUNTY ATTORNEY
P.O. Box 471
Boulder, CO 80306
(303) 441-3190 (phone)
dhughes@bouldercounty.org
truhland@bouldercounty.org
ATTORNEY FOR DEFENDANT
BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY


s/ William J. Taylor, Jr.
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215 (phone)
wtaylor@everytown.org
ATTORNEY FOR DEFENDANTS

s/ Barry K. Arrington
Barry K. Arrington
ARRINGTON LAW FIRM
3801 East Florida Avenue, Suite 830
Denver, CO 80210
(303) 205-7870 (phone)
barry@arringtonpc.com
ATTORNEY FOR PLAINTIFFS

and

Shaun Pearman
Eric P. Apjoke
THE PEARMAN LAW FIRM, P.C.
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033-4618
(303) 991-7600 (phone)
shaun@pearmanlaw.com
eric@pearmanlaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

I further certify that on this 7th day of August, 2025, the foregoing was served on the following parties and/or their representatives via email:

**PLAINTIFFS**
[via private email addresses sent by Plaintiffs' counsel Arrington]

**DEFENDANTS**
[via private email addresses sent by undersigned counsel]

                                        s/ Gordon L Vaughan
                                        Gordon L. Vaughan