IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE, and
JAMES MICHAEL JONES,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.
_____

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE RENEWED MOTIONS FOR SUMMARY JUDGMENT**
_____

    Plaintiffs and Defendants submit this joint motion to extend the current August 14, 2025, deadline to file renewed motions for summary judgment until September 5, 2025. In support thereof, the parties state as follows:

    1.    The Court's Amended Order of July 21, 2025 (Doc. 112), provides a deadline for the parties to file renewed motions for summary judgment, which is no later than 14 days from the Court's ruling on Plaintiffs' Motion for Additional Discovery (Doc. 92).

2. By order of July 31, 2025 (Doc. 113), the Court denied Plaintiffs' Motion for Additional Discovery (Doc. 92). The renewed motions for summary judgment are thus currently due no later than August 14, 2025.

3. To allow the parties time to fully present their arguments and prepare their renewed motion papers, including by incorporating and addressing developments in Second Amendment caselaw since they filed their original motions for summary judgment in October 2023, both Plaintiffs and Defendants request an extension to September 5, 2025, to file their renewed motions for summary judgment, if any.

4. The parties have separately stipulated to extend the time for Defendants to respond to the First Amended Complaint (Doc. 117). Granting this motion thus also would align the deadlines for the renewed motions for summary judgment and the response to the First Amended Complaint.

5. This is the parties' first request for an extension of the deadline to file renewed motions for summary judgment.

6. Counsel for the parties certify that they are providing a copy of this motion to their clients pursuant to D.C.COLO.LCivR 6.1(c) and as noted in the certificate of service.

WHEREFORE, it is requested that the Court grant both Plaintiffs and Defendants an extension to September 5, 2025, to file their renewed motions for summary judgment.

Respectfully submitted this 7th day of August 2025.

| | |
|---|---|
| s/ Antonio J. Perez-Marques<br>Antonio J. Perez-Marques<br>David Toscano<br>Christopher Lynch<br>James Windels<br>Hendrik van Hemmen<br>Jennifer So Jin Kim<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000 (phone)<br>antonio.perez@davispolk.com<br>david.toscano@davispolk.com<br>christopher.lynch@davispolk.com<br>james.windels@davispolk.com<br>Hendrik.vanhemmen@davispolk.com<br>jennifer.kim@davispolk.com<br>ATTORNEYS FOR DEFENDANTS | /s Gordon L. Vaughan<br>Gordon L. Vaughan<br>VAUGHAN & DeMURO<br>111 South Tejon Street, Suite 545<br>Colorado Springs, CO 80903<br>(719) 578-5500 (phone)<br>gvaughan@vaughandemuro.com<br>ATTORNEY FOR DEFENDANTS<br>THE TOWN OF SUPERIOR and<br>CITY OF LOUISVILLE, COLORADO |
| s/ Luis A. Toro<br>Luis A. Toro, Senior Attorney<br>Taylor Tate, City Attorney<br>BOULDER CITY ATTORNEY'S OFFCE<br>1777 Broadway<br>Boulder, CO 80302<br>(303) 441-3020 (phone)<br>torol@bouldercolorado.gov<br>tatet@bouldercolorado.gov<br>ATTORNEY FOR DEFENDANT<br>CITY OF BOULDER, COLORADO | s/ Carey R. Dunne<br>Carey R. Dunne<br>Kevin Trowel<br>Martha Reiser<br>FREE AND FAIR LITIGATION GROUP<br>266 West 37th Street, 20th Floor<br>New York, NY 10018<br>(646) 434-8604 (phone)<br>carey@freeandfair.org<br>kevin@freeandfair.org<br>martha@freeandfair.org<br>ATTORNEYS FOR DEFENDANTS |
| s/ David Hughes<br>David Hughes, Deputy County Attorney<br>Catherine R. Ruhland, Deputy County Attorney<br>BOULDER COUNTY ATTORNEY<br>P.O. Box 471<br>Boulder, CO 80306<br>(303) 441-3190 (phone)<br>dhughes@bouldercounty.org<br>truhland@bouldercounty.org<br>ATTORNEY FOR DEFENDANT | s/ Barry K. Arrington<br>Barry K. Arrington<br>ARRINGTON LAW FIRM<br>3801 East Florida Avenue, Suite 830<br>Denver, CO 80210<br>(303) 205-7870 (phone)<br>barry@arringtonpc.com<br>ATTORNEY FOR PLAINTIFFS<br><br>and<br><br>Shaun Pearman<br>Eric P. Apjoke<br>THE PEARMAN LAW FIRM, P.C.<br>4195 Wadsworth Boulevard<br>Wheat Ridge, CO 80033-4618<br>(303) 991-7600 (phone)<br>shaun@pearmanlaw.com<br>eric@pearmanlaw.com |

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY | ATTORNEYS FOR PLAINTIFFS |

s/ William J. Taylor, Jr.
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215 (phone)
wtaylor@everytown.org
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

I further certify that on this 7th day of August, 2025, the foregoing was served on the following parties and/or their representatives via email:

**PLAINTIFFS**
[via private email addresses sent by Plaintiffs' counsel Arrington]

**DEFENDANTS**
[via private email addresses sent by undersigned counsel]

                                                                s/ Gordon L Vaughan
                                                                Gordon L. Vaughan