IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE, and
JAMES MICHAEL JONES,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

_____

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE RENEWED MOTIONS FOR SUMMARY JUDGMENT (DOC. 118)**
_____

THE COURT, having reviewed the JOINT MOTION TO EXTEND THE DEADLINE TO FILE RENEWED MOTIONS FOR SUMMARY JUDGMENT (Doc. 118), and being fully advised, hereby grants the motion. The parties' deadline to file renewed motions for summary judgment is extended to September 5, 2025.

                              BY THE COURT:

                              _____