IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
BRYAN LAFONTE, and
JAMES MICHAEL JONES,

      Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendants.
_____

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR RENEWED MOTION FOR SUMMARY JUDGMENT**
_____

Defendants submit this unopposed motion to extend the current October 9, 2025, deadline to file a reply in support of their renewed motion for summary judgment until October 24, 2025. In support thereof, Defendants state as follows:

1.    Defendants filed their renewed motion for summary judgment on September 5, 2025 (Doc. 123), and Plaintiffs filed an opposition on September 25, 2025 (Doc. 124). Under D.C.COLO.LCivR 5.1(d) and 7.1(d), Defendants' reply is currently due on October 9, 2025.

2.      To allow Defendants time to fully present their arguments and coordinate among the several separate Defendants to prepare a single filing, they request an extension to October 24, 2025, to file their reply in support of their renewed motion for summary judgment.

3.      Counsel for Plaintiffs has informed Defendants that they do not object to this request.

4.      This is Defendants' first request for an extension of the deadline to file their reply in support of their renewed motion for summary judgment. Defendants and Plaintiffs previously requested, and received, one extension of time (from August 14, 2025, to September 5, 2025) to file their renewed motions for summary judgment (Docs. 118, 119).

5.      Counsel for Defendants certify that they are providing a copy of this motion to their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, it is requested that the Court grant Defendants an extension to October 24, 2025, to file their reply in support of their renewed motion for summary judgment.

Respectfully submitted this 1st day of October 2025.

s/ Antonio J. Perez-Marques
Antonio J. Perez-Marques
David Toscano
Christopher Lynch
James Windels
Hendrik van Hemmen
Jennifer So Jin Kim
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 (phone)

s/ Gordon L. Vaughan
Gordon L. Vaughan
VAUGHAN & DeMURO
6760 Corporate Drive, Suite 220
Colorado Springs, CO 80919
(719) 578-5500 (phone)
gvaughan@vaughandemuro.com
ATTORNEY FOR DEFENDANTS
THE TOWN OF SUPERIOR and
CITY OF LOUISVILLE, COLORADO

antonio.perez@davispolk.com
david.toscano@davispolk.com
christopher.lynch@davispolk.com
james.windels@davispolk.com
Hendrik.vanhemmen@davispolk.com
jennifer.kim@davispolk.com
ATTORNEYS FOR DEFENDANTS

s/ Luis A. Toro
Luis A. Toro, Senior Attorney
Taylor Tate, City Attorney
BOULDER CITY ATTORNEY'S OFFCE
1777 Broadway
Boulder, CO 80302
(303) 441-3020 (phone)
torol@bouldercolorado.gov
tatet@bouldercolorado.gov
ATTORNEY FOR DEFENDANT
CITY OF BOULDER, COLORADO

s/ David Hughes
David Hughes, Deputy County Attorney
Catherine R. Ruhland, Deputy County
Attorney
BOULDER COUNTY ATTORNEY
P.O. Box 471
Boulder, CO 80306
(303) 441-3190 (phone)
dhughes@bouldercounty.org
truhland@bouldercounty.org
ATTORNEY FOR DEFENDANT
BOARD OF COUNTY COMMISSIONERS
OF BOULDER COUNTY

s/ William J. Taylor, Jr.
William J. Taylor, Jr.
EVERYTOWN LAW
450 Lexington Avenue, #4184
New York, NY 10017
(646) 324-8215 (phone)
wtaylor@everytown.org
ATTORNEY FOR DEFENDANTS

s/ Carey R. Dunne
Carey R. Dunne
Kevin Trowel
Martha Reiser
FREE AND FAIR LITIGATION GROUP
266 West 37th Street, 20th Floor
New York, NY 10018
(646) 43408604
carey@freeandfairlitigation.org
kevin@freeandfairlitigation.org
martha@freeandfairlitigation.org
ATTORNEYS FOR DEFENDANTS

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

I further certify that on October 1, 2025, the foregoing was served on Defendants via private email addresses sent by undersigned counsel, in compliance with D.C.COLO.LCivR 6.1(c).

s/ Gordon L. Vaughan
Gordon L. Vaughan