# Exhibit X

Case No. 1:22-cv-02680-NYW-TPO   Document 128-1   filed 10/24/25   USDC Colorado   pg 1 of 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2680-NYW-SKC

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

### Declaration of James Yurgealitis

I, James E. Yurgealitis, declare as follows:

1. I am over the age of 18 years of age and competent to testify to the matters stated below and do so based on my personal knowledge.

2. Attachment A is a true and accurate copy of my rebuttal expert report in the above-captioned matter. It contains opinions to which I would testify if called upon as a witness in the above-captioned matter, and I declare under penalty of perjury that it is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 21 day of November, 2023
at Manchester, Maryland

_____
James E. Yurgealitis

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2680**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
CRAIG WRIGHT, and
GORDON MADONNA,
JAMES MICHAEL JONES,
and MARTIN CARTER
KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

**Expert Rebuttal Report of James Yurgealitis**

---

I, James E. Yurgealitis, state as follows:

1. I have been retained by the Town of Superior, the City of Boulder, the City of Louisville, and the Board of County Commissioners of Boulder County ("Defendants") to serve as an expert witness in this case.

2. At the request of Defendants, I previously prepared and submitted an expert report, executed May 5, 2023, addressing the types and operation of firearms, the evolution and operation of assault weapons, the evolution and operation of large-capacity and lower-capacity magazines, and the use of firearms in self-defense.

3. My resume, qualifications, and rate of compensation as included with and stated in that initial report remain accurate, with the following addition: On June 6, 2023, I testified as an expert witness at trial in *Oregon Firearms Federation v. Kotek*, Nos. 2:22-cv-01815-IM (lead case), 3:22-cv-01859-IM (trailing case), 3:22-cv-01862-IM (trailing case), 3:22-cv-01869-IM (trailing case) (D. Or.).

4. Since submission of my initial expert report, I have received and reviewed additional material submitted by Plaintiffs that was not available prior to the submission of my initial report: the report submitted by Plaintiffs' proffered expert, Mark W. Passamaneck. I have prepared this rebuttal expert report in response to Mr. Passamaneck's report. This rebuttal report responds in particular to the second, third, and fourth paragraphs of the "Discussion" section of Mr. Passamaneck's report.

5. Like my initial report, this rebuttal report is based on my own personal knowledge and experience and, if called as a witness, I could and would testify competently to the truth of the matters discussed in this report. I hold all opinions expressed herein to a reasonable degree of professional certainty.

**DISCUSSION**

6. Mr. Passamaneck begins the second paragraph of the "Discussion" section of his report by stating: "Detachable magazines are necessary to make semi-automatic firearms, designed to receive such magazines, operate effectively. Without such magazines, semi-automatic firearms are inoperable." Those statements are not correct.

7. As I explained in my initial report (*see* ¶¶ 29, 35, 49, 119, 121), numerous semi-automatic firearms operate with fixed internal magazines rather than detachable magazines. Some notable examples include the M1 Garand, the Browning BAR, and the SKS.

8. In addition, as discussed further below, *see infra* ¶ 15, a magazine, whether fixed internal or detachable, is not required for a semi-automatic firearm to function.

9. Mr. Passamaneck focuses much of his report on detachable magazines and statements regarding how firearms use detachable magazines. In order to respond to those portions of Mr. Passamaneck's report, it is necessary to provide some additional details about the construction and operation of detachable magazines.

10. Detachable magazines are, generally speaking, devices that hold and facilitate the feeding of ammunition into semi-automatic or full-automatic firearms and are commonly constructed of five components:

    A.) the magazine body or tube (commonly constructed of metal or polymer),

    B.) the magazine follower,

    C.) the magazine spring,

    D.) the magazine lock plate, and

    E.) the magazine baseplate or floorplate.

11. The following illustration details the five components of a detachable magazine for a Smith & Wesson semi-automatic pistol.[1]



12. When assembled, the magazine body contains the other four components. The follower is mounted at the top of the spring and the lock plate at the bottom. The spring, with the two components attached, is compressed into the magazine body and secured by the baseplate. It is loaded by pushing ammunition cartridges down into the magazine body, against the follower, until the desired capacity is attained. This action also further compresses the spring, placing it under tension.

13. When the magazine is inserted into a semi- or full-automatic firearm, the bolt of the firearm (rifles and shotguns) or slide (pistols) is pulled back and released, which "strips" the first cartridge from the top of the magazine and feeds it into the chamber. Subsequent cartridges will be pushed upwards in the magazine body by the follower, which is "powered" by the spring tension.

---

[1] Image Source: https://www.targetbarn.com/broad-side/media/partsofapistolmagazine.jpg

14. It is important to note that the ability of a semi- or full-automatic firearm to function is not dependent on the capacity of the magazine. Any firearm capable of accepting or designed to utilize a detachable magazine with a capacity exceeding 10 rounds will function with a magazine with a capacity of 10 rounds or less. And thus any firearm capable of accepting or designed to utilize a detachable magazine with a capacity exceeding 10 rounds will function with a magazine legal under the ordinances challenged in this case. Magazine capacity is not a determinant of a firearm's operability.

15. A magazine is not required for a semi-automatic firearm to function. Generally speaking, a semi-automatic firearm, without a magazine inserted, can be loaded manually with a single cartridge and fired.[2] The magazine, with additional available cartridges, is what allows the firearm to fire additional shots without manual manipulation of the bolt or slide.

16. In the fourth paragraph of the "Discussion" section of his report, Mr. Passamaneck makes some statements about magazine baseplates or basepads. Magazine baseplates are a standard part of a detachable magazine and, in modern designs, typically removable. Removable baseplates facilitate cleaning, maintenance, and repair of the magazines. Because they are removable, these baseplates also can be replaced with aftermarket baseplate extensions or extenders available from numerous vendors, which can allow for the loading of additional cartridges above the original capacity of the magazine as manufactured.

---

[2] Exceptions to this include the FN/Browning "Hi Power" pistol and other firearms which incorporate a magazine safety (or magazine disconnect). The "Hi Power" pistol as manufactured will not fire, even with a cartridge in the chamber, unless a magazine is inserted into the magazine well which releases the safety. The vast majority of available semi-automatic pistols do not have a magazine safety. Note that, as with other semi-automatic firearms, the capacity of the magazine is not a determining factor, as it will function with a magazine having a capacity of 10 rounds or less or with one of greater capacity.

17. Mr. Passamaneck also makes several statements in his report about the durability of detachable magazines. Specifically, in the second paragraph of the "Discussion" section of his report, he states:

> Magazines, by nature and with use, are wear items that must be periodically replaced. The largest percentage of semi-automatic firearms failures are due to damage, or wear, of the magazines. When citizens are not allowed to purchase magazines for their firearms, they will eventually become useless. Some of the most common polymer magazines will wear out and become inoperable in as little as 500 rounds. Very few can pass 2000 rounds without replacement. That is significantly less than the 50K to 100K rounds to wear out a firearm.

Those statements in Mr. Passamaneck's report are misleading and inaccurate.

18. Consistent with their original development and design for military combat, which I discussed in my initial report (*see* ¶¶ 121-22), detachable magazines are designed and manufactured to be durable and function in adverse conditions. As such, they are not delicate devices and rarely fail in their entirety. Much as with any other mechanical device, malfunctions can usually be traced to damage or wear of one of the component parts. In my 26 years of experience in federal law enforcement, I only had two occasions where I needed to replace a cracked baseplate for one of my issued magazines. Other than those two occurrences, the magazines performed flawlessly while having thousands of rounds fired through them over a period of several years. My experience in this regard is consistent with the experience of other law enforcement officers I have either trained, or trained with, during my career.

19. The bodies of detachable magazines are either made of metal (steel or aluminum) or polymer (a high-grade, impact-resistant plastic).

20. Traditional steel- or aluminum-bodied detachable magazines are extremely durable, owing to their initial intended use in combat.

5

21. Polymer-bodied magazines are very popular and are manufactured and/or included by popular handgun manufacturers, such as Glock. They are also manufactured by numerous aftermarket suppliers, such as Magpul. The chief advantages of polymer- over traditional steel- or aluminum-bodied magazines are their resistance to corrosion, ability to absorb impacts without dents or dings (which may impair function), and overall lighter weight.

22. Although polymer-bodied magazines have certain advantages, military forces worldwide continue to utilize metal-bodied magazines, as they are durable and reliable (as proven in over a century of use in combat). Additionally, polymer-bodied magazines are not available for every firearm that utilizes detachable magazines.

23. Polymer-bodied magazines are also inherently reliable, as evidenced by the recent Defense Logistics Agency (DLA) award of a three-year $20,000,000 contract with Magpul to produce their polymer-bodied magazine (PMAG) for the U.S. Armed Forces. This follows an earlier 2016 procurement by the U.S. Marine Corps as well as a DLA Contract in 2017 with Magpul for $12,000,000. Such widespread adoption by the U.S. military is confirmation of the advantages, both in reliability and durability, of polymer-bodied magazines.

> In December 2016, Magpul announced the Marines had, after a four-year testing evolution, adopted their MCT PMAG for use in all their 5.56mm platforms. In government-administered tests, the PMAG reportedly cycled 20,400 rounds of M855A1 ammo without any magazine-related stoppages. This, in turn, drew questions from lawmakers to Army Chief of Staff Gen. Mark Milley over why the country's primary small arms user wasn't fielding polymer mags. Subsequently, the DLA in 2017 announced a $12 million contract with Magpul to supply the Army, Air Force, and Marine Corps with PMAGs.[3]

---

[3] https://www.guns.com/news/2023/01/20/magpul-grabs-20-million-pentagon-mag-contract; *see also* https://www.arbuildjunkie.com/ar-15-magazine-basics-performance-overview-duane-liptak-magpul/ (describing military testing where a magazine did not create a malfunction in a weapon until over 30,000 rounds had been fired).

Executed on June 8, 2023 at Portland, Oregon.

/s/ *[signature]*

James E. Yurgealitis

7