IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02680-NYW-TPO

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS,
CHARLES BRADLEY WALKER,
BRYAN LAFONTE,
GORDON MADONNA,
JAMES MICHAEL JONES, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

THE TOWN OF SUPERIOR,
CITY OF LOUISVILLE, COLORADO,
CITY OF BOULDER, COLORADO, and
BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendants.

---

### NOTICE OF SUPPLEMENTAL AUTHORITY

---

Plaintiffs respectfully submit this notice to bring to the Court's attention the recent decision of the highest court of the District of Columbia in *Benson v. United States*, No. 23-CF-0514 (D.C. App. Mar. 5, 2026), in which that court struck down as violative of the Second Amendment a law banning magazines capable of holding more than 10 bullets ("11+ magazines" in the language used in *Benson*). A copy of *Benson* is submitted as Exhibit A. *Benson* bears directly upon the issues pending before this Court in connection with Defendants' Renewed Motion for Summary

1

2

Judgment [ECF 123] in that it further supports the arguments advanced by Plaintiffs in their opposition to that motion [ECF 124], both in terms of the bottom-line result (striking down the District of Columbia's 11+ magazine ban) and with respect to proper application of *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022), both generally and specifically to 11+ magazines.

Respectfully submitted this 6th day of March, 2026.

*/s/ John-Paul S. Deol*
John-Paul S. Deol
California Bar 284893
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, California 94108 415.741.7935
jpdeol@dhillonlaw.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 6, 2026, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

                */s/ John-Paul S. Deol*
                John-Paul S. Deol

3