EXHIBIT 1

# District of Columbia
# Court of Appeals

No. 23-CF-0514

TYREE BENSON,

Appellant,

v.

UNITED STATES,

Appellee,

and

DISTRICT OF COLUMBIA,

Intervenor-Appellee.

FILED

APR 22 2026

DISTRICT OF COLUMBIA
COURT OF APPEALS

2022-CF2-005996

BEFORE:   Blackburne-Rigsby, Chief Judge, and Beckwith, Easterly, McLeese, Deahl, Howard, and Shanker, Associate Judges.

## ORDER

On consideration of intervenor-appellee District of Columbia's petition for rehearing en banc; and it appearing that a majority of the judges of this court has voted to grant the petition for rehearing en banc, it is

ORDERED that intervenor-appellee District of Columbia's petition for rehearing en banc is granted and the opinion and judgment of March 5, 2026, are hereby vacated.   It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument before the court sitting en banc as soon as the calendar permits.   Oral argument time shall not exceed 45 minutes per side.   It is

No. 23-CF-0514

FURTHER ORDERED that appellant shall file a brief within 30 days from the date of this order; appellee and intervenor-appellee shall file responsive briefs within 30 days after filing of appellant's opening brief; and any reply brief shall be filed within 21 days thereafter.   Any amicus brief shall be filed within 7 days of the opening brief of the party it supports.   These new briefs shall be specifically designed for consideration by and addressed to the en banc court and shall supersede all briefs previously filed in this appeal.   The parties should focus their briefs on the following issues:

(1) Whether the District's ban on firearm magazines capable of holding "more than 10 rounds of ammunition" violates the Second Amendment, either facially or as applied, and, if so, which of appellant's convictions should be reversed as a result of that constitutional infirmity; and

(2) Whether the District's licensing and registration requirements violate the Second Amendment.

**PER CURIAM**

Copies e-served to:

Chrisellen R. Kolb, Esquire
Assistant United States Attorney

Katherine M. Kelly, Esquire
Assistant United States Attorney

Eric Hansford, Esquire
Assistant United States Attorney

Jaclyn S. Frankfurt, Esquire
Public Defender Service

Alice Wang, Esquire
Public Defender Service

**No. 23-CF-0514**

Caroline Van Zile, Esquire
Solicitor General - DC

Thais-Lyn Trayer, Esquire
Deputy Solicitor General - DC

Marcella Coburn, Esquire
Assistant Attorney General – DC

Erik P. Frederickson, Esquire

Shankar Duraiswamy, Esquire